# EXHIBIT

# 1

Unread Messages

We are posting flyers for the movie all over Maui
4:07 PM

Forwarded From
Oliver's Mom



We are going to call this weekend "Phil Godlewski Scavenger Hunt". While we are educating the locals on how disgusting their new land grabber is let's see if Phil can find us....
4:07 PM

   

9:13

◀ Messages

**✷ GiveSendGo**
SHINE BRIGHTLY

≡                          Q

| Give | Share | Pray |
|------|-------|------|

Goal: **USD $5,000**

Raised: **USD $ 4,105**

Because there was overwhelming interest in contributing to a Philboard campaign we have created a Phundraiser for those who can and wish to participate. Here are the details/ rules:

1. We will be running a mobile/ static digital billboard campaign, along with a cable TV and radio campaign in Scranton, Wilkes-Barre next week to promote the launch of The Greatest Fraud on Earth.

2. Nick is putting up $2.5k of his own money. This is more than anyone would spend on a film like this when we have a bunch of free platforms to promote it on. But we want the buzz to be loud in his backyard for several reasons.

3. DO NOT DONATE IF YOU CANNOT AFFORD IT. We are not Phildo and we do not want to hurt anyone beyond their financial means.     ⑦ **Need Help?**

4. We are doing this to give those who want to participate in the take down of Phildo but don't have the time or band Cookie Policy other ways. We have received







10:19

✏️ Last edited 10:18 AM · 2/20/24 · **8.2K** Views

**80** Reposts  **4** Quotes

**264** Likes  **18** Bookmarks

💬    🔁    ♡    🔖    ⬆️

**PΛTSΞ |** 🐦 **@patsellf · 6d**         …
So what? Trump had no gold fringes, cool my mom also has none. Does this mean my mom is cic? Nah but at least she wouldn't give taxpayers money to israel to kill kids unlike Trump or Biden. All

Post your reply

🏠    🔍    ⃠    🔔    ✉️



**Post**

**GoodLionTV** ✓
@GoodLionTV

Little silver bird tells me Phil is losing some important gigs.... I wonder if it's true. People are talking in the Den about it.

This means a domino effect will happen and this fuck will stop grifting them 401ks away.

Justice smells good this Tuesday evening.

6:19 PM · 2/20/24 From Earth · **7.2K** Views

**42** Reposts  **3** Quotes

**313** Likes  **2** Bookmarks

5:41    5G

← **Post**




**GoodLionTV** ✓
@GoodLionTV

## The Greatest Fraud on Earth - The @PhilGodlewski_ story

## Welcome back home Pedo Phuck



12:19 PM · 2/19/24 From Earth · 6.8K Views

**37** Reposts  **1** Quote

**Post your reply**

    





11:02

**Dr. Z**
3.1K posts

**Posts**    Replies    Highlights    Media    Li



**Dr. Z** ✔ **@Zilosophy_4...** · 2/13/24    ...
**The philm is a smash hit and we are getting invited on some pretty massive platforms.**
#WheresPhildo

> 🦁 **GoodLionTV** ✔ @... · 2/13/24
>
> **The truth about Phil is spreading! Amazing show today with some juggernauts! @Zilosophy_4all**
>
> ...

💬 9        🔁 15        ♡ 93        �\|\|\| 2.1K        🔖



**Dr. Z** ✔ **@Zilosophy_4...** · 2/13/24    ...
**can't even get 1 phollower on his sock accounts.  This is just sad. Hahahaha.**



2:16

GOOD
vs
EVIL

Follow +

**Not-Everything-Is-What-It-Seems**
@NotWhtItSeems77

Joined February 2024

  

10:32

**GoodLionTV**
1.9K posts

**Posts**    Replies    Highlights    Media

**GoodLionTV** ✓ @Goo... · 2/13/24
I dig it!

**Dr. Z** ✓ @Zilosop... · 2/13/24
We did a 5 week onslaught on
Phildo via podcasts, parodies
and @Skriptkeeper17 's battle
rap all to set the table for the
kill shot of The Greatest Fraud
on Earth by @GoodLionTV
which has now been seen by
hundreds of thousands if not
millions.

