# EXHIBIT

# 2

