# EXHIBIT

## 3

**Kathleen A. Carrozza**

| | |
|---|---|
| **From:** | Nick Alvear <nick@goodlion.tv> |
| **Sent:** | Friday, December 29, 2023 4:46 PM |
| **To:** | TKolman@kolmanlaw.com; Phil Godlewski |
| **Subject:** | Re: Spoliation Letter for Preservation of Evidence |

Why would I spoil all the screenshots from court cases, depositions from Brie, Dori, and his mom? That's all very pertinent to why I've shared my dislike for Phil. A defamation lawsuit will only repeat what's going on with Scranton Times. I've been watching.

Be a good wise lawyer and advise your client he would surely be wasting his time.

With plenty more evidence from the Scranton Times case now public record, it's very evident what Phil's past is. The only person he is defaming is himself, he's lying about his past which is now public record. I've done nothing but share what he's hiding. That is not defamation. It has to be false to be considered so.

Feel free to move forward with what he pays you to do, but it will be a Scranton Times part 2 - a victory that further exposes Phil.

I for one am very respected in the community of podcasters. The same community where Phil has threatened to sue almost 30 of us.

I understand he's dumb enough to think this will work, and you need to make money. So I'll be waiting. There is a lot more evidence I've based my statements of warning and dislike about Phil on.

Show me where it's illegal to find information from Phil himself in depositions, his mom, his x, and Brie & to share it with my community. I'll wait.

No malice to him as a public figure with false info has been presented - they are all facts that have been kept hidden, and me as a journalist am fully allowed to share my discoveries - I can do so here, or in court, or on my telegram, it is a freedom of speech right.

But trust me, many of us are cheering on the exposure of Phil and I'll gladly take Scranton Times sloppy seconds.

Nick

🏠💜⚖️



**Itellthetruth!**
today at 7:32 AM

263277 of 263297

# Former coach admits corruption of minors

**BY JEREMY G. BURTON**
**STAFF WRITER**

A former Riverside High School baseball coach accused of having sex with a 15-year-old girl pleaded guilty Friday to one count of corruption of minors.

The first-degree misdemeanor means Phil Godlewski, 27, of Scranton, will face up to five years in prison and a $10,000 fine, said Assistant District Attorney Patricia Lafferty.

Mr. Godlewski was arrested in July, charged with statutory sexual assault, aggravated indecent assault, intimidating a witness or victim, indecent assault and related offenses.

He faces no minimum prison term or fine, Ms. Lafferty said. His sentencing will be with the victim, whom he met while coaching at Riverside. He also was a Realtor affiliated with Semian Real Estate Group, and most recently coached the Taylor team in District 11 American Legion baseball.

Authorities said they had thousands of text messages between Mr. Godlewski and the girl, many extraordinarily explicit. The Times-Tribune does not identify victims of sexual assault.

A few weeks after Mr. Godlewski's arrest, another man was also accused of a sexual relationship with the same girl. Thomas P. Nezlo, 33, of Old Forge, was charged with corruption of minors and child endangerment.

2

Sent from my iPhone

On Dec 29, 2023, at 1:33 PM, Nick Alvear <nick@goodlion.tv> wrote:

Great Day!

Have you read the FAQ on our site? It has the major frequent questions and answers and may certainly help you :D

https://www.goodlion.tv/faq

Learn how to cast to your TV, learn how to cancel your account, learn how to troubleshoot issues with the app and more.

Access our Support Chat for anything that can't be resolved over the FAQ. That can be found at
https://www.goodlion.tv/faq

All the best,
Good Lion Support