Civil Action No.:  **3:24−CV−00344−JKM**

**PROOF OF SERVICE**

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for (name of individual and title, if any) ____Eduardo Nicholas Alvear Gonzalez____

was received by me on (date)_____2/29/2024_____.

[X] I personally served the summons on the individual at (place)1009 8th Ave S parking Deck of
____Luna Apartments_____ on (date)__3\04\2024__ ; or

☐ I left the summons at the individual's residence or usual place of abode with (name)_____

_____, a person of suitable age and discretion who resides there,

on (date) _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on (name of individual)_____ , who is

designated by law to accept service of process on behalf of (name of organization)_____

_____ on (date) _____; or

☐ I returned the summons unexecuted because_____ ; or

☐ Other (specify) Alvear ran to a key code door in the parking deck; Hutson grabbed the
door and Alvear slammed it shut; Hutson got her hand out just in time.
Hutson told Alvear through the glass that he was served and dropped
subpoena in front of him. Service video recorded.

My fees are $ _____ for travel and $_____ for services, for a total of $_____.

I declare under penalty of perjury that this information is true.

__3\04\2024__
Date

____Diana Hutson Process Server____
*Server's Signature*

____Diana Hutson Process Server____
*Printed name and title*

41 Peabody St
Nashville, TN 37210

_____
*Server's Address*

Additional information regarding attempted service, etc: