UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **PHILIP GODLEWSKI** : | CIVIL ACTION |
| *Petitioner,* : | |
| : | NO.: 3:24-CV-00344 |
| vs. : | |
| **EDUARDO NICOLAS ALVEAR** : | JURY TRIAL DEMANDED |
| **GONZALEZ** : | |
| AKA, : | |
| **ALVEAR GONZALEZ EDUARDO** : | |
| **NICOLAS;** : | |
| AKA, : | |
| **NICOLAS ALVEAR** : | |
| : | |
| And, : | |
| : | |
| **GOOD LION FILMS, L.L.C.** : | |
| : | |
| And, : | |
| : | |
| **GOOD LION TV, L.L.C.** : | |
| *Respondents.* : | |

## MOTION IN SUPPORT OF PRELIMINARY INJUNCTION ORDER

Now comes the Plaintiff and requests this Honorable Court to grant his Motion for a Preliminary Injunction Order. Plaintiff relies on the Supplementary Memorandum of Law in support of this motion, which is attached hereto and incorporated herein.

Respectfully submitted,

**KOLMAN LAW, P.C.**

*/s/Timothy M. Kolman*
Timothy M. Kolman Esquire
414 Hulmeville Avenue
Penndel, PA 19047
(T) 215-750-3134 / (F) 215-750-3138

*s/Timothy Bowers*
Timothy A. Bowers, Esquire

*Attorneys for Petitioner, Philip Godlewski*

Dated: 03/08/2024

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 8th day of March, 2024, a true and correct copy of the foregoing was served upon the following in the manner described:

**EDUARDO NICOLAS ALVEAR GONZALEZ**
**AKA**
**ALVEAR GONZALEZ EDUARDO NICOLAS**
**AKA**
**NICOLAS ALVEAR**
905 Clay Street, Apartment 308
Nashville, Tennessee 39208
*Via USPS Priority Mail, Signature Required (9410 8036 9930 0165 8384 41)*
***Defendant***

**GOOD LION FILMS, LLC**
808 E. Santa Clara Street, Apartment D
Ventura, California 93001
*Via USPS Priority Mail, Signature Required (9410 8036 9930 0165 8386 32)*
***Defendant***

**GOOD LION TV, LLC**
c/o Cloud Peak Law, LLC
1095 Sugar View Drive, Suite 500
Sheridan, Wyoming 82801
*Via USPS Priority Mail, Signature Required (9410 8036 9930 0165 8388 23)*

&

1039 Coffeen Avenue, Suite 1200
Sheridan, Wyoming 82801
*Via USPS Priority Mail, Signature Required (9410 8036 9930 0165 8388 30)*
***Defendant***

Respectfully Submitted,

**KOLMAN LAW P.C.**

BY:   */s/Timothy M. Kolman*
      Timothy M. Kolman, Esquire

BY:   */s/Timothy Bowers*
      Timothy Bowers Esquire

Date: 03/08/2024                              *Attorneys for Petitioner*