# EXHIBIT 1







**Posts**  Replies  Highlights  Media

🇺🇸 **@REALRICHULL...** · 2/13/24

@PhilGodlewski_ Who's the M F'en Captain now.
Sure ain't you molester of a 15 year old girl.

@GoodLionTV
@Biz_Shrink
@Skriptkeeper17
@MissBadu



Dead man walking

💬 1   🔁 5   ♡ 27   ᵢₗᵢ 616



10:13



M @mleaf4ever · 1/1/24

# DEATH PENALTY FOR PEDOPHILES

💬 1  🔁 6  ♡ 45  📊 2.5K  🔖



Rita @RitadperezRita · 1/1/24
I think you are a better person than this, there is no reason for fighting between truthers and it only causes people to think twice of trusting any truther. Be a better person and cease bad comments and ridiculing others.

💬 44  🔁 2  ♡ 105  📊 10K  🔖

10:49　　5G

+1 (502) 325-9014 >



> Id block me too. You are a sick fuck who cheats on his wife on their wedding night. Go to hell phil. If I see you again, I'm going to rearrange your face.



jmolidor · 4 hours ago
Fraud Phil is a POS. Hope I see him in public some day!
4 likes
> Show 4 replies





**PLACE HOLDER FOR AUDIO PORTION OF EXHIBIT 1**