UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **PHILIP GODLEWSKI**     *Plaintiff,* | : <br> : <br> : |
| vs. <br> **EDUARDO NICOLAS ALVEAR GONZALEZ** <br> AKA, <br> **ALVEAR GONZALEZ EDUARDO NICOLAS;** <br> AKA, <br> **NICOLAS ALVEAR** | : <br> : <br> : <br> : <br> :    CIVIL ACTION <br> : <br> :    NO. 3:24-CV-00344-JMK <br> : |
| And, | :    JURY TRIAL DEMANDED <br> : |
| **GOOD LION FILMS, L.L.C.** | : <br> : |
| And, | : <br> : |
| **GOOD LION TV, L.L.C.**     *Defendants.* | : <br> : |

## ORDER

**THIS MATTER** having come before the Court on the application of the Petitioner for a Preliminary Injunction Order, and the Court having considered the Petitioner's Request and, after a hearing before this Court, having determined that there is sufficient basis to grant it, orders the following.

**IT IS** hereby **ORDERED AND DECREED** on this _____of _____ 2024 that Plaintiff's Motion is **GRANTED**.

**IT IS FURTHER ORDERED** that the Defendants, having published the film 'The Greatest Fraud on Earth' referring to Petitioner Phil Godlewski as a pedophile, having published other such accusations, statements, declarations, and accounts that Petitioner is a pedophile, and having threatened to release more such information across all social media platforms, and this Court having determined that the ascription to Petitioner as a 'pedophile' is false and untrue, and having determined that Petitioner and his family are in immediate physical danger from such false accusations, Respondent is hereby enjoined from referring to or describing the Petitioner, as a pedophile on all media platforms, including but not limited to print, broadcast, or online media.

**IT IS FURTHER ORDERED** that the Defendants shall immediately remove and delete any publications, including those in the film 'The Greatest Fraud on Earth,' which refer to Petitioner as a pedophile or words to that effect.

**IT IS FURTHER ORDERED** that Respondent shall not circumvent this Order by encouraging others to publish similar inflammatory and false content referring to Petitioner as a pedophile or using other derogatory terms with the same meaning.

Petitioner shall post a bond in the amount of $_____

**IT IS FURTHER ORDERED** that this Court shall maintain jurisdiction over these matters until notified by the parties that they are resolved.

**AND IT IS SO ORDERED.**

                                        **BY THE COURT:**

                                        _____

                                                                         , J.