# UNITED STATES DISTRICT COURT
### for the
## MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PHILIP GODLEWSKI<br>*Plaintiff*<br>v.<br>EDUARDO NICOLAS ALVEAR GONZALEZ, ET AL.<br>*Defendant* | Civil Action No.:<br>3:24-CV-00344-JKM<br>Hon. Julia K Munley |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

```
SEE COMPLAINT
GOOD LION TV, LLC
c/o CLOUD PEAK LAW, LLC
1095 SUGAR VIEW DRIVE, SUITE 500
SHERIDAN, WYOMING 82801
```

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) —— or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) —— you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Timothy M. Kolman
> Kolman Law P.C.
> 414 Hulmeville Avenue
> Penndel, PA 19047

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**PETER J. WELSH**

*CLERK OF COURT*

s/ – **Courtney E Pucilowski**

*Signature of Clerk or Deputy Clerk*

ISSUED ON 2024-02-28 13:58:21, Clerk USDC MDPA

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 3:24-cv-00344-JKM

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* GOOD LION TV, LLC c/o Cloud Peak Law LLC
was received by me on *(date)* 03/04/2024 .

☐ I personally served the summons on the individual at *(place)*
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* Brittany Elliott, authorized clerk for registered agent , who is
designated by law to accept service of process on behalf of *(name of organization)* GOOD LION TV, LLC c/o Cloud
Peak Law LLC 1095 Sugar View Dr. Suite 500 Sheridan, WY  on *(date)* 03/04/2024 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ 0.00 for travel and $ 49.50 for services, for a total of $ 49.50 .

I declare under penalty of perjury that this information is true.

Date: 03/10/2024

*Server's signature*

Dustin Looper, process server
*Printed name and title*

101 E Loucks St, Unit 6384
Sheridan, WY 8281

*Server's address*

Additional information regarding attempted service, etc:
Additonal Documents Served: Waiver Of The Service Of Summons; Notice Of A Lawsuit And Request To Waive Service of A Summons; Notice Consent And Reference Of A Civil Action To A Magistrate Judge; Disclosure Statement Pursuant To Fed R Civ P 7.1; Complaint; Civil Cover Sheet; Exhibit 1; Exhibit 2; Exhibit 3; and Exhibit 4.

Details of Serve: 3-4-2024 @ aprox. 2:07pm
An individual identified as Brittany Elliott, clerk for Cloud Peak Law LLC, accepted the aforementioned documents after reviewing the agent's documents and confirming statutory agent status. (w, f, 30s, 5'9", 240lbs)

# UNITED STATES DISTRICT COURT
for the
## MIDDLE DISTRICT OF PENNSYLVANIA

PHILIP GODLEWSKI

*Plaintiff*

v.

EDUARDO NICOLAS ALVEAR GONZALEZ, ET AL.

*Defendant*

Civil Action No.:
**3:24-CV-00344-JKM**
Hon. Julia K Munley

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

SEE COMPLAINT
GOOD LION TV, LLC
1309 Coffeen Avenue, Suite 1200
Sheridan, Wyoming 82801

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) —— or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) —— you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Timothy M. Kolman
Kolman Law P.C.
414 Hulmeville Avenue
Penndel, PA 19047

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**PETER J. WELSH**
*CLERK OF COURT*

**s/ - Courtney E Pucilowski**
*Signature of Clerk or Deputy Clerk*

**ISSUED ON 2024-02-28 13:58:21**, Clerk USDC MDPA

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 3:24-cv-00344-JKM

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* GOOD LION TV, LLC
was received by me on *(date)* 03/04/2024.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* Brittany Elliott, authorized clerk for registered agent, who is designated by law to accept service of process on behalf of *(name of organization)* GOOD LION TV, LLC c/o Cloud Peak Law LLC 1309 Coffeen Ave Suite 1200 Sheridan, WY on *(date)* 03/04/2024 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ 0.00 for travel and $ 49.50 for services, for a total of $ 49.50

I declare under penalty of perjury that this information is true.

Date: 03/10/2024

*Server's signature*

Dustin Looper, process server
*Printed name and title*

101 E Loucks St, Unit 6384
Sheridan, WY 8281

*Server's address*

Additional information regarding attempted service, etc:
Additonal Documents Served: Waiver Of The Service Of Summons; Notice Of A Lawsuit And Request To Waive Service of A Summons; Notice Consent And Reference Of A Civil Action To A Magistrate Judge; Disclosure Statement Pursuant To Fed R Civ P 7.1; Complaint; Civil Cover Sheet; Exhibit 1; Exhibit 2; Exhibit 3; and Exhibit 4.

Details of Serve: 3-4-2024 @ aprox. 2:07pm
An individual identified as Brittany Elliott, clerk for Cloud Peak Law LLC, accepted the aforementioned documents after reviewing the agent's documents and confirming statutory agent status. She stated that the mailing address used on filings is the same physical location as the registered agent office.(w, f, 30s, 5'9", 240lbs)