## UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

PHILIP GODLEWSKI     : CIVIL ACTION
*Petitioner,*      :

           : NO.: 3:24-CV-00344
vs.         :

EDUARDO NICOLAS ALVEAR : JURY TRIAL DEMANDED
GONZALEZ       :
AKA,          :
ALVEAR GONZALEZ EDUARDO :
NICOLAS;        :
AKA,          :
NICOLAS ALVEAR      :

           :
And,         :

           :
GOOD LION FILMS, L.L.C.   :

           :
And,         :

           :
GOOD LION TV, L.L.C.    :
     *Respondents.* :

**FILED
SCRANTON**

MAR 1 9 2024

PER _____
DEPUTY CLERK

---

### Audio Exhibit 1 in Support of Plaintiff's Motion for Preliminary Injunction Order
### (ECF DOCUMENT NUMBER 5-2)

(2) VOICEMAIL RECORDINGS
 1. Threat Against Ex-Wife
 2. Threat to Kill

**FILED
SCRANTON**

MAR 1 8 2024

PER _____
DEPUTY CLERK



godlewski v. Alvear et al
exhibit 1 (ecf doc. 5-2)
2 voicemail audios
1. threat against ex-wife
2. threat to kill



# KOLMAN LAW P.C.
## COMPLEX LITIGATION SINCE 1991

414 Hulmeville Ave
Penndel, PA 19047
https://kolmanlaw.com

Tel:  (215) 750-3134
Fax:  (215) 750-3138
Client_Care@KolmanLaw.com

March 13, 2024

**_Sent Via USPS Priority Mail (9405503699300669499671)_**
**Attn.: Clerk of Courts**
U.S. District Court
Middle District of Pennsylvania
P.O. Box 1148
235 N. Washington Avenue
Scranton, Pennsylvania 18501

**FILED
SCRANTON**

MAR 1 9 2024

PER_____
DEPUTY CLERK

RE.:    **GODLEWSKI V. ALVEAR et al –
          PAMD No.: 3:24-CV-00344-JMK**

Dear Clerk of Court,

In compliance with Standing Order No. 2022-14 issued by Judge Brann, please find enclosed two (2) DVDs containing two (2) audio clips of voicemail recordings to be incorporated with Exhibit 1 of Plaintiff's Motion for Preliminary Injunction,(*ECF No. 5-2*), as well two (2) place holders for same, in connection with the above-referenced matter.

Thank you for your attention to this matter.

Very truly yours,

**KOLMAN LAW PC**

*/s/ Timothy M. Kolman*

Timothy M. Kolman, Esquire

**FILED
SCRANTON**

MAR 1 8 2024

PER_____
DEPUTY CLERK

**PRESS FIRMLY TO SEAL**



PRIORITY MAIL
FLAT RATE ENVELOPE
POSTAGE REQUIRED

# PRIORITY® MAIL

*nestic use.*

*urance (restrictions apply).\**

*mestic and many international destinations.*

*eclaration form is required.*

*egarding claims exclusions see the*

*n for availability and limitations of coverage.*

)PE

)

To schedule free Package Pickup,
scan the QR code.



uly 2022
/2 x 9 1/2

USPS.COM/PICKUP



This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® and Priority Mail International® shipments.
Misuses may be a violation of federal law. This package is not for resale. EP14F © U.S. Postal Service; July 2022; All rights reserved.