## UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **PHILIP GODLEWSKI** | : | CIVIL ACTION |
| *Plaintiff,* | : | |
| | : | NO.: 3:24-CV-00344 |
| vs. | : | |
| **EDUARDO NICOLAS ALVEAR GONZALEZ** | : | JURY TRIAL DEMANDED |
| AKA, | : | |
| **ALVEAR GONZALEZ EDUARDO NICOLAS;** | : | |
| AKA, | : | |
| **NICOLAS ALVEAR** | : | |
| | : | |
| And, | : | |
| | : | |
| **GOOD LION TV, L.L.C.** | : | |
| *Defendants.* | : | |

### PRAECIPE TO REMOVE DEFENDANT

TO THE PROTHONOTARY:

    Kindly remove Good Lion Films, L.L.C., as a Defendant from this matter.

                        Respectfully Submitted,

                        **KOLMAN LAW, P.C.**

                        /s/ Timothy M. Kolman
                        Timothy M. Kolman, Esquire
                        414 Hulmeville Avenue
                        Penndel, Pennsylvania 19047
                        (215) 750-3134
                        *Attorney for Plaintiff*

Date: March 26, 2024

**CERTIFICATE OF SERVICE**

      I, Timothy M. Kolman, Esquire, hereby certify that on this 26th day of March 2024, I caused a true and correct copy of *Plaintiff's Praecipe to Remove Defendant* to be served upon the following via USPS Priority Mail:

**EDUARDO NICOLAS ALVEAR GONZALEZ**
**AKA**
**ALVEAR GONZALEZ EDUARDO NICOLAS**
**AKA**
**NICOLAS ALVEAR**
905 Clay Street, Apartment 308
Nashville, Tennessee 39208
(*USPS Tracking Number 9405503699300673627619* )
*Defendant*

**GOOD LION TV, LLC**
c/o Cloud Peak Law, LLC
1095 Sugar View Drive, Suite 500
Sheridan, Wyoming 82801
(*USPS Tracking Number 9405503699300673627626* )

&

1039 Coffeen Avenue, Suite 1200
Sheridan, Wyoming 82801
(*USPS Tracking Number 9405503699300673627633*)
*Defendant*

    Respectfully Submitted,

    **KOLMAN LAW, P.C.**

    /s/ Timothy M. Kolman
    Timothy M. Kolman, Esquire
    414 Hulmeville Avenue
    Penndel, Pennsylvania 19047
    (215) 750-3134
    *Attorney for Plaintiff*

Date: March 26, 2024

Case 3:24-cv-00344-JFS     Document 8     Filed 03/26/24     Page 3 of 3