# UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **PHILIP GODLEWSKI** | : | CIVIL ACTION |
| *Plaintiff,* | : | |
| | : | NO.: <u>3:24-CV-00344</u> |
| vs. | : | |
| **EDUARDO NICOLAS ALVEAR** | : | JURY TRIAL DEMANDED |
| **GONZALEZ** | : | |
| **AKA,** | : | |
| **ALVEAR GONZALEZ EDUARDO** | : | |
| **NICOLAS;** | : | |
| **AKA,** | : | |
| **NICOLAS ALVEAR** | : | |
| | : | |
| And, | : | |
| | : | |
| **GOOD LION TV, L.L.C.** | : | |
| *Defendants.* | : | |

## <u>MOTION FOR DEFAULT JUDGMENT AND DAMAGES</u>

Plaintiff Philip Godlewski, by and through his undersigned counsel, hereby files this instant Motion for Default Judgement and Damages, and in support thereof, avers as follows:

1. On February 28, 2024, Plaintiff filed this instant action by filing a Complaint against Defendants (*See* ECF Doc. No. 1).

2. On March 5, 2024, Defendants Eduardo Nicolas Alvear Gonzales (hereinafter referred to as "Alvear") and Good Lion TV, LLC, were served via process servers. (*See* ECF Doc. Nos. 3 and 6, respectively.)

3. On March 28, 2024, Plaintiff filed a Motion for Preliminary Injunction against Defendants. (*See* ECF Doc. No. 5).

4. Plaintiff served Defendants with the Motion for Preliminary Injunction via USPS Priority Mail.

5. Defendant Good Lion TV, LLC, was appropriately served with the Preliminary Injunction on March 18, 2024. A true and correct copy of the USPS tracking information has been attached

and incorporated hereto as "Exhibit A."

6. Initially, Plaintiff sent Defendant Alvear a letter enclosing the Preliminary Injunction via USPS Priority Mail, Signature Required (Tracking Number 9410803699300165838441),

7. USPS attempted to deliver the letter on March 16, 2024. However, a "notice was left because an authorized recipient was not available." A true and correct copy of the notification from USPS has been attached and incorporated hereto as "Exhibit B."

8. On March 19, 2024, Plaintiff resent the Preliminary Injunction via USPS Priority Mail (Tracking Number 9405503699300671337565) to Defendant Alvear.

9. Per USPS, the letter sent on March 19, 2024, was successfully delivered to Defendant Alvear's residence. A true and correct copy of USPS Tracking History has been attached and incorporated hereto as "Exhibit C."

10. Per this Honorable Court's docketing entries, Alvear and Good Lion TV, LLC, were ordered to Answer the Plaintiff's Complaint by March 25, 2024.

11. Despite proper service, Defendants have not filed an Entry of Appearance, an Answer to Plaintiff's Complaint, nor a response to Plaintiff's Preliminary Injunction.

12. Upon information and belief, Good Lion Films, LLC, is a defunct corporation and no longer an active business. A true and correct copy of the company snapshot from Opencorporates.com, has been attached and incorporated hereto as Exhibit "D".

13. Despite numerous attempts, Plaintiff has been unable to procure service upon Good Lion Films, LLC. A true and correct copy of service attempts has been attached and incorporated hereto as Exhibit "E".

14. On March 26, 2024, Plaintiff filed a Praecipe to Remove Good Lion Films, LLC, as a named Defendant from this instant action.

WHEREFORE, Plaintiff motions this Court to enter a Default Judgment against the Defendants.

Respectfully Submitted,

**KOLMAN LAW, P.C.**

 /s/ Timothy M. Kolman
Timothy M. Kolman, Esquire
414 Hulmeville Ave
Penndel, PA 19047
(215) 750-3134
*Attorney for Plaintiff*

Date: March 26, 2024

## UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **PHILIP GODLEWSKI** | : | CIVIL ACTION |
| *Plaintiff,* | : | |
| | : | NO.: <u>3:24-CV-00344</u> |
| vs. | : | |
| **EDUARDO NICOLAS ALVEAR** | : | JURY TRIAL DEMANDED |
| **GONZALEZ** | : | |
| **AKA,** | : | |
| **ALVEAR GONZALEZ EDUARDO** | : | |
| **NICOLAS;** | : | |
| **AKA,** | : | |
| **NICOLAS ALVEAR** | : | |
| | : | |
| And, | : | |
| | : | |
| **GOOD LION TV, L.L.C.** | : | |
| *Defendants.* | : | |

## <u>JUDGMENT AND ORDER</u>

      **AND NOW**, this _____ day of _____, 2024, upon consideration of

the Motion for Default Judgment against Defendants, it is hereby **ORDERED** and **DECREED**

Plaintiff's Motion is **GRANTED.**

      Judgment is entered in favor of Plaintiff and against Defendants.

      **AND IT IS SO ORDERED.**


                                 **BY THE COURT**:

                              _____

                                         , J.

## <u>CERTIFICATE OF SERVICE</u>

     I, Timothy M. Kolman, Esquire, hereby certify that on this 26th day of March 2024, I caused a true and correct copy of *Plaintiff's Motion for Default Judgment* to be served upon the following via USPS Priority Mail:

**EDUARDO NICOLAS ALVEAR GONZALEZ**
**AKA**
**ALVEAR GONZALEZ EDUARDO NICOLAS**
**AKA**
**NICOLAS ALVEAR**
905 Clay Street, Apartment 308
Nashville, Tennessee 39208
*(USPS Tracking Number)*
***Defendant***


**GOOD LION TV, LLC**
c/o Cloud Peak Law, LLC
1095 Sugar View Drive, Suite 500
Sheridan, Wyoming 82801
*USPS Tracking Number)*

&
1039 Coffeen Avenue, Suite 1200
Sheridan, Wyoming 82801
*USPS Tracking Number )*
***Defendant***


Respectfully Submitted,

**KOLMAN LAW, P.C.**


 /s/ Timothy M. Kolman
Timothy M. Kolman, Esquire
414 Hulmeville Avenue
Penndel, Pennsylvania 19047
(215) 750-3134
*Attorney for Plaintiff*

Date: <u>March 26, 2024</u>

# EXHIBIT

# A

# USPS Tracking®

**FAQs ›**

**Tracking Number:**

**Remove ✕**

## 9410803699300165838823

Copy          Add to Informed Delivery (https://informeddelivery.usps.com/)

### Latest Update

Your item was delivered to the front desk, reception area, or mail room at 10:44 am on March 18, 2024 in SHERIDAN, WY 82801. The item was signed for by A TRAMPI.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

### Delivered
**Delivered, Front Desk/Reception/Mail Room**

SHERIDAN, WY 82801
March 18, 2024, 10:44 am

**See All Tracking History**

**What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)**

---

**Text & Email Updates**                                                          ⌄

---

**Proof of Delivery**                                                               ⌄

---

**USPS Tracking Plus®**                                                            ⌄

---

**Product Information**                                                             ⌄

---

**See Less** ⌃

Feedback

# USPS Tracking®

**FAQs** ›

**Tracking Number:**                                                    **Remove** ✕

## 94108036993300165838830

Copy          Add to Informed Delivery (https://informeddelivery.usps.com/)

### Latest Update

Your item was delivered to the front desk, reception area, or mail room at 10:44 am on March 18, 2024 in SHERIDAN, WY 82801. The item was signed for by A TRAMPI.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

### Delivered
**Delivered, Front Desk/Reception/Mail Room**

SHERIDAN, WY 82801
March 18, 2024, 10:44 am

**See All Tracking History**

**What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)**

Feedback

| Text & Email Updates | ⌄ |
|---|---|

| Proof of Delivery | ⌄ |
|---|---|

| USPS Tracking Plus® | ⌄ |
|---|---|

| Product Information | ⌄ |
|---|---|

**See Less** ⌃



*Cut on dotted line.*

## Instructions

1. Each Click-N-Ship® label is unique. Labels are to be used as printed and used only once. DO NOT PHOTO COPY OR ALTER LABEL.

2. Place your label so it does not wrap around the edge of the package.

3. Adhere your label to the package. A self-adhesive label is recommended. If tape or glue is used, DO NOT TAPE OVER BARCODE. Be sure all edges are secure.

4. To mail your package with PC Postage®, you may schedule a Package Pickup online, hand to your letter carrier, take to a Post Office™, or drop in a USPS collection box.

5. Mail your package on the "Ship Date" you selected when creating this label.

### Click-N-Ship® Label Record

**Signature Confirmation™ :**
**9410 8036 9930 0165 8388 30**

| | |
|---|---|
| Trans. #: 600636298 | Priority Mail® Postage: $9.85 |
| Print Date: 03/08/2024 | Signature Confirmation: $3.50 |
| Ship Date: 03/08/2024 | (Electronic Rate) |
| Expected Delivery Date: 03/11/2024 | Total: $13.35 |

**From:** TIMOTHY M KOLMAN
KOLMAN LAW PC
414 HULMEVILLE AVE
PENNDEL PA 19047-5517

**To:** GOOD LION TV, LLC
STE 1200
1039 COFFEEN AVE
SHERIDAN WY 82801

\* Retail Pricing Priority Mail rates apply. There is no fee for USPS Tracking® service on Priority Mail service with use of this electronic rate shipping label. Refunds for unused postage paid labels can be requested online 30 days from the print date.

*Thank you for shipping with the United States Postal Service!*
*Check the status of your shipment on the USPS Tracking® page at usps.com*



414 Hulmeville Ave
Penndel, PA 19047
https://kolmanlaw.com

Tel: (215) 750-3134
Fax: (215) 750-3138
Client_Care@KolmanLaw.com

March 8, 2024

**_Sent Via USPS Priority Mail (9410803699300165838823)_**
GOOD LION TV, LLC
c/o Cloud Peak Law, LLC
1095 Sugar View Drive, Suite 500
Sheridan, Wyoming 82801

**_Sent via USPS Priority Mail (9410803699300165838830)_**
GOOD LION TV, LLC
1039 Coffeen Avenue, Suite 1200
Sheridan, Wyoming 82801

   **RE.: GODLEWSKI V. ALVEAR et al –
     PAMD No.: 3:24-CV-00344-JMK**

Dear Sir/Madam,

  Please see enclosed documents that were filed with the court concerning the above-referenced matter.

       Very truly yours,

       **KOLMAN LAW PC**

       _/s/ Timothy M. Kolman_

       Timothy M. Kolman, Esquire

## UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **PHILIP GODLEWSKI** | : | CIVIL ACTION |
| *Petitioner,* | : | |
| | : | NO.: <u>3:24-CV-00344</u> |
| vs. | : | |
| **EDUARDO NICOLAS ALVEAR** | : | JURY TRIAL DEMANDED |
| **GONZALEZ** | : | |
| **AKA,** | : | |
| **ALVEAR GONZALEZ EDUARDO** | : | |
| **NICOLAS;** | : | |
| **AKA,** | : | |
| **NICOLAS ALVEAR** | : | |
| | : | |
| And, | : | |
| | : | |
| **GOOD LION FILMS, L.L.C.** | : | |
| | : | |
| And, | : | |
| | : | |
| **GOOD LION TV, L.L.C.** | : | |
| *Respondents.* | : | |

## <u>MOTION IN SUPPORT OF PRELIMINARY INJUNCTION ORDER</u>

Now comes the Plaintiff and requests this Honorable Court to grant his Motion for a Preliminary Injunction Order. Plaintiff relies on the Supplementary Memorandum of Law in support of this motion, which is attached hereto and incorporated herein.

