IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PHILIP GODLEWSKI<br><br>Plaintiff,<br><br>v.<br><br>**EDUARDO NICOLAS ALVEAR GONZALEZ** a/k/a ALVEAR GONZALEZ EDUARDO NICOLAS; a/k/a NICOLAS ALVEAR<br><br>and<br><br>**GOOD LION FILMS, L.L.C.**<br><br>and<br><br>**GOOD LION TV, L.L.C.**<br><br>Defendants. | Docket No.: 3:24-CV-00344-JKM<br><br>HONORABLE JULIA K. MUNLEY |

## ENTRY OF APPEARANCE

TO:   CLERK OF COURT

Kindly enter the appearance of the below-signed Counsel on behalf of the above-captioned Defendants.

Respectfully Submitted,

Dated:   March 27, 2024.                                 **ROTHENBERG & CAMPBELL**

BY: _____  &   BY: _____
Ryan P. Campbell, Esq.                            Dave W. Rothenberg, Esq.
**Rothenberg & Campbell**                     **Rothenberg & Campbell**
Attorney ID No.: 317838                           Attorney ID No.: 326483
345 Wyoming Ave., Ste. 210                    345 Wyoming Ave., Ste. 210
Scranton, PA 18503                                   Scranton, PA 18503
P: (570) 207-2889                                      P: (570) 207-2889

F: (570) 207-3991  
E: HRLaw04@gmail.com

F: (570) 207-3991  
E: HRLaw06@gmail.com

*Attorneys for the Defendants.*