IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PHILIP GODLEWSKI<br><br>Plaintiff,<br><br>v.<br><br>EDUARDO NICOLAS ALVEAR GONZALEZ a/k/a ALVEAR GONZALEZ EDUARDO NICOLAS; a/k/a NICOLAS ALVEAR<br><br>and<br><br>GOOD LION FILMS, L.L.C.<br><br>and<br><br>GOOD LION TV, L.L.C.<br><br>Defendants. | Docket No.: 3:24-CV-00344-JKM<br><br><br>HONORABLE JULIA K. MUNLEY |

## CERTIFICATE OF SERVICE

I, Dave W. Rothenberg, Esquire, counsel for the above-captioned Defendants, do hereby certify that on the date appearing below I caused a true and accurate copy of the foregoing *Entry of Appearance* to be served via ECF upon the following individual(s):

PHILIP GODLEWSKI
C/O: Timothy A. Bowers, Esquire
20 North Front Street
PO Box 88
Subury, PA 17801
timbowers@timbowerslaw.com
*Attorney for the Plaintiff*

Dated: March 27, 2024.

PHILIP GODLEWSKI
C/O: Timothy M. Kolman, Esquire
414 Hulmeville Avenue
Penndel, PA 19047
TKolman@KolmanLaw.com
*Attorney for the Plaintiff*

BY: _____
Dave W. Rothenberg, Esquire
**Rothenberg & Campbell**
Attorney ID No.: 326483
345 Wyoming Ave., Suite 210

Scranton, Pennsylvania 18503
P: (570) 207-2889 | F: (570) 207-3991
Email: HRLaw06@gmail.com
*Attorney for the Defendants.*