IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| PHILIP GODLEWSKI, | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | 3:24-CV-00344-JKM |
| | : | Judge Julia K. Munley |
| EDUARDO NICOLAS ALVEAR | : | |
| GONZALEZ a/k/a ALVEAR GONZALEZ | : | |
| EDUARDO NICOLAS a/k/a NICOLAS | : | |
| ALVEAR, and GOOD LION TV, LLC, | : | |
| Defendant. | : | |

## **ENTRY OF DEFAULT**

It appears from the record that the following defendant failed to plead or otherwise defend in this case as required by law.

### **EDUARDO NICOLAS ALVEAR GONZALEZ**
### **a/k/a ALVEAR GONZALEZ EDUARDO NICOLAS**
### **a/k/a NICOLAS ALVEAR**

Therefore, default is entered against the defendant as authorized by Federal Rule of Civil Procedure 55 (a).

_____          _____
Date                                                                      Clerk of the District Court


                                                                          By:_____
                                                                                Deputy Clerk