# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

PHILIP GODLEWSKI,                         :
                          Plaintiff,      :
                                          :
          v.                              :      3:24-CV-00344-JKM
                                          :      Judge Julia K. Munley
EDUARDO NICOLAS ALVEAR                    :
GONZALEZ a/k/a ALVEAR GONZALEZ  :
EDUARDO NICOLAS a/k/a NICOLAS   :
ALVEAR, and GOOD LION TV, LLC,            :
                          Defendant.      :

## **ENTRY OF DEFAULT**

It appears from the record that the following defendant failed to plead or otherwise defend in this case as required by law.

## **GOOD LION TV, LLC**

Therefore, default is entered against the defendant as authorized by Federal Rule of Civil Procedure 55 (a).

_____
Date

_____
Clerk of the District Court


By:_____
      Deputy Clerk