**ROTHENBERG & CAMPBELL**  *Attorneys for the Defendants*
Ryan P. Campbell, Esq. (#317838)
Dave W. Rothenberg, Esq. (#326483)
345 Wyoming Avenue, Suite 210
Scranton, Pennsylvania 18503
Phone: 570.207.2889 || Fax: 570.207.3991
E-mail: Hrlaw04@gmail.com || Hrlaw06@gmail.com

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PHILIP GODLEWSKI, <br><br> Plaintiff, <br> v. <br><br> EDUARDO NICOLAS ALVEAR GONZALEZ, *AKA* ALVEAR GONZALEZ EDUARDO NICOLAS, *AKA* NICOLAS ALVEAR; and GOOD LION TV, LLC, <br><br> Defendants | CIVIL ACTION—LAW & EQUITY <br> *(HON. JULIA K. MUNLEY)* <br><br> JURY TRIAL DEMANDED <br><br> No.: 3:24—CV—00344 |

**CERTIFICATE OF SERVICE**

I, Ryan P. Campbell, Esquire, on behalf of Defendants, do hereby certify that I sent a true and accurate copy of Defendants' Motion to Extend Deadlines in the above-captioned case on this **28th day of March, 2024** to the below named individuals by ECF and Electronic Mail addressed as follows:

> Timothy M. Kolman, Esq.
> 414 Hulmeville Ave.
> Penndel, PA 19047
> e. tkolman@kolmanlaw.com
> *Attorneys for Plaintiff*

BY:  **ROTHENBERG & CAMPBELL**

*/s/ Ryan P. Campbell*
_____
Ryan P. Campbell, Esquire
*Attorneys for Defendants*
