IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **PHILIP GODLEWSKI,**<br><br>Plaintiff,<br>v.<br><br>**EDUARDO NICOLAS ALVEAR GONZALEZ,** *AKA* **ALVEAR GONZALEZ EDUARDO NICOLAS,** *AKA* **NICOLAS ALVEAR; and GOOD LION TV, LLC,**<br><br>Defendants | CIVIL ACTION—LAW & EQUITY<br>*(HON. JULIA K. MUNLEY)*<br><br>JURY TRIAL DEMANDED<br><br>No.: 3:24—CV—00344 |

## ORDER

AND NOW, this _____ day of _____, 2024, upon consideration of Defendants' Motions to Briefly Extend Time to File a Motion to Dismiss Plaintiff's Complaint & A Response to Plaintiff's Motion for Preliminary Injunction Pursuant to F.R.C.P. 6(b)(1)(B), response hereto, and good cause shown and any neglect excused, it is hereby **ORDERED** and **DECREED** that Defendants' Motion is **GRANTED**.

**IT IS HEREBY ORDERED** that Defendants' deadlines to file responses to Plaintiff's Complaint and Motion for Preliminary Injunction shall be extended ten (10) days respectively, such that Defendants shall file their response to Plaintiff's Complaint no later than **April 5, 2024** and shall file their response to Plaintiff's Motion for Preliminary Injunction no later than **April 11, 2024**.

The Clerk is instructed to amend these due dates accordingly to reflect this Order. All remaining due dates established by this Court shall remain unchanged until further Order of Court.

BY THE COURT:

_____J.
HON. JULIA K. MUNLEY, J.