**ROTHENBERG & CAMPBELL**  *Attorneys for the Defendants*
Ryan P. Campbell, Esq. (#317838)
Dave W. Rothenberg, Esq. (#326483)
345 Wyoming Avenue, Suite 210
Scranton, Pennsylvania 18503
Phone: 570.207.2889 || Fax: 570.207.3991
E-mail:  Hrlaw04@gmail.com || Hrlaw06@gmail.com

## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **PHILIP GODLEWSKI,** <br> Plaintiff, <br> v. <br> **EDUARDO NICOLAS ALVEAR GONZALEZ,** *AKA* **ALVEAR GONZALEZ EDUARDO NICOLAS,** *AKA* **NICOLAS ALVEAR; and GOOD LION TV, LLC,** <br> Defendants | CIVIL ACTION—LAW & EQUITY <br> *(HON. JULIA K. MUNLEY)* <br><br> **JURY TRIAL DEMANDED** <br><br> No.: 3:24—CV—00344 |

### CERTIFICATE OF NONCURRENCE

I, Ryan P. Campbell, Esquire, on behalf of Defendants, do hereby certify that I sought concurrence in Defendants' Motion to Extend Time to File a Motion to Dismiss Plaintiff's Complaint and Respond to Plaintiff's Motion for Preliminary Injunction by phone call on March 27, 2024 to Plaintiff's counsel, Timothy M. Kolman, Esq. and by e-mail on March 28, 2024 but, time being of the essence and having heard no response, assume that Plaintiff does not concur in the instant motion.

BY:  **ROTHENBERG & CAMPBELL**

*/s/ Ryan P. Campbell*
Ryan P. Campbell, Esquire
Attorneys for Defendants

Date:  March 28, 2024