# EXHIBIT "B"

**Agency on Aging rightly steps in to help seniors navigate world of securing a vaccine** C3

# The Sunday Times
# Perspective  C

SUNDAY, FEBRUARY 14, 2021



# QAnon Realtor has a deal for gullible

## Why we can't ignore neighbors who live in alternate realities



**CHRIS KELLY**
*Kelly's World*

One of the QAnon movement's most devoted dead-enders is a Clarks Summit-based Realtor who insists Donald Trump is still president and working behind the scenes to depose Joe Biden, impose martial law and bring final justice to elected Democrats and other Satanic child sex traffickers who unwind after a long day of evildoing with a glass of baby blood.

Over the past year or so, many readers have alerted me to the online proselytizing of Phil Godlewski, who lives in Duryea but sells homes under the name of a national real estate franchise. He sells QAnonsense to thousands of followers around the globe on a host of platforms, including a YouTube channel with more than 26,000 subscribers.

ST 3721

EXHIBIT B



I've reported on a few local manifestations of QAnonsense, but avoided Godlewski because I don't want to give unwarranted attention to a purveyor of a poison that has curdled the hearts and minds of millions who may never recover.

Watching the second impeachment trial of Donald Trump changed my mind. There were many Q followers in the mob of domestic terrorists who ransacked the Capitol on Jan. 6. They came from cities, towns and neighborhoods across the country. They are our neighbors, friends and family. They are Americans.

The new video of the seditionist mayhem that resulted in five deaths and the airtight case made by the House managers convinced me we can't afford to ignore citizens of a separate reality who act, organize and seek to undermine and upend objective reality.

The Capitol riot is empirical evidence that we ignore at our peril. Despite the demolition of all its so-called prophecies, the Q movement marches on. Godlewski happily calls out the cadence.

In a text message, Godlewski told me he wasn't at the Capitol on Jan. 6, but he showed up in USA Today's coverage of the riot. Shortly after the mob stormed into the People's House, Godlewski posted on Facebook that Vice President Mike Pence had been arrested.

It was a lie. Godlewski didn't return the newspaper's request for comment. He has since been banned from Facebook and Twitter, but somehow is still welcome on Instagram and YouTube. A reader sent me a link to one of his latest YouTube offerings.

"I want someone to answer for me one question, logically," Godlewski said to his audience. "I want a really good explanation. Why would (Trump) walk away? Why, why would Donald Trump walk away? He knows there's election fraud. He has the proof. He has them nailed to the wall and there's no doubt about that."

The self-proclaimed "patriot reporter" went on to cite widely debunked claptrap as proof the election was stolen and argued that Trump's failure to use the Insurrection Act and a host of other powers the presidency does not grant to stay in power is actually part of a grand, hidden strategy we mere mortals can't begin to comprehend.

This is the paradox of every crackpot conspiracy theory. When nothing makes sense, it's because you don't know everything — yet. Keep believing and all will be revealed. The "Great Awakening" is always just a little further down the rabbit hole.

There is no room for doubt in the QAnon cult. Adherents believe that "Q" is a mysterious individual (or group of them) with a high-level security clearance. Q is privy to a "plan" by Trump to round up and execute the Satanic vampire pedophiles in a sweeping cataclysm called "The Storm," which will lead to a "Great Awakening."

Ashli Babbitt, the Air Force veteran tragically shot and killed by a Capitol Police officer as she climbed through a smashed window, believed she was participating in The Storm. Her belief killed her just as sure as the bullet that brought her down.

I wanted to answer the question Godlewski posed in his video, so I reached out and proposed an interview. He declined. I suggested he record our discussion, as Andrew Torba — CEO of the Clarks Summit-based right-wing antisocial media platform Gab — did a few weeks ago. No go.

*Please see* KELLY, *Page C6*

ST 3722

# KELLY: A trip down YouTube rabbit hole

FROM PAGE C1

"All of the things I say will be dissected into oblivion, and only the 'crazy sounding' things will make the article," Godlewski texted. "It'll ultimately be painted to make me look insane, and my family will ultimately suffer in the future. I can't take that chance."

I texted back in what soon became a sporadic exchange of messages that amounted to an interview:

"I've been watching your videos and I have to ask: Do you really believe the things you say, or are you just in it for the attention? If the former, why not defend your beliefs on the record? If the latter, why pass on an opportunity to showcase yourself?"

Godlewski's response:

"I couldn't care less about attention. The reporting I do is because the average American Citizen can no longer get true information from the Main Stream Media. Between all platforms, I have over 75,000 followers that are depending on me for information that they can no longer get from their regular sources. I'm not the only citizen reporter. There are dozens of people like me, if not hundreds. If I wanted to 'showcase myself', in your words (not mine), I would have jumped at the opportunity to do your interview. It's not about that. It's about the truth.

"Again, Chris, no disrespect to you, but I know you're following an agenda. The theme of your article is already set for you. You can't go against the MSM narrative with your reporting, because you'll either 1.) get fired, or 2.) lose credibility with what the Tribune (or you) think is their "primary audience." Little do you know, your primary focus on subscribers should be people like me, who seek the truth and no longer listen to the garbage MSM narrative. The focus shouldn't be on the ones the Tribune wants your article to appeal to. I understand that's not your choice, but that's the reason I cannot do the interview. Your narrative is already set."

