# EXHIBIT "D"



# COURT OF COMMON PLEAS OF LACKAWANNA COUNTY

## DOCKET

# CRIMINAL DOCKET

### Court Case

Commonwealth of Pennsylvania

v.

Philip Godlewski

## CASE INFORMATION

| | |
|---|---|
| Judge Assigned: | Date Filed: 09/28/2010    Initiation Date: 07/10/2010 |
| OTN: L 570598-0         LOTN: L 570598-0 | Originating Docket No: MJ-45101-CR-0000134-2010 |
| Initial Issuing Authority: Laura Turlip | Final Issuing Authority: Laura Turlip |
| Arresting Agency: Lackawanna County Detective | Arresting Officer: Affiant |
| Complaint/Citation No.: | Incident Number: 108397 |
| County: Lackawanna | Township: Taylor Boro |
| Case Local Number Type(s) | Case Local Number(s) |

## STATUS INFORMATION

| Case Status: | Closed | Status Date | Processing Status | Arrest Date: | 07/10/2010 |
|---|---|---|---|---|---|
| | | 07/11/2011 | Sentenced/Penalty Imposed | | |
| | | 03/16/2011 | Awaiting Sentencing | | |
| | | 03/16/2011 | Awaiting PSI | | |
| | | 03/02/2011 | Awaiting Trial - GP Withdrawn | | |
| | | 11/12/2010 | Awaiting Sentencing | | |
| | | 11/08/2010 | Awaiting Formal Arraignment | | |
| | | 11/05/2010 | Awaiting Pre-Trial Conference | | |
| | | 10/26/2010 | Awaiting Trial Scheduling | | |
| | | 09/28/2010 | Awaiting Filing of Information | | |

Complaint Date: 07/07/2010

## CALENDAR EVENTS

| Case Calendar Event Type | Schedule Start Date | Start Time | Room | Judge Name | Schedule Status |
|---|---|---|---|---|---|
| Arraignment | 11/12/2010 | 9:00 am | | | Scheduled |
| Sentencing | 04/06/2011 | 1:30 pm | | Senior Judge Vito P. Geroulo | Scheduled |

## CONFINEMENT INFORMATION

| Confinement Known As Of | Confinement Type | Destination Location | Confinement Reason | Still in Custody |
|---|---|---|---|---|
| 06/22/2021 | County Correctional Facility | Lackawanna County Prison | | Yes |

## DEFENDANT INFORMATION

| Date Of Birth: | 06/26/1983 | City/State/Zip: Scranton, PA 18508 |
|---|---|---|

## CASE PARTICIPANTS

| Participant Type | Name |
|---|---|
| Defendant | Godlewski, Philip |

CPCMS 9082

Recent entries made in the court filing offices may not be immediately reflected on these docket sheets . Neither the courts of the U
System of the Commonwealth of Pennsylvania nor the Administrative Office of Pennsylvania Courts assume any liability for inaccura
data, errors or omissions on these reports. Docket Sheet information should not be used in place of a criminal history background ch
only be provided by the Pennsylvania State Police. Moreover an employer who does not comply with the provisions of the Criminal H
Information Act may be subject to civil liability as set forth in 18 Pa.C.S. Section 9183.



EXHIBIT
D

# COURT OF COMMON PLEAS OF LACKAWANNA COUNTY

## DOCKET



Commonwealth of Pennsylvania

v.

Philip Godlewski

## BAIL INFORMATION

Godlewski, Philip

Nebbia Status: None

| Bail Action | Date | Bail Type | Originating Court | Percentage | Amount |
|---|---|---|---|---|---|
| Set | 07/10/2010 | Monetary | Common Pleas | | $250,000.00 |

## CHARGES

| Seq. | Orig Seq. | Grade | Statute | Statute Description | Offense Dt. | OTN |
|---|---|---|---|---|---|---|
| 1 | 7 | M1 | 18 § 6301 §§ A1 | Corruption Of Minors | 01/01/2008 | L 570598-0 |
| 2 | 2 | F1 | 18 § 3123 §§ A7 | IDSI Person Less Than 16 Yrs Age | 01/01/2008 | L 570598-0 |
| 3 | 3 | F2 | 18 § 3125 §§ A8 | Agg. Ind. Assault - Comp. Less Than 16 | 01/01/2008 | L 570598-0 |
| 4 | 4 | | 18 § 6318 §§ A1 | Unlawful Contact With Minor - Sexual Offenses | 01/01/2008 | L 570598-0 |
| 5 | 5 | | 18 § 4952 §§ A2 | Intim Witness/Victim False/Misleading Testimony | 01/01/2008 | L 570598-0 |
| 6 | 6 | F3 | 18 § 7512 §§ A | Criminal Use Of Communication Facility | 01/01/2008 | L 570598-0 |
| 7 | 1 | F2 | 18 § 3122.1 | Statutory Sexual Assault | 01/01/2008 | L 570598-0 |
| 8 | 8 | M2 | 18 § 3126 §§ A8 | Ind Asslt Person Less 16 Yrs Age | 01/01/2008 | L 570598-0 |

