# EXHIBIT "E"

# COURT OF COMMON PLEAS OF LACKAWANNA COUNTY
## DOCKET



Docket Number: CP-35-CR-0000664-2020
## CRIMINAL DOCKET
### Court Case

Commonwealth of Pennsylvania
v.
Philip Godlewski

Page 1 of 7

### CASE INFORMATION

Judge Assigned:     Date Filed: 04/15/2020     Initiation Date: 02/19/2020
OTN: U 852132-1     LOTN:     Originating Docket No: MJ-45101-CR-0000056-2020
Initial Issuing Authority: George E. Seig     Final Issuing Authority: Alyce Hailstone Farrell
Arresting Agency: Lackawanna County Detective     Arresting Officer: Bauer, Lisa M.
Complaint/Citation No.: 20200122M0014     Incident Number:
County: Lackawanna     Township: Old Forge Boro
Case Local Number Type(s)     Case Local Number(s)

### STATUS INFORMATION

Case Status: Closed     Complaint Date: 02/19/2020

| Status Date | Processing Status |
|---|---|
| 06/22/2021 | Sentenced/Penalty Imposed |
| 05/27/2021 | Awaiting PSI |
| 05/27/2021 | Awaiting Sentencing |
| 04/13/2021 | Awaiting PSI |
| 04/13/2021 | Awaiting Sentencing |
| 03/09/2021 | Awaiting PSI |
| 03/09/2021 | Awaiting Sentencing |
| 02/22/2021 | Awaiting Sentencing |
| 05/08/2020 | Awaiting Trial Scheduling |
| 05/08/2020 | Awaiting Plea Court |
| 04/22/2020 | Awaiting Formal Arraignment |
| 04/15/2020 | Awaiting Filing of Information |

### CALENDAR EVENTS

| Case Calendar Event Type | Schedule Start Date | Start Time | Room | Judge Name | Schedule Status |
|---|---|---|---|---|---|
| Sentencing | 04/06/2021 | 9:30 am | | Judge Michael J. Barrasse | Scheduled |
| Sentencing | 04/27/2021 | 9:30 am | | Judge Michael J. Barrasse | Scheduled |
| Sentencing | 06/22/2021 | 9:30 am | | Judge Michael J. Barrasse | Scheduled |

### CONFINEMENT INFORMATION

| Confinement Known As Of | Confinement Type | Destination Location | Confinement Reason | Still in Custody |
|---|---|---|---|---|
| 06/22/2021 | County Correctional Facility | Lackawanna County Prison | | Yes |

### DEFENDANT INFORMATION

Date Of Birth: 06/26/1983     City/State/Zip: Duryea, PA 18642

CPCMS 9082     Printed: 04/03/2024

Recent entries made in the court filing offices may not be immediately reflected on these docket sheets. Neither the courts of the Unified System of the Commonwealth of Pennsylvania nor the Administrative Office of Pennsylvania Courts assume any liability for inaccurate data, errors or omissions on these reports. Docket Sheet information should not be used in place of a criminal history background check only be provided by the Pennsylvania State Police. Moreover an employer who does not comply with the provisions of the Criminal History Information Act may be subject to civil liability as set forth in 18 Pa.C.S. Section 9183.

EXHIBIT E

# COURT OF COMMON PLEAS OF LACKAWANNA COUNTY
## DOCKET



**Docket Number: CP-35-CR-0000664-2020**
# CRIMINAL DOCKET
### Court Case

Commonwealth of Pennsylvania
v.
Philip Godlewski

## CASE PARTICIPANTS

| Participant Type | Name |
|---|---|
| Defendant | Godlewski, Philip |

## BAIL INFORMATION

**Godlewski, Philip**                                                                                          **Nebbia Status: None**

| Bail Action | Date | Bail Type | Originating Court | Percentage | Amount |
|---|---|---|---|---|---|
| Set | 02/20/2020 | Unsecured | Magisterial District Court | | $5,000.00 |

