IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PHILIP GODLEWSKI,<br><br>                                  Plaintiff,<br>v.<br><br>EDUARDO NICOLAS ALVEAR GONZALEZ, *AKA* ALVEAR GONZALEZ EDUARDO NICOLAS, *AKA* NICOLAS ALVEAR; and GOOD LION TV, LLC,<br><br>                                  Defendants | No.: 3:24—CV—00344<br><br>*(JUDGE MUNLEY)* |

**ORDER**

AND NOW, this \_9th\_ day of **APRIL**, 2024, upon consideration of Defendants' Motion for Authorization to File Brief Not to Exceed 8,500 Words Pursuant to Local Rule 7.8(b)(2), unopposed by Plaintiff, (**Doc. 17**), it is hereby **ORDERED** and **DECREED** that Defendants' Motion is **GRANTED**.

**IT IS HEREBY ORDERED** that Defendants shall be authorized to file their Brief in Support of Motion to Dismiss Plaintiff's Complaint Or, Motion to Strike exceeding the maximum word limits outlined in Local Rule 7.8(b), but not to exceed 8,500 words.

BY THE COURT:

_____
JUDGE JULIA K. MUNLEY
United States District Court