GODLEWSKI V. ALVEAR, ET AL. | | NO. 3:24—CV—00344—JKM (M.D. PA.)

# EXHIBIT "A"



**Left screenshot (Phil Godlewski 3.0 Telegram, 454,000 subscribers, 8:33):**

You took your best shot, Nick. Now it's time to see what my best shot looks like. I'm not pulling back any punches. You're going to see my very best, with all of the forces I have mustered over my years.

I have the wealth. I have the time. I have the investigators. I have the attorneys. I have the connections. I have technical support. I have emotional support. I have MILLIONS of Phollowers telling me to rip off your skull and piss down your skinny throat (metaphorically speaking, of course).

You wanted my attention. You got it.

Now be prepared to deal with MY best shot.

By the way, you should close that garage door. Leaving it open is a little sus 🤓

644  8:32 AM

Unmute

**Right screenshot (Phil Godlewski 3.0 Telegram, 454,000 subscribers, 8:33):**

6.4K  8:19 AM

**Phil Godlewski 3.0**

Honestly, and I'm not being arrogant here when I say this.

I don't know why anyone would want to fuck with me. I have enough money to keep you guys tied up in lawsuits for the rest of your miserable lives. I have enough money to make your social media life and presence obsolete.

Luckily, for you, I've been a "good boy" so far, and I haven't stooped to your disgustingly immature level. But keep pushing me.

Nick's 7-year old daughter won't be able to afford new shoes for school, and when she asks me "why are you doing this to us, Phil?", I'll point to her daddy's jail cell and simply say "ask him".

You took your best shot, Nick. Now it' time to see what my best shot looks

Unmute    ↩ 2  8:34 AM



EXHIBIT A



A Federal Offense.

They keep digging their own grave 😎

💯 86   🔥 32   👍 17   ❤️ 5   COOL 4   🫵 1

👁 2.8K   10:14 AM

**Forwarded message**
**From Good Lion Films**
"Never interfere with an enemy who's in the process of destroying himself."

❤️ 16   💯 13   🔥 12   😆 4

👁 643   10:17 AM

Haha, you little boy.

I'm not destroying myself.

I'm destroying *you*, and any idea of you that ever existed.

You're going to jail, and when you get out, you'll be homeless.

👍 1   🔥 1   💯 1

👁 5   10:18 AM

MUTE