G̲o̲d̲l̲e̲w̲s̲k̲i̲ ̲v̲.̲ ̲A̲l̲v̲e̲a̲r̲,̲ ̲e̲t̲ ̲a̲l̲. || No. 3:24—CV—00344—JKM (M.D. Pa.)

# Exhibit "B"

