G̲o̲d̲l̲e̲w̲s̲k̲i̲ v. A̲l̲v̲e̲a̲r̲, e̲t̲ a̲l̲. | | No. 3:24—CV—00344—JKM (M.D. Pa.)

# Exhibit "D"



**John_H@Wolverine's Den**
Cut/blend line on Kari at mid-thigh, even seen in glass pane...

**PG Legal Battles**

 **Motion to Dismiss.pdf**
40 MB
👁 5.5K  7:04 PM

*Godlewski v. Alvear et al*

Rothenberg and Campbell (attorneys for Alvear) filed a 516 page Motion to Dismiss.

That's right, 516 pages.

And they didn't even know Alvear posted billboards and flew planes in Pennsylvania 😂

Kolman Law (attorneys for Godlewski) will file their response within the

Mute

EXHIBIT D — ALL-STATE LEGAL®



**PG Legal Battles**
10,022 subscribers

their response within the next 21 days.

Zero percent chance this case gets dismissed before discovery. Most of the arguments made by Alvear's attorneys are for Summary Judgement, which comes well after Discovery and Depositions.

This filing was made completely out of order, lacked basis in the facts of Alvear's Defamation, and seemingly cost Nick a LOT of money to file.

Inexperienced lawyers attempting to fight well

Mute

Case 3:24-cv-00344-JKM   Document 20-5   Filed 04/09/24   Page 4 of 6



**PG Legal Battles**
10,022 subscribers

above their weight class.

More to come in the coming days/weeks.

👁 5.7K edited 7:07 PM

Also, if you're bored and you want to read the 516 pages above, you'll likely notice that Alvear has not told his attorneys the truth, and has instead attempted to paint himself in a positive light in THEIR eyes.

Nick is digging the hole deeper and deeper by the day.

This is going to be a very interesting case to watch.

👁 5.8K  7:09 PM

Mute

9:23

**PG Legal Battles**
9091
10,022 subscribers

you would not | Those who know | DONATE HERE

*Godlewski v. Alvear et al*

Desperation is setting in for Nick Alvear.

After claiming to be a multimillionaire just a month prior, and essentially begging Godlewski to sue him, Nick now is forced to swallow his pride and ask his mailing list to help support his lawsuit defense.

The irony here is that the email says "I've decided to defend myself". Yeah, that's generally what you have to do when you get sued in Federal Court. It

Mute

