# EXHIBIT
## "A"

 **Nick Alvear** 🔵 @GoodLionTV · Feb 7                                    ···
A close circle of friends have viewed the new film... they are stunned and
impressed. To see all the evidence so clearly, and back to back... you'll
absolutely see how Phil is the greatest fraud in this movement.

Releases Friday at 8pm EST on GoodLion.tv



💬 28          🔁 68          ♡ 277          📊 7.1K          🔖 ⬆

 Nick Alvear ● @GoodLionTV   Feb 7                                    ...
Want to have your name at the end of The Greatest Fraud on Earth?"

The cut off point to get your name in the film is tonight at midnight CT

Join GoodLion TV and get access to 58 more of my films and get a new film every 4-6 weeks.

(THE FILM IS FREE TO WATCH)...
Show more



○ 16          �17 20          ♡ 105          �ᵢₗᵢ 6.3K          🔖  ⬆

**Nick Alvear** ✔ @GoodLionTV   Feb 8   ...
OH DAYYYMM!!



🟠 **SkriptkeeperElect** ✔ @Skriptkeeper17   Feb 8

Well well, I came all the way to Pennsylvania to see the head Of the Top 5, and look what we found a #philBosrd World Premier tomorrow Night 8pm EST. goodlion.tv @Zilosophy_4all @GoodLionTV so I decided to get some footage for my new song "Fraudlewski" but make sure...
Show more



0:37

○ 18      ⇄ 34      ♡ 207      ᵢₗᵢ 76K      🔖 ⬆