# EXHIBIT "B"

 **Nick Alvear** @GoodLionTV · Feb 19
The Greatest Fraud on Earth - The @PhilGodlewski_ story

Welcome back home Pedo Phuck



◯ 19    ⟲ 38    ♡ 202    ᴵᴵᴵ 7.3K    🔖 ⬆