# EXHIBIT "C"

 **Nick Alvear** @GoodLionTV · Feb 9
Oh yeah, phlyers, airphlane banners, and a mobile philboard all on release day.

 **Dr. Z** @Zilosophy_4all · Feb 9
2,000 phlyers have arrived and will be distributed in the Wilkes-Barre Scranton area.

Phildo is phinished.

Show more



◯ 11    ⟲ 33    ♡ 162    ᵢₗᵢ 6.3K    ◻ ⬆