# EXHIBIT "D"



Nick Alvear @GoodLionTV · Feb 9
We don't mess around with our trolling skills.

The Phil Godlewski Story - GoodLion.tv



○ 65    ↻ 125    ♡ 448    ɪ.ɪ 13K    ⃞  ↑



Nick Alvear @GoodLionTV · Feb 9
Y'all Phil Haters are gonna wanna see this!



Dr. Z @Zitosophy_tal · Feb 9
AND NOW FOR THE BIG SURPRISE REVEAL!

If you are in the Wilkes-Barre Scranton area look up just aonter 12:30 and you might see this beauty phlying by!

Show more

