# EXHIBIT "E"

