# EXHIBIT "F"

Nick Alvear ● @GoodLionTV · Feb 12
Update on PhilBoards

>  Dr. Z ● @Zilosophy_4all · Feb 12
> Lots of questions about Philboards. Before I get to that, 2 weeks of radio, Mobile Philboard, Airplane banner, phlyers all ran with no interruption.
>
> Phildo is grandstanding because he got 1 out of 5 vendors to suspend ...
> Show more

○ 7     ⟲ 3     ♡ 62     ᴵ|ᵢ 4.6K     ▢ ⬆

## THE GREATEST FRAUD ON EARTH AD CAMPAIGN

**Total Expenses**

| | | |
|---|---|---|
| Radio | 99 :30 spots across 3 stations over 2 weeks | $3,000.00 |
| Mobile Philboard | One day covering the entire WB/ Scranton Mkt | $1,800.00 |
| Static Philboards | Two digital Philboards for 30 days | $2,100.00 |
| Phlyers | 2,000 5x7 poscards to be distributed in WB/Sc inc. shipping | $283.00 |
| Surprise | A special surprise for Phildo on 2/9 | $1,800.00 |

**Total Spent**  $8,983.00

**Total Revenue**

| | | |
|---|---|---|
| Phildboard Phundraiser | GiveSendGo campaign | $5,884.00 |
| Good Lion Films | | $3,099.00 |

**Total Raised**  $8,983.00

**Remaining to Spend**  $0.00