# EXHIBIT "H"

 **Nick Alvear** @GoodLionTV · Mar 5

With all the reports to the SEC regarding Phil, know that if you copy that with reports to the FBI, then action can and most likely will be taken swiftly.

Report suspected violations of Federal law to the Federal Bureau of Investigation.

💬 Submit a tip at...
Show more



VIGILANCE AND REPORTING CRIME AND WRONGDOING

# Report a Crime

If this is an emergency, call 911. To report criminal activity, contact your local police or sheriff's department first as they can best determine if a report of criminal activity needs attention. The USAGov website offers additional tips and resources for reporting local or state law violations as well as violations of Federal law.

You may also report suspected violations of Federal law to the Federal Bureau of Investigation. Submit a tip at https://www.fbi.gov/tips or call 1-800-CALL-FBI (1-800-225-5324)



scam    fraud    crime

💬 23        ↻ 82        ♡ 213        📊 9.5K        🔖 ⬆



**Nick Alvear** ✓
@GoodLionTV

(Copy and paste this complaint to the SEC & FBI to finally get Phil Godlewski behind bars)

Dear FBI,

I am writing to alert you to a matter of grave concern regarding potential criminal activities involving individuals named Phil Godlewski and Kelly Felix. Through a chat platform, I have become aware of potential illicit activities orchestrated by Phil Godlewski, possibly in collaboration with Kelly Felix of Goldco.

The information suggests that Phil Godlewski may be involved in criminal endeavors, with suspicions that his actions could be linked to Kelly Felix. Phil's rapid acquisition of properties and expensive homes worldwide, despite his previous financial struggles, raises significant questions.

He has used fraud, deceit and fear to encourage his audience to roll over their 401ks into gold without exposing the fees - to which hundred have complained about 40% or more loss when rolled over.

There are even cases of suicide that we suspect are connected because of the massive loss of savings and shock.

Given the gravity of these allegations, I urge the FBI to initiate an investigation into Phil Godlewski and any further ties he may have with Kelly Felix through their joint website GoldQuiz which was under the companies Underestimated LLC & Dedicated Services LLC as this is vital to ensure the safety and security of our community by swiftly addressing and apprehending individuals engaged in criminal activities.

I implore the FBI to take prompt and decisive action to thoroughly investigate these claims and bring those responsible to justice. Your swift intervention and diligent investigation are essential in upholding law and order within our society.

Thank you for your attention to this urgent matter.

Sincerely,
[Your Name]

Send to both - SEC & FBI

SEC: Contact the Securities and Exchange Commission at 1-800-SEC-0330, or online at sec.gov or sec.gov/complaint/sele...

FBI: Report organized crime
Submit a tip online to the FBI: tips.fbi.gov/home or
Call 1-800-CALL-FBI ☏(1-800-225-5324)

12:07 PM · Mar 6, 2024 · 16.8K Views

💬 17    🔁 72    ♡ 178    🔖 21    ↑



**Nick Alvear** ✓
@GoodLionTV

We have all the ammo/receipts for federal law enforcement intervention with Phil Godlewski. People have committed suicide because of his lies. It's time to show the power of the people and what WE can do together.

Please share the attached post for instructions on how to empower those who have been wronged, cheated, & defrauded by Phil Godlewski to file a report to the SEC & FBI.

We are powerful beings. Witnessing a crime is valid enough to report it.

@Prolotario1 @ALPASONI17 @Zilosophy_4all @Skriptkeeper17 @MikeGil21446788 @SheShedTruther @clif_high @Thekeksociety

> **Nick Alvear** ✓ @GoodLionTV · Mar 6
> (Copy and paste this complaint to the SEC & FBI to finally get Phil Godlewski behind bars)
>
> Dear FBI,
>
> Show more

12:33 PM · Mar 6, 2024 · 8,765 views

💬 21    🔁 69    ♡ 151    🔖 5    ⬆


**Nick Alvear** @GoodLionTV

If you've been fed up, it's time to call the feds down.

Look up Phil Godlewski - a rally of the people.

(Copy and paste this complaint to the SEC & FBI)

Dear FBI,

I am writing to alert you to a matter of grave concern regarding potential criminal activities involving individuals named Phil Godlewski and Kelly Felix. Through a chat platform, I have become aware of potential illicit activities orchestrated by Phil Godlewski, possibly in collaboration with Kelly Felix of Goldco.

Phil Godlewski conducts multiple fraudulent investment schemes. He gains the trust of his older followers by purporting to be a government/military insider with secret connections to Trump and various three-letter agencies. It sounds outlandish, but I assure you tens of thousands of people trust him and he has been able to scam at least fifty million dollars from them. One is through an affiliate marketing scheme with GoldCo called GoldQuiz.com with Kelly Felix. People who roll over their 401k or IRAs lose thirty to forty percent of the value of their retirement in fees and outrageously overpriced metals.

Another is 7K Metals, which also sells uneducated victims exorbitantly overpriced collectible silver in a multilevel marketing scheme. When victims complain he bans them from his Telegram and deletes their comments so his other followers are not dissuaded from investing. The worst part is he convinces them by assuring them that the US financial system is imminently going to crash and they will lose all their money if they leave it in the bank or market. I understand this sounds unreasonable, but many many people buy into it.

