# EXHIBIT
## "I"



# GOODLION.TV

# EXTRAORDINARY CLAIMS

# ...

# REQUIRE EXTRAORDINARY RECEIPTS

# THE TIMELINE

**2008-2010:** Phil G. and Brie D. begin a sexual relationship.

**July 9th, 2010:** Brie's parents find out. They submit statement to police.

**Early 2010:** Phil threatens suicide to Brie to get her to not testify

**July 11th, 2011:** Phil pleads guilty. After initially admitting guilt to all 8 charges, Phil takes a plea deal to 1 charge.

**December 2012:** Megan's Law goes into effect for Sexual Offenders, hence why Phil is not registered

# THE TIMELINE

**November 13, 2019:** Phil G writes a $21,789.84 bad check. Godlewski pleaded guilty Feb. 22, 2021 to writing a bad check and tampering with records. In exchange, prosecutors dropped theft and forgery charges.

**February 14th, 2021:** Chris Kelly writes Scranton Times article highlighting Phil's grift as a Qanon leader, and his crimes of corrupting a minor

**Mid 2021:** Phil starts a fundraiser to sue the Scranton times. Shortly after Phil releases a video stating the Scranton times would have to prove his sexual relationships with a minor and that his victim would also stand with Phil.

**Late 2021:** Phil, being close to broke, starts to sell silver and gold, as rollover 401k programs - based on lies that silver would increase dramatically in price.

GoldCo, & 7K Silver, became the two MLM's that Phil used to amass millions of dollars from people.

# THE TIMELINE

**November 30th, 2022:** Phils defamation case goes completely south. Brie testifies against him. The text messages from the 2010 court order are found at Verizon, and used in this case against Phil.

**May 3rd, 2023:** Phil sues Brie, the minor he had sexual relations with, claiming her words were lies to the Scranton times. Brie counter sued, and the text messages were brought into the case.

**December 24th, 2023:** Nick Alvear started looking deeply at the evidence provided, and made a public statement to his channel for all Phil cult followers to leave. Phil shared that to his public forums, causing a lot of hate & personal attack against Nick. Nick and Good Lion made sure the truth would set Phils hostages free.

**December 30th, 2023:** The defamation case against Scranton times was no longer accepting discovery from both parties. Phil's legal team had exhausted all their efforts to delay progress. They submitted very little evidence to counter the case.

# THE TIMELINE

Summary:

Phil committed sexual assaults on a minor in 2008 into 2010. His relationship with a minor was discovered, her parents took it to the authorities. Brie was in a relationship with someone who had just committed suicide. Phil found it necessary to prey on her vulnerability, for attention & sex. Phil had threatened suicide if Brie took a stand against him. She complied. Phil was punished, but not with the 7 charges he would have been, had the evidence not been tampered with, aka, threats made to Brie. Phil was sentenced to 3-23 months, with 3 serving under house arrest and the rest on probation. Phil 10 years later with $250 in his bank, writes a $21,000 bad check, and then photoshops bank statements to prove it was in there. He was investigated, caught, and was sent to jail for 30 days, and came out with 4 years probation which he currently is still serving. Phil thought he could get Brie to testify against the Scranton times interview that called out Phils pedophelic past, she denied, and took a stand against him. Phil, running out of options, sued her, and in the process she counter sued. The smoking gun now, was that Verizon still had the text messages from the 2010 case. This being the saving grace for Brie, and the karma making its stop at Phils address.



# 2008-2010: Phil G. and Brie D. begin a sexual relationship.

v.

CHRIS KELLY, TIMES SHAMROCK
COMMUNICATIONS, THE SCRANTON
TIMES-TRIBUNE, LARRY HOLEVA
    Defendants.

: CIVIL DIVISION
:
: JURY TRIAL DEMANDED
:
: No: 2021-CV-2195

**AFFIDAVIT**

STATE OF PENNSYLVANIA    :
                     : ss.
COUNTY OF LACKAWANNA    :

I, Brienna L. DuBorgel, an adult individual who resides at 1101 Claire Drive, Taylor, PA
18517, being duly sworn according to law hereby swears and affirms as follows:

1. My date of birth is 9/8/1993. A copy of my driver's license is attached to this Affidavit.

2. I was the minor victim in the criminal case brought against Philip Godlewski in July
   2010.

3. In September of 2008 I began ninth (9th) grade at Riverside High School at the age of 15
   years old.

4. On November 10, 2008, my boyfriend, Joseph Strok, III, committed suicide. I was very
   upset by his death.

5. Shortly before Joseph Strok's death I met Philip Godlewski. I began communicating with
   him after Joseph's death. Philip Godlewski was 10 years older than me.

6. Within a couple of months after Joseph Strok's death I began having a sexual relationship
   with Philip Godlewski. I was fifteen (15) years old when we started our sexual
   relationship.

7. Philip Godlewski bought me gifts including jewelry, a bat and other items during the first
   few months of our relationship.

---

4. On November 10, 2008, my boyfriend, Joseph Strok, III, committed suicide. I was very

   upset by his death.

5. Shortly before Joseph Strok's death I met Philip Godlewski. I began communicating with

   him after Joseph's death. Philip Godlewski was 10 years older than me.

6. Within a couple of months after Joseph Strok's death I began having a sexual relationship

   with Philip Godlewski. I was fifteen (15) years old when we started our sexual

   relationship.

7. Philip Godlewski bought me gifts including jewelry, a bat and other items during the first

   few months of our relationship.

July 9th, 2010: Brie's parents find out. They submit statement to police.



# POLICE CRIMINAL COMPLAINT

| Docket Number: | Date Filed: 07/09/2010 | OTN/LiveScan Number: | Complaint/Incident Number 10-9397 |
|---|---|---|---|

| Defendant Name | First Philip | Middle | Last Godlewski |
|---|---|---|---|

The acts committed by the accused are described below with each Act of Assembly or statute violated, (if appropriate :
(Set forth a brief summary of the facts sufficient to advise the defendant of the nature of the offense(s) charged. A citation to the statute(s) violated, without more, is not sufficient. In a summary case, you must cite the specific section(s) and subsection(s) of the statute(s) or ordinance(s) allegedly violated.)

| Inchoate Offense | ☐ Attempt 18 901 A | ☐ Solicitation 18 902 A | ☐ Conspiracy 18 903 | ☐ A1 (Engaging) | ☐ A2 (Aiding) | ☐ A3 (Knowledge) | ☐ B (Knowledge) | ☐ Permitting (Title 75 Only) 75 1575 A |
|---|---|---|---|---|---|---|---|---|

| ☐ | 7 | 6301 | (a)(1) | | 1 | | M-1 | 230 |
|---|---|---|---|---|---|---|---|---|

Lead? Offense Section Subsection PA Statute (Title) Counts Grade NCIC Offense Code UCR/NIBRS Code

PennDOT Data (If applicable) | Accident Number | ☐ Safety Zone | ☐ Work Zone

Statute Description/Acts of the accused associated with this Offense:
PACC 6301 (a)(1) Corruption of Minors

IN THAT, on or about January 2008-present, THE DEFENDANT, Philip GODLEWSKI, being 18 years of age and upwards, did corrupt or tend to corrupt the morals of the victim, ▮▮▮▮▮▮▮ a minor under the age of 18 years, by engaging in acts of sexual intercourse, or aided, abetted, enticed or encouraged a minor in the commission of a crime or knowingly assisted or encouraged such minor in violating his/her parole or court order, in violation of Section 6301(a)(1) of the PA Crimes Code. M-1

To wit: the defendant, GODLEWSKI, did engage in sexual intercourse with a minor child victim under the age of

| Inchoate Offense | ☐ Attempt 18 901 A | ☐ Solicitation 18 902 A | ☐ Conspiracy 18 903 | ☐ A1 (Engaging) | ☐ A2 (Aiding) | ☐ A3 (Knowledge) | ☐ B (Knowledge) | ☐ Permitting (Title 75 Only) 75 1575 A |
|---|---|---|---|---|---|---|---|---|

| ☐ | 7 | 6301 | (a)(1) | | 1 | | M-1 | 230 |
|---|---|---|---|---|---|---|---|---|

Lead? Offense Section Subsection PA Statute (Title) Counts Grade NCIC Offense Code UCR/NIBRS Code

PennDOT Data (If applicable) | Accident Number | ☐ Safety Zone | ☐ Work Zone

Statute Description/Acts of the accused associated with this Offense:

16 years.

EXHIBIT "A"

ORIGINAL

COMMONWEALTH OF PENNSYLVANIA
POLICE CRIMINAL COMPLAINT

ST 0608



# 2010: Phil threatens suicide to Brie to get her to not testify.

11. After Philip Godlewski was arrested, he pleaded with me not to testify against him and said he would commit suicide if I testified against him.

12. In response to Philip Godlewski's pleas and just wanting the situation to end, I stopped cooperating with the District Attorney's office during the criminal case against him and I refused to testify against Philip Godlewski at the preliminary hearing in the criminal case.

13. Philip Godlewski and I continued our sexual relationship in the 2014-16 time period after his criminal case was over.

8. Philip Godlewski and I had sex multiple times while I was a ninth (9th) grade and tenth (10th) grade student at Riverside High School.

9. Philip Godlewski was charged with crimes relating to our sexual relationship in July of 2010.

10. Philip Godlewski and I continued to communicate with each other while the criminal case was pending against him.

11. After Philip Godlewski was arrested, he pleaded with me not to testify against him and said he would commit suicide if I testified against him.

12. In response to Philip Godlewski's pleas and just wanting the situation to end, I stopped cooperating with the District Attorney's office during the criminal case against him and I refused to testify against Philip Godlewski at the preliminary hearing in the criminal case.

13. Philip Godlewski and I continued our sexual relationship in the 2014-16 time period after his criminal case was over.

I, Brenna L. DuBorgel, do hereby swear and affirm that the statements made in this affidavit are true and correct to the best of my personal knowledge, information, and/or belief. I am of sound mind and I make this Affidavit of my own free will. I understand that false statements herein are made subject to the penalties of 18 Pa.C.S.A. § 4904 relating to unsworn falsification to authorities.

Brenna L. DuBorgel

Sworn to and Subscribed

before this 21st day

of October, 2022.

Notary Public



## July 11th, 2011: Phil pleads guilty.

### Former coach corruption of

**BY JEREMY G. BURTON**
STAFF WRITER

A former Riverside High School baseball coach accused of having sex with a 16-year-old girl pleaded guilty Friday to one count of corruption of minors.

The first-degree misdemeanor means Phil Godlewski, 27, of Scranton, will face up to five years in prison and a $10,000 fine, said Assistant District Attorney Patricia Lafferty.