In short, with the help of
many,... Show more

who is allowed to trash
phildo. That makes him
a hypocrite y'all stole
his platform so he's
pissed should I say
made his platform
better than it was . I use
to watch will but he got
boring it was the same
old shit everyday he
trashed some of the
ones that were telling



## Dr. Z
3.1K posts

**Posts**    Replies    Highlights    Media    Li

**@REALRICHULL...** · 2/13/24

**@PhilGodlewski_ Who's the M F'en Captain now.
Sure ain't you molester of a 15 year old girl.**

**@GoodLionTV
@Biz_Shrink
@Skriptkeeper17
@MissBadu**



1    5    27    616

11:17

← **Post**



**realjoeoltmann** ✔
**@realjoeoltmann**

**Follow**

**CONSERVATIVE DAILY**

**Join Joe Oltmann and David Clements 2/13/24 at 12:00PM EST with Special Guest "NICK ALVEAR and DR. Z"**

**Nick is the founder and filmmaker of Good Lion TV. He is the writer and director of The Greatest Fraud on Earth and Dr Z is the producer.**

**Pilled:**
pilled.net/foxhole/181316

**Rumble:**
rumble.com/v4d2no3-13-feb...



**Post your reply**

    

11:24



# Post

 **Sparkle Lady** @LISA... · 2/12/24
**Phil Godlewski is a nasty pedophile. Pass it on**



GENE TALERICO
ASSISANT DISTRICT ATTORNEY

💬 9          ↱ 87          ♡ 179          📊 7.5K          🔖

 **Jennifer Morales**        **Follow**
@Jennife08588095

**Visibility limited: this Post may violate X's rules against Hateful Conduct. Learn more**



10:40

 **Dr. Z** ✓ @Zilosophy_4all · 2/9/24   ···
He phucked with the wrong marketing geniuses. 

💬 1          ⟲          ♡ 12          ⊣⊢ 405          🔖

**Show replies**

 **Denise** 🇺🇸 @worriedM... · 2/9/24   ···
Have you all thought about what this will do to his children? Just wondering.

💬 4          ⟲          ♡          ⊣⊢ 425          🔖

 **Dr. Z** ✓ @Zilosophy_4all · 2/9/24   ···
Phil's sock account.  Have you thought about what he has done to his children...and Keri's.  Don;t deflect the blame from the pedo here.  We gave him an offer to walk away quietly.  He phucked up.

💬 1          ⟲          ♡ 8          ⊣⊢ 405          🔖



10:38

Never the less, Pedo Hunters never back down.  When we get threatened, we ACCELERATE.

As such, @GoodLionTV has made The Greatest Fraud On Earth available to DOWNLOAD PHOR PHREE!!  Take this movie as your own and share it everywhere!!!  He can never stop all of us!!!

Nothing can stop what is coming...all over his plastic teeth!

dropbox.com/scl/fi/04qkj8f...

@Skriptkeeper17
@shack2daFuture
@MissBadu
@PhilGodlewski1_

FROM POOR. TO RICH. TO BUSTED

THE

Post your reply

   



10:09



**GoodLionTV** ✔ **@Goo... · 1/18/24** ...

**New Exhibit 2: Phil pleads guilty to 8 charges including sexual assault. He convinces minor to not testify. Phil then retracts guilty plea.**

**He's given corruption of minor charge to plea to. Megans Law passes just shortly after so he didn't have to register.**



💬 1          ↻ 6          ♡ 18          ⬚ 1.2K          🔖

10:04

**GoodLionTV**

Posts  Replies  **Highlights**  Media  Likes

**GoodLionTV** @Good... · 1/1/24

**Phil Godlewsky: Plead Guilty for Corrupting a Minor. In this case found on text record from his victims phone – Phil was incredibly filthy and nasty and fucked her in many vacant homes for sale (he was doing real estate back then).**

**Pedophile Definition: Someone sexually...** Show more

485    670K

10:05

← **Post**

@GoodLionTV

**Phil Godlewsky: Plead Guilty for Corrupting a Minor. In this case found on text record from his victims phone - Phil was incredibly filthy and nasty and fucked her in many vacant homes for sale (he was doing real estate back then).**

**Pedophile Definition: Someone sexually attracted to minors/children.**

**Phil plead guilty to: CORRUPTING A MINOR.**

**Phil Godlewski is a Pedophile. I repeat - the grifter Q anon wannabe Phil Godlewski is a PEDO.**

**Prove me wrong. I'll wait.**

Post your reply

10:13

 **M @mleaf4ever** · 1/1/24 ···

# DEATH
## PENALTY
## FOR
## PEDOPHILES

💬 1      🔁 6      ♥ 45      📊 2.5K      🔖

 **Rita @RitadperezRita** · 1/1/24 ···
I think you are a better person than this, there is no reason for fighting between truthers and it only causes people to think twice of trusting any truther. Be a better person and cease bad comments and ridiculing others.