Respectfully submitted,

**KOLMAN LAW, P.C.**

*/s/ Timothy M. Kolman*
Timothy M. Kolman Esquire
414 Hulmeville Avenue
Penndel, PA 19047
(T) 215-750-3134 / (F) 215-750-3138

*s/Timothy Bowers*
Timothy A. Bowers, Esquire

Dated: <u>03/08/2024</u>

*Attorneys for Petitioner, Philip Godlewski*

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that on this 8th day of March, 2024, a true and correct copy of the foregoing was served upon the following in the manner described:

**EDUARDO NICOLAS ALVEAR GONZALEZ**
**AKA**
**ALVEAR GONZALEZ EDUARDO NICOLAS**
**AKA**
**NICOLAS ALVEAR**
905 Clay Street, Apartment 308
Nashville, Tennessee 39208
*Via USPS Priority Mail, Signature Required (9410 8036 9930 0165 8384 41)*
*Defendant*


**GOOD LION FILMS, LLC**
808 E. Santa Clara Street, Apartment D
Ventura, California 93001
*Via USPS Priority Mail, Signature Required (9410 8036 9930 0165 8386 32)*
*Defendant*

**GOOD LION TV, LLC**
c/o Cloud Peak Law, LLC
1095 Sugar View Drive, Suite 500
Sheridan, Wyoming 82801
*Via USPS Priority Mail, Signature Required (9410 8036 9930 0165 8388 23)*

&

1039 Coffeen Avenue, Suite 1200
Sheridan, Wyoming 82801
*Via USPS Priority Mail, Signature Required (9410 8036 9930 0165 8388 30)*
*Defendant*

Respectfully Submitted,

**KOLMAN LAW P.C.**

BY:     */s/Timothy M. Kolman*
        Timothy M. Kolman, Esquire

BY:     */s/Timothy Bowers*
        Timothy Bowers Esquire

Date: 03/08/2024                    *Attorneys for Petitioner*

## UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **PHILIP GODLEWSKI** | : | CIVIL ACTION |
| *Petitioner,* | : | |
| | : | NO.: <u>3:24-CV-00344</u> |
| vs. | : | |
| **EDUARDO NICOLAS ALVEAR** | : | JURY TRIAL DEMANDED |
| **GONZALEZ** | : | |
| **AKA,** | : | |
| **ALVEAR GONZALEZ EDUARDO** | : | |
| **NICOLAS;** | : | |
| **AKA,** | : | |
| **NICOLAS ALVEAR** | : | |
| | : | |
| And, | : | |
| | : | |
| **GOOD LION FILMS, L.L.C.** | : | |
| | : | |
| And, | : | |
| | : | |
| **GOOD LION TV, L.L.C.** | : | |
| *Respondents.* | : | |

## BRIEF IN SUPPORT OF PETITIONER'S
## <u>MOTION FOR A PRELIMINARY INJUNCTION</u>

Petitioner, by and through his undersigned counsel, hereby avers as follows in support of the attached Petition:

### I.  <u>STATEMENT OF FACTS</u>

The relevant facts are detailed in the Petitioner's Complaint and incorporated herein by reference. Petitioner has filed this preliminary injunction because his life and family have been physically threatened with imminent violence due to false and inflammatory publications by Defendants. See Exhibit P1, Inc., attached and incorporated hereto.

Further, Petitioner's clients and customers have been contacted and Petitioner's reputation falsely and maliciously besmirched. Finally, the content of the Respondents' publications and communications impute a criminal liability to the Petitioner, of which he is innocent, and tars him

as a pedophile, fraudster, and criminal. As argued below, these facts satisfy the standard for a preliminary injunction.

**II.**    **LEGAL ARGUMENT**

    **A. Standard of Review for Injunctive Relief**

    **(i)**    **The legal Standard for Imminent Danger.**

An injunction should be issued because the Petitioner is in imminent danger, and an injunction would remove the threat to the Petitioner and his family.

"Imminent dangers are those dangers which are about to occur at any moment or are impending." *Abdul–Akbar v. McKelvie*, 239 F.3d 307, 315 (3d Cir.2001) (internal quotation marks omitted). "By using the term 'imminent,' Congress indicated that it wanted to ... prevent impending harms, not those harms that had already occurred." *Id.*

This danger must be present at the time the complaint is filed. Courts generally reject vague, conclusory, or fantastic allegations as they are deemed insufficient to establish this status. For a plaintiff to qualify for the endangerment exception, they must demonstrate that they are under "imminent danger of serious physical injury" *Talbert v. Well Path* 2020 WL 4059933(E.D.Pa) (Not reported in F. Supp), *Pew v. Glunt* 20215 WL 1951636 (M.D.Pa 2015) Not reported in F. Supp. This danger cannot be based on past harm or harm that is likely to occur in the distant future *DeFranco v.Miller* 2021 WL 3667839 (W.D.Pa) Not reported in F.Supp.]. The danger should be a threat that is real, proximate, and likely to cause harm in the immediate future. Furthermore, in the context of injunctive relief, a risk of future harm can be considered concrete and thus may qualify as an imminent danger if the risk is "sufficiently imminent and substantial.

In determining whether to grant a preliminary injunction, a court must consider whether the party seeking the injunction has satisfied four factors: "1) a likelihood of success on the merits; 2) he or she will suffer irreparable harm if the injunction is denied; 3) granting relief will not result in even greater harm to the nonmoving party, and 4) the public interest favors such relief." *Bimbo Bakeries USA, Inc. v. Botticella,* 613 F.3d 102, 109 (3d Cir. 2010) quoting *Miller v. Mitchell,* 598 F.3d 139, 145 (3d Cir. 2010). See also Fed.R.Civ.P. 65.

As a court sitting in equity, the district court must weigh the four factors, but it is not incumbent on the movant to prevail on all four factors, only on the overall need for an injunction. *Neo Gen Screening, Inc. v. TeleChem Intern., Inc.,* 69 Fed.App'x 550, 554 (3d Cir. 2003). A sufficiently strong showing on either the likelihood of success or irreparable harm may justify an injunction, even if a movant's showing on the other two factors is lacking. *Id.*

Because a preliminary injunction is an extraordinary remedy, the party seeking it must show, at a minimum, a likelihood of success on the merits and that they likely face irreparable harm in the absence of the injunction. See *Adams v. Freedom Forge Corp.,* 204 F.3d 475, 484 (3d Cir. 2000); *Hohe v. Casey, 686* F.2d 69, 72 (3d Cir. 1989). The burden of introducing evidence to support a preliminary injunction is on the moving party with respect to the first two factors; however, the same is not true of the second two factors. *Neo Gen Screening Inc., v. TeleChem Intern, Inc.,* 69 Fed.App'x 550, 554. (3d.Cir 2003).

For a district court to grant an injunction, the moving party must show that 1) it is likely to succeed on the merits and 2) denial will result in irreparable harm to the moving party. *BP Chems. Ltd. v. Formosa Chem. & Fibre Corp.,* 229 F.3d 254, 263 (3d Cir.2000); *Maldonado v. Houstoun,* 157 F.3d 179, 184 (3d Cir.1998); *Opticians Assoc. v. Independent Opticians,* 920 F.2d 187, 192 (3d Cir.1990). In addition, the District Court should

consider whether 3) granting the injunction will not result in irreparable harm to the non-moving party and/or harm to the moving party outweighs the harm to the non-moving party and 4) granting the injunction is in the public interest. *See id.; See also Acierno v. New Castle County,* 40 F.3d 645, 647 (3d Cir.1994).

**(ii)     <u>Application of the Law to This Case</u>**

In this case, Petitioner satisfies all of the necessary criteria to justify an injunction. Physical violence is irreparable harm and the longer and more pervasive the false and provocative accusation that Petitioner is a 'pedophile' or a 'pedo,' the more likelihood of an attack against him and his family.

Petitioner is not a sex offender. Petitioner has never been convicted of any sex offense, let alone one with a minor. In that regard he can succeed on the merits. The allegation, masquerading as a revelation of fact, that Petitioner is a convicted pedophile is entirely and utterly false. It is inflammatory, and Petitioner is requesting that the Respondents be stopped from continuing to ignite hatred against him by spreading their false and incendiary diatribe.

Much more harm will come to the Petitioner if the injunction is not granted than to the Respondents if it is. Further, the Respondents, on their worst day, may incur some economic loss, but for this, Petitioner will post a bond.

Finally, there is a significant public interest in ensuring that citizens and their families are not beaten up, injured, and killed because other people with the resources to spread malicious rumors across all media will publish falsehoods so incendiary and provocative that self-appointed vigilantes are incited to physically injure the innocent. Such actions are intolerable in a democratic country governed by the Rule of Law.

## CONCLUSION

In light of the foregoing, Petitioner believes he satisfies the conditions necessary for the issuance of a Preliminary Injunction and respectfully requests that this Court issue one in the form of order attached hereto.

Respectfully Submitted,

**KOLMAN LAW P.C.**

BY:    */s/ Timothy M. Kolman*
Timothy M. Kolman, Esquire

BY:    */s/ Timothy Bowers*
Timothy Bowers Esquire
*Attorneys for Petitioner*

Date: 03/08/2024

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 8th day of March 2024, a true and correct copy of the foregoing was served upon the following in the manner described:

**EDUARDO NICOLAS ALVEAR GONZALEZ**
**AKA**
**ALVEAR GONZALEZ EDUARDO NICOLAS**
**AKA**
**NICOLAS ALVEAR**
905 Clay Street, Apartment 308
Nashville, Tennessee 39208
*Via USPS Priority Mail, Signature Required (9410 8036 9930 0165 8384 41)*
*Defendant*

**GOOD LION FILMS, LLC**
808 E. Santa Clara Street, Apartment D
Ventura, California 93001
*Via USPS Priority Mail, Signature Required (9410 8036 9930 0165 8386 32)*
*Defendant*

**GOOD LION TV, LLC**
c/o Cloud Peak Law, LLC
1095 Sugar View Drive, Suite 500
Sheridan, Wyoming 82801
*Via USPS Priority Mail, Signature Required (9410 8036 9930 0165 8388 23)*
&
1039 Coffeen Avenue, Suite 1200
Sheridan, Wyoming 82801
*Via USPS Priority Mail, Signature Required (9410 8036 9930 0165 8388 30)*
*Defendant*

Respectfully Submitted,
**KOLMAN LAW P.C.**
BY:    */s/Timothy M. Kolman*
Timothy M. Kolman, Esquire
BY:    */s/Timothy Bowers*
Timothy Bowers Esquire
*Attorneys for Petitioner*

Date: 03/08/2024

EXHIBIT 1







10:13 

 **M @mleaf4ever** · 1/1/24    ...

# DEATH
# PENALTY
## FOR
## PEDOPHILES

💬 1        🔁 6        ♡ 45        📊 2.5K        🔖

 **Rita @RitadperezRita** · 1/1/24    ...
I think you are a better person than this, there is no reason for fighting between truthers and it only causes people to think twice of trusting any truther. Be a better person and cease bad comments and ridiculing others.