This is the epitome of a self-fulfilling prophecy. Godlewski refuses to engage me as an admitted critic, ensuring that my report will be one-sided. He is automatically the martyr. I am a witless tool of the "deep state," or worse — a willing agent of oppression.

Here's "proof." In the normal course of reporting this column, I stumbled upon some legal troubles in Godlewski's recent past. In 2011, the former Riverside High School baseball coach pleaded guilty to corruption of minors and admitted to having a sexual relationship with a 15-year-old girl. Lackawanna County detectives said Godlewski had sex with the girl in cars and homes he had access to as a real estate agent. Godlewski, 28 at the time, was sentenced to three to 23 months, with the first three months to be served under house arrest and the balance as probation.

Last February, Godlewski was charged with theft by deception, forgery and related charges. Police said Godlewski kited a check to an area building supplier and forged bank statements to cover it up. The case is still pending.

I texted Godlewski and told him I was likely to report both cases in the column. I didn't want him to be blindsided.

His response:

"That shows your character as a journalist, Chris. You just lost all respect and credibility with me."

In fact, my editor and I discussed whether to include the information, which is public and was previously published in The Times-Tribune. We decided it was relevant in regard to Godlewski's credibility. I have many character defects, but the last time I had sex with a 15-year-old was never.

Throughout the reporting of this column, I texted Godlewski to give him an opportunity to respond. Eventually, he asked me to stop.

"Please stop messaging me. Bringing up my past only serves you, and your company. It will cause turmoil for my young children and my family. I don't want to hear from you again. Go continue your self serving nature. Karma always has a way when it comes to people that do that kind of stuff to me."

Karma is easy to see when it affects others, not so much when it's working on you. I am telling the truth in a local newspaper. Godlewski is spreading lies across the planet. Whether he's a true believer or a cynical opportunist, the damage is the same.

If Godlewski had agreed to speak with me, I would have answered his questions logically:

■ Trump "walked away" because he lost the election and his shameless, treasonous and ultimately lethal attempt to overturn it failed. Democracy defeated Trump. On Nov. 3 and again on Jan. 6 and Jan. 20.

■ Trump never presented a shred of evidence of mass voter fraud because there is none. If he had any legitimate proof, his lawyers would present it in a court of law. The idea that Trump would holster any "smoking gun" that bolstered his selfish claims is beyond ridiculous.

Trump didn't testify at either impeachment trial for the same reason Godlewski refused to speak with me. Trump and Godlewski don't dare leave their safe spaces — where truth is fluid and lies flow with no resistance — for fear of having to defend the indefensible. Subjecting themselves to even the slightest scrutiny makes them vulnerable to the hard lessons of accountability.

If you lose a presidential election, don't incite a mob to overthrow the government. If you choose to join that mob, don't do it in front of an army of photojournalists while carrying a location-pinging cellphone.

And if you hold yourself up as a "patriot reporter" who tells truths that can't be found anywhere else, don't traffic in lies.

Godlewski's lies have consequences beyond his immediate family. Millions of Americans have lost parents, grandparents, siblings, children and friends to the QAnon cult. They watched in helpless horror as their loved ones were led down rabbit holes from which they may never return.

Godlewski bears some responsibility for that, but I wish him no ill. It's my hope that he'll reflect on his role in curdling the hearts and minds of people who placed their trust in him and stop pushing the poison.

In that spirit, I offer a stitch of wisdom I learned the hard way from one patriot reporter to another: It's fun to point fingers until some jerk holds up a mirror.

CHRIS KELLY, the Times-Tribune columnist, never met a patriot who had to say so.

Contact the writer:
kellysworld@timesshamrock.com,
@cjkink on Twitter
Read his award-winning blog at times-tribuneblogs.com/kelly.

The Times-Tribune
https://thetimes-tribune.newspapers.com/image/523267485

The Times-Tribune (Scranton, Pennsylvania) · Tue, Jul 12, 2011 · Page A3
Printed on Jun 8, 2021

# Ex-baseball coach sentenced for sex with girl, 15

BY DENIS J. O'MALLEY
STAFF WRITER

A former Riverside High School baseball coach who was accused of having a sexual relationship with a 15-year-old girl pleaded guilty on Monday to one count of corruption of minors.

Phil Godlewski, 28, received a sentence of three to 23 months, with the first three months to be served as house arrest and the balance as probation, Assistant District Attorney Patricia Lafferty said.

Mr. Godlewski, 430 Cayuga St., Scranton, was arrested in July 2010 for allegedly having sex with the girl in two cars and homes for sale to which he had access as a real estate agent, according to a search warrant.

Authorities have said Mr. Godlewski's relationship with the teen began in 2008, when she was only 14, though it was not clear to investigators when they first had sex.

The Times-Tribune does not identify the victims of sexual assault.

Among the evidence against him were thousands of text messages between Mr. Godlewski and the girl in which he explicitly described their sexual exploits and expressed how much he cared about her, according to an affidavit.

On Monday, Mr. Godlewski waived his right to a preliminary hearing in the case, pleaded guilty to one count of corruption of minors and was sentenced by Judge Vito Geroulo, according to Lackawanna County Detective Justin Lori, one of several investigators involved in the case.

Contact the writer: domalley@timesshamrock.com

Copyright © 2021 Newspapers.com. All Rights Reserved.

Newspapers™



EXHIBIT
B.1