## DISPOSITION SENTENCING/PENALTIES

Disposition

| Case Event | Disposition Date | Final Disposition | |
|---|---|---|---|
| Sequence/Description | Offense Disposition | Grade | Section |
| Sentencing Judge | Sentence Date | Credit For Time Served | |
| Sentence/Diversion Program Type | Incarceration/Diversionary Period | Start Date | |
| Sentence Conditions | | | |

**Lower Court Proceeding (generic)**

| | | | |
|---|---|---|---|
| Lower Court Disposition | 09/27/2010 | Not Final | |
| 1 / Corruption Of Minors | Waived for Court (Lower Court) | M1 | 18 § 6301 §§ A1 |
| 2 / IDSI Person Less Than 16 Yrs Age | Waived for Court (Lower Court) | F1 | 18 § 3123 §§ A7 |
| 3 / Agg. Ind. Assault - Comp. Less Than 16 | Waived for Court (Lower Court) | F2 | 18 § 3125 §§ A8 |
| 4 / Unlawful Contact With Minor - Sexual Offenses | Waived for Court (Lower Court) | | 18 § 6318 §§ A1 |
| 5 / Intim Witness/Victim False/Misleading Testimony | Waived for Court (Lower Court) | | 18 § 4952 §§ A2 |
| 6 / Criminal Use Of Communication Facility | Waived for Court (Lower Court) | F3 | 18 § 7512 §§ A |
| 7 / Statutory Sexual Assault | Waived for Court (Lower Court) | F2 | 18 § 3122.1 |
| 8 / Ind Asslt Person Less 16 Yrs Age | Waived for Court (Lower Court) | M2 | 18 § 3126 §§ A8 |

**Guilty Plea**

| | | | |
|---|---|---|---|
| Pre-Trial Conference | 11/12/2010 | Not Final | |
| 1 / Corruption Of Minors | Guilty Plea | M1 | 18 § 6301 §§ A1 |
| Geroulo, Vito P. | 07/11/2011 | | |

Recent entries made in the court filing offices may not be immediately reflected on these docket sheets . Neither the courts of the Unified Judicial System of the Commonwealth of Pennsylvania nor the Administrative Office of Pennsylvania Courts assume any liability for inaccurate or delayed data, errors or omissions on these reports. Docket Sheet information should not be used in place of a criminal history background check which can only be provided by the Pennsylvania State Police. Moreover an employer who does not comply with the provisions of the Criminal History Record Information Act may be subject to civil liability as set forth in 18 Pa.C.S. Section 9183.



Docket Number: CP-35-CR-0002613-2010

# CRIMINAL DOCKET

Court Case

Commonwealth of Pennsylvania

v.

Philip Godlewski

Page 3 of 7

## DISPOSITION SENTENCING/PENALTIES

Disposition

| Case Event | Disposition Date | Final Disposition | |
|---|---|---|---|
| Sequence/Description | Offense Disposition | Grade | Section |
| Sentencing Judge | Sentence Date | | Credit For Time Served |
| Sentence/Diversion Program Type | Incarceration/Diversionary Period | | Start Date |
| Sentence Conditions | | | |

| | | | |
|---|---|---|---|
| Confinement | Min of 3.00 Months | | |
| | Max of 23.00 Months | | |
| | Other | | |
| To refrain from contact with crime victims. | | | |
| To participate in drug or alcohol screening and treatment programs, including outpatient and inpatient programs. | | | |
| 2 / IDSI Person Less Than 16 Yrs Age | Nolle Prossed | F1 | 18 § 3123 §§ A7 |
| Geroulo, Vito P. | 07/11/2011 | | |
| 3 / Agg. Ind. Assault - Comp. Less Than 16 | Nolle Prossed | F2 | 18 § 3125 §§ A8 |
| Geroulo, Vito P. | 07/11/2011 | | |
| 4 / Unlawful Contact With Minor - Sexual Offenses | Nolle Prossed | | 18 § 6318 §§ A1 |
| Geroulo, Vito P. | 07/11/2011 | | |
| 5 / Intim Witness/Victim False/Misleading Testimony | Nolle Prossed | | 18 § 4952 §§ A2 |
| Geroulo, Vito P. | 07/11/2011 | | |
| 6 / Criminal Use Of Communication Facility | Nolle Prossed | F3 | 18 § 7512 §§ A |
| Geroulo, Vito P. | 07/11/2011 | | |
| 7 / Statutory Sexual Assault | Nolle Prossed | F2 | 18 § 3122.1 |
| Geroulo, Vito P. | 07/11/2011 | | |
| 8 / Ind Asslt Person Less 16 Yrs Age | Nolle Prossed | M2 | 18 § 3126 §§ A8 |
| Geroulo, Vito P. | 07/11/2011 | | |