## CHARGES

| Seq. | Orig Seq. | Grade | Statute | Statute Description | Offense Dt. | OTN |
|---|---|---|---|---|---|---|
| 4 | 3 | M1 | 18 § 4104 §§ A | Tamper Records Or Id-Writing | 11/13/2019 | U 852132-1 |
| 5 | 4 | M2 | 18 § 4105 §§ A1* | Bad Checks | 11/13/2019 | U 852132-1 |

## DISPOSITION SENTENCING/PENALTIES

**Disposition**
  Case Event
    Sequence/Description
      Sentencing Judge
        Sentence/Diversion Program Type
          Sentence Conditions

                                        Disposition Date                Final Disposition
                                        Offense Disposition           Grade   Section
                                        Sentence Date                   Credit For Time Served
                                          Incarceration/Diversionary Period   Start Date

**Waived for Court (Lower Court)**     Defendant Was Present
  Lower Court Disposition                           04/14/2020                        Not Final
    4 / Tamper Records Or Id-Writing           Waived for Court (Lower Court)    M1      18 § 4104 §§ A
    5 / Bad Checks                                      Waived for Court (Lower Court)    M2      18 § 4105 §§ A1*

**Guilty Plea**        Defendant Was Present
  Plea Court                                         02/22/2021                      Final Disposition
    4 / Tamper Records Or Id-Writing           Guilty Plea                           M1      18 § 4104 §§ A
      Barrasse, Michael J.                        06/22/2021
        Confinement                             Min of 1.00 Months          06/22/2021
                                            Max of 1.00 Months
                                            Other

          F/B 3M H/A
          NO D/A OR LLP
        Probation                                    Min of 44.00 Months
                                            Max of 44.00 Months
                                            Other

    5 / Bad Checks                                    Guilty Plea                           M2      18 § 4105 §§ A1*
      Barrasse, Michael J.                        06/22/2021
        Probation                                    Min of 1.00 Years
                                            Max of 1.00 Years
                                            Other

Recent entries made in the court filing offices may not be immediately reflected on these docket sheets . Neither the courts of the Unified Judicial System of the Commonwealth of Pennsylvania nor the Administrative Office of Pennsylvania Courts assume any liability for inaccurate or delayed data, errors or omissions on these reports. Docket Sheet information should not be used in place of a criminal history background check which can only be provided by the Pennsylvania State Police. Moreover an employer who does not comply with the provisions of the Criminal History Record Information Act may be subject to civil liability as set forth in 18 Pa.C.S. Section 9183.

# COURT OF COMMON PLEAS OF LACKAWANNA COUNTY
## DOCKET

Docket Number: CP-35-CR-0000664-2020
## CRIMINAL DOCKET
Court Case

Commonwealth of Pennsylvania
v.
Philip Godlewski

Page 3 of 7



**LINKED SENTENCES:**

**Link 2**
CP-35-CR-0000664-2020 - Seq. No. 5 (18 § 4105 §§ A1*) - Probation is Consecutive to
- Link 1

**Link 1**
CP-35-CR-0000664-2020 - Seq. No. 4 (18 § 4104 §§ A) - Probation is Consecutive to
CP-35-CR-0000664-2020 - Seq. No. 4 (18 § 4104 §§ A) - Confinement

| COMMONWEALTH INFORMATION | ATTORNEY INFORMATION |
|---|---|
| Name: Gene P. Riccardo<br>Assistant District Attorney | Name: Joseph R. D'Andrea<br>Private |
| Supreme Court No: 051433 | Supreme Court No: 043105 |
| Phone Number(s):<br>570-963-6717 (Phone) | Rep. Status: Active |
| Address:<br>Lackawanna County Da's Office<br>135 Jefferson Ave<br>Scranton, PA 18503 | Phone Number(s):<br>570-207-7100 (Phone)<br>Address:<br>320 N Blakely St<br>Dunmore, PA 18512-1906<br>Representing: Godlewski, Philip |