He also sells Trump Coins and Trump Bucks that have no value and uses AI generated voices of Trump and his sons to endorse these fraudulent schemes. Many of his followers have lost thousands on these schemes.

The icing on the cake is that Godlewski shelters the money he grifts by purchasing multimillion dollar properties in the names of various LLCs and he has not filed taxes in years. This is verified in his pending litigation in Lackawanna County against the Scranton Times.

Godlewski has a criminal history of check fraud, lying on gun applications, and corruption of a minor. The fact he is getting away with conning the life savings of hard working Americans is mind boggling. Please look into this.

He has used fraud, deceit and fear to encourage his audience to roll over their 401ks into gold without exposing the fees - to which hundred have complained about 40% or more loss when rolled over.

There are even cases of suicide that we suspect are connected because of the massive loss of savings and shock. All this is covered in GoodLion.tv film "the greatest fraud on earth".

Given the gravity of these allegations, I urge the FBI to initiate an investigation into Phil Godlewski and any further ties he may have with Kelly Felix through their joint website GoldQuiz which was under the companies Underestimated LLC & Dedicated Services LLC as this is vital to ensure the safety and security of our community by swiftly addressing and apprehending individuals engaged in criminal activities.

I implore the FBI to take prompt and decisive action to thoroughly investigate these claims and bring those responsible to justice. Your swift intervention and diligent investigation are essential in upholding law and order within our society.

Thank you for your attention to this urgent matter.

Sincerely,
[Your Name]

Send to both - SEC & FBI - if you've been fed up, it's time to call feds down.

SEC: Contact the Securities and Exchange Commission at 1-800-SEC-0330, or online at sec.gov or sec.gov/complaint/sale...

FBI: Report organized crime
Submit a tip online to the FBI tips.fbi.gov/home or
Call 1-800-CALL-FBI \*1(1-800-225-5324)

@SheShedTruther @Prolotariot @ALPASON17 @Ziloeophy_4all
@Skriptkeeper17 @MikeGil21446768 @FBI @olf_high

12:50 PM · Mar 5, 2024 · 19.9K Views



**Nick Alvear** ✓
@GoodLionTV

#exposePhilGodlewski
Operation Phuck Around & Phind Out

Document to upload to the SEC & FBI complaint about Phil Godlewski.

There is so much fraud on this guy - and he's panicking that we are doing this. Why panic if you are in the clear?

Connect the dots.

Download it here: dropbox.com/scl/fi/fjnbcus...

Report it here:

SEC: Contact the Securities and Exchange Commission at 1-800-SEC-0330, or online at sec.gov or sec.gov/complaint/sele...

FBI: Report organized crime
Submit a tip online to the FBI. tips.fbi.gov/home
Call 1-800-CALL-FBI ☎(1-800-225-5324).



6:08 PM · Mar 6, 2024 · 8,147 Views



Nick Alvear
@GoodLionTV

ITS TIME TO TAKE ACTION.

The FBI headquarters is in Washington D.C. and for those paying attention we have now taken our exposure of Phil Godlewski to the next stage.

I am reaching out to invite 1-10 people to embark on a journey to the FBI and SEC HEADQUARTERS where you can make a complaint in person.

It will take these online complaints to the next level.

If you've been damaged by Phils crimes, if you were tricked into GoldQuiz/GoldCo, if you bought the snake venom filters, if you were sold Trump bucks, if you witnessed any of the above and live near the DC area...

Email me nick@goodlion.tv and I'll have everything you need to make a successful trip and complaint. I will pay for gas, food, and lodging if necessary.

This is how we take down the cabal.



7:07 PM · Mar 6, 2024 · 9,279 Views

💬 24    🔁 86    ♡ 255    🔖 8    ⬆



Good Lion Films
41,634 subscribers

Pinned Message #18
Rochelle: No ear covering, flapping of ar...

Template for how to report Phil Godlewski to the SEC.



Template for how to report Phil Godlewski to the SEC.

SEC: Contact the Securities and Exchange Commission at 1-800-SEC-0330...

Good Lion Films
03/08/24



3:08 — TELEGRAM — tcr.sec.gov — 1190 of 1379

< Back

> return on investment of any amount was guaranteed, what percentage was

[ ] Enter Percentage

Enter Percentage % (Enter whole numbers)

1000

**If you are alleging offering fraud, how was the offer made?**

Non-personal message (radio, television, periodical, tout sheet, website)

**\*Is this supplemental information to a previous complaint?**

No

**\*In your own words, describe the conduct or situation you are complaining ab**

crash and they will lose all their money if they leave it in the bank. I understand this sounds like a joke but many many people buy into it.

He also sells Trump Coins and Trump bucks that have no value and uses AI videos of Trump and his sons to endorse these fraudulent schemes. Many of his followers have lost thousands on these products.

The icing on the cake is that Godlewski shelters the money he grifts by purchasing multimillion dollar properties in the names of LLCs and he has not filed taxes in years. This is verified in his Lackawanna County lawsuit against the Scranton Times.

**Are you having or have you had difficulty getting access to your funds or secu**

○ Yes  ○ No  ○ Unknown

Did you suffer a loss?

○ Yes  ○ No

Good Lion Films
03/08/24