Mr. Godlewski was arrested in July charged with statutory sexual assault, aggravated indecent assault, intimidating a witness or victim, indecent assault and related offenses. He faces no minimum prison term or fine, Ms. Lafferty said. His sentencing will be scheduled within 90 days.

Mr. Godlewski, a native of Taylor, was accused of having an ongoing sexual relationship

with th...
while ...
He als...
Group ...
with ...
coach...
Distri...
baseba...
Autl...
thouse...
betwe...
the gir...
explici...
...es n...
A fi...
Godle...
ual rel...
man w...
girl. T...
Old Fo...
corruj...
child r...
**DENIS...**
er, cont...
**Conta...**
burton...



---

## COURT OF COMMON PLEAS OF LACKAWANNA COUN...

### DOCKET

**Docket Number: CP-35**

**CRIMI...**

Commonwealth of Pennsylvania
v.
Philip Godlewski

### BAIL INFORMATION

**Godlewski, Philip**

| Bail Action | Date | Bail Type | Percentage | Amount | Bail Posting Stat |
|---|---|---|---|---|---|
| Set | 07/10/2010 | Monetary | | $250,000.00 | |

### CHARGES

| Seq. | Orig Seq. | Statute | Grade | Statute Description | Offense D |
|---|---|---|---|---|---|
| 1 | 7 | 18 § 6301 §§ A1 | M1 | Corruption Of Minors | 01/01/200 |
| 2 | 2 | 18 § 3123 §§ A7 | F1 | IDSI Person Less Than 16 Yrs Age | 01/01/200 |
| 3 | 3 | 18 § 3125 §§ A8 | F2 | Agg Ind Assault - Comp. Less Than 16 | 01/01/200 |
| 4 | 4 | 18 § 6318 §§ A1 | | Unlawful Contact With Minor - Sexual Offenses | 01/01/200 |
| 5 | 5 | 18 § 4952 §§ A2 | | Intim Witness/Victim False/Misleading Testimony | 01/01/200 |
| 6 | 6 | 18 § 7512 §§ A | F3 | Criminal Use Of Communication Facility | 01/01/200 |
| 7 | 1 | 18 § 3122.1 | F2 | Statutory Sexual Assault | 01/01/200 |
| 8 | 8 | 18 § 3126 §§ A8 | M2 | Ind Asslt Person Less 16 Yrs Age | 01/01/200 |

| Sequence Number | | CP Filed Date |
|---|---|---|
| 1 | | 07/10/2010 |
| Bail Set - Godlewski, Philip | | |
| 1 | | 09/28/2010 |
| Original Papers Received from Lower Court | | |
| 1 | | 10/26/2010 |
| Pre-Trial Conference Notice | | |
| 1 | | 11/05/2010 |
| Waiver of Arraignment Filed | | |
| 1 | | 11/08/2010 |
| Information Filed | | |
| 1 | | 11/12/2010 |
| Guilty Plea | | |
| 2 | | 11/12/2010 |
| Disposition Filed | | |
| 1 | | 02/04/2011 |
| Motion to Withdraw Plea of Guilty | | |
| 1 | | 02/24/2011 |
| Waiver of Speedy Trial Rule | | |

# December 2012: Megan's Law goes into effect for Sexual Offenders

Why is Phil not registered?



## PA Megan's Law

Menu

**Pennsylvania State Police Megan's Law Section**

42 Pa. C.S. § 9799.32(1) and § 9799.67 (1) authorizes the Pennsylvania State Police to create and maintain a state registry of sexual offenders, Sexually Violent Deviate Children, and Sexually Violent Predators.

## Classification of Offenders

### Tier I Sexual Offenses – 15 Year Registration

Offenders convicted of the following offenses which occurred on or after December 20, 2012 shall be classified as a Tier I offender:



## PA Megan's Law

Menu

**Pennsylvania State Police Megan's Law Section**

42 Pa. C.S. § 9799.32(1) and § 9799.67 (1) authorizes the Pennsylvania State Police to create and maintain a state registry of sexual offenders, Sexually Violent Deviate Children, and Sexually Violent Predators.

## Classification of Offenders

### Tier I Sexual Offenses – 15 Year Registration

Offenders convicted of the following offenses which occurred on or after December 20, 2012 shall be classified as a Tier I offender:



- 18 Pa.C.S. § 2902(b) (relating to Unlawful Restraint)
- 18 Pa.C.S. § 2903(b) (relating to False Imprisonment)
- 18 Pa.C.S. § 2904 (relating to Interference with Custody of Children) except in cases where the defendant is the child's parent, guardian or other lawful custodian
- 18 Pa.C.S. § 2910 (relating to Luring a Child into a Motor Vehicle or Structure)
- 18 Pa.C.S. § 3011(a)(1) and (2) (relating to trafficking in individuals )
- 18 Pa.C.S. § 3013 (relating to patronizing a victim of sexual servitude)
- 18 Pa.C.S. § 3124.2(a) (relating to Institutional Sexual Assault)
- 18 Pa.C.S. § 3126(a)(1) (relating to Indecent Assault)
- 18 Pa.C.S. § 6301(a)(1)(ii) (relating to Corruption of

# November 13, 2019: Phil G writes a $21,789.84 bad check.

## Duryea man accused of bouncing $22K check

BY DAVID SINGLETON, STAFF WRITER

Feb 21, 2020



GODLEWSKI

A Duryea man faces charges of paying for almost $22,000 in home improvement materials with a check he knew would bounce and then providing the seller with a doctored bank account statement in an attempt to cover up the deception.

Records show Philip Godlewski's Wells Fargo Bank account had an actual balance of just $267.95 when he issued a $21,789.84 check to Mariotti Building Products on Nov. 13, investigators said.

Godlewski, 36, 115 Huckleberry Lane, surrendered Thursday at the Lackawanna County Courthouse, where he was arraigned by Magisterial District Judge Alyce Farrell on theft by deception, forgery and other charges.

SCRANTON

## Duryea man gets jail time for writing bad check



February 14th, 2021: Chris Kelly writes Scranton Times article highlighting Phil's grift as a Qanon leader, and his crimes of corrupting a minor.



The Times-Tribune

☰  E-EDITION   OBITUARIES   NEWSLETTERS   CONTACT US   CLASSIFIEDS   CAREERS   23°

SIMMONS-ROCKWELL   HALLSTEAD PA   570-879-5000

DISCOVER AMAZING TRAVEL
SIDESTAGE.COM

OPINION

## Chris Kelly: QAnon Realtor sells rabbit holes on YouTube

KELLY'S WORLD · Feb 14, 2021    FOLLOW

UNREAL-TOR

Here's "proof." In the normal course of reporting this column, I stumbled upon some legal troubles in Godlewski's recent past. In 2011, the former Riverside High School baseball coach pleaded guilty to corruption of minor s and admitted to having a sexual relationship with a 15-year-old girl.

Lackawanna County detectives said Godlewski had sex with the girl in cars and homes he had access to as a real estate agent. Godlewski, 28 at the time, was sentenced to three to 23 months, with the first three months to be served under house arrest and the balance as probation.



Mid 2021: Phil starts a fundraiser to sue the Scranton times. Shortly after Phil releases a video stating the Scranton times would have to prove his sexual relationships with a minor and that his victim would also stand with Phil.

**Late 2021:** Phil, being close to broke, starts to sell silver, and gold, as rollover 401k programs – based on lies that silver would increase dramatically in price.



January 2

**GoldQuiz Questions and Concerns**
Forwarded From

Same. I invested $22k, last statement showed I have $9k on account is assets.. I don't understand spot price etc. I called on to ask goldco to explain and tell me. If I sold today, what amount works, they be sending me. They said cannot tell me as my investment must be held for 2 more years, 3 years in total.. I have another ira CD coming due in April and I honestly do not know what to do with it. But boy, Phil is living large.                    10:10 PM

Discussion started

**Michelle Quinn**
Yep! Getting rich off all of us that are loosing all we have.                    11:06 PM

January 3

**Indigenous Parrot**
Please don't put your CD in Gold co. unless you want to buy Phil another house                    12:02 AM

---

Forwarded From
DC

But we don't buy silver and gold at spot price. So please, don't tell me truthfully that I have gained X amount when I really didn't. I am just frustrated here trying to make sense of what is happening out there.                    10:44 PM

Forwarded From
Joe Dargai

I am sure Phil is not using your premium price... he is looking a spot price... we all paid different premiums... so he is using spot...                    10:44 PM

Forwarded From
DC

Phil's statement was that gold was up so greatly that if we purchased it a year ago, we would have made a 10% gain by having it. At least, that is the way I understood it. But in looking at my numbers, when I transferred my 401K to goldquiz, I paid a pretty good premium, so to this date, I have really not made a gain yet. Can someone explain this math to me, please?                    10:44 PM

---

January 2

**GoldQuiz Questions and Concerns**
Forwarded From
Aria

You know I am struggling.. A disabled senior on very fixed income, trying to figure out if I need to sell some silver in order to buy groceries, pay off the credit card I have to buy groceries, I struggle and in tears to hear Intel, to know when The Best is Yet To Come, to know what to do and all we see is drama and no punishments for these people who are ruining our lives.. I have just had it. I want to have a vacation again, to go to the beach, just so upset.                    10:44 PM

Discussion started

Daniel 2:43
Hopefully you didn't listen to phil.                    6:29 PM

January 5

**Matthew**
Mam there is no intel!! This is a military operation and they're not gonna tell the public what they are doing!!                    9:40 PM

---

**GoldQuiz Questions and Concerns**
Forwarded From
Cyn

Worst decision I made was to move my IRAs to precious metals. Just checked my balances and I got decimated                    8:15 PM

4 Comments

Forwarded From
Frances

I lost a lot of money in the stock market since the buffoon took office. I took Phil's advise, went to Goldco for my IRA & Roth in May 2023 not to mention they are tied to sex trafficking and if they go belly up than what?                    8:15 PM

Forwarded From
Pinkquestmom

Give it some time                    7:18 PM

Forwarded From
Cyn

As a retiree, it hurts and I can't wait too long                    5:18 PM



Houses

**November 30th, 2022:** Phils defamation case goes completely south. The Press writes about him. Brie testifies against him. The text messages from the 2010 court order are found at Verizon, and used in this case against Phil, and in the lawsuit between Brie and Phil.

15. On June 14, 2022, Defense counsel served Verizon Wireless with a Subpoena to produce records and the text messages from Plaintiff's cell phone, including the records it produced in response to the LCDAO's search warrant issued in 2010. (Attached hereto as Exhibit "C" is a true and correct copy of the Subpoena served upon Verizon Wireless.)