💬 44      🔁 2      ♥ 105      📊 10K      🔖



"X22, Dave, I'm talking to you, I hope you enjoyed that program, because pretty soon, it's going to be called Phil22"

😂 😂 😂 the guy is high on his own supply and thinks we are committing crimes for calling out his pedophilic tendencies! X22 is still thriving Phildo Phaggins. Such short term memory your followers have. 😂

The griftiest grifter.... Btw I got a fantastic new title for the film on Phil... (all based on journalistic discovery)

The Greatest Fraud on Earth

Let's see him dance silly to that one ay? 😂

 79   50   15   7   7   5

👁 7.6K edited 6:45 AM

**Today**
10:02 AM

Chas isn't afraid of Phil. Phil is afraid of Chas. He's threaten...



Only demented narcissist Phil Fraudlowskeet would corrupt a minor, have sex with her multiple times taking advantage of her vulnerability, try to bribe her with $50,000 to say it never happened, and after her refusal SUE HER for testifying under oath that he targeted and sexually assaulted her.

Only a deranged demon would do such a thing. Thankfully, she sued him back, and Scranton times along with Brie don't just have their words, they have the text messages proving it - straight from Phillips texts himself.

What you are watching folks is the finale of the Grift Show... she will take a lot of his wealth, and



Here's a sneak peak clip at "PEDO" from Phildo Records. World Premier tonight on Wicked Red Pilled Podcast at 9 ET!

Join Old School Bobby and special guest @GoodLionNews as they torch this Pedo Phag Shill Phraud Loose Pee!

https://rumble.com/v46lmg0-wicked-red-pilled-podcast-27-expose-shill-fraud-loose-pee.html

 91     77     48     9     8

 7     6     2

👁 7.7K 6:58 PM

Close    **Good Lion Films**
49,080 subscribers

Pinned Message
Chas isn't afraid of Phil. Phil is afraid of Chas. He'...



Good Lion Films

Just your daily reminder... you can't spell Pedophile without spelling Phil.

💯 83    🤣 33    😐 20    👍 4    🖤 3
🔥 1    🏷 1                    👁 5.1K 9:53 AM

---

11:26

Matthew Brunson@Good Lion Den
We get it. Let it go already. You've proven he's a pedo.
Lawsuits for defamation are very, very seriou...

I want to publicly apologize for sharing the private conversation with Charlie Ward on this channel,

My originally thought was that the conversation would show unity amongst Truthers, in the face of pretenders like Nick Alvear. I thought solidarity was important to project onto our following.

I was wrong. Alvear has now defamed Charlie Ward and continues to disparage him.

Fear not. Alvear's day is coming.

To Charlie, I'm very sorry. This has been a trying time for me, and some of my actions have been unfiltered. Starting today, that will change.

Please accept my most humble apologies.

Mute

---

Phil doesn't use his brain much. 🤭

He didn't think Charlie would see that doctored message?

Nothing Phil does is unifying anyone. He's a scumbag perverted minor lover pedophile and he still hasn't sued or filed any lawsuit on me because when he does he knows what's next... more and more proof he's a pedo. So all he does is bark all day.

I'm confident in this statement

Unmute



**WHAT A PHIL THREAT LOOKS LIKE**

Does that Pedo-Phil think he's actually good in court.

-He's threatened to sue 30 truthers (for telling the truth)
-He's managed to only sue Scranton and Brie
-He exposed himself by doing so and unleashing the text messages he sent
-He lies about the text but the court stands by them as they are from Verizon
-Verizon was court ordered to give them up, they did.
-Phil was court ordered to give up his phone, he didn't.

That's enough to tell you this sick pig 🐷 is a deranged mentally ill pedo-saurus-rex. Preying on the innocent.

💯 134    😂 24    👍 16    ❤️ 15

🔥 3    😄 3    💨 2    👁 8.6K edited 1:20 PM



9:27

**Good Lion Films**
44,478 subscribers

585

Pinned Message
As CEO of Good Lion TV, and co-founder of Ari...

This guy is the biggest lying sack of shit on earth.

I bet some serious amount of money he's tied to child sex trafficking rings in Lahaina and Lake Havasu. The more you learn about the child sex trafficking in those two spots the more dots connect.

Remember Phil text Brie he would kill a puppy for 10 million dollars. 🤑

This is the type of sick person Phil is.

The Philm is coming along, I haven't been served, Phil is a corrupt pedo, and he's probably sucking a dick right now and liking it.

🔫 excuse my bad language.

💯 105    ❤️ 6    ⚡ 4    👍 3    👎 3

Join

10:49

+1 (502) 325-9014 >



Id block me too. You are a sick fuck who cheats on his wife on their wedding night. Go to hell phil. If I see you again, I'm going to rearrange your face.

**jmolidor** · 4 hours ago

Fraud Phil is a POS. Hope I see him in public some day!

4 likes

> Show 4 replies