💬 44        🔁 2        ♡ 105        📊 10K        🔖



10:49

+1 (502) 325-9014 >

Id block me too. You are a sick fuck who cheats on his wife on their wedding night. Go to hell phil. If I see you again, I'm going to rearrange your face.





9:45

+1 (629) 292-4355 ›

iMessage
Today 3:44 AM

You've lost the Scranton Times suit! You can't sue anyone for defamation it will be a repeat. Lol this is HILARIOUS.

You are powerless, and can't fear anyone into your agenda.

We GOT YOU. lol this is GOLD.

Go check out the new court docs and rejoice with us.

You are the dumbest kid fucker on the planet you pedo fuck.

Next, you won't be able to have those kids of yours around you.

I bet you're abusing them now you sick fuck.

You fucked with the wrong LION. Keep up your charade pussy.



iMessage

**PLACE HOLDER FOR AUDIO PORTION OF EXHIBIT 1**

**IT IS FURTHER ORDERED** that the Defendants shall immediately remove and delete any publications, including those in the film 'The Greatest Fraud on Earth,' which refer to Petitioner as a pedophile or words to that effect.

**IT IS FURTHER ORDERED** that Respondent shall not circumvent this Order by encouraging others to publish similar inflammatory and false content referring to Petitioner as a pedophile or using other derogatory terms with the same meaning.

Petitioner shall post a bond in the amount of $_____

**IT IS FURTHER ORDERED** that this Court shall maintain jurisdiction over these matters until notified by the parties that they are resolved.

**AND IT IS SO ORDERED.**

       **BY THE COURT:**


_____
                                            **, J.**

**USPS SIGNATURE TRACKING #**

9410 8036 9930 0165 8388 23

Electronic Rate Approved #03855557749

SIGNATURE REQUIRED

GOOD LION TV, LLC
STE 500
1095 SUGARVIEW DR
SHERIDAN WY 82801-5386

C006

TIMOTHY M KOLMAN
KOLMAN LAW PC
414 HULMEVILLE AVE
PENNDEL PA 19047-5517

**PRIORITY MAIL®**

Expected Delivery Date: 03/11/24

0003

**UNITED STATES POSTAL SERVICE®**

**P**

usps.com

**US POSTAGE**
Flat Rate Env
Signature
Confirmation

03/08/2024

Mailed from 19047

9467368590241619

**U.S. POSTAGE PAID**
Click-N-Ship®

9410 8036 9930 0165 8388 23 0133 5001 0078 2801

**Click-N-Ship®**

---

*Cut on dotted line.*

## Instructions

1. Each Click-N-Ship® label is unique. Labels are to be used as printed and used only once. DO NOT PHOTO COPY OR ALTER LABEL.

2. Place your label so it does not wrap around the edge of the package.

3. Adhere your label to the package. A self-adhesive label is recommended. If tape or glue is used, DO NOT TAPE OVER BARCODE. Be sure all edges are secure.

4. To mail your package with PC Postage®, you may schedule a Package Pickup online, hand to your letter carrier, take to a Post Office™, or drop in a USPS collection box.

5. Mail your package on the "Ship Date" you selected when creating this label.

## Click-N-Ship® Label Record

**Signature Confirmation™ :**
**9410 8036 9930 0165 8388 23**

| | | |
|---|---|---|
| Trans. #: | 600636298 | |
| Print Date: | 03/08/2024 | Priority Mail® Postage: $9.85 |
| Ship Date: | 03/08/2024 | Signature Confirmation: $3.50 |
| Expected | | (Electronic Rate) |
| Delivery Date: | 03/11/2024 | Total: $13.35 |

From:   TIMOTHY M KOLMAN
        KOLMAN LAW PC
        414 HULMEVILLE AVE
        PENNDEL PA 19047-5517

To:     GOOD LION TV, LLC
        STE 500
        1095 SUGARVIEW DR
        SHERIDAN WY 82801-5386

\* Retail Pricing Priority Mail rates apply. There is no fee for USPS Tracking® service on Priority Mail service with use of this electronic rate shipping label. Refunds for unused postage paid labels can be requested online 30 days from the print date.


**UNITED STATES POSTAL SERVICE®**   *Thank you for shipping with the United States Postal Service!*
*Check the status of your shipment on the USPS Tracking® page at usps.com*



414 Hulmeville Ave                                    Tel: (215) 750-3134
Penndel, PA 19047                                     Fax: (215) 750-3138
https://kolmanlaw.com                          Client_Care@KolmanLaw.com

March 8, 2024

**_Sent Via USPS Priority Mail_ (9410803699300165838823)**
GOOD LION TV, LLC
c/o Cloud Peak Law, LLC
1095 Sugar View Drive, Suite 500
Sheridan, Wyoming 82801

**_Sent via USPS Priority Mail_ (9410803699300165838830)**
GOOD LION TV, LLC
1039 Coffeen Avenue, Suite 1200
Sheridan, Wyoming 82801

        **RE.:   GODLEWSKI V. ALVEAR et al –**
              **PAMD No.: 3:24-CV-00344-JMK**

Dear Sir/Madam,

        Please see enclosed documents that were filed with the court concerning the above-referenced matter.

                              Very truly yours,

                              **KOLMAN LAW PC**

                              _/s/ Timothy M. Kolman_
                              Timothy M. Kolman, Esquire

### UNITED STATES DISTRICT COURT
### FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **PHILIP GODLEWSKI** | : | CIVIL ACTION |
| *Petitioner,* | : | |
| | : | NO.: <u>3:24-CV-00344</u> |
| vs. | : | |
| **EDUARDO NICOLAS ALVEAR** | : | JURY TRIAL DEMANDED |
| **GONZALEZ** | : | |
| **AKA,** | : | |
| **ALVEAR GONZALEZ EDUARDO** | : | |
| **NICOLAS;** | : | |
| **AKA,** | : | |
| **NICOLAS ALVEAR** | : | |
| | : | |
| And, | : | |
| | : | |
| **GOOD LION FILMS, L.L.C.** | : | |
| | : | |
| And, | : | |
| | : | |
| **GOOD LION TV, L.L.C.** | : | |
| *Respondents.* | : | |

## <u>MOTION IN SUPPORT OF PRELIMINARY INJUNCTION ORDER</u>

Now comes the Plaintiff and requests this Honorable Court to grant his Motion for a Preliminary Injunction Order. Plaintiff relies on the Supplementary Memorandum of Law in support of this motion, which is attached hereto and incorporated herein.

Respectfully submitted,

**KOLMAN LAW, P.C.**

*/s/Timothy M. Kolman*
Timothy M. Kolman Esquire
414 Hulmeville Avenue
Penndel, PA 19047
(T) 215-750-3134 / (F) 215-750-3138

*s/Timothy Bowers*
Timothy A. Bowers, Esquire

Dated: <u>03/08/2024</u>

*Attorneys for Petitioner, Philip Godlewski*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 8th day of March, 2024, a true and correct copy of the foregoing was served upon the following in the manner described:

**EDUARDO NICOLAS ALVEAR GONZALEZ**
**AKA**
**ALVEAR GONZALEZ EDUARDO NICOLAS**
**AKA**
**NICOLAS ALVEAR**
905 Clay Street, Apartment 308
Nashville, Tennessee 39208
*Via USPS Priority Mail, Signature Required (9410 8036 9930 0165 8384 41)*
*Defendant*

**GOOD LION FILMS, LLC**
808 E. Santa Clara Street, Apartment D
Ventura, California 93001
*Via USPS Priority Mail, Signature Required (9410 8036 9930 0165 8386 32)*
*Defendant*

**GOOD LION TV, LLC**
c/o Cloud Peak Law, LLC
1095 Sugar View Drive, Suite 500
Sheridan, Wyoming 82801
*Via USPS Priority Mail, Signature Required (9410 8036 9930 0165 8388 23)*

&

1039 Coffeen Avenue, Suite 1200
Sheridan, Wyoming 82801
*Via USPS Priority Mail, Signature Required (9410 8036 9930 0165 8388 30)*
*Defendant*

Respectfully Submitted,

**KOLMAN LAW P.C.**

BY:     */s/Timothy M. Kolman*
        Timothy M. Kolman, Esquire

BY:     */s/Timothy Bowers*
        Timothy Bowers Esquire

Date: 03/08/2024                    *Attorneys for Petitioner*

## UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **PHILIP GODLEWSKI** | : | CIVIL ACTION |
| *Petitioner,* | : | |
| | : | NO.: 3:24-CV-00344 |
| vs. | : | |
| **EDUARDO NICOLAS ALVEAR** | : | JURY TRIAL DEMANDED |
| **GONZALEZ** | : | |
| **AKA,** | : | |
| **ALVEAR GONZALEZ EDUARDO** | : | |
| **NICOLAS;** | : | |
| **AKA,** | : | |
| **NICOLAS ALVEAR** | : | |
| | : | |
| And, | : | |
| | : | |
| **GOOD LION FILMS, L.L.C.** | : | |
| | : | |
| And, | : | |
| | : | |
| **GOOD LION TV, L.L.C.** | : | |
| *Respondents.* | : | |

## BRIEF IN SUPPORT OF PETITIONER'S
## MOTION FOR A PRELIMINARY INJUNCTION

Petitioner, by and through his undersigned counsel, hereby avers as follows in support of the attached Petition:

### I.    STATEMENT OF FACTS

The relevant facts are detailed in the Petitioner's Complaint and incorporated herein by reference. Petitioner has filed this preliminary injunction because his life and family have been physically threatened with imminent violence due to false and inflammatory publications by Defendants. See Exhibit P1, Inc., attached and incorporated hereto.

Further, Petitioner's clients and customers have been contacted and Petitioner's reputation falsely and maliciously besmirched. Finally, the content of the Respondents' publications and communications impute a criminal liability to the Petitioner, of which he is innocent, and tars him

as a pedophile, fraudster, and criminal. As argued below, these facts satisfy the standard for a preliminary injunction.

II.    **LEGAL ARGUMENT**

    A.  **Standard of Review for Injunctive Relief**

    **(i)**    **The legal Standard for Imminent Danger.**

An injunction should be issued because the Petitioner is in imminent danger, and an injunction would remove the threat to the Petitioner and his family.