**Proceed to Court (GP Withdrawn)**

| | | | |
|---|---|---|---|
| Withdrawal of Guilty Plea | 03/02/2011 | Not Final | |
| 1 / Corruption Of Minors | Proceed to Court (GP Withdrawn) | M1 | 18 § 6301 §§ A1 |
| 2 / IDSI Person Less Than 16 Yrs Age | Proceed to Court | F1 | 18 § 3123 §§ A7 |
| 3 / Agg. Ind. Assault - Comp. Less Than 16 | Proceed to Court | F2 | 18 § 3125 §§ A8 |
| 4 / Unlawful Contact With Minor - Sexual Offenses | Proceed to Court | | 18 § 6318 §§ A1 |
| 5 / Intim Witness/Victim False/Misleading Testimony | Proceed to Court | | 18 § 4952 §§ A2 |
| 6 / Criminal Use Of Communication Facility | Proceed to Court | F3 | 18 § 7512 §§ A |
| 7 / Statutory Sexual Assault | Proceed to Court | F2 | 18 § 3122.1 |
| 8 / Ind Asslt Person Less 16 Yrs Age | Proceed to Court | M2 | 18 § 3126 §§ A8 |

Recent entries made in the court filing offices may not be immediately reflected on these docket sheets . Neither the courts of the Unified Judicial System of the Commonwealth of Pennsylvania nor the Administrative Office of Pennsylvania Courts assume any liability for inaccurate or delayed data, errors or omissions on these reports. Docket Sheet information should not be used in place of a criminal history background check which can only be provided by the Pennsylvania State Police. Moreover an employer who does not comply with the provisions of the Criminal History Record Information Act may be subject to civil liability as set forth in 18 Pa.C.S. Section 9183.

# COURT OF COMMON PLEAS OF LACKAWANNA COUNTY

## DOCKET



**Docket Number: CP-35-CR-0002613-2010**

# CRIMINAL DOCKET

**Court Case**

Commonwealth of Pennsylvania

v.

Philip Godlewski

Page 4 of 7

| COMMONWEALTH INFORMATION | ATTORNEY INFORMATION |
|---|---|
| <u>Name:</u>    Patricia Ann Lafferty | <u>Name:</u>    Timothy M. Kolman |
|      District Attorney |      Private |
| <u>Supreme Court No:</u>    091456 | <u>Supreme Court No:</u>    051982 |
| <u>Phone Number(s):</u> | <u>Rep. Status:</u>    Active |
|      570-963-6717    (Phone) | <u>Phone Number(s):</u> |
| <u>Address:</u> |      215-750-3134    (Phone) |
|      Lackawanna County DA Office | <u>Address:</u> |
|      200 N Washington Ave |      Kolman Law P.c. |
|      Scranton, PA 18503 |      Penndel, PA 19047-5517 |
| | Representing: Godlewski, Philip |

## ENTRIES

| Sequence Number | CP Filed Date | Document Date | Filed By |
|---|---|---|---|
| 1 | 07/10/2010 | | Turlip, Laura |
| Bail Set - Godlewski, Philip | | | |
| 1 | 09/28/2010 | | Court of Common Pleas - Lackawanna County |
| Original Papers Received from Lower Court | | | |
| 1 | 10/26/2010 | | Commonwealth of Pennsylvania |
| Pre-Trial Conference Notice | | | |
| 1 | 11/05/2010 | | Mazzoni, Robert A. |
| Waiver of Arraignment Filed | | | |
| 1 | 11/08/2010 | | Commonwealth of Pennsylvania |
| Information Filed | | | |
| 1 | 11/12/2010 | | Geroulo, Vito P. |
| Guilty Plea | | | |
| 2 | 11/12/2010 | | Geroulo, Vito P. |
| Disposition Filed | | | |
| 1 | 02/04/2011 | | D'Andrea, Joseph R. |
| Motion to Withdraw Plea of Guilty | | | |
| 1 | 02/24/2011 | | D'Andrea, Joseph R. |
| Waiver of Speedy Trial Rule | | | |