## ENTRIES

| Sequence Number | CP Filed Date | Document Date | Filed By |
|---|---|---|---|
| 1 | 02/20/2020 | | Farrell, Alyce Hailstone |
| Bail Set - Godlewski, Philip | | | |
| 1 | 04/15/2020 | | Court of Common Pleas - Lackawanna County |
| Original Papers Received from Lower Court | | | |
| 1 | 04/22/2020 | | Commonwealth of Pennsylvania |
| Information Filed | | | |
| 1 | 05/08/2020 | | Barrasse, Michael J. |
| Waiver of Appearance at Arraignment and Entry of Plea | | | |
| 2 | 05/08/2020 | | Commonwealth of Pennsylvania |
| Pre-Trial Conference Notice | | | |
| 1 | 06/22/2020 | | Barrasse, Michael J. |
| Pre-Trial Order of Court | | | |

Recent entries made in the court filing offices may not be immediately reflected on these docket sheets. Neither the courts of the Unified Judicial System of the Commonwealth of Pennsylvania nor the Administrative Office of Pennsylvania Courts assume any liability for inaccurate or delayed data, errors or omissions on these reports. Docket Sheet information should not be used in place of a criminal history background check which can only be provided by the Pennsylvania State Police. Moreover an employer who does not comply with the provisions of the Criminal History Record Information Act may be subject to civil liability as set forth in 18 Pa.C.S. Section 9183.

# COURT OF COMMON PLEAS OF LACKAWANNA COUNTY
## DOCKET



Docket Number: CP-35-CR-0000664-2020
## CRIMINAL DOCKET
Court Case

Commonwealth of Pennsylvania
v.
Philip Godlewski

Page 4 of 7

### ENTRIES

| Sequence Number | CP Filed Date | Document Date | Filed By |
|---|---|---|---|
| 1 | 08/03/2020 | | Vinsko, William E. Jr. |
| E-Mail to Judge's Law Clerk from Attorney Vinsko Requesting an Extension of Time | | | |
| 1 | 10/19/2020 | | Barrasse, Michael J. |
| Pre-Trial Order of Court | | | |
| 2 | 10/19/2020 | | Barrasse, Michael J. |
| Pre-Trial Order of Court | | | |
| 1 | 12/11/2020 | | D'Andrea, Joseph R. |
| Entry of Appearance | | | |
| 1 | 12/18/2020 | | Barrasse, Michael J. |
| Pre-Trial Order of Court | | | |
| 1 | 12/28/2020 | | Vinsko, William E. Jr. |
| Withdrawal of Appearance | | | |
| 1 | 01/08/2021 | | Commonwealth of Pennsylvania |
| Commonwealth's Answer to Defendant's Request for Discovery and Inspection | | | |
| 2 | 01/08/2021 | | Commonwealth of Pennsylvania |
| Commonwealth's Answer to Defendant's Omnibus Pretrial Motions | | | |
| 1 | 02/22/2021 | | Barrasse, Michael J. |
| Guilty Plea | | | |
| 1 | 03/30/2021 | | D'Andrea, Joseph R. |
| Letter to Judge Barrasse's Law Clerk from Attorney D'Andrea | | | |
| 1 | 06/22/2021 | | Barrasse, Michael J. |
| Order - Sentence/Penalty Imposed | | | |
| 2 | 06/22/2021 | | Barrasse, Michael J. |
| Defendant's Rights at Sentencing | | | |
| 1 | 06/23/2021 | | Court of Common Pleas - Lackawanna County |
| Penalty Assessed | | | |

Recent entries made in the court filing offices may not be immediately reflected on these docket sheets . Neither the courts of the Unified Judicial System of the Commonwealth of Pennsylvania nor the Administrative Office of Pennsylvania Courts assume any liability for inaccurate or delayed data, errors or omissions on these reports. Docket Sheet information should not be used in place of a criminal history background check which can only be provided by the Pennsylvania State Police. Moreover an employer who does not comply with the provisions of the Criminal History Record Information Act may be subject to civil liability as set forth in 18 Pa.C.S. Section 9183.