16. In response, Verizon Wireless advised defense counsel that the requested records no longer exist at Verizon Wireless. They were destroyed pursuant to its retention policy. (Attached hereto as Exhibit "D" is a true and correct copy of Verizon's letter dated June 21, 2022.)

17. Defense counsel served the Lackawanna County District Attorney Mark Powell with a Subpoena seeking his file in connection with Case No. 2010-CR-2613, including the text messages obtained from Verizon Wireless. (Attached hereto as Exhibit "E" is a true and correct copy of the Subpoena served upon Mark Powell.)

18. DA Powell advised defense counsel that the requested items have been preserved but that an Order of Court would be required in order for his office to release of the requested materials to defense counsel.

19. The text messages sent to or from Phillip Godlewski regarding the minor victim and his alleged crimes cannot be obtained from any source other than the LCDA.

20. The Verizon records and text messages are source records and were not created by law enforcement agents.

---

TRUMPLAND

# QAnon Leader Inadvertently Outs Himself as a Groomer

| PROJECTION, MUCH? |

QAnon leader Phil Godlewski carried on an inappropriate relationship with a minor that police records suggest turned sexual

Will Sommer
Public Reporter
Updated Nov 30, 2022 11:55AM EST / Published Nov 30, 2022 2:41AM EST

f ⊻ ☒ ⚲

EXCLUSIVE



| | | | | | |
|---|---|---|---|---|---|
| 27/02/10 20:55:57 (GMT) | Read | Inbox | Phone | Incoming | Left. HEWWWWWWillin * |
| 27/02/10 20:56:21 (GMT) | Sent | | Phone | Outgoing | HEEEEEEEWWWWfilin |
| 27/02/10 20:56:41 (GMT) | Read | Inbox | Phone | Incoming | lol |
| 27/02/10 20:56:41 (GMT) | Read | Inbox | Phone | Incoming | lol |
| 27/02/10 20:57:47 (GMT) | Sent | | Phone | Outgoing | we just pulled off having sex in my grandparents house with my dad down the street. HEEEEWWW |
| 27/02/10 20:57:47 (GMT) | Sent | | Phone | Outgoing | we just pulled off having sex in my grandparents house with my dad down the street. HEEEEWWW |
| 27/02/10 20:58:31 (GMT) | Read | Inbox | Phone | Incoming | Love it |
| 27/02/10 20:58:31 (GMT) | Read | Inbox | Phone | Incoming | I love it |
| 27/02/10 20:58:32 (GMT) | Sent | | Phone | Outgoing | and you fixed everything? |
| 27/02/10 20:58:42 (GMT) | Sent | | Phone | Outgoing | and you fixed everything? |
| 27/02/10 20:59:13 (GMT) | Read | Inbox | Phone | Incoming | I think so |
| 27/02/10 20:59:13 (GMT) | Read | Inbox | Phone | Incoming | I think so |
| 27/02/10 20:59:13 (GMT) | Sent | | Phone | Outgoing | as long as u locked the door |
| 27/02/10 20:59:27 (GMT) | Read | Inbox | Phone | Incoming | Yep, the handle lock |
| 27/02/10 21:02:22 (GMT) | Read | Inbox | Phone | Incoming | So am I like, the boy you use for sex, and I hate every other day of the week cow? |
| 27/02/10 21:03:11 (GMT) | Sent | | Phone | Outgoing | Phil I love you so much, trust me |



📷 Photo Illustration by Erin O'Flynn/The Daily Beast/Getty



**May 3rd, 2023:** Phil sues Brie, the minor he had sexual relations with, claiming her words were lies to the Scranton times. She counter sues, with 6 charges including defamation.

**COUNT I**
**DEFAMATION**
**BRIENNA DUBORGEL v. PHILLIP GODLEWSKI**

**COUNT II**
**FALSE LIGHT**
**BRIENNA DUBORGEL v. PHILLIP GODLEWSKI**

**COUNT III**
**ASSAULT**
**BRIENNA DUBORGEL v. PHILLIP GODLEWSKI**

**COUNT IV**
**BATTERY**
**BRIENNA DUBORGEL v. PHILLIP GODLEWSKI**

**COUNT V**
**INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS**
**BRIENNA DUBORGEL v. PHILLIP GODLEWSKI**

**COUNT VI**
**NEGLIGENT INFLICTION OF EMOTIONAL DISTRESS**
**BRIENNA DUBORGEL v. PHILLIP GODLEWSKI**

**December 24th, 2023:** Phil fucks around and finds out.



**December 30th, 2023:** The defamation case against Scranton times was no longer accepting discovery from both parties. Phil's legal team had exhausted all their efforts to delay progress. They submitted very little evidence to counter the case.

## Prothonotary - Inquiry - Docket Entries

**Lackawanna County, PA**

Filed Date/Time: 05/24/2021    2:31

| Case No: | 2021-02195 |
| Case Type: | TORT/LS LIBEL/SLANDER |
| Caption: | GODLEWSKI (vs) KELLY |

Position to Page [ ] of 9

Position to Date: 00/00/0000

| Sel | Date | Description | Pages | Img |
|-----|------|-------------|-------|-----|
| | | SERVE RESPONSES TO DEFENDANT'S REQUEST FOR ADMISSIONS (SET VI) W/ COMBINED CERTIFICATE | | |
| | 07/12/2023 | ORDER DATED 7-11-23 MINORA,S.J. NOTIFIED 7-12-23 | 2 | ⅁ |
| | 07/12/2023 | CASE MANAGEMENT ORDER DATED 7-11-23 MINORA,S.J. NOTIFIED 7-11-23 | 2 | ⅁ |
| | 07/18/2023 | ORDER DATED 7-17-23. MINORA, S.J. NOTIFIED 7-19-23 | 3 | ⅁ |
| | 08/22/2023 | ORDER DATED 8-21-23. MINORA, S.J. NOTIFIED 8-23-23 | 2 | ⅁ |
| | 09/20/2023 | DEFENDANT'S FOURTH MOTION FOR SANCTIONS WITH CERT OF COMPLIANCE AND CERT OF SERVICE | 114 | ⅁ |
| | 09/28/2023 | DEFENDANTS' MOTION TO COMPEL DISCOVERY AGAINST PL, W/COMPLIANCE & CERT OF SERVICE | 165 | ⅁ |
| | 10/13/2023 | ORDER DATED 10-12-23  MINORA, S.J  NOTIFIED 10-17-23 | 1 | ⅁ |
| | 10/17/2023 | CERTIFICATE PREREQUISITE TO SERVICE OF A SUBPOENA PURSUANT TO RULE 4009.22 FILED | 8 | ⅁ |
| | 12/18/2023 | MEMORANDUM AND ORDER DATED 12-18-23 MINORA S.J. NOTIFIED 12-20-23 | 5 | ⅁ |
| | 01/02/2024 | JOINT STIPULATION FILED AND ORDER DATED 1-2-24. JARBOLA III, J. NOTIFIED 1-5-24 | 4 | ⅁ |
| | 01/03/2024 | JOINT STIPULATION FILED W/CERT OF SERVICE & COMPLIANCE | | ⅁ |
| | 01/16/2024 | DEFENDANT'S MOTION FOR SUMMARY JUDGMENT WITH CERT OF SERVICE AND CERT OF COMPLIANCE | 3 | ⅁ |

Bottom

# TEXT MESSAGES 1

| | |
|---|---|
| Outgoing | Okay. Promise. It's a deal. |
| Incoming | K:) |
| Outgoing | Really sexy lingerie. |
| Incoming | There's no VS down there though? |
| Incoming | Guess that doesn't matter, you could make a cardboard bra and underwear look fucking hot. |
| Incoming | Or ignore my really bice comment :( |
| Incoming | NICE Fucking iPhone |
| Incoming | Lmao. Awh I mean hey I could make anything look hot. Causei am Brie duborgel, bitch. And what the fuck do you mean there's no victoria secret down there? Are you slow? They have every store imaginable down there. |
| Outgoing | Hmm I dont think so. But I hate it there so maybe I just missed it |
| Incoming | Okay so crystal just taxlad me and told me and told me you messaged her on facebook and were flirting with her and told her you had a dream about her? You're such a fucking filthy piece of shit. Honestly Phil, you're a disgusting human being. Go fuck off |
| Incoming | ROFL. I messaged Crystal on facebook and told her she was a cheerleading in my dream last night. At no point did I flirt with the girl, what a fucking dirtbag |
| Outgoing | Fuck you. |
| Incoming | Cheerleader* |
| Incoming | And my entire opinion of crystal has now changed, since that's the second furking time she said I "flirted" with her |
| Outgoing | You're a pig. My opinion of you changed. Go fuck yourself. You're a pathetic excuse for a human being. |
| Incoming | K |

| | |
|---|---|
| Incoming | You're ridiculous, just because I said crystal was hot one time means I can have absolutely no contact with her at all? Sorry, I wasn't aware. |
| Incoming | Be mad, whatever |
| Incoming | Love you :) |
| Outgoing | Fwd: so uhm yeah, phil just lmao me & goes..i had a dream about you last night.you were a cheerleader or something..and I saw you drivin the big white whatever-the-fuck-it-is the other day....he was bein all filthy and shit....just wanted to let you know |
| Outgoing | No you dont. You're absolutely disgusting. |
| Outgoing | I'm ridiculous Phil? You have told me several times you think she's really hot and would have sex with her. I told you that it bothers me because she's really slutty and I didn't want you talking to her anymore because you flirted with her once before and |
| Incoming | Oh maybe she must have forgotten to forward the part that said "it was nothing sexual so dint get the wrong idea". Like fuck you you fat pig. What a atention loving scumbag, I can't believe she's trying to manipulate my words |
| Incoming | Oh HA don't worry, my next convo with crystal won't be so nice |
| Incoming | And I would never hook up with one of your friends?!?!? Or anyone else for that matter you retarded idiot |
| Outgoing | Why would you lm her and tell her that? Like what was the fucking point? You're so disgusting. |

TEX...