"Imminent dangers are those dangers which are about to occur at any moment or arc impending." *Abdul–Akbar v. McKelvie*, 239 F.3d 307, 315 (3d Cir.2001) (internal quotation marks omitted). "By using the term 'imminent,' Congress indicated that it wanted to ... prevent impending harms, not those harms that had already occurred." *Id.*

This danger must be present at the time the complaint is filed. Courts generally reject vague, conclusory, or fantastic allegations as they are deemed insufficient to establish this status. For a plaintiff to qualify for the endangerment exception, they must demonstrate that they are under "imminent danger of serious physical injury" *Talbert v. Well Path* 2020 WL 4059933(E.D.Pa) (Not reported in F. Supp), *Pew v. Glunt* 20215 WL 1951636 (M.D.Pa 2015) Not reported in F. Supp.  This danger cannot be based on past harm or harm that is likely to occur in the distant future *DeFranco v.Miller* 2021 WL 3667839 (W.D.Pa) Not reported in F.Supp.]. The danger should be a threat that is real, proximate, and likely to cause harm in the immediate future. Furthermore, in the context of injunctive relief, a risk of future harm can be considered concrete and thus may qualify as an imminent danger if the risk is "sufficiently imminent and substantial.

In determining whether to grant a preliminary injunction, a court must consider whether the party seeking the injunction has satisfied four factors: "1) a likelihood of success on the merits; 2) he or she will suffer irreparable harm if the injunction is denied; 3) granting relief will not result in even greater harm to the nonmoving party, and 4) the public interest favors such relief." *Bimbo Bakeries USA, Inc. v. Botticella,* 613 F.3d 102, 109 (3d Cir. 2010) quoting *Miller v. Mitchell*, 598 F.3d 139, 145 (3d Cir. 2010). See also Fed.R.Civ.P. 65.

As a court sitting in equity, the district court must weigh the four factors, but it is not incumbent on the movant to prevail on all four factors, only on the overall need for an injunction. *Neo Gen Screening, Inc. v. TeleChem Intern., Inc.*, 69 Fed.App'x 550, 554 (3d Cir. 2003). A sufficiently strong showing on either the likelihood of success or irreparable harm may justify an injunction, even if a movant's showing on the other two factors is lacking. *Id.*

Because a preliminary injunction is an extraordinary remedy, the party seeking it must show, at a minimum, a likelihood of success on the merits and that they likely face irreparable harm in the absence of the injunction. See *Adams v. Freedom Forge Corp.*, 204 F.3d 475, 484 (3d Cir. 2000); *Hohe v. Casey, 686* F.2d 69, 72 (3d Cir. 1989). The burden of introducing evidence to support a preliminary injunction is on the moving party with respect to the first two factors; however, the same is not true of the second two factors. *Neo Gen Screening Inc., v. TeleChem Intern, Inc.*, 69 Fed.App'x 550, 554. (3d.Cir 2003).

For a district court to grant an injunction, the moving party must show that 1) it is likely to succeed on the merits and 2) denial will result in irreparable harm to the moving party. *BP Chems. Ltd. v. Formosa Chem. & Fibre Corp.*, 229 F.3d 254, 263 (3d Cir.2000); *Maldonado v. Houstoun,* 157 F.3d 179, 184 (3d Cir.1998); *Opticians Assoc. v. Independent Opticians,* 920 F.2d 187, 192 (3d Cir.1990). In addition, the District Court should

consider whether 3) granting the injunction will not result in irreparable harm to the non-moving party and/or harm to the moving party outweighs the harm to the non-moving party and 4) granting the injunction is in the public interest. *See id.; See also Acierno v. New Castle County,* 40 F.3d 645, 647 (3d Cir.1994).

**(ii)** <u>**Application of the Law to This Case**</u>

In this case, Petitioner satisfies all of the necessary criteria to justify an injunction. Physical violence is irreparable harm and the longer and more pervasive the false and provocative accusation that Petitioner is a 'pedophile' or a 'pedo,' the more likelihood of an attack against him and his family.

Petitioner is not a sex offender. Petitioner has never been convicted of any sex offense, let alone one with a minor. In that regard he can succeed on the merits. The allegation, masquerading as a revelation of fact, that Petitioner is a convicted pedophile is entirely and utterly false. It is inflammatory, and Petitioner is requesting that the Respondents be stopped from continuing to ignite hatred against him by spreading their false and incendiary diatribe.

Much more harm will come to the Petitioner if the injunction is not granted than to the Respondents if it is. Further, the Respondents, on their worst day, may incur some economic loss, but for this, Petitioner will post a bond.

Finally, there is a significant public interest in ensuring that citizens and their families are not beaten up, injured, and killed because other people with the resources to spread malicious rumors across all media will publish falsehoods so incendiary and provocative that self-appointed vigilantes are incited to physically injure the innocent. Such actions are intolerable in a democratic country governed by the Rule of Law.

## CONCLUSION

In light of the foregoing, Petitioner believes he satisfies the conditions necessary for the issuance of a Preliminary Injunction and respectfully requests that this Court issue one in the form of order attached hereto.

Respectfully Submitted,

**KOLMAN LAW P.C.**

BY:    /s/ Timothy M. Kolman
       Timothy M. Kolman, Esquire

BY:    /s/ Timothy Bowers
       Timothy Bowers Esquire
       *Attorneys for Petitioner*

Date: 03/08/2024

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 8th day of March 2024, a true and correct copy of the foregoing was served upon the following in the manner described:

**EDUARDO NICOLAS ALVEAR GONZALEZ**
**AKA**
**ALVEAR GONZALEZ EDUARDO NICOLAS**
**AKA**
**NICOLAS ALVEAR**
905 Clay Street, Apartment 308
Nashville, Tennessee 39208
*Via USPS Priority Mail, Signature Required (9410 8036 9930 0165 8384 41)*
***Defendant***

**GOOD LION FILMS, LLC**
808 E. Santa Clara Street, Apartment D
Ventura, California 93001
*Via USPS Priority Mail, Signature Required (9410 8036 9930 0165 8386 32)*
***Defendant***
**GOOD LION TV, LLC**
c/o Cloud Peak Law, LLC
1095 Sugar View Drive, Suite 500
Sheridan, Wyoming 82801
*Via USPS Priority Mail, Signature Required (9410 8036 9930 0165 8388 23)*
&
1039 Coffeen Avenue, Suite 1200
Sheridan, Wyoming 82801
*Via USPS Priority Mail, Signature Required (9410 8036 9930 0165 8388 30)*
***Defendant***

Respectfully Submitted,
**KOLMAN LAW P.C.**
BY:   */s/Timothy M. Kolman*
Timothy M. Kolman, Esquire
BY:   */s/Timothy Bowers*
Timothy Bowers Esquire
*Attorneys for Petitioner*

Date: 03/08/2024

# EXHIBIT 1







Case 3:24-cv-00344-JKM    Document 5-2    Filed 03/08/24    Page 4 of 11

10:54

**Dr. Z**
3.1K posts

**Posts**    Replies    Highlights    Media    L

@REALRICHULL... · 2/13/24
@PhilGodlewski_ Who's the M
F'en Captain now.
Sure ain't you molester of a 15
year old girl.

@GoodLionTV
@Biz_Shrink
@Skriptkeeper17
@MissBadu



Dead man walking

💬 1      ⟲ 5      ♡ 27      📊 616



Case 3:24-cv-00344-JKM    Document 3-2    Filed 03/08/24    Page 8 of 11

10:13



 **M @mleaf4ever · 1/1/24**   ...

# DEATH PENALTY FOR PEDOPHILES

💬 1          🔁 6          ♡ 45          📊 2.5K          🔖

 **Rita @RitadperezRita · 1/1/24**   ...
I think you are a better person than this, there is no reason for fighting between truthers and it only causes people to think twice of trusting any truther. Be a better person and cease bad comments and ridiculing others.

💬 44          🔁 2          ♡ 105          📊 10K          

10:49

+1 (502) 325-9014 >

Id block me too. You are a sick fuck who cheats on his wife on their wedding night. Go to hell phil. If I see you again, I'm going to rearrange your face.

**jmolidor** · 4 hours ago

**Fraud Phil is a POS. Hope I see him in public some day!**

4 likes

> Show 4 replies





PLACE HOLDER FOR AUDIO PORTION OF EXHIBIT 1

# UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **PHILIP GODLEWSKI** | : | |
| *Plaintiff,* | : | |
| | : | |
| vs. | : | |
| **EDUARDO NICOLAS ALVEAR** | : | |
| **GONZALEZ** | : | |
| **AKA,** | : | |
| **ALVEAR GONZALEZ EDUARDO** | : | |
| **NICOLAS;** | : | CIVIL ACTION |
| **AKA,** | : | |
| **NICOLAS ALVEAR** | : | NO. 3:24-CV-00344-JMK |
| | : | |
| And, | : | JURY TRIAL DEMANDED |
| | : | |
| **GOOD LION FILMS, L.L.C.** | : | |
| | : | |
| And, | : | |
| | : | |
| **GOOD LION TV, L.L.C.** | : | |
| *Defendants.* | : | |

## ORDER

**THIS MATTER** having come before the Court on the application of the Petitioner for a Preliminary Injunction Order, and the Court having considered the Petitioner's Request and, after a hearing before this Court, having determined that there is sufficient basis to grant it, orders the following.

**IT IS** hereby **ORDERED AND DECREED** on this _____ of _____ 2024 that Plaintiff's Motion is **GRANTED**.

**IT IS FURTHER ORDERED** that the Defendants, having published the film 'The Greatest Fraud on Earth' referring to Petitioner Phil Godlewski as a pedophile, having published other such accusations, statements, declarations, and accounts that Petitioner is a pedophile, and having threatened to release more such information across all social media platforms, and this Court having determined that the ascription to Petitioner as a 'pedophile' is false and untrue, and having determined that Petitioner and his family are in immediate physical danger from such false accusations, Respondent is hereby enjoined from referring to or describing the Petitioner, as a pedophile on all media platforms, including but not limited to print, broadcast, or online media.

**IT IS FURTHER ORDERED** that the Defendants shall immediately remove and delete any publications, including those in the film 'The Greatest Fraud on Earth,' which refer to Petitioner as a pedophile or words to that effect.

**IT IS FURTHER ORDERED** that Respondent shall not circumvent this Order by encouraging others to publish similar inflammatory and false content referring to Petitioner as a pedophile or using other derogatory terms with the same meaning.

Petitioner shall post a bond in the amount of $_____

**IT IS FURTHER ORDERED** that this Court shall maintain jurisdiction over these matters until notified by the parties that they are resolved.

**AND IT IS SO ORDERED.**

                   **BY THE COURT:**

                  _____

                                 , J.