Recent entries made in the court filing offices may not be immediately reflected on these docket sheets . Neither the courts of the Unified Judicial System of the Commonwealth of Pennsylvania nor the Administrative Office of Pennsylvania Courts assume any liability for inaccurate or delayed data, errors or omissions on these reports. Docket Sheet information should not be used in place of a criminal history background check which can only be provided by the Pennsylvania State Police. Moreover an employer who does not comply with the provisions of the Criminal History Record Information Act may be subject to civil liability as set forth in 18 Pa.C.S. Section 9183.

# COURT OF COMMON PLEAS OF LACKAWANNA COUNTY

## DOCKET



Commonwealth of Pennsylvania

v.

Philip Godlewski

## ENTRIES

| Sequence Number | CP Filed Date | Document Date | Filed By |
|---|---|---|---|
| 2 | 03/02/2011 | | Geroulo, Vito P. |
| Order Granting Motion to Withdraw Guilty Plea | | | |
| 3 | 03/02/2011 | | Geroulo, Vito P. |
| Ordered Def Motion to Withdraw Plea of Nolle Contrendre is GRANTED | | | |
| 1 | 07/11/2011 | | Geroulo, Vito P. |
| Order - Sentence/Penalty Imposed | | | |
| 1 | 07/13/2011 | | Court of Common Pleas - Lackawanna County |
| Penalty Assessed | | | |
| 2 | 07/13/2011 | | Rinaldi, Mary F. |
| Entry of Civil Judgment | | | |
| 3 | 07/13/2011 | | Lackawanna County Probation Department |
| Guideline Sentence Form | | | |
| 1 | 07/14/2011 | | Court of Common Pleas - Lackawanna County |
| Payment Plan Introduction Letter | | | |
| 1 | 07/26/2011 | | Geroulo, Vito P. |
| Ordered Defendant Participate in Lackawanna County  House Arrest Program | | | |
| 1 | 10/31/2011 | | Geroulo, Vito P. |
| Release of Prisoner | | | |
| 1 | 06/10/2013 | | Court of Common Pleas - Lackawanna County |
| Penalty Satisfied | | | |
| 1 | 08/13/2013 | | Geroulo, Vito P. |
| PROBATION TERMINATED | | | |
| 1 | 01/14/2016 | | Kelly, Mauri B. |
| Praecipe to Satisfy Judgment | | | |

Recent entries made in the court filing offices may not be immediately reflected on these docket sheets . Neither the courts of the Unified Judicial System of the Commonwealth of Pennsylvania nor the Administrative Office of Pennsylvania Courts assume any liability for inaccurate or delayed data, errors or omissions on these reports. Docket Sheet information should not be used in place of a criminal history background check which can only be provided by the Pennsylvania State Police. Moreover an employer who does not comply with the provisions of the Criminal History Record Information Act may be subject to civil liability as set forth in 18 Pa.C.S. Section 9183.

# COURT OF COMMON PLEAS OF LACKAWANNA COUNTY

## DOCKET



**Docket Number: CP-35-CR-0002613-2010**

# CRIMINAL DOCKET

**Court Case**

Commonwealth of Pennsylvania

v.

Philip Godlewski

## ENTRIES

| Sequence Number | CP Filed Date | Document Date | Filed By |
|---|---|---|---|
| Service To | | Service By | |
| Issue Date | Service Type | Status Date | Service Status |

| | | | |
|---|---|---|---|
| 1 | 05/10/2022 | | Commonwealth of Pennsylvania |
| Commonwealth's Answer to Motion to Intervene and Obtain Access to Sealed Court Records | | | |
| D'Andrea, Joseph R. | | | |
| 05/11/2022 | eService | | Served |
| Lafferty, Patricia Ann | | | |
| 05/11/2022 | eService | | Served |

| | | | |
|---|---|---|---|
| 1 | 05/11/2022 | | Kolman, Timothy M. |
| Motion in Opposition to Obtain Access to Sealed Court Records | | | |
| D'Andrea, Joseph R. | | | |
| 05/11/2022 | eService | | Served |
| Lafferty, Patricia Ann | | | |
| 05/11/2022 | eService | | Served |

| | | | |
|---|---|---|---|
| 2 | 05/11/2022 | | Kolman, Timothy M. |
| Brief in Opposition to Motion to Obtain Access to Sealed Court Records | | | |
| D'Andrea, Joseph R. | | | |
| 05/11/2022 | eService | | Served |
| Lafferty, Patricia Ann | | | |
| 05/11/2022 | eService | | Served |