# COURT OF COMMON PLEAS OF LACKAWANNA COUNTY
## DOCKET



Docket Number: CP-35-CR-0000664-2020
## CRIMINAL DOCKET
Court Case

Commonwealth of Pennsylvania
v.
Philip Godlewski

Page 5 of 7

### ENTRIES

| Sequence Number | CP Filed Date | Document Date | Filed By |
|---|---|---|---|
| 2 | 06/23/2021 | | Kelly, Mauri B. |
| Court Commitment State or County Correctional Institution | | | |
| 3 | 06/23/2021 | | Kelly, Mauri B. |
| Entry of Civil Judgment | | | |
| 1 | 06/24/2021 | | Lackawanna County Probation Department |
| Guideline Sentence Form | | | |
| 2 | 06/24/2021 | | Court of Common Pleas - Lackawanna County |
| Payment Plan Introduction Letter | | | |
| 1 | 06/30/2021 | | Maria McCool - Lackawanna Cty Court Reporter |
| Transcript of Proceedings before Hon. Michael Barrasse on February 23, 2021 | | | |
| 1 | 07/06/2021 | | D'Andrea, Joseph R. |
| Motion for Reconsideration of Sentence | | | |
| 2 | 07/06/2021 | | Barrasse, Michael J. |
| Order Denying Motion for Reconsideration of Sentence | | | |
| 1 | 07/08/2021 | | Mollie Gill - Lackawanna Cty Court Reporter |
| Transcript of Proceedings of Sentence before Judge Barrasse on June 22, 2021 Filed | | | |
| 1 | 10/19/2021 | | Barrasse, Michael J. |
| Supervised for 0 mon's | | | |
| D'Andrea, Joseph R. | | | |
| 10/22/2021 | eService | | Served |
| Riccardo, Gene P. | | | |
| 10/22/2021 | eService | | Served |
| 1 | 10/25/2021 | | Court of Common Pleas - Lackawanna County |
| Delinquency Notice Filed - 62 Days Overdue | | | |

Recent entries made in the court filing offices may not be immediately reflected on these docket sheets . Neither the courts of the Unified Judicial System of the Commonwealth of Pennsylvania nor the Administrative Office of Pennsylvania Courts assume any liability for inaccurate or delayed data, errors or omissions on these reports. Docket Sheet information should not be used in place of a criminal history background check which can only be provided by the Pennsylvania State Police. Moreover an employer who does not comply with the provisions of the Criminal History Record Information Act may be subject to civil liability as set forth in 18 Pa.C.S. Section 9183.



**Docket Number: CP-35-CR-0000664-2020**

# CRIMINAL DOCKET
### Court Case

Commonwealth of Pennsylvania
v.
Philip Godlewski

Page 6 of 7

## ENTRIES

| Sequence Number | CP Filed Date | Document Date | Filed By |
|---|---|---|---|
| 1 | 11/29/2021 | | Court of Common Pleas - Lackawanna County |

Delinquency Notice Filed - 97 Days Overdue

| | | | |
|---|---|---|---|
| 1 | 12/15/2021 | | Court of Common Pleas - Lackawanna County |

Penalty Satisfied
D'Andrea, Joseph R.
12/15/2021    eService                            Served
Riccardo, Gene P.
12/15/2021    eService                            Served

| | | | |
|---|---|---|---|
| 1 | 01/04/2022 | | Court of Common Pleas - Lackawanna County |

Praecipe to Satisfy Judgment
D'Andrea, Joseph R.
01/04/2022    eService                            Served
Riccardo, Gene P.
01/04/2022    eService                            Served

Recent entries made in the court filing offices may not be immediately reflected on these docket sheets. Neither the courts of the Unified Judicial System of the Commonwealth of Pennsylvania nor the Administrative Office of Pennsylvania Courts assume any liability for inaccurate or delayed data, errors or omissions on these reports. Docket Sheet information should not be used in place of a criminal history background check which can only be provided by the Pennsylvania State Police. Moreover an employer who does not comply with the provisions of the Criminal History Record Information Act may be subject to civil liability as set forth in 18 Pa.C.S. Section 9183.