| ID | Number | | Read | Inbox | Phone | Timestamp (GMT) | Direction | Message |
|---|---|---|---|---|---|---|---|---|
| 1683 | 15707804567 | *7804567 | Read | Inbox | Phone | 07/03/10 22:02:27 (GMT) | Incoming | You're ridiculous, just because I said crystal was hot one time means I can have absolutely no contact with her at all? Sorry, I wasn't aware. |
| | | | | | | | Incoming | Be mad, whatever |
| | | | | | | | Incoming | Love you:-) |
| 1693 | 15707804567 | *7804567 | Read | Inbox | Phone | 07/03/10 22:21:36 (GMT) | Incoming | I wasn't aware I couldn't? If it were anyone else I would have told them too. Just so happens crystal was a cheerleader in my dream last night. WHO CARES |
| 1694 | 15707804567 | *7804567 | Read | Inbox | Phone | 07/03/10 22:02:46 (GMT) | Incoming | Fwd: so uhm yeah, phil just imed me & goes...I had a dream about you last night,you were a cheerleader or something...and I saw you drivin the big white whatever-the-fuck-it-is the other day....he was bein all flirty and shit....just wanted to let you know |
| | | | | | | | Incoming | And for the record I no longer think she's hot. She getswe about 50 seconds by the looks of it. Why are you so surprised? |
| 1695 | 15707804567 | *7804567 | Sent | | Phone | 07/03/10 22:24:00 (GMT) | Outgoing | No you don't. You're absolutely disgusting. |
| | | | | | | | Outgoing | Because this is the second time you're ired her and flirted with her after I told you I don't want you talking to her because she's great? And I know how you are. And I'mm maybe because you told me you you'd here as or her? |
| 1696 | 15707804567 | *7804567 | Sent | | Phone | 07/03/10 22:27:30 (GMT) | Outgoing | "Connection removed". That'll be the last contact I ever have with that manipulating bitch |
| 1697 | 15707804567 | *7804567 | Sent | | Phone | 07/03/10 22:28:24 (GMT) | Outgoing | I'm ridiculous Phil? You have told me several times you think she's really hot and would have sex with her. I told you that it bothers me because she's really slutty and I didn't want you talking to her anymore because you flirted with her once before and |
| | | | | | | | Outgoing | F PHIL |
| 1698 | 15707804567 | *7804567 | Read | Inbox | Phone | 07/03/10 22:30:24 (GMT) | Incoming | Bite what I'm about to say is the honest to goods truth. If that girl were acting on a bet, naked and watching to fuck my brains out, and i knew for 100% sure you'd never find out, EVER, I still wouldn't do it. I know what it would do to you and I'd never ;-) |
| 1699 | 15707804567 | *7804567 | Sent | | Phone | 07/03/10 22:31:09 (GMT) | Outgoing | Oh fucking please. The damage is already done. |
| | | | | | | | Outgoing | and |
| 1700 | 15707804567 | *7804567 | Read | Inbox | Phone | 07/03/10 22:33:15 (GMT) | Incoming | Oh maybe she must have forgotten to forward the part that said "it was nothing sexual so dirt get the wrong idea". Like fuck you you fat pig. What a attention loving scumbag, I can't believe she's trying to manipulate my words |
| | | | | | | | Incoming | Either believe me or don't, but I meant absolutely nothing by that convo today; and i even fucking told her that |
| 1701 | 15707804567 | *7804567 | Read | Inbox | Phone | 07/03/10 22:32:38 (GMT) | Incoming | Oh HA don't worry, my next convo with crystal won't be so nice |
| | | | | | | | Incoming | WHAT an attention seeker. I've never seen anything like it! Last time I asked her about California and she said I was flirting from. lool Like holy fuck, I'd punch her in the face right now of she were here |
| 1702 | 15707804567 | *7804567 | Sent | | Phone | 07/03/10 22:33:24 (GMT) | Outgoing | And I would never hook up with one of your friends?!?!? Or anyone else for that matter you retarded idiot |
| | | | | | | | Outgoing | Oh yeah make her look like the real guy. |

ST 2873

| 1692 | 15707804567 | *7804567 | | Sent | Phone | 07/03/10 22:19:20 (GMT) | Outgoing | Why would you im her and tell her that? Like what was the fucking point? You're so disgusting. |



# TEXT MESSAGES 3

| # | Number | Number | Date/Time | Read/Sent | Inbox/Sent | Phone | Dir | Message |
|---|---|---|---|---|---|---|---|---|
| 1732 | 15707804567 | 7804567 | 07/03/10 23:11:28 (GMT) | Read | Inbox | Phone | Incoming | You can recieve a text message from a boy asking for birthday sex, but i sent an instant message to a girl about something innocent, and thats not okay. Whatever Gina, you're just like fucking dori. I'm not trusting up with this shit. I'm not feeling you |
| 1733 | 15707804567 | 7804567 | 07/03/10 23:13:18 (GMT) | Sent | Inbox | Phone | Outgoing | If i was fucking hiding it i would have. I told you about it and i said no. You're just the typical scumbag guy who turns the tables around. Any word i received a fact. I wasn't the one who tried to make a play. You did. You messaged her trying to get w |
| 1734 | 15707804567 | 7804567 | 07/03/10 23:14:13 (GMT) | Read | Inbox | Phone | Incoming | Yeah yeah yeah, ttyl |
| 1735 | 15707804567 | 7804567 | 07/03/10 23:15:07 (GMT) | Read | Inbox | Phone | Incoming | If you think i would "get" with one of your friends, then she and you being a waste of my time |
| 1737 | 15707804567 | 7804567 | 07/03/10 23:15:10 (GMT) | Read | Inbox | Phone | Incoming | And yours |
| 1736 | 15707804567 | 7804567 | 07/03/10 23:15:15 (GMT) | Sent | Inbox | Phone | Outgoing | Oh my god. You're fucking ridiculous. And never compare me to Dori ever again. |
| 1738 | 15707804567 | 7804567 | 07/03/10 23:15:59 (GMT) | Read | Inbox | Phone | Incoming | We need a break, period |
| 1739 | 15707804567 | 7804567 | 07/03/10 23:16:38 (GMT) | Read | Inbox | Phone | Incoming | I can't convey how much i care about you because you just do |
| 1740 | 15707804567 | 7804567 | 07/03/10 23:16:49 (GMT) | Read | Inbox | Phone | Incoming | not trust me |
| 1741 | 15707804567 | 7804567 | 07/03/10 23:18:20 (GMT) | Read | Inbox | Phone | Incoming | Time said might help, idk |
| 1742 | 15707804567 | 7804567 | 07/03/10 23:18:30 (GMT) | Sent | Inbox | Phone | Outgoing | Goodbye <3 3u |
| 1743 | 15707804567 | 7804567 | 07/03/10 23:19:00 (GMT) | Read | Inbox | Phone | Incoming | No u don't |
| 1744 | 15707804567 | 7804567 | 07/03/10 23:19:10 (GMT) | Sent | Inbox | Phone | Outgoing | Fuck you then |
| 1745 | 15707804567 | 7804567 | 07/03/10 23:19:28 (GMT) | Read | Inbox | Phone | Incoming | That was nice and respectful. |
| 1746 | 15707804567 | 7804567 | 07/03/10 22:20:09 (GMT) | Read | Inbox | Phone | Incoming | Yeah |
| 1746 | 15707804567 | 7804567 | 07/03/10 22:22:10 (GMT) | Read | Inbox | Phone | Incoming | Fuck your shopping trip and your car too. I'm not spending a dollar on you until i'm convinced you realize how much i care about you. There's no way i'm buying your love |
| 1747 | 15707804567 | 7804567 | 07/03/10 22:22:34 (GMT) | Read | Inbox | Phone | Incoming | And right now, i'm the furthest from convinced |

| # | Number | Number | Date/Time | Read/Sent | Inbox/Sent | Phone | Dir | Message |
|---|---|---|---|---|---|---|---|---|
| 1745 | 15707804567 | 7804567 | 07/03/10 22:23:53 (GMT) | Read | | | Incoming | Stick of this shit, trying so hard then ilDOM, another fight |
| 1746 | 15707804567 | 7804567 | 07/03/10 22:23:12 (GMT) | Read | | | Incoming | I dont even care, just whatever stupself |
| 1750 | 15707804567 | 7804567 | 07/03/10 23:23:57 (GMT) | Sent | Sent | Phone | Outgoing | You don't have to convince me with money you fucking asshole. But i did love you and i was convinced you loved me until i got that last from one of my friends |
| 1751 | 15707804567 | 7804567 | 07/03/10 23:23:39 (GMT) | Sent | Sent | Phone | Outgoing | Friends |
| 1752 | 15707804567 | 7804567 | 07/03/10 23:33:24 (GMT) | Read | | | Incoming | Yeah you're right, i don't love you? Pssh i was just using you to get to crystal this whole time. Are you fucking stupid? And obviously you're doing "something" more important right now then to figure this out with me. So just fucking go. i'm tired of it |
| 1753 | 15707804567 | 7804567 | 07/03/10 23:47:10 (GMT) | Read | Sent | Phone | Incoming | I temporarily blocked your number from texting me. I need some time to figure this out. I love you Brie <3 |
| 1754 | 15707804567 | 7804567 | 07/03/10 22:47:38 (GMT) | Sent | Sent | Phone | Outgoing | What? R u kidding me phil? |
| 1755 | 15707804567 | 7804567 | 07/03/10 23:47:48 (GMT) | Read | Inbox | Phone | Incoming | Automated message: User unavailable 570-780-4567. Your SMS is being returned as unsent. |
| 1756 | 15707804567 | 7804567 | 07/03/10 23:53:25 (GMT) | Read | Inbox | Phone | Incoming | I also deleted her texting app, for now. I don't know if you're getting these. Probably not actually. But if you are, i'm really sorry about today. I'm just really crushed right now, maybe i made the mistake the end us idk. Anyway, i love you again <3 |
| 1757 | 15707804567 | 7804567 | 07/03/10 23:54:02 (GMT) | Sent | Phone | | Outgoing | i'm getting these |
| 1758 | 15707804567 | 7804567 | 07/03/10 22:54:10 (GMT) | Read | Inbox | Phone | Incoming | Automated message: User unavailable 570-780-4567. Your SMS is being returned as unsent. |
| 1759 | 15707804567 | 7804567 | 09/03/10 00:04:25 (GMT) | Read | Inbox | Phone | Incoming | Tried calling you. Seems you're probably with Tom. Gotta lu |