# EXHIBIT

# B

# USPS Tracking®

**FAQs** ›

**Remove** ✕

**Tracking Number:**

## 9410803699300165838441

Copy          Schedule a Redelivery (https://tools.usps.com/redelivery.htm)

## Latest Update

We attempted to deliver your item at 11:32 am on March 16, 2024 in NASHVILLE, TN 37208 and a notice was left because an authorized recipient was not available. You may arrange redelivery by using the Schedule a Redelivery feature on this page or may pick up the item at the Post Office indicated on the notice beginning March 18, 2024. If this item is unclaimed by March 31, 2024 then it will be returned to sender.

Feedback

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

● **Delivery Attempt: Action Needed**
**Notice Left (No Authorized Recipient Available)**
NASHVILLE, TN 37208
March 16, 2024, 11:32 am

● **Out for Delivery**
NASHVILLE, TN 37208
March 16, 2024, 7:21 am

● See All Tracking History

**What Do USPS Tracking Statuses Mean?** (https://faq.usps.com/s/article/Where-is-my-package)

**Text & Email Updates**                    ⌄

**Schedule Redelivery**                     ⌃

**Tracking Information**

Notice Left (No Authorized Recipient Available)

**Package Information**

Postal Product:     Priority Mail®

Feature:               Signature Confirmation™
                          Up to $100 insurance included

**Post Office Information**

Check your local Post Office® (https://tools.usps.com/find-location.htm?address=37208&locationType=po) for more information.

**Return Guidelines**

Return to Sender Date:     March 31, 2024

## Enter Your Contact Details

Please provide your contact information below. The address must match the original delivery address.

*indicates a required field

*First Name

M.I.

*Last Name

Company Name

*Street Address



*Cut on dotted line.*



## Instructions

1. Each Click-N-Ship® label is unique. Labels are to be used as printed and used only once. DO NOT PHOTO COPY OR ALTER LABEL.

2. Place your label so it does not wrap around the edge of the package.

3. Adhere your label to the package. A self-adhesive label is recommended. If tape or glue is used, DO NOT TAPE OVER BARCODE. Be sure all edges are secure.

4. To mail your package with PC Postage®, you may schedule a Package Pickup online, hand to your letter carrier, take to a Post Office™, or drop in a USPS collection box.

5. Mail your package on the "Ship Date" you selected when creating this label.

### Click-N-Ship® Label Record

**Signature Confirmation™ :**
**9410 8036 9930 0165 8384 41**

| | |
|---|---|
| Trans. #:       600635807 | Priority Mail® Postage:   $9.85 |
| Print Date:    03/08/2024 | Signature Confirmation:   $3.50 |
| Ship Date:     03/08/2024 | (Electronic Rate) |
| Expected | |
| Delivery Date:  03/11/2024 | Total:                          $13.35 |

From:    TIMOTHY M KOLMAN
         KOLMAN LAW PC
         414 HULMEVILLE AVE
         PENNDEL PA 19047-5517

To:      NICK ALVEAR
         APT 308
         905 CLAY ST
         NASHVILLE TN 37208-3047

\* Retail Pricing Priority Mail rates apply. There is no fee for USPS Tracking® service on Priority Mail service with use of this electronic rate shipping label. Refunds for unused postage paid labels can be requested online 30 days from the print date.

**UNITED STATES POSTAL SERVICE®**  *Thank you for shipping with the United States Postal Service!*
*Check the status of your shipment on the USPS Tracking® page at usps.com*



414 Hulmeville Ave                                                    Tel: (215) 750-3134
Penndel, PA 19047                                                    Fax: (215) 750-3138
https://kolmanlaw.com                                    Client_Care@KolmanLaw.com

March 8, 2024

*__Sent Via USPS Priority Mail (9410803699300165838441)__*
**EDUARDO NICOLAS ALVEAR GONZALEZ**
905 Clay Street, Apartment 308
Nashville, Tennessee 39208

RE.:   **GODLEWSKI V. ALVEAR et al –
        PAMD No.: 3:24-CV-00344-JMK**

Dear Mr. Alvear,

Please see enclosed documents that were filed with the court concerning the above-referenced matter.

Very truly yours,

**KOLMAN LAW PC**

*/s/ Timothy M. Kolman*

Timothy M. Kolman, Esquire

## UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **PHILIP GODLEWSKI** | : | CIVIL ACTION |
| *Petitioner,* | : | |
| | : | NO.: <u>3:24-CV-00344</u> |
| vs. | : | |
| **EDUARDO NICOLAS ALVEAR** | : | JURY TRIAL DEMANDED |
| **GONZALEZ** | : | |
| **AKA,** | : | |
| **ALVEAR GONZALEZ EDUARDO** | : | |
| **NICOLAS;** | : | |
| **AKA,** | : | |
| **NICOLAS ALVEAR** | : | |
| | : | |
| And, | : | |
| | : | |
| **GOOD LION FILMS, L.L.C.** | : | |
| | : | |
| And, | : | |
| | : | |
| **GOOD LION TV, L.L.C.** | : | |
| *Respondents.* | : | |

## MOTION IN SUPPORT OF PRELIMINARY INJUNCTION ORDER

Now comes the Plaintiff and requests this Honorable Court to grant his Motion for a Preliminary Injunction Order. Plaintiff relies on the Supplementary Memorandum of Law in support of this motion, which is attached hereto and incorporated herein.

Respectfully submitted,

**KOLMAN LAW, P.C.**

*/s/Timothy M. Kolman*
Timothy M. Kolman Esquire
414 Hulmeville Avenue
Penndel, PA 19047
(T) 215-750-3134 / (F) 215-750-3138

*s/Timothy Bowers*
Timothy A. Bowers, Esquire

Dated: <u>03/08/2024</u>

*Attorneys for Petitioner, Philip Godlewski*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 8th day of March, 2024, a true and correct copy of the foregoing was served upon the following in the manner described:

**EDUARDO NICOLAS ALVEAR GONZALEZ**
**AKA**
**ALVEAR GONZALEZ EDUARDO NICOLAS**
**AKA**
**NICOLAS ALVEAR**
905 Clay Street, Apartment 308
Nashville, Tennessee 39208
*Via USPS Priority Mail, Signature Required (9410 8036 9930 0165 8384 41)*
*Defendant*

**GOOD LION FILMS, LLC**
808 E. Santa Clara Street, Apartment D
Ventura, California 93001
*Via USPS Priority Mail, Signature Required (9410 8036 9930 0165 8386 32)*
*Defendant*

**GOOD LION TV, LLC**
c/o Cloud Peak Law, LLC
1095 Sugar View Drive, Suite 500
Sheridan, Wyoming 82801
*Via USPS Priority Mail, Signature Required (9410 8036 9930 0165 8388 23)*

&

1039 Coffeen Avenue, Suite 1200
Sheridan, Wyoming 82801
*Via USPS Priority Mail, Signature Required (9410 8036 9930 0165 8388 30)*
*Defendant*

Respectfully Submitted,

**KOLMAN LAW P.C.**

BY:  */s/Timothy M. Kolman*
Timothy M. Kolman, Esquire

BY:  */s/Timothy Bowers*
Timothy Bowers Esquire

Date: 03/08/2024                    *Attorneys for Petitioner*

## UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **PHILIP GODLEWSKI** | : | CIVIL ACTION |
| *Petitioner,* | : | |
| | : | NO.: <u>3:24-CV-00344</u> |
| vs. | : | |
| **EDUARDO NICOLAS ALVEAR** | : | JURY TRIAL DEMANDED |
| **GONZALEZ** | : | |
| **AKA,** | : | |
| **ALVEAR GONZALEZ EDUARDO** | : | |
| **NICOLAS;** | : | |
| **AKA,** | : | |
| **NICOLAS ALVEAR** | : | |
| | : | |
| And, | : | |
| | : | |
| **GOOD LION FILMS, L.L.C.** | : | |
| | : | |
| And, | : | |
| | : | |
| **GOOD LION TV, L.L.C.** | : | |
| *Respondents.* | : | |

## BRIEF IN SUPPORT OF PETITIONER'S
## <u>MOTION FOR A PRELIMINARY INJUNCTION</u>

Petitioner, by and through his undersigned counsel, hereby avers as follows in support of the attached Petition:

### I.  <u>STATEMENT OF FACTS</u>

The relevant facts are detailed in the Petitioner's Complaint and incorporated herein by reference. Petitioner has filed this preliminary injunction because his life and family have been physically threatened with imminent violence due to false and inflammatory publications by Defendants. See Exhibit P1, Inc., attached and incorporated hereto.

Further, Petitioner's clients and customers have been contacted and Petitioner's reputation falsely and maliciously besmirched. Finally, the content of the Respondents' publications and communications impute a criminal liability to the Petitioner, of which he is innocent, and tars him

as a pedophile, fraudster, and criminal. As argued below, these facts satisfy the standard for a preliminary injunction.

II.　　　**LEGAL ARGUMENT**

　　A. **Standard of Review for Injunctive Relief**

　　(i)　　　**The legal Standard for Imminent Danger.**

An injunction should be issued because the Petitioner is in imminent danger, and an injunction would remove the threat to the Petitioner and his family.

"Imminent dangers are those dangers which are about to occur at any moment or arc impending." *Abdul–Akbar v. McKelvie*, 239 F.3d 307, 315 (3d Cir.2001) (internal quotation marks omitted). "By using the term 'imminent,' Congress indicated that it wanted to … prevent impending harms, not those harms that had already occurred." *Id.*

This danger must be present at the time the complaint is filed. Courts generally reject vague, conclusory, or fantastic allegations as they are deemed insufficient to establish this status. For a plaintiff to qualify for the endangerment exception, they must demonstrate that they are under "imminent danger of serious physical injury" *Talbert v. Well Path* 2020 WL 4059933(E.D.Pa) (Not reported in F. Supp), *Pew v. Glunt* 20215 WL 1951636 (M.D.Pa 2015) Not reported in F. Supp. This danger cannot be based on past harm or harm that is likely to occur in the distant future *DeFranco v.Miller* 2021 WL 3667839 (W.D.Pa) Not reported in F.Supp.]. The danger should be a threat that is real, proximate, and likely to cause harm in the immediate future. Furthermore, in the context of injunctive relief, a risk of future harm can be considered concrete and thus may qualify as an imminent danger if the risk is "sufficiently imminent and substantial.

In determining whether to grant a preliminary injunction, a court must consider whether the party seeking the injunction has satisfied four factors: "1) a likelihood of success on the merits; 2) he or she will suffer irreparable harm if the injunction is denied; 3) granting relief will not result in even greater harm to the nonmoving party, and 4) the public interest favors such relief." *Bimbo Bakeries USA, Inc. v. Botticella,* 613 F.3d 102, 109 (3d Cir. 2010) quoting *Miller v. Mitchell*, 598 F.3d 139, 145 (3d Cir. 2010). See also Fed.R.Civ.P. 65.