Printed: 04/01/2024

Recent entries made in the court filing offices may not be immediately reflected on these docket sheets . Neither the courts of the Unified Judicial System of the Commonwealth of Pennsylvania nor the Administrative Office of Pennsylvania Courts assume any liability for inaccurate or delayed data, errors or omissions on these reports. Docket Sheet information should not be used in place of a criminal history background check which can only be provided by the Pennsylvania State Police. Moreover an employer who does not comply with the provisions of the Criminal History Record Information Act may be subject to civil liability as set forth in 18 Pa.C.S. Section 9183.

# COURT OF COMMON PLEAS OF LACKAWANNA COUNTY

## DOCKET



Commonwealth of Pennsylvania

v.

Philip Godlewski

## CASE FINANCIAL INFORMATION

Last Payment Date: 06/10/2013      Total of Last Payment: -$268.50

**Godlewski, Philip**
Defendant

| | Assessment | Payments | Adjustments | Non Monetary Payments | Balance |
|---|---|---|---|---|---|
| **Costs/Fees** | | | | | |
| State Court Costs (Act 204 of 1976) | $10.75 | ($10.75) | $0.00 | $0.00 | $0.00 |
| Commonwealth Cost - HB627 (Act 167 of 1992) | $9.25 | ($9.25) | $0.00 | $0.00 | $0.00 |
| County Court Cost (Act 204 of 1976) | $30.00 | ($30.00) | $0.00 | $0.00 | $0.00 |
| Crime Victims Compensation (Act 96 of 1984) | $35.00 | ($35.00) | $0.00 | $0.00 | $0.00 |
| Domestic Violence Compensation (Act 44 of 1988) | $10.00 | ($10.00) | $0.00 | $0.00 | $0.00 |
| Victim Witness Service (Act 111 of 1998) | $25.00 | ($25.00) | $0.00 | $0.00 | $0.00 |
| Firearm Education and Training Fund | $5.00 | ($5.00) | $0.00 | $0.00 | $0.00 |
| Automation Fee (Lackawanna) | $5.00 | ($5.00) | $0.00 | $0.00 | $0.00 |
| Costs of Prosecution - CJEA | $50.00 | ($50.00) | $0.00 | $0.00 | $0.00 |
| Booking Center Fee (Lackawanna) | $300.00 | ($300.00) | $0.00 | $0.00 | $0.00 |
| Judicial Computer Project | $8.00 | ($8.00) | $0.00 | $0.00 | $0.00 |
| ATJ | $3.00 | ($3.00) | $0.00 | $0.00 | $0.00 |
| CJES | $2.25 | ($2.25) | $0.00 | $0.00 | $0.00 |
| JCPS | $10.25 | ($10.25) | $0.00 | $0.00 | $0.00 |
| County Costs (Lackawanna) | $15.00 | ($15.00) | $0.00 | $0.00 | $0.00 |
| Plea F/M (Lackawanna) | $120.00 | ($120.00) | $0.00 | $0.00 | $0.00 |
| OSP (Lackawanna/State) (Act 35 of 1991) | $650.00 | ($650.00) | $0.00 | $0.00 | $0.00 |
| OSP (Lackawanna/State) (Act 35 of 1991) | $650.00 | ($650.00) | $0.00 | $0.00 | $0.00 |
| Adult Probation Drug Test Fund (Lackawanna) | $30.00 | ($30.00) | $0.00 | $0.00 | $0.00 |
| Costs/Fees Totals: | $1,968.50 | ($1,968.50) | $0.00 | $0.00 | $0.00 |
| Grand Totals: | $1,968.50 | ($1,968.50) | $0.00 | $0.00 | $0.00 |

** - Indicates assessment is subrogated

Recent entries made in the court filing offices may not be immediately reflected on these docket sheets . Neither the courts of the Unified Judicial System of the Commonwealth of Pennsylvania nor the Administrative Office of Pennsylvania Courts assume any liability for inaccurate or delayed data, errors or omissions on these reports. Docket Sheet information should not be used in place of a criminal history background check which can only be provided by the Pennsylvania State Police. Moreover an employer who does not comply with the provisions of the Criminal History Record Information Act may be subject to civil liability as set forth in 18 Pa.C.S. Section 9183.