# COURT OF COMMON PLEAS OF LACKAWANNA COUNTY
## DOCKET



Docket Number: CP-35-CR-0000664-2020
## CRIMINAL DOCKET
Court Case

Commonwealth of Pennsylvania
v.
Philip Godlewski

Page 7 of 7

### CASE FINANCIAL INFORMATION

Last Payment Date: 12/15/2021     Total of Last Payment: -$973.50

**Godlewski, Philip**
Defendant

| | Assessment | Payments | Adjustments | Non Monetary Payments | Balance |
|---|---|---|---|---|---|
| **Costs/Fees** | | | | | |
| Miscellaneous Issuances | $18.50 | ($18.50) | $0.00 | $0.00 | $0.00 |
| ATJ | $6.00 | ($6.00) | $0.00 | $0.00 | $0.00 |
| ATJ | $6.00 | ($6.00) | $0.00 | $0.00 | $0.00 |
| Automation Fee (Lackawanna) | $5.00 | ($5.00) | $0.00 | $0.00 | $0.00 |
| Booking Center Fee (Lackawanna) | $300.00 | ($300.00) | $0.00 | $0.00 | $0.00 |
| CJES | $2.50 | ($2.50) | $0.00 | $0.00 | $0.00 |
| CJES | $2.50 | ($2.50) | $0.00 | $0.00 | $0.00 |
| Commonwealth Cost - HB627 (Act 167 of 1992) | $11.00 | ($11.00) | $0.00 | $0.00 | $0.00 |
| Costs of Prosecution - CJEA | $50.00 | ($50.00) | $0.00 | $0.00 | $0.00 |
| County Court Cost (Act 204 of 1976) | $35.70 | ($35.70) | $0.00 | $0.00 | $0.00 |
| Crime Victims Compensation (Act 96 of 1984) | $35.00 | ($35.00) | $0.00 | $0.00 | $0.00 |
| Domestic Violence Compensation (Act 44 of 1988) | $10.00 | ($10.00) | $0.00 | $0.00 | $0.00 |
| Firearm Education and Training Fund | $5.00 | ($5.00) | $0.00 | $0.00 | $0.00 |
| JCPS | $21.25 | ($21.25) | $0.00 | $0.00 | $0.00 |
| JCPS | $21.25 | ($21.25) | $0.00 | $0.00 | $0.00 |
| Judicial Computer Project | $8.00 | ($8.00) | $0.00 | $0.00 | $0.00 |
| Judicial Computer Project | $8.00 | ($8.00) | $0.00 | $0.00 | $0.00 |
| OAG - JCP | $2.50 | ($2.50) | $0.00 | $0.00 | $0.00 |
| OAG - JCP | $2.50 | ($2.50) | $0.00 | $0.00 | $0.00 |
| State Court Costs (Act 204 of 1976) | $12.80 | ($12.80) | $0.00 | $0.00 | $0.00 |
| Victim Witness Service (Act 111 of 1998) | $25.00 | ($25.00) | $0.00 | $0.00 | $0.00 |
| DNA Detection Fund (Act 185-2004) | $250.00 | ($250.00) | $0.00 | $0.00 | $0.00 |
| County Costs (Lackawanna) | $15.00 | ($15.00) | $0.00 | $0.00 | $0.00 |
| Plea F/M (Lackawanna) | $120.00 | ($120.00) | $0.00 | $0.00 | $0.00 |
| **Costs/Fees Totals:** | $973.50 | ($973.50) | $0.00 | $0.00 | $0.00 |
| **Grand Totals:** | $973.50 | ($973.50) | $0.00 | $0.00 | $0.00 |

\*\* - Indicates assessment is subrogated

Recent entries made in the court filing offices may not be immediately reflected on these docket sheets. Neither the courts of the Unified Judicial System of the Commonwealth of Pennsylvania nor the Administrative Office of Pennsylvania Courts assume any liability for inaccurate or delayed data, errors or omissions on these reports. Docket Sheet information should not be used in place of a criminal history background check which can only be provided by the Pennsylvania State Police. Moreover an employer who does not comply with the provisions of the Criminal History Record Information Act may be subject to civil liability as set forth in 18 Pa.C.S. Section 9183.