# TEXT MESSAGES 4

| Direction | Message |
|---|---|
| Outgoing | yeah but you won't leve her |
| Incoming | Not anytime soon, but I will |
| Incoming | Ccrey Is here I gotta go, ilu Brie <3 |
| Outgoing | I love you too |
| Incoming | <3 |
| Outgoing | call me |
| Outgoing | leave |
| Incoming | Left, HEWWWWWilllll * |
| Outgoing | HEEEEEEWWWWIIIII |
| Incoming | lol |
| Incoming | lol |
| Outgoing | we Just pulled off having sex in my grandparents house with my dad down the street, HEEEEWWW |
| Outgoing | wa Just pulled off having sex in my grandparents house with my dad down the street, HEEEEWWW |
| Incoming | Love It |
| Incoming | Love It |
| Outgoing | and you fixed everything? |
| Outgoing | a nd you fixed everything? |
| Incoming | I think so |
| Incoming | I think so |
| Outgoing | as long as u locked the door |
| Incoming | Yep, the handle lock |
| Incoming | So am I like, the boy you use for sex, and hate every other day of the week now? |
| Outgoing | Phil I love you so much, trust me |
| Outgoing | Sarah fetch Is out waitress..... HEEEEEWWWWWW |
| Incoming | She's hot. Text me after? |
| Outgoing | cear Phillip....... BYE |
| Incoming | lol <3 |
| Outgoing | f u didn't have to leave, and I didn't have to go w my dad we could have stayed there longer my moms at davids watching a movie |
| Incoming | I didn't even come. I would have stayed a lot longer |
| Incoming | Today was one of the rate days I would have been able to get away with It |
| Incoming | Rare. |
| Outgoing | I love having sex w you |
| Incoming | I wanted you so bad because of the last few days |
| Outgoing | me to, fuckkkk I could have sex w you all day |
| Incoming | We should have stayed :( |
| Outgoing | I thought you bad to go? |
| Incoming | I would have stayed |
| Outgoing | I didn't know that |
| Outgoing | by the way, I pulled my hip out ..... that never happened before.... like.... whatever way we had sex hurt my hip |
| Incoming | Not for the night, but another hour or so. I hate fighting with you and having sex with you takes all that bottled frustration away for me |
| Outgoing | same here, lol |
| Outgoing | same here, lol |
| Incoming | Did I do something wrong? |
| Incoming | Did I do something wrong? |
| Outgoing | what do u mean? |
| Incoming | To hurt your hip. I was sorta moving you, was It my fault? |
| Outgoing | no, we always have crazy sex, I just don't know what I did :( |
| Incoming | You mean so much to me Brie, I can't even explain It |
| Outgoing | Do you really mean that :( |
| Incoming | I really do |
| Outgoing | phone dying. |
| Incoming | Text me when you get home <3 ilu |

| Direction | Message |
|---|---|
| Outgoing | yeah but you won't leve her |
| Incoming | Not anytime soon, but I will |
| Incoming | Ccrey Is here I gotta go, ilu Brie <3 |
| Outgoing | I love you too |
| Incoming | <3 |
| Outgoing | call me |
| Outgoing | leave |
| Incoming | Left, HEWWWWWilllll * |
| Outgoing | HEEEEEEWWWWIIIII |
| Incoming | lol |
| Incoming | lol |
| Outgoing | we Just pulled off having sex in my grandparents house with my dad down the street, HEEEEWWW |
| Outgoing | wa Just pulled off having sex in my grandparents house with my dad down the street, HEEEEWWW |
| Incoming | Love It |
| Incoming | Love It |
| Outgoing | and you fixed everything? |
| Outgoing | a nd you fixed everything? |
| Incoming | I think so |
| Incoming | I think so |
| Outgoing | as long as u locked the door |
| Incoming | Yep, the handle lock |
| Incoming | So am I like, the boy you use for sex, and hate every other day of the week now? |
| Outgoing | Phil I love you so much, trust me |
| Outgoing | Sarah fetch Is out waitress..... HEEEEEWWWWWW |
| Incoming | She's hot. Text me after? |
| Outgoing | cear Phillip....... BYE |
| Incoming | lol <3 |
| Outgoing | f u didn't have to leave, and I didn't have to go w my dad we could have stayed there longer my moms at davids watching a movie |

# TEXT MESSAGES 5



| | |
|---|---|
| Outgoing | uhm you aren't gonna talk to me for te whole night cause you're gonna be all cute an coupled off with Dori. So no, fuck you |
| Incoming | Dori isn't going, retard. But k. *fuck me*. Bye |
| Outgoing | yeah I'm sure |
| Incoming | Every day goes by, I question why the fuck it. Is that I talk to you. You're nothing but fucking mean to me, you make me feel annoying, and you've almost constantly ruined the better part of my day for the majority of every week we've been talking |
| Incoming | disappointment |
| Outgoing | Like sorry I really wanted to talk to you after fighting last night, "my bad". But now I don't even give a fuck. And I'm going to stop getting myself excited about you each day, I'm sick of the |
| Outgoing | Like sorry I really wanted 🙂🙂 |
| Incoming | Like sorry I really wanted to talk to you after fighting last night, "my bad". But now I don't even give a fuck. And I'm going to stop getting myself excited about you each day, I'm sick of the disappointment |
| Incoming | Don't be surprised if things start to feel a little different, because today was the last straw for me |
| Incoming | Don't be surprised if things start to feel a little different, because today was the last straw for me |
| Outgoing | idc, you slept with Dori last night. I can't take it |
| Incoming | Then we'll stop talking. Period. |

| | |
|---|---|
| Outgoing | Imnot gonna let you think I'm absolutely obsessed with you just so u can go home nd fuck another girl. I'm not stupid |
| Incoming | Yeah go ahead stupid ass, invent stories in your head again. And if you're not completely obsessed with me, I dont want you. |
| Incoming | So if that's how it really is?just leave me alone and I'll do the same |
| Incoming | And YOU fuck another guy, let's keep that straight. You've had sex with Tom more than I have with Dori since the start of this year. You're not innocent |
| Outgoing | I'm busy I don't have time for your stupid bullshit that doesn't make sense. Cya |
| Incoming | 585-9140, have a blast. And stay out of my fucking life |
| Incoming | Cya. |
| Outgoing | Okay you little princess drama queen |
| Incoming | And if I go to jail? Your boy comes with me. I've got texts to show you've admitted to a sexual relationship with Tom Neizo. So go blow your whistle. I'll be ready |
| Incoming | I'm blocking you fucking number and I dont want you to contact me anymore. |
| Incoming | We're through, for the last time |
| Outgoing | What because I'm sick of you going home and sleeping with another girl?sorry I can't trust you after you broke my heart into a million pieces last year |
| Outgoing | And I never said I had sexual relations with Tom. And you delete your texts. So nice try mans |
| Outgoing | Retard |

# TEXT MESSAGES 6



| | |
|---|---|
| Incoming | And you've now broken mine. We're even. And we're done |
| Outgoing | How the fuck did I break yours? |
| Incoming | The texts were forwarded to my email address and time stamped. I'll print them and mail them to your moms, K? |
| Incoming | "Imnot gonna let you think I'm absolutely obsessed with you just so u can go home nd fuck another girl. I'm not stupid" |
| Incoming | Those words will never leave my mind |
| Incoming | Ever |
| Outgoing | I've told you that before? |
| Incoming | "sure you have Brie" |
| Outgoing | you don't talk to me 95% of the time because you're with the girl you asked to marry you? |
| Incoming | Just go be busy, I'm obviously not on your schedule today. Maybe Tom can cuddle with you later instead |
| Outgoing | I was driving with mom mom u fucking retard. Now I'm tanning |
| Incoming | I leave my house to talk to you, go home late, let dort home for hours while we have sex, and I only give you 5%? you're the    g retard |
| Outgoing | how an I the retard |
| Incoming | Ilu and probably always have and will, but I'm done with this. Call her, tell your parents, do whatever the fuck you want. But I'm prepared this time |
| Outgoing | Phil shuttup. I'll call u when I'm dome tanning I keep dropping the phone on my face |
| Incoming | YOU'RE the retard because MY life revolves around YOU, and you dint give a fuck |
| Outgoing | I'm such a bitch because I do give a fuck and ilu more than u know |

| | |
|---|---|
| Incoming | I'm leaving in 20 minutes to be in WB for 6:00 and I was told specifically that I cannot being my cell phone, since it always rings. I literally cannot talk to you tonight, nor do I fucking want to this isn't over. Stop being dramatic. I'll call u when I'm done tanning for 2 Mins |
| Outgoing | |
| Incoming | Do whatever you want to me, but I'm done with you |
| Outgoing | stop being so dramatic Phil. Seriously |
| Incoming | Let's see you "cooowwww" when I'm really actually out of your life for good, you heartless bitch |
| Outgoing | :( |
| Incoming | Ilu too :/ text you tomorrow |
| Incoming | |

**MENSA LIE**

## Verify member of Mensa <span style="background:yellow">External</span> Inbox ×



**Nick Alvear**

I'd like to verify if Phil Godlewski is an actual member of Mensa. He's been under investigation for a number of lies he's made to the public via his social med

**Member Services** <memberservices@americanmensa.org>

to me ▾

The only information I can provide is that Phil (or Phillip) Godlweski is not a member of American Mensa.

Thank you,

Becky



**Becky Folger**
Associate Director of Membership
dt. (817) 607-5524
www.americanmensa.org

*A like-minded community rich with intellectual and social opportunities.*
**RENEW TODAY** *to continue enjoying the Mensa Bulletin, SIGs and your Local Group, the Mensa Foundation, and our many events.*



Phil Godlewski is a Liar/Fraud/P...

69 participants

Phil Lies, Lies, Lies

# BRIE ON FACEBOOK

9:41

**B D**
1m

Hi Facebook friends... I know it's been a while and there's been a million and one reasons for that that I haven't been ready to share until now but let me tell you guys... I AM BACK! Or atleast I WILL NOT spend another day off the grid or "off the air" and most importantly I'm not going to continue to stay silent and continue to disturb my own peace by holding everything in and constantly being asked where I've been or what's going on.

If you are reading this and you know me personally or even just know me via social media, you'll know I love to talk, I love to share- whether it be humble bragging about some accomplishment or sharing how my life has been a complete catastrophe to try and shed some light on the fact that nothing is easy, no one is perfect, and the pictures people paint of their lives on social media are by default how they're perceived but as we all know that's not real life. At the end of the day, everyone has their own shit, their own reality, their own circle, their own bubble, their own happiness, their own things that they wish they never, EVER had to deal with, and their own things that they hide from.

Well guys, I am here to re-paint my own picture and here to say that I am done hiding- because I am not someone who backs down in a corner and lets people say and do whatever they want to me while I just sit back and not correct them if they're wrong or misinformed... but I have been and that is not me. In all of my 29 years of being alive, this has single-handedly been the hardest year of my life. If you take my "party" phase, every single depressive rut, every death of a friend, every death of a loved one, every break up that ripped my heart out of my chest, every fight I've ever had with my family... if you take all of those things and add them together it still doesn't match up to just how (excuse me) fucking hard this past year has hit me.