As a court sitting in equity, the district court must weigh the four factors, but it is not incumbent on the movant to prevail on all four factors, only on the overall need for an injunction. *Neo Gen Screening, Inc. v. TeleChem Intern., Inc.*, 69 Fed.App'x 550, 554 (3d Cir. 2003). A sufficiently strong showing on either the likelihood of success or irreparable harm may justify an injunction, even if a movant's showing on the other two factors is lacking. *Id.*

Because a preliminary injunction is an extraordinary remedy, the party seeking it must show, at a minimum, a likelihood of success on the merits and that they likely face irreparable harm in the absence of the injunction. See *Adams v. Freedom Forge Corp.*, 204 F.3d 475, 484 (3d Cir. 2000); *Hohe v. Casey, 686* F.2d 69, 72 (3d Cir. 1989). The burden of introducing evidence to support a preliminary injunction is on the moving party with respect to the first two factors; however, the same is not true of the second two factors. *Neo Gen Screening Inc., v. TeleChem Intern, Inc.*, 69 Fed.App'x 550, 554. (3d.Cir 2003).

For a district court to grant an injunction, the moving party must show that 1) it is likely to succeed on the merits and 2) denial will result in irreparable harm to the moving party. *BP Chems. Ltd. v. Formosa Chem. & Fibre Corp.,* 229 F.3d 254, 263 (3d Cir.2000); *Maldonado v. Houstoun,* 157 F.3d 179, 184 (3d Cir.1998); *Opticians Assoc. v. Independent Opticians,* 920 F.2d 187, 192 (3d.Cir.1990). In addition, the District Court should

consider whether 3) granting the injunction will not result in irreparable harm to the non-moving party and/or harm to the moving party outweighs the harm to the non-moving party and 4) granting the injunction is in the public interest. *See id.; See also Acierno v. New Castle County,* 40 F.3d 645, 647 (3d Cir.1994).

**(ii)** <u>**Application of the Law to This Case**</u>

In this case, Petitioner satisfies all of the necessary criteria to justify an injunction. Physical violence is irreparable harm and the longer and more pervasive the false and provocative accusation that Petitioner is a 'pedophile' or a 'pedo,' the more likelihood of an attack against him and his family.

Petitioner is not a sex offender. Petitioner has never been convicted of any sex offense, let alone one with a minor. In that regard he can succeed on the merits. The allegation, masquerading as a revelation of fact, that Petitioner is a convicted pedophile is entirely and utterly false. It is inflammatory, and Petitioner is requesting that the Respondents be stopped from continuing to ignite hatred against him by spreading their false and incendiary diatribe.

Much more harm will come to the Petitioner if the injunction is not granted than to the Respondents if it is. Further, the Respondents, on their worst day, may incur some economic loss, but for this, Petitioner will post a bond.

Finally, there is a significant public interest in ensuring that citizens and their families are not beaten up, injured, and killed because other people with the resources to spread malicious rumors across all media will publish falsehoods so incendiary and provocative that self-appointed vigilantes are incited to physically injure the innocent. Such actions are intolerable in a democratic country governed by the Rule of Law.

**CONCLUSION**

 In light of the foregoing, Petitioner believes he satisfies the conditions necessary for the issuance of a Preliminary Injunction and respectfully requests that this Court issue one in the form of order attached hereto.


     Respectfully Submitted,

     **KOLMAN LAW P.C.**


BY: */s/ Timothy M. Kolman*
   Timothy M. Kolman, Esquire


BY: */s/ Timothy Bowers*
   Timothy Bowers Esquire
   *Attorneys for Petitioner*



Date: 03/08/2024

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 8th day of March 2024, a true and correct copy of the foregoing was served upon the following in the manner described:

**EDUARDO NICOLAS ALVEAR GONZALEZ
AKA
ALVEAR GONZALEZ EDUARDO NICOLAS
AKA
NICOLAS ALVEAR**
905 Clay Street, Apartment 308
Nashville, Tennessee 39208
*Via USPS Priority Mail, Signature Required (9410 8036 9930 0165 8384 41)*
*Defendant*

**GOOD LION FILMS, LLC**
808 E. Santa Clara Street, Apartment D
Ventura, California 93001
*Via USPS Priority Mail, Signature Required (9410 8036 9930 0165 8386 32)*
*Defendant*
**GOOD LION TV, LLC**
c/o Cloud Peak Law, LLC
1095 Sugar View Drive, Suite 500
Sheridan, Wyoming 82801
*Via USPS Priority Mail, Signature Required (9410 8036 9930 0165 8388 23)*
&
1039 Coffeen Avenue, Suite 1200
Sheridan, Wyoming 82801
*Via USPS Priority Mail, Signature Required (9410 8036 9930 0165 8388 30)*
*Defendant*

Respectfully Submitted,
**KOLMAN LAW P.C.**
BY:     */s/Timothy M. Kolman*
          Timothy M. Kolman, Esquire
BY:     */s/Timothy Bowers*
          Timothy Bowers Esquire
Date: 03/08/2024          *Attorneys for Petitioner*

# EXHIBIT 1



Case 3:24-cv-00344-JFS     Document 1-2     Filed 03/09/23     Page 2 of 11





10:54

**Dr. Z**
3.1K posts

## Posts    Replies    Highlights    Media    Li

🔊 @REALRICHULL... · 2/13/24

@PhilGodlewski_ Who's the M F'en Captain now.
Sure ain't you molester of a 15 year old girl.

@GoodLionTV
@Biz_Shrink
@Skriptkeeper17
@MissBadu



Dead man walking

💬 1      🔁 5      ♡ 27      📊 616



10:13

 **M @mleaf4ever** · 1/1/24                                    ...

# DEATH PENALTY FOR PEDOPHILES

💬 1          🔁 6          ♡ 45          📊 2.5K          🔖

 **Rita @RitadperezRita** · 1/1/24          ...

I think you are a better person than this, there is no reason for fighting between truthers and it only causes people to think twice of trusting any truther. Be a better person and cease bad comments and ridiculing others.

💬 44          🔁 2          ♡ 105          📊 10K          🔖

Case 3:24-cv-00344-JFS    Document 3-2    Filed 03/06/24    Page 7 of 11

10:49

+1 (502) 325-9014

Id block me too. You are a sick fuck who cheats on his wife on their wedding night. Go to hell phil. If I see you again, I'm going to rearrange your face.







**PLACE HOLDER FOR AUDIO PORTION OF EXHIBIT 1**

## UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **PHILIP GODLEWSKI** | : |
| *Plaintiff,* | : |
| | : |
| vs. | : |
| **EDUARDO NICOLAS ALVEAR** | : |
| **GONZALEZ** | : |
| **AKA,** | : |
| **ALVEAR GONZALEZ EDUARDO** | : |
| **NICOLAS;** | :     CIVIL ACTION |
| **AKA,** | : |
| **NICOLAS ALVEAR** | :     NO. <u>3:24-CV-00344-JMK</u> |
| And, | : |
| | :     JURY TRIAL DEMANDED |
| **GOOD LION FILMS, L.L.C.** | : |
| And, | : |
| | : |
| **GOOD LION TV, L.L.C.** | : |
| *Defendants.* | : |

## <u>ORDER</u>

   **THIS MATTER** having come before the Court on the application of the Petitioner for a Preliminary Injunction Order, and the Court having considered the Petitioner's Request and, after a hearing before this Court, having determined that there is sufficient basis to grant it, orders the following.

   **IT IS** hereby **ORDERED AND DECREED** on this _____ of _____ 2024 that Plaintiff's Motion is **GRANTED**.

   **IT IS FURTHER ORDERED** that the Defendants, having published the film 'The Greatest Fraud on Earth' referring to Petitioner Phil Godlewski as a pedophile, having published other such accusations, statements, declarations, and accounts that Petitioner is a pedophile, and having threatened to release more such information across all social media platforms, and this Court having determined that the ascription to Petitioner as a 'pedophile' is false and untrue, and having determined that Petitioner and his family are in immediate physical danger from such false accusations, Respondent is hereby enjoined from referring to or describing the Petitioner, as a pedophile on all media platforms, including but not limited to print, broadcast, or online media.

**IT IS FURTHER ORDERED** that the Defendants shall immediately remove and delete any publications, including those in the film 'The Greatest Fraud on Earth,' which refer to Petitioner as a pedophile or words to that effect.

**IT IS FURTHER ORDERED** that Respondent shall not circumvent this Order by encouraging others to publish similar inflammatory and false content referring to Petitioner as a pedophile or using other derogatory terms with the same meaning.

Petitioner shall post a bond in the amount of $_____

**IT IS FURTHER ORDERED** that this Court shall maintain jurisdiction over these matters until notified by the parties that they are resolved.

**AND IT IS SO ORDERED.**

                    **BY THE COURT:**

                    _____

                                          , J.

# EXHIBIT

# C

# USPS Tracking®

**FAQs** >

**Remove** ✕

**Tracking Number:**

## 9405503699300671337565

Copy        Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your item was delivered in or at the mailbox at 12:16 pm on March 23, 2024 in NASHVILLE, TN 37208.

---

**Get More Out of USPS Tracking:**

   USPS Tracking Plus®

Feedback

● **Delivered**
**Delivered, In/At Mailbox**
NASHVILLE, TN 37208
March 23, 2024, 12:16 pm

● **Out for Delivery**
NASHVILLE, TN 37208
March 23, 2024, 6:10 am

● **Arrived at Post Office**
NASHVILLE, TN 37228
March 23, 2024, 4:45 am

● **Arrived at USPS Facility**
NASHVILLE, TN 37228
March 23, 2024, 2:13 am

● **Arrived at USPS Facility**
NASHVILLE, TN 37203
March 23, 2024, 1:51 am

● **Departed USPS Regional Facility**

NASHVILLE TN DISTRIBUTION CENTER
March 23, 2024, 1:28 am

**Arrived at USPS Regional Facility**

NASHVILLE TN DISTRIBUTION CENTER
March 22, 2024, 10:43 pm

**Departed USPS Regional Facility**

NASHVILLE TN DISTRIBUTION CENTER ANNEX
March 22, 2024, 12:03 pm

**Arrived at USPS Regional Facility**

NASHVILLE TN DISTRIBUTION CENTER ANNEX
March 21, 2024, 11:15 pm

**Departed USPS Regional Facility**

LANCASTER PA DISTRIBUTION CENTER
March 21, 2024, 9:34 am

**Arrived at USPS Regional Facility**

LANCASTER PA DISTRIBUTION CENTER
March 21, 2024, 9:08 am

**Departed USPS Regional Facility**

PHILADELPHIA PA NETWORK DISTRIBUTION CENTER
March 21, 2024, 6:39 am

**Arrived at USPS Regional Facility**

PHILADELPHIA PA NETWORK DISTRIBUTION CENTER
March 20, 2024, 9:31 am

**Departed USPS Regional Facility**

PHILADELPHIA PA DISTRIBUTION CENTER
March 20, 2024, 8:44 am

**Arrived at USPS Regional Origin Facility**

PHILADELPHIA PA DISTRIBUTION CENTER
March 20, 2024, 2:15 am

**Departed Post Office**

FEASTERVILLE TREVOSE, PA 19053
March 19, 2024, 5:39 pm

**USPS in possession of item**

FEASTERVILLE TREVOSE, PA 19053
March 19, 2024, 4:06 pm

**Hide Tracking History**

**What Do USPS Tracking Statuses Mean?** **(https://faq.usps.com/s/article/Where-is-my-package)**

**See More** ⌄

Track Another Package

Enter tracking or barcode numbers

# Need More Help?

Contact USPS Tracking support for further assistance.