9:41

I will do my best to explain what's been going on but I have to be careful because well... if you keep reading you'll understand why. Some of you may know, some of you may think you know, some of you may only know bits and pieces and some of you may have absolutely no idea what I'm talking about so let me clarify without completely airing out my dirty laundry:

When I was 15, I slept with someone who was 25 and I'm now reading this and are someone who thinks that's okay and 25-26 year old men should be sleeping with 15 year old girls, then this post probably isn't for you. Anywho- that's what happened. Considering I was quite literally a child, I was horrified by the publicity and spotlight this brought to my life and just wanted it all to be over. so when he got in trouble and by the time it went to court I again just wanted everything to be over and couldn't grasp just how wrong this was- so being that I was a minor, I plead the 5th amendment which meant to say anything. He was facing serious jail time but by simply pleading the 5th, he got house arrest for a few months and we went our separate ways and considering I did what I did, me and this person have always remained "cool". So you may wonder why this is all coming to light now.

In a nutshell and without divulging too much- in recent years this man has gotten super involved with "politics" where he has a platform of hundreds of thousands of followers with he uses to tell his version of MY story, degrade my character and credibility, and between him putting his own twist on MY story and selling political theories- he is making millions.

I have been looked at sideways, I have heard whispers my whole life... and in the last year or so it has gotten so bad that I have received threats from strangers, been denied jobs... and there I was then... pleading the 5th not talking, here I was the last 15 years minding my own business, and still

9:41

I have been looked at sideways, I have heard whispers my whole life... and in the last year or so it has gotten so bad that I have received threats from strangers, been denied jobs... and there I was then... pleading the 5th not talking, here I was the last 15 years minding my own business, and still here I've been this whole entire time hiding, backed into a corner not speaking up or standing up for myself until now. But unfortunately standing up for yourself in any situation causes major controversy and with that being said welcome to the last year of my life.

I finally got sick of letting this man dictate the entire narrative of my life and finally got to tell my side of the story... not on social media, not to friends, but legally. So after 15 years of hiding from this "story" I finally decide to speak up and legally and correctly speak up... well, now I am being sued by a multimillionaire for slander and defamation JUST for saying "yes, this happened when I was a teenager" as an adult. Me, a 29 year old female from Taylor who rents an apartment and drives a 2011 jetta is being sued by a man who has 5 cars and 6 houses. Yup.

So, that's where I've been guys. Hiding and dealing, I was instructed to stay off social media completely but I'm not just going to reappear and start killing peoples stuff again like a weirdo or share a meme after being radio silent for a year. Again, that's just not me and I literally cannot spend another day living that way.

As much as this year has absolutely BLOWN, I couldn't be more grateful that some of the people closest to me or so I thought have shown their true colors and sided with this other person. As sad as I was, I rather stay off social media, hangout with my family and keep a tight circle than live amongst snakes any day of the week. So yeah. That's where I'm at. If you're still reading this- you're awesome and please, please keep me



# Properties

**PHIL'S PROPERTY PURCHASES** ("known"to date, verified with recorded Deeds from government offices).

PA - 115 Huckleberry Ln, Duryea - purchased 5/28/21, $ 260,000, paid off seven months later, Company 2, LLC

AZ - 907 Bella Vista Dr., Lake Havasu City, AZ. $2,350,000 purchased 2/23/23, Philazona, LLC.

AZ Lot 1 - 2479 Black Rock Ct., Lot 48, Lake Havasu, AZ, purchased 6/9/22, $695,000- Philazona, LLC.

AZ Lot 2 - 2722 Rainbow Ave. N., Lake Havasu, AZ (near Larue's). 3/30/23, $150,000, Philazona, LLC.

AZ - Larue House Mortgaged ($849,491.10) by Philazona - 2735 Palo Verde Blvd. S., Lake Havasu AZ. - Purchased 3/30/22, $950,000.

PA - 1235 Lantern Hill Rd., Shavertown, PA - $1,700,000- 10/31/22, Phillsylvania, LLC

PA - 1020 Skyline Dr., Clark's Summit, PA (Dad's house)- $750,000 - Purchased 12/7/22, Philco Investments LLC.

PA Commercial -351 Kidder, Wilkes-Barre Purchased 3/15/23 - $1,200,000, Philco Investments, LLC.

NV - 2202 Stage Stop Dr., Henderson, NV - $975,000 - 11/23/22, Anthem Phills, LLC.

St. Thomas, USVI - C-44 Lovenlund Gns, Great Northside, St Thomas - $3,350,000, Purchased 3/21/23, Sea La Phil, LLC.

HI - 11505 Honoapiilani  Hwy., Lahaina, HI - $7,500,000, Purchased 6/21/23, first property not an LLC.  Phil & Keri Godlewski. Also, the home secures a Private Mortgage HELOC for $3,750,000 given by Patrick and Kevin Theodora, Long Beach, CA.

Unknown Italy House - (possibly pending at $7M) Marina Piccola, Capri  (Amalfi Coast), Phillaly, LLC. Will update when verified.

Next Good Lion Film . . .



THE GREATEST FRAUD ON EARTH

THE PHIL GODLEWSKI STORY

A FILM BY NICK ALVEAR

GOODLION.TV



**Killing Puppies**

| # | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 448 | 15707804567 | *7804567 | 28/02/10 -7:28:53 (GMT) | Sent | | Phone | Outgoing | I'm so fucking furious right now. I definately can't do this. idk wtf I'm doing. I'm like sick. I'm so fucking pissed off right now. like i could throwup if I wanted to |
| 449 | 15707804567 | *7804567 | 28/02/10 17:33:41 (GMT) | Read | Inbox | Phone | Incoming | You're sucha REET <3 Text me later when you cool down, llu |
| 450 | 15707804567 | *7804567 | 28/02/10 17:37:04 (GMT) | Read | Inbox | Phone | Incoming | REET REET REET (llll) |
| 451 | 15707804567 | *7804567 | 28/02/10 17:44:09 (GMT) | Read | Inbox | Phone | Incoming | http://www.hentune.com/boop.html#Photo%20Gallery |
| 452 | 15707804567 | *7804567 | 28/02/10 17:44:15 (GMT) | Read | Inbox | Phone | Incoming | :)))) |
| 453 | 15707804567 | *7804567 | 28/02/10 17:46:43 (GMT) | Sent | Sent | Phone | Outgoing | you're so gross like that's disgusting |
| 454 | 15707804567 | *7804567 | 28/02/10 17:47:11 (GMT) | Read | Inbox | Phone | Incoming | HAHAHAHA you actually clicked it ?!?! Rofl |
| 455 | 15707804567 | *7804567 | 28/02/10 17:48:23 (GMT) | Read | Inbox | Phone | Incoming | I want to have your babies. |
| 456 | 15707804567 | *7804567 | 28/02/10 17:49:05 (GMT) | Sent | Sent | Phone | Outgoing | that was so gross like I rather kill a baby golden retriever than look at that ever again |
| 457 | 15707804567 | *7804567 | 28/02/10 17:50:07 (GMT) | Read | Inbox | Phone | Incoming | What do you do when you shit at your house? Immediately flush the toilet, almost vomit, and run away?!? |
| 458 | 15707804567 | *7804567 | 28/02/10 17:51:27 (GMT) | Read | Inbox | Phone | Incoming | HAHA you definitely do !!! |
| 459 | 15707804567 | *7804567 | 28/02/10 17:52:09 (GMT) | Read | Inbox | Phone | Incoming | I can't wait to live with you. I'm going to constantly be amused! |
| 461 | 15707804567 | *7804567 | 28/02/10 17:54:28 (GMT) | Read | Inbox | Phone | Incoming | Oh, so now YOU lie to ME?! Sweet. |
| 462 | 15707804567 | *7804567 | 28/02/10 17:55:28 (GMT) | Sent | Sent | Phone | Outgoing | did you see that puppy? If someone handed me 10 million dollars in cash and was like kill that puppy I wouldn't even have to think twice I'd hug the puppy and let them keep the money |
| 463 | 15707804567 | *7804567 | 28/02/10 17:56:35 (GMT) | Read | Inbox | Phone | Incoming | I'd kill it immediately for $10M, and so would you. And if you wouldn't, I'd kill you and then the puppy. |
| 464 | 15707804567 | *7804567 | 28/02/10 17:57:33 (GMT) | Sent | Sent | Phone | Outgoing | you're sick and twisted. if you saw that puppy smiling at you, you wouldn't kill it or hurt it |
| 466 | 15707804567 | *7804567 | 28/02/10 17:58:23 (GMT) | Read | Inbox | Phone | Incoming | For $10,000,000?!? Fuck you, I'd crush its skull |



# DEEP DIVES INTO DEEP LIES

## EXPOSING PHIL GODLEWSKI PART 2



# DEEP DIVES INTO DEEP LIES
## EXPOSING PHIL GODLEWSKI PART 2



**What does it mean when someone is projecting?**

When someone unconsciously attributes their thoughts, feelings, or behaviors to another person, they are projecting. 1 For example, your partner may feel jealous in your relationship but may accuse you of being jealous. In this example, your partner is projecting their jealousy onto you. May 22, 2023

Phil accuses Nick and others as pretenders, misrepresenting facts, showing half the truths, stating we'll be in jail, and lose everything...

Newsflash: Phil's past of pedophilia has him in court. He's wasting money and losing to both Scranton & Brie. There will be no trial with Scranton. The case will be dismissed. You are projection onto everyone.

# DEEP DIVES INTO DEEP LIES
## EXPOSING PHIL GODLEWSKI PART 2



# PROJECTION 101

He deleted this shortly after realizing we captured screenshots...



**Phil Godlewski 3.0**

This girl is everything that is wrong with our current society, and I will singlehandedly put an end to her charade.

Brie had recently been expelled from Lackawanna College for attempting to lure one of her male professors into a relationship with her. She knew he was married, and proceeded anyway. When she was told to stop by the Professor, she continued. This caused the Professor to file a complaint with the College, and Brie ultimately was expelled for her conduct.

Hearing of this, Brie had told several friends about the situation, but that she had "found a way out". This "way out" turned out to be an affidavit in the Godlewski/Scranton Times case.  Tim Hinton (lawyer for the Scranton Times), allegedly (according to Brie) had promised Brie help with her expulsion from Lackawanna College, in exchange for her affidavit against me.

Brie accepted the quid-pro-quo.

The "help" never happened. To this day, Brie has not graduated from Lackawanna College, despite her 4 year tenure with the school.  She was duped.

My legal team has evidence to support everything that was said above, which will be introduced to the court when the time is right.