**FAQs**





*Cut on dotted line.*

## Instructions

1. Each Click-N-Ship® label is unique. Labels are to be used as printed and used only once. DO NOT PHOTO COPY OR ALTER LABEL.

2. Place your label so it does not wrap around the edge of the package.

3. Adhere your label to the package. A self-adhesive label is recommended. If tape or glue is used, DO NOT TAPE OVER BARCODE. Be sure all edges are secure.

4. To mail your package with PC Postage®, you may schedule a Package Pickup online, hand to your letter carrier, take to a Post Office™, or drop in a USPS collection box.

5. Mail your package on the "Ship Date" you selected when creating this label.

### Click-N-Ship® Label Record

**USPS TRACKING # :**
**9405 5036 9930 0671 3375 65**

| | |
|---|---|
| Trans. #: 600985208 | Priority Mail® Postage: $9.85 |
| Print Date: 03/19/2024 | Total: $9.85 |
| Ship Date: 03/19/2024 | |
| Expected Delivery Date: 03/22/2024 | |

From:   TIMOTHY M KOLMAN
        KOLMAN LAW PC
        414 HULMEVILLE AVE
        PENNDEL PA 19047-5517

To:     NICK ALVEAR
        APT 308
        905 CLAY ST
        NASHVILLE TN 37208-3047

\* Retail Pricing Priority Mail rates apply. There is no fee for USPS Tracking® service on Priority Mail service with use of this electronic rate shipping label. Refunds for unused postage paid labels can be requested online 30 days from the print date.

*Thank you for shipping with the United States Postal Service!*
*Check the status of your shipment on the USPS Tracking® page at usps.com*



KOLMAN LAW P.C.
COMPLEX LITIGATION SINCE 1991

414 Hulmeville Ave                                         Tel: (215) 750-3134
Penndel, PA 19047                                         Fax: (215) 750-3138
https://kolmanlaw.com                          Client_Care@KolmanLaw.com

March 19, 2024

***Sent Via USPS Priority Mail (9405503699300671337565)***
EDUARDO NICOLAS ALVEAR GONZALEZ
905 Clay Street, Apartment 308
Nashville, Tennessee 39208

      **RE.:**   **GODLEWSKI V. ALVEAR et al –
              PAMD No.: 3:24-CV-00344-JMK**

Dear Mr. Alvear,

     Please see enclosed documents that were filed with the court concerning the above-referenced matter.

                                 Very truly yours,

                                   **KOLMAN LAW PC**

                                 */s/ Timothy M. Kolman*

                                 Timothy M. Kolman, Esquire

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **PHILIP GODLEWSKI**<br>*Petitioner,* | : | CIVIL ACTION |
| | : | |
| vs. | : | NO.: <u>3:24-CV-00344</u> |
| **EDUARDO NICOLAS ALVEAR** | : | |
| **GONZALEZ** | : | JURY TRIAL DEMANDED |
| **AKA,** | : | |
| **ALVEAR GONZALEZ EDUARDO** | : | |
| **NICOLAS;** | : | |
| **AKA,** | : | |
| **NICOLAS ALVEAR** | : | |
| | : | |
| And, | : | |
| | : | |
| **GOOD LION FILMS, L.L.C.** | : | |
| | : | |
| And, | : | |
| | : | |
| GOOD LION TV, L.L.C. | : | |
| *Respondents.* | : | |

## MOTION IN SUPPORT OF PRELIMINARY INJUNCTION ORDER

Now comes the Plaintiff and requests this Honorable Court to grant his Motion for a Preliminary Injunction Order. Plaintiff relies on the Supplementary Memorandum of Law in support of this motion, which is attached hereto and incorporated herein.

Respectfully submitted,

**KOLMAN LAW, P.C.**

*/s/ Timothy M. Kolman*
Timothy M. Kolman Esquire
414 Hulmeville Avenue
Penndel, PA 19047
(T) 215-750-3134 / (F) 215-750-3138

***s/Timothy Bowers***
Timothy A. Bowers, Esquire

*Attorneys for Petitioner, Philip Godlewski*

Dated: <u>03/08/2024</u>

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 8th day of March, 2024, a true and correct copy of the foregoing was served upon the following in the manner described:

**EDUARDO NICOLAS ALVEAR GONZALEZ**
**AKA**
**ALVEAR GONZALEZ EDUARDO NICOLAS**
**AKA**
**NICOLAS ALVEAR**
905 Clay Street, Apartment 308
Nashville, Tennessee 39208
*Via USPS Priority Mail, Signature Required (9410 8036 9930 0165 8384 41)*
*Defendant*

**GOOD LION FILMS, LLC**
808 E. Santa Clara Street, Apartment D
Ventura, California 93001
*Via USPS Priority Mail, Signature Required (9410 8036 9930 0165 8386 32)*
*Defendant*

**GOOD LION TV, LLC**
c/o Cloud Peak Law, LLC
1095 Sugar View Drive, Suite 500
Sheridan, Wyoming 82801
*Via USPS Priority Mail, Signature Required (9410 8036 9930 0165 8388 23)*

&

1039 Coffeen Avenue, Suite 1200
Sheridan, Wyoming 82801
*Via USPS Priority Mail, Signature Required (9410 8036 9930 0165 8388 30)*
*Defendant*

Respectfully Submitted,

**KOLMAN LAW P.C.**

BY:     */s/Timothy M. Kolman*
Timothy M. Kolman, Esquire

BY:     */s/Timothy Bowers*
Timothy Bowers Esquire

Date: 03/08/2024

*Attorneys for Petitioner*

## UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| PHILIP GODLEWSKI<br>*Petitioner,* | : | CIVIL ACTION |
| | : | |
| | : | NO.: 3:24-CV-00344 |
| vs. | : | |
| EDUARDO NICOLAS ALVEAR | : | JURY TRIAL DEMANDED |
| GONZALEZ | : | |
| AKA, | : | |
| ALVEAR GONZALEZ EDUARDO | : | |
| NICOLAS; | : | |
| AKA, | : | |
| NICOLAS ALVEAR | : | |
| | : | |
| And. | : | |
| | : | |
| GOOD LION FILMS, L.L.C. | : | |
| | : | |
| And. | : | |
| | : | |
| GOOD LION TV, L.L.C. | : | |
| *Respondents.* | : | |

## BRIEF IN SUPPORT OF PETITIONER'S
## MOTION FOR A PRELIMINARY INJUNCTION

Petitioner, by and through his undersigned counsel, hereby avers as follows in support of the attached Petition:

### I.    STATEMENT OF FACTS

The relevant facts are detailed in the Petitioner's Complaint and incorporated herein by reference. Petitioner has filed this preliminary injunction because his life and family have been physically threatened with imminent violence due to false and inflammatory publications by Defendants. See Exhibit P1, Inc., attached and incorporated hereto.

Further, Petitioner's clients and customers have been contacted and Petitioner's reputation falsely and maliciously besmirched. Finally, the content of the Respondents' publications and communications impute a criminal liability to the Petitioner, of which he is innocent, and tars him

as a pedophile, fraudster, and criminal. As argued below, these facts satisfy the standard for a preliminary injunction.

II.    **LEGAL ARGUMENT**

A.  **Standard of Review for Injunctive Relief**

(i)      **The legal Standard for Imminent Danger.**

An injunction should be issued because the Petitioner is in imminent danger, and an injunction would remove the threat to the Petitioner and his family.

"Imminent dangers are those dangers which are about to occur at any moment or are impending." *Abdul–Akbar v. McKelvie*, 239 F.3d 307, 315 (3d Cir.2001) (internal quotation marks omitted). "By using the term 'imminent,' Congress indicated that it wanted to ... prevent impending harms, not those harms that had already occurred." *Id.*

This danger must be present at the time the complaint is filed. Courts generally reject vague, conclusory, or fantastic allegations as they are deemed insufficient to establish this status. For a plaintiff to qualify for the endangerment exception, they must demonstrate that they are under "imminent danger of serious physical injury" *Talbert v. Well Path* 2020 WL 4059933(E.D.Pa) (Not reported in F. Supp), *Pew v. Glunt* 20215 WL 1951636 (M.D.Pa 2015) Not reported in F. Supp.  This danger cannot be based on past harm or harm that is likely to occur in the distant future *DeFranco v.Miller* 2021 WL 3667839 (W.D.Pa) Not reported in F.Supp.]. The danger should be a threat that is real, proximate, and likely to cause harm in the immediate future. Furthermore, in the context of injunctive relief, a risk of future harm can be considered concrete and thus may qualify as an imminent danger if the risk is "sufficiently imminent and substantial.

In determining whether to grant a preliminary injunction, a court must consider whether the party seeking the injunction has satisfied four factors: "1) a likelihood of success on the merits; 2) he or she will suffer irreparable harm if the injunction is denied; 3) granting relief will not result in even greater harm to the nonmoving party, and 4) the public interest favors such relief." *Bimbo Bakeries USA, Inc. v. Botticella,* 613 F.3d 102, 109 (3d Cir. 2010) quoting *Miller v. Mitchell,* 598 F.3d 139, 145 (3d Cir. 2010). See also Fed.R.Civ.P. 65.

As a court sitting in equity, the district court must weigh the four factors, but it is not incumbent on the movant to prevail on all four factors, only on the overall need for an injunction. *Neo Gen Screening, Inc. v. TeleChem Intern., Inc.,* 69 Fed.App'x 550, 554 (3d Cir. 2003). A sufficiently strong showing on either the likelihood of success or irreparable harm may justify an injunction, even if a movant's showing on the other two factors is lacking. *Id.*

Because a preliminary injunction is an extraordinary remedy, the party seeking it must show, at a minimum, a likelihood of success on the merits and that they likely face irreparable harm in the absence of the injunction. See *Adams v. Freedom Forge Corp.,* 204 F.3d 475, 484 (3d Cir. 2000); *Hohe v. Casey, 686* F.2d 69, 72 (3d Cir. 1989). The burden of introducing evidence to support a preliminary injunction is on the moving party with respect to the first two factors; however, the same is not true of the second two factors. *Neo Gen Screening Inc., v. TeleChem Intern, Inc.,* 69 Fed.App'x 550, 554. (3d.Cir 2003).