🕐 4  11:09 AM



# DEEP DIVES INTO DEEP LIES
## EXPOSING PHIL GODLEWSKI PART 2

## Brie Graduated



# DEEP DIVES INTO DEEP LIES
## EXPOSING PHIL GODLEWSKI PART 2

## Jan 17 Court Docs

Instead, we focus on the undeniable truth that Plaintiff has not submitted in support of his motion any evidence, as he must, to establish a *prima facie* basis for the entitlement to punitive damages. This is not to say the complaint itself is legally insufficient - unable to survive a preliminary objection in the nature of a demurrer. Rather, we are guided by the heightened standard Plaintiff must meet in seeking to engage in wealth discovery.

That is, although courts allow punitive damages claims to proceed beyond the pleadings stage without specific factual support showing willful, wanton, or reckless conduct, a plaintiff is not entitled to wealth discovery until first establishing the requisite *prima facie* basis to recover punitive damages. Specifically, Plaintiff must support his request with evidence Defendants acted willfully, wantonly, or recklessly. *Cabot Oil, supra* at 1199. While this issue may be revisited should Plaintiff, during the course of discovery, develop evidence of the required conduct, he has not at present satisfied his burden to convince us he is entitled to conduct wealth discovery.

An Order consistent with the foregoing now follows.

# DEEP DIVES INTO DEEP LIES
## EXPOSING PHIL GODLEWSKI PART 2

## PROJECTION 101

That's what's true. Alvear will go to any lengths to bend the truth, by misquoting, providing mis-documented evidence, providing selective evidence, and name calling and personal jabs.

That stuff doesn't work IN COURT.

I'm going to eat your lunch and spit it right back in your face.

2.2K 3:38



# DEEP DIVES INTO DEEP LIES
## EXPOSING PHIL GODLEWSKI PART 2

## Ariel Roasts Phil



**Ariel**
@Prolotario1

So the court documents were not fake? Which means he he accepted the "Corruption of a Minor" charge he by default is guilty of grooming an under age girl for sex correct?

Which also means the text messages were real. Because if they were not why did he plead guilty for something that was not real?

Do you see how stupid you sound?

What person in their right mind would plead guilty to something that never happened if it was not real?

Why are you all so desperate to hang onto someone who has not delivered anything for you? You want good news that bad?

You all remind me of Halle Berry in "Monsters Ball" when she asked the police who killed her child to "Make Her Feel Good".

3:42 PM · Jan 18, 2024 · 11K Views

○ 29        ⤺ 63        ♡ 364        ⎘ 23        ⬆

---

**Ariel**
@Prolotario1

Phil Godlewski- Another Pay-triot/Pedo bites the dust,

Why do these "influencers" come to my page to die? 😢



12:59 AM · 1/18/24 From Earth · 190K Views

678 Reposts  40 Quotes  2.9K Likes  159 Bookmarks

---

**Ariel**
@Prolotario1

This guy has all the receipts. Phil threatened to kill himself if the girl testified. 👀

x.com/GoodLionTV/sta...

 **GoodLionTV** ✓ @GoodLionTV · 01 Jan
Phil Godlewsky: Plead Guilty for Corruptin
Minor. In this case found on text record fr
victims phone – Phil was incredibly filthy
nasty and fucked her in many vacant hom
sale (he was doing real estate back then).



# DEEP DIVES INTO DEEP LIES
## EXPOSING PHIL GODLEWSKI PART 2

# Lin Wood Roasts Phil



**11:08**

Lin Wood
321,721 subscribers

Pinned Message
The more they go after Trump, the more his nu...

Wow! No coincidences!

I have NO connection to this person in the photograph above who for some bizarre reason seeks to link himself to The Gates Of Tomotley and me.

I spoke to him ONE time by phone almost 2 years ago when he asked to speak with me to explain away some prior criminal charges against him.

I mentioned his channel on my Telegram so that you could figure him out for yourselves.

What did you learn??

I hope you learned the TRUTH.

You've done it now Lin! 6:43 AM ✓✓

Forwarded message
From Lin Wood



⊙ 60.2K 6:43 AM ✓✓

**"It's not defamation if it's true."**

**Alex**

Yo!!!! So a bunch of people are defaming Phil in a defamation attorney's chat channel!!!! Who said this was a sting? My friend April just said this is a Psy Op. So they are only keeping the people who are OPENLY DEFAMING PHIL IN A DEFAMATION ATTORNEY'S CHAT CHANNEL! 😂😂😂😂😂



❤️

12:09 AM

# DEEP DIVES INTO DEEP LIES
## EXPOSING PHIL GODLEWSKI PART 2

I want to publicly apologize for sharing the private conversation with Charlie Ward on this channel.

My originally thought was that the conversation would show unity amongst Truthers, in the face of pretenders like Nick Alvear. I thought solidarity was important to project onto our following.

I was wrong. Alvear has now defamed Charlie Ward and continues to disparage him.

Fear not. Alvear's day is coming.

To Charlie, I'm very sorry. This has been a trying time for me, and some of my actions have been unfiltered. Starting today, that will change.

Please accept my most humble apologies.



## Charlie Ward Cancels on Phil...

**Phil Godlewski 3.0**

This is a fake channel 👇

If and when a show is announced, it will be on all of my main channels.

Charlie is still pretty pissed at me. I have no idea if he even still wants to collaborate.

It's very likely I violated his trust.

If that's the case, I deserve it.  ⏱ 13:06 PM

# DEEP DIVES INTO DEEP LIES
## EXPOSING PHIL GODLEWSKI PART 2

### LIE 1: They have had sex.

**27 FEB 2010**

| Time | Read | Inbox | Phone | | Direction | Message |
|---|---|---|---|---|---|---|
| 27/02/10 21:10:31 (GMT) | Read | Inbox | Phone | | Incoming | I didn't even come. I would have stayed a lot longer |
| 27/02/10 21:11:07 (GMT) | Read | Inbox | Phone | | Incoming | Today was one of the rate days I would have been able to get away with it |
| 27/02/10 21:11:11 (GMT) | Read | Inbox | Phone | | Incoming | Rare. |
| 27/02/10 21:12:25 (GMT) | Sent | Sent | Phone | | Outgoing | I love having sex w you |
| 27/02/10 21:13:29 (GMT) | Read | Inbox | Phone | | Incoming | I wanted you so bad because of the last few days |
| 27/02/10 21:14:27 (GMT) | Sent | Sent | Phone | | Outgoing | me to, fuckkkk I could have sex w you all day |
| 27/02/10 21:15:00 (GMT) | Read | Inbox | Phone | | Incoming | We should have stayed :( |
| 27/02/10 21:15:17 (GMT) | Sent | Sent | Phone | | Outgoing | I thought you bad to go? |
| 27/02/10 21:15:52 (GMT) | Read | Inbox | Phone | | Incoming | I would have stayed |
| 27/02/10 21:19:03 (GMT) | Sent | Sent | Phone | | Outgoing | I didn't know that |
| 27/02/10 21:21:58 (GMT) | Sent | Sent | Phone | | Outgoing | by the way, I pulled my hip out.....that never happened before....like.... whatever way we had sex hurt my hip |
| 27/02/10 21:22:07 (GMT) | Read | Inbox | Phone | | Incoming | Not for the night, but another hour or so. I hate fighting with you and having sex with you takes all that bottled frustration away for me |
| 27/02/10 21:23:15 (GMT) | Sent | Sent | Phone | | Outgoing | same here, lol |
| 27/02/10 21:23:15 (GMT) | Sent | Sent | Phone | | Outgoing | same here, lol |
| 27/02/10 21:23:51 (GMT) | Read | Inbox | Phone | | Incoming | Did I do something wrong? |
| 27/02/10 21:23:51 (GMT) | Read | Inbox | Phone | | Incoming | Did I do something wrong? |
| 27/02/10 21:26:20 (GMT) | Sent | Sent | Phone | | Outgoing | what do u mean? |
| 27/02/10 21:27:07 (GMT) | Read | Inbox | Phone | | Incoming | To hurt your hip. I was sorta moving you, was it my fault? |
| 27/02/10 21:29:25 (GMT) | Sent | Sent | Phone | | Outgoing | no, we always have crazy sex, I just don't know what I did :( |
| 27/02/10 21:30:27 (GMT) | Read | Inbox | Phone | | Incoming | You mean so much to me B... I can't even explain it |
| 27/02/10 21:30:48 (GMT) | Sent | Sent | Phone | | Outgoing | Do you really mean that :( |
| 27/02/10 21:31:12 (GMT) | Read | Inbox | Phone | | Incoming | I really do |
| 27/02/10 21:42:14 (GMT) | Sent | Sent | Phone | | Outgoing | phone dying. |
| 27/02/10 21:42:37 (GMT) | Read | Inbox | Phone | | Incoming | Text me when you get home <3 ilu |



# DEEP DIVES INTO DEEP LIES
## EXPOSING PHIL GODLEWSKI PART 2

LIE 2: He's a good husband, and a Christian man. (Photo sent to another woman - while on his honeymoon.)



## PEOPLE ARE WAKING UP

Just got home from work and saw his manic comments about Nick then afterwards quotes Biblical verses and does the Cracker Jack box of "coms" AGAIN! This dude is mentally ill. And I'm not even joking. Oh, and then posts asking his idiotic, gullible, retarded followers to don't post anymore about Nick! You just can't make this shit up! He is LOSING IT REALLY QUICKLY. HE HAS A GREAT BIG NOTHING BURGER! I am not aware of any legal proceedings he has won. Does anyone know any? Once again, he's his own worst enemy and a laughing stock of Telegram. Oh, and these letters from who knows where. This last one he posted has to be the biggest, ignorant ass kisser ever! He has a God Complex like I've never seen. If I were to direct someone has has never heard of this sick bastard they would recommend his family has him sign himself into a mental facility. Nick, you have inadvertently caused him to lose his damn mind. In all the time he's been conning, stealing, perverting like a sicko he is, I've never seen him succeed at destroying anyone. Everything about this pervert is out there for all to see! If his unintelligent following can't comprehend what this guy is, they deserve everything coming their way.  Hahahaha

# DEEP DIVES INTO DEEP LIES
## EXPOSING PHIL GODLEWSKI PART 2

### PEOPLE ARE WAKING UP



Phildo's announcement channel is kind of stagnant with the subscribers going up a little bit today after it decreased yesterday. The engagement rate is also steady with no big change. The most important thing today is that the reaction rate has dropped to 2.2k. How could this be if Phildo has 500k plus in the channel?