For a district court to grant an injunction, the moving party must show that 1) it is likely to succeed on the merits and 2) denial will result in irreparable harm to the moving party. *BP Chems. Ltd. v. Formosa Chem. & Fibre Corp.,* 229 F.3d 254, 263 (3d Cir.2000); *Maldonado v. Houstoun,* 157 F.3d 179, 184 (3d Cir.1998); *Opticians Assoc. v. Independent Opticians,* 920 F.2d 187, 192 (3d Cir.1990). In addition, the District Court should

consider whether 3) granting the injunction will not result in irreparable harm to the non-moving party and/or harm to the moving party outweighs the harm to the non-moving party and 4) granting the injunction is in the public interest. *See id.; See also Acierno v. New Castle County*, 40 F.3d 645, 647 (3d Cir.1994).

### (ii)   Application of the Law to This Case

In this case, Petitioner satisfies all of the necessary criteria to justify an injunction. Physical violence is irreparable harm and the longer and more pervasive the false and provocative accusation that Petitioner is a 'pedophile' or a 'pedo,' the more likelihood of an attack against him and his family.

Petitioner is not a sex offender. Petitioner has never been convicted of any sex offense, let alone one with a minor. In that regard he can succeed on the merits. The allegation, masquerading as a revelation of fact, that Petitioner is a convicted pedophile is entirely and utterly false. It is inflammatory, and Petitioner is requesting that the Respondents be stopped from continuing to ignite hatred against him by spreading their false and incendiary diatribe.

Much more harm will come to the Petitioner if the injunction is not granted than to the Respondents if it is. Further, the Respondents, on their worst day, may incur some economic loss, but for this, Petitioner will post a bond.

Finally, there is a significant public interest in ensuring that citizens and their families are not beaten up, injured, and killed because other people with the resources to spread malicious rumors across all media will publish falsehoods so incendiary and provocative that self-appointed vigilantes are incited to physically injure the innocent. Such actions are intolerable in a democratic country governed by the Rule of Law.

4

## CONCLUSION

In light of the foregoing, Petitioner believes he satisfies the conditions necessary for the issuance of a Preliminary Injunction and respectfully requests that this Court issue one in the form of order attached hereto.

Respectfully Submitted,

**KOLMAN LAW P.C.**

BY:   /s/ *Timothy M. Kolman*
Timothy M. Kolman, Esquire

BY:   /s/ *Timothy Bowers*
Timothy Bowers Esquire
*Attorneys for Petitioner*

Date: 03/08/2024

5

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 8th day of March 2024, a true and correct copy of the foregoing was served upon the following in the manner described:

**EDUARDO NICOLAS ALVEAR GONZALEZ**
**AKA**
**ALVEAR GONZALEZ EDUARDO NICOLAS**
**AKA**
**NICOLAS ALVEAR**
905 Clay Street, Apartment 308
Nashville, Tennessee 39208
*Via USPS Priority Mail, Signature Required (9410 8036 9930 0165 8384 41)*
***Defendant***

**GOOD LION FILMS, LLC**
808 E. Santa Clara Street, Apartment D
Ventura, California 93001
*Via USPS Priority Mail, Signature Required (9410 8036 9930 0165 8386 32)*
***Defendant***
**GOOD LION TV, LLC**
c/o Cloud Peak Law, LLC
1095 Sugar View Drive, Suite 500
Sheridan, Wyoming 82801
*Via USPS Priority Mail, Signature Required (9410 8036 9930 0165 8388 23)*
&
1039 Coffeen Avenue, Suite 1200
Sheridan, Wyoming 82801
*Via USPS Priority Mail, Signature Required (9410 8036 9930 0165 8388 30)*
***Defendant***

Respectfully Submitted,
**KOLMAN LAW P.C.**
BY:    */s/Timothy M. Kolman*
Timothy M. Kolman, Esquire
BY:    */s/Timothy Bowers*
Timothy Bowers Esquire
*Attorneys for Petitioner*

Date: 03/08/2024

6

# EXHIBIT 1

Case 3:24-cv-00344-JFS   Document 5-2   Filed 03/08/24   Page 2 of 11



Case 3:24-cv-00344-JFS   Document 9   Filed 03/26/24   Page 9 of 11





10:54

**Dr. Z**
3.1K posts

**Posts**   Replies   Highlights   Media   L

@REALRICHULL... · 2/13/24

@PhilGodlewski_ Who's the M F'en Captain now.
Sure ain't you molester of a 15 year old girl.

@GoodLionTV
@Biz_Shrink
@Skriptkeeper17
@MissBadu



Dead man walking

💬 1        ⇄ 5        ♡ 27        616









Case 3:24-cv-00344-JFS    Document 9    Filed 03/26/24    Page 8 of 11



Case 3:24-cv-00344-JFS    Document 5-2    Filed 03/08/24    Page 13 of 11



PLACE HOLDER FOR AUDIO PORTION OF EXHIBIT 1

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| PHILIP GODLEWSKI | : | |
| Plaintiff, | : | |
| | : | |
| vs. | : | |
| EDUARDO NICOLAS ALVEAR | : | |
| GONZALEZ | : | |
| AKA, | : | |
| ALVEAR GONZALEZ EDUARDO | : | |
| NICOLAS; | : | CIVIL ACTION |
| AKA, | : | |
| NICOLAS ALVEAR | : | NO. 3:24-CV-00344-JMK |
| | : | |
| And, | : | JURY TRIAL DEMANDED |
| | : | |
| GOOD LION FILMS, L.L.C. | : | |
| | : | |
| And, | : | |
| | : | |
| GOOD LION TV, L.L.C. | : | |
| Defendants. | : | |

## ORDER

**THIS MATTER** having come before the Court on the application of the Petitioner for a Preliminary Injunction Order, and the Court having considered the Petitioner's Request and, after a hearing before this Court, having determined that there is sufficient basis to grant it, orders the following.

**IT IS** hereby **ORDERED AND DECREED** on this _____ of _____ 2024 that Plaintiff's Motion is **GRANTED**.

**IT IS FURTHER ORDERED** that the Defendants, having published the film 'The Greatest Fraud on Earth' referring to Petitioner Phil Godlewski as a pedophile, having published other such accusations, statements, declarations, and accounts that Petitioner is a pedophile, and having threatened to release more such information across all social media platforms, and this Court having determined that the ascription to Petitioner as a 'pedophile' is false and untrue, and having determined that Petitioner and his family are in immediate physical danger from such false accusations, Respondent is hereby enjoined from referring to or describing the Petitioner, as a pedophile on all media platforms, including but not limited to print, broadcast, or online media.

**IT IS FURTHER ORDERED** that the Defendants shall immediately remove and delete any publications, including those in the film 'The Greatest Fraud on Earth,' which refer to Petitioner as a pedophile or words to that effect.

**IT IS FURTHER ORDERED** that Respondent shall not circumvent this Order by encouraging others to publish similar inflammatory and false content referring to Petitioner as a pedophile or using other derogatory terms with the same meaning.

Petitioner shall post a bond in the amount of $_____

**IT IS FURTHER ORDERED** that this Court shall maintain jurisdiction over these matters until notified by the parties that they are resolved.

**AND IT IS SO ORDERED.**

BY THE COURT:

_____
                                                              , J.

# EXHIBIT

# D

Changes to our website — to find out why access to some data now requires a login, click here

# opencorporates

The Open Database Of The Corporate World

Company name or number | Search

⦿ Companies ◯ Officers

- My Account
- Logout

# GOOD LION FILMS LLC

Company Number
    201921410368
Status
    Suspended Ftb
Incorporation Date
    31 July 2019 (over 4 years ago)
Dissolution Date
    1 February 2021
Company Type
    Limited Liability Company - CA
Jurisdiction
    California (US)
Registered Address

- 808 E. SANTA CLARA ST APT D VENTURA CA 93001
- United States

Inactive Directors / Officers

- EDUARDO ALVEAR GONZALEZ
- Eduardo Alvear Gonzalez, manager
- Eduardo Alvear Gonzalez, chief executive officer
- LEGALZOOM.COM, INC, agent

Registry Page
    https://bizfileonline.sos.ca.gov/sear...



# Recent filings for GOOD LION FILMS LLC

31 Aug 2020
SI-COMPLETE view

31 Jul 2019
REGISTRATION view

**Source** California Secretary of State, https://bizfileonline.sos.ca.gov/sear..., 30 Nov 2023

update from registry

## Company Addresses

Mailing Address

808 E. SANTA CLARA ST APT D, VENTURA, CA, 93001

## Latest Events

2021-05-14 - 2022-01-20
    Change of status from 'Ftb Suspended' to 'Franchise Tax Board (Ftb) Suspended/Forfeited'
2022-07-10 - 2022-10-30
    Change of status from 'Franchise Tax Board (Ftb) Suspended/Forfeited' to 'Suspended Ftb'
2022-07-10 - 2022-10-30
    Change of status from 'Franchise Tax Board (Ftb) Suspended/Forfeited' to 'Suspended Ftb'

See all events

**Corporate Grouping User Contributed**

None known. Add one now?
See all corporate groupings
* While we strive to keep this information correct and up-to-date, it is not the primary source, and the company registry (see source, above) should always be referred to for definitive information
Data on this page last changed December 22 2023

**Problem/question about this data?** Click here

**API Open Data**

You'll need an API key to download as JSON, XML or RDF . Click here to find out more.

opencorporates
. . . . .
**A very different type of data company**

Find out more

# About us

- About
- Blog
- Team
- Governance
- Jobs

# Using our data

- Our data

- [Our purpose](#)
- [Legal/Licence](#)
- [User/Cookie privacy policy](#)
- [Public records privacy policy](#)

# Help

- [API Reference](#)
- [Glossary](#)
- [Status](#)

# Contact

- [Twitter](#)
- [Medium](#)
- [Newsletter](#)
- [Problems with our data?](#)
- [Temporary redaction](#)

# Impact

- [Impact](#)
- [Grants](#)

# EXHIBIT

# E

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.    **3:24-CV-00344-JKM**

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for   **Eduardo Alvear Gonzalez (Good Lion Films LLC)**
was recieved by me on  **3/04/2024:**

☐    I personally served the summons on the individual at *(place)*  on *(date)* ; or

☐    I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

☐    I served the summons on *(name of individual)* , who is designated by law to accept service of process on behalf of *(name of organization)*; or

☒    I returned the summons unexecuted because **Unknown** after attempting service at **808 E Santa Clara St Apt D, Ventura, CA 93001**; or

☐    Other *(specify)*

My fees are $ 0 for travel and **$ 75.00** for services, for a total of **$ 75.00.**

I declare under penalty of perjury that this information is true.

Date:  03/11/2024

_____
*Server's signature*

**Diego Hoyle**
*Printed name and title*

**742 Forest Park Blvd Apt 316
Oxnard, CA 93036**

_____
*Server's address*

Additional information regarding attempted service, etc:

**3/5/2024 10:32 AM: There was no answer at the address.
3/8/2024 11:46 AM: I was unable to access the address due to secured building although I waited.
I rang the bell that was placed above the mailbox, which I was able to hear working, but I got no answer.
3/10/2024 6:20 PM: I spoke with an individual who identified themselves as the resident and they stated subject unknown.**



Tracking #: 0126825103