## LIE 4: Inflated numbers, no receipts



Phil Godlewski 3.0

Screenshot 2024-01-19 at 12.13.25PM.png

DOWNLOAD

500 million

Five Hundred Million

Five Hundred Million DOLLARS!'

That's right – my Goldquiz.com platform has now eclipsed $500,000,000 in IRA/401k rollovers since its inception in late 2022.

We have successfully taken over $500,000,000 away from the Cabal, and their corrupt stock market money laundering scheme.

Average, everyday Patriots have the RIGHT to diversify their wealth, and be given an option to where they want their savings.

The FIAT dollar is DYING a very, very public death. Inflation is crippling America. Don't lose what you've worked for your entire life! Diversify your portfolio and roll over your 401K/IRA to a PRECIOUS METALS backed 401K/IRA today!

Gold and Silver is God's money. Hold your wealth in the form of what God intended.

# DEEP DIVES INTO DEEP LIES
## EXPOSING PHIL GODLEWSKI PART 2

## PHIL IS DOING DAMAGE CONTROL

**Lady Red of BLB**

So I find it really funny that I left a comment on Philamina's May 15th live on Rumble. For 8 months no one replied or even liked my comment. There are 2.5k comments on that live and last night he replied twice to my 1 comment. Also, I reached out to Phil regarding my own situation with my Jesuit ex on 12/11/21. I sent him an email with proof like he requested. He ghosted me and I never got an email back nor a message reply. Well since I joined this group and started letting out bits and pieces of the situation, PRESTO... messages became alive! He would like to talk about it. There's nothing to talk about because I handled it on my own! I did it without his help or help of any white hats. Even when my ex was magically released when the judges said no to release and it put my life in danger shortly after I sent Phil all court documents. PHUCK YOU PHIL! I DON'T NEED YOU OR YOUR TALK!

7:06 AM

## LIE 5: Phil's Lousy Text Forging

**XO DUBORGE!:** PHIIIIIIILLLLLLLL !!! what do you want me to do !!! will you please just answer your phone so we can talk about this !!!

**EWSKI 31:** Not a chance in hell. And lose my number somehow too. Don't make me change it.

**XO DUBORGE!:** I know we didnt have sex in 20 seconds like i've fucking been saying !?!?!? I'm just in such a bad point in my life and when I drink sometimes I do stupid shit that I regret like 32 seconds later !!!youve always been nothing but a gentleman to me and ive never come across anys in Imy life like that before !!! CANT WE JUST TALK ABOUT THIS ON THE PHONE PHILLLLLLLLLLLLLLL : *&%Ys(PUEFDH!(U#E

*Brie admits that she "never had sex" with Phil*

**EWSKI 31:** Yes I'm starting to think you are definitely retarded.

**XO DUBORGE!:** ...

**EWSKI 31:** It's over. You've pressed my last nerve and have taken this in a directly where, with those accusations on Facebook, it's become increasingly illegal and dangerous to talk to you anymore. I'm not risking that

**XO DUBORGE!:** please don't do this to me phil .....

**XO DUBORGE!:** just answer your phone !!!!

**XO DUBORGE!:** [image]

*Brie "threatens" Phil with a "warning"*

**EWSKI 31:** Wait, now you're warning me? Oh this is good   Please tell me the consequences if I don't answer my phone. Hang on, let me get popcorn first.

*The "warning" lead to Phil's arrest*

**EWSKI 31:** Okay, got it. Go ahead

**XO DUBORGE!:** you think this is funny? Do you reallythink im going to let you just walk away from me like this?

# DEEP DIVES INTO DEEP LIES
## EXPOSING PHIL GODLEWSKI PART 2

### Criminal & Traffic Records

DISCLAIMER: This criminal & traffic report information contained in our reports may not be 100% accurate or complete. This is because the information is pulled from records maintained by government agencies and the information within those records may not be 100% accurate or complete. Please use this information as a starting point for your own due diligence and investigation. Please be advised that records matching your request may not be included.

**Likely Criminal Or Traffic Records**

Philip J Godlewski

Match Strong: Based On
First Name, Last Name, Address, Date Of Birth, Age

Mar 21, 2022          ADMINISTRATIVE OFFICE OF
                      COURTS (Pennsylvania)

**Personal Details**

| | | |
|---|---|---|
| Pheno | Male | Jun 1983 |
| 2 | | Oleriako Luzerne |
| Godlewski | | |

**Physical Appearance**

| | |
|---|---|
| White | Brown Unknown Or Grey |

## His criminal record shows Statutory Sexual Assault...

### Jan 1, 2008 - Offense -

| | | | | |
|---|---|---|---|---|
| Jan 1, 2008 | Jul 7, 2010 | 27 | Criminal | Statutory Sexual Assault |
| 3122 1 | MJ-45101-CR-0000134-2010 | Lackawanna | Waived For Court | Sep 27, 2010 |

### Sep 7, 2009 - Offense -

| | | | | |
|---|---|---|---|---|
| Sep 7, 2009 | Sep 9, 2009 | 26 | Criminal | Driving Without A License |

### Mar 21, 2022 - Offense -

| | | | | |
|---|---|---|---|---|
| Mar 21, 2022 | 38 | Luzerne PA | | Misdemeanor |
| Traffic | 75-3362-A3-22 | Exceed Max Speed Lim | Daily Plea | |

### Feb 17, 2021 - Offense -

| | | | | |
|---|---|---|---|---|
| Feb 17, 2021 | 38 | Luzerne PA | 3rd Degree Misdemeanor | |
| Criminal/Traffic | 18-4904-B | Statement Under Penalty | Magisterial District Court | |

# DEEP DIVES INTO DEEP LIES
## EXPOSING PHIL GODLEWSKI PART 2

## THEY ARE WAKING UP



# DEEP DIVES INTO DEEP LIES
## EXPOSING PHIL GODLEWSKI PART 2

## Lie 7: Law Degrees



Cross - November 3rd, 2022



**DEEP DIVES INTO DEEP LIES**
EXPOSING PHIL GODLEWSKI PART 2

Lie 8: High IQ



# DEEP DIVES INTO DEEP LIES
## EXPOSING PHIL GODLEWSKI PART 2

### Lie 8: Everything about Scranton he lies about



Pay Note: What he says about them, is what he's in fact doing himself.



# DEEP DIVES INTO DEEP LIES
### EXPOSING PHIL GODLEWSKI PART 2

## Lie 9: J6 Prisoners aren't really in jail



Q&A - January 8th, 2022

I wonder if he believes it now that a J6r is exposing him.



# DEEP DIVES INTO DEEP LIES
## EXPOSING PHIL GODLEWSKI PART 2

Lie 10: He thinks he's a good person.



He mocks his audience, and gets aggressive with them.



# DEEP DIVES INTO DEEP LIES
## EXPOSING PHIL GODLEWSKI PART 2

## Lie 11: Rumble Live Views



Rumble... Jan 2
to me

Hi there,

A View is counted when your video appears on a page an user is browsing, but unless the user clicks on your video to play it, the monetized ad doesn't play either. (The user has not engaged the video, and has not watched the ad associated with it.)

A Play is what we want; this means the user has watched the video. This translates into revenue if the video is monetized.

All views are counted regardless of whether they are Rumble subscribers or not.

This and many other answers can be found in our FAQ, please read this article:

What's CPM?

What is fil rate?

**He has far less views on Rumble than he says.**



DEEP DIVES INTO DEEP LIES
EXPOSING PHIL GODLEWSKI PART 2

# DEEP DIVES INTO DEEP LIES
## EXPOSING PHIL GODLEWSKI PART 2

## Lie 11: Inflated Rumble Numbers

### Rumble's Top 10 Video Streams of 2023

Canceled political convos, Washington scandals, and iconic cultural misfits were the most popular live streams this year, along with life-changing slaps and Japanese theme park adventures.

1. Camping With Teanna Trump
2. Tucker Carlson: WORLD FIRST Interview Since Leaving Fool - #161 | Stay Free With Russell Brand
3. President Donald Trump Delivers Remarks at CPAC
4. Power Slap 1 - Live Finale
5. EMERGENCY MEETING 2 - COUNTER ATTACK
6. Ep. 3 Going to Disneyland in Japan!
7. Andrew Tate Live from Jail
8. WE WANT THE WHOLE TRUTH: BLOCKBUSTER INTERVIEW

6. Ep. 3 Going to Disneyland in Japan!
7. Andrew Tate Live from Jail
8. WE WANT THE WHOLE TRUTH: BLOCKBUSTER INTERVIEW WITH REVOLVER NEWS FOUNDER DARREN BEATTIE | Ep. 55
9. Episode 133 LIVE: DEI in the Sky (feat. Dr. Darren Beattie + Firebrand with Matt Gaetz
10. False CIA Letter - Lying that Hunter Laptop was 'Russian Disinformation' - Initiated by Biden Campaign



# DEEP DIVES INTO DEEP LIES
## EXPOSING PHIL GODLEWSKI PART 2

## Lie II: Inflated Rumble Numbers





**DEEP DIVES INTO DEEP LIES**
EXPOSING PHIL GODLEWSKI PART 2

Lie 12: Stolen Valor

# DEEP DIVES INTO DEEP LIES
## EXPOSING PHIL GODLEWSKI PART 2

## Lie 13: Owns the 5?



# DEEP DIVES INTO DEEP LIES
## EXPOSING PHIL GODLEWSKI PART 2

## Lie 14: Isn't he the leader of the 5?







# DEEP DIVES INTO DEEP LIES
## EXPOSING PHIL GODLEWSKI PART 2

## RAPID FIRE LIES



DEEP DIVES INTO DEEP LIES
EXPOSING PHIL GODLEWSKI PART 2

RAPID FIRE LIES

5/12/23

Thanks for telling us the properties you bought with money you obtained by giving financial advice for personal financial gains through your websites and LLCs! All done in just 2 years after being broke.



RAPID FIRE LIES

DEEP DIVES INTO DEEP LIES
EXPOSING PHIL GODLEWSKI PART 2



# DEEP DIVES INTO DEEP LIES
## EXPOSING PHIL GODLEWSKI PART 2

## FAKE OPERATIONS



DEEP DIVES INTO DEEP LIES
EXPOSING PHIL GODLEWSKI PART 2

TOUGH BOY

August 5 2022



DEEP DIVES INTO DEEP LIES
EXPOSING PHIL GODLEWSKI PART 2

MANDARIN



# DEEP DIVES INTO DEEP LIES
## EXPOSING PHIL GODLEWSKI PART 2





DEEP DIVES INTO DEEP LIES
EXPOSING PHIL GODLEWSKI PART 2

When "Asian" Is a Difficulty Mode