# EXHIBIT
## "K"



The poll is in... 401,317 people unanimously agree... Phil is the only Pedo in the truther movement.

Case closed.

Phil is absolutely dying right now I think we have a livestream coming in... yes here it is...



1:01




📌 **Pinned Message #7**
Chas isn't afraid of Phil. Phil is afraid of C...



January 16

Phil promised and lied to his first wave of 7K metals referrals ... stating they would be in a great place 6-8 months down the road.

Enough time has passed, and even a few suicides, and people are starting to speak up to the fraudster.

Now - rather than embrace the concern with empathy, apology, remorse or even an explanation... Phil decides to do what he does best... become a victim and justifies in his own little head a reason to attack.

When threatened with truth - he attacks. We've all seen his attack is just a cowardly bark. Threatens lawsuits hoping people become afraid.

More and more people are



Mute



The best thing about my history is that I've never been so desperate for sex that I had to start going to children.

I never needed to buy fake followers to appear larger. I never had to lie about fake Mensa memberships or Harvard degrees.

The beauty here is I've created myself from authenticity, while Phil has created his entire persona on lies.

This is why the truther community is cheering us on. We don't have to lie and say I am Q, or Trump wanted me on his team.

What you see in Phil is the definition of a grifter, a narcissist, a psychopathic liar, and a sorry sad little boy- and when Scranton times wins, and Phil runs out of lies, kick back and enjoy the show as he continues to crumble before our very eyes.



12:23

◀ TELEGRAM ▶

< Back          **Good Lion Films**
               41,638 subscribers

📌 **Pinned Message #7**
Chas isn't afraid of Phil. Phil is afraid of C...

January 19 ited 9:54 AM

Hey how are you doing today? I was asked by my
mom to see if it was you that sent the two officers that
are working with the  Pennsylvania ____ver to visit
her? This morning mom said they showed up and had
a bunch of questions about phil and everything that is
going on. Mom gave them all the emails and wanted
to know if it you that is spear heading getting the ball
rolling. Either way thank you if you can't tell me it was
you just know i have not seen my mom so hopeful in
a long time. I talked to a Computer tech guy and i

🎇 PANICK AT THE PHILDO 🎇

Once upon a time someone who
followed Phil's words & financial
advice committed suicide. Did he do
so directly because of Phil's broken
promises? I can't say. I am learning
about it though. Will I share my
findings? Of course. But it appears
<redacted> is conducting their own
investigation into the WEB OF
DECEIT that surrounds Phil.

I've said it many times... y'all have
front row seats to the Phall of Phill.

🍿 the corn just doesn't stop
popping 🍿

Join: 🎥 The Netflix of Redpills:

Mute











11:08

**Good Lion Films**
41,881 subscribers

< Back

📌 Pinned Message #3
As CEO of Good Lion TV, and co-founder...

February 3

This guy is the biggest lying sack of shit on earth.

I bet some serious amount of money he's tied to child sex trafficking rings in Lahaina and Lake Havasu. The more you learn about the child sex trafficking in those two spots the more dots connect.

Remember Phil text Brie he would kill a puppy for 10 million dollars. 🐶

This is the type of sick person Phil is.

The Philm is coming along, I haven't been served, Phil is a corrupt pedo, and he's probably sucking a dick right now and liking it.

🙏🎩🙏 excuse my bad language.

💯 238    👍 58    ❤️ 18    🙏 17

Mute





11:08    TELEGRAM

< Back    **Good Lion Films**
41,881 subscribers

📌 **Pinned Message #3**
As CEO of Good Lion TV, and co-founder...

👍 19    🧡 2    👀 2    🥴 2    🕯️ 1

February 3
14.8K 11:52 AM

**GoodLionTV** ✓
@GoodLionTV

Phil Godlewski invited Brie to the school
carwash when she was 14. This would be normal
behavior for a coach if he hadn't fucked her
months later.

Note from anonymous: "They say a sexual
offender has more than 100 victims before they
are caught. I should know, I am a therapist who
works with kiddos!"

10:15 PM · 2/2/24 From Earth · 12K Views

Turning up the heat

https://x.com/goodliontv/status/
1753633299321286983?s=46

🔥 171    👍 25    ❤️ 12    🍓 3

😂 3    💋 3    👁 14.4K 1:30 PM

Good Lion Films

Mute



12:15     TELEGRAM    .ıll 5G⬚ 🔋

 **Good Lion Films**    
36,034 subscribers

**Pinned Message**
👍 Now that we have a good direction in our de... 🗨️

April 15

Good Lion Films
Happy to report ~ the Lions den has moved on from talking about low life loser Pedo Phil. We did enough damage – and he's already over.

The films out, half his people are gone, his income has completely shattered. We did well. Mainly we understand focusing on his lies and grifts doesn't serve us. At some point – you need to choose how you want to spend your precious time in this realm – for me, and the Den, we've chosen to focus where it matters.

That pedo doesn't matter. There is more in store for his fate and punishment ~ when that time comes we will celebrate again.



👍 267    😂 47    ❤️‍🔥 31    🤏 24
🔥 10    💯 10    ❤️ 8    🙏 7    🙂 6
🎉 3    👇 2

Ⓓ 6 JUL 11 53 AM

🇹 Washington Examiner 🔴

Mute







10:57    ◀ TELEGRAM

< Back    **Good Lion Films**
41,882 subscribers

📌 **Pinned Message #7**
Photo

🔥 78    ❤️ 17    February 10

**L    LVdeG1212** 1 day ago

What a DISGUSTING POS BASTARD !! who the f*ck talks like that to a LITTLE GIRL!
Someone Quick get the MILLSTONE READY FOR THIS RETARDED PERVERT !!!        👁 7.2K 2:36 PM

🔥 81    ❤️ 13    😂 10

**V    vintagejo** 1 day ago

Thanks to all the people involved in this film. I would love to hear that one day all of these properties get seized, so the victims of his grifting get their funds back and more!!! They all are the true victims!!!

❤️ 76    🔥 14    😂 7    👍 5    💋 2

**J    Julzagata** 1 day ago

Excellent and well done as with all your work Nick💕 it's so disheartening to know how many have fallen victim and took their life because of this pathetic 🐀 2:40 PM

❤️ 72    🔥 16    😂 8    💋 2

**C    CherokeeChaplain** · 20 hours ago

EXCELLENT compilation of PROOF/RECEIPTS on this evil individual, Nick - THANK YOU for presenting FACTS in such a poignant way once again. I've posted my thoughts and a link to your film out to my 5,000 on Facebook. I'll continue to WARM people about this pedophile crook, especially with the additional knowledge you provided on his dangerous behaviors. God BLESS Good Lion Films and God BLESS the MAGA movement!!!

Mute

10:54

◀ TELEGRAM

**Good Lion Films**
41,883 subscribers

‹ Back

📌 Pinned Message #7
Photo

Awesome job Nick and company. Thank you.    👁 6.7K 5:21 PM

**February 10**

❤️‍🔥 58    😂 7    ❤️ 6    🔥 6    👍 4

**Deee34** 22 hours ago

Well done! Thank you & your team for exposing this P3DO Fraud!
He won't be able to walk down the street 🍸 👁 6.7K 5:24 PM

🔥 59    👍 8    😂 7    ❤️ 2    👏 1

**TomFittonisHOT** 22 hours ago

A MUST SEE!!! Phil's CULT has been kept in the dark... he blocks ALL who
try to help WAKE UP his GROOMED CULT PHOLLOWING!! FINALLY a film
we can send them to that puts all the PUBLIC COURT DOCS AND FACTS up
front and center!! We WELCOME any RECOVERING PHOLLOWERS!! Please
SHARE SHARE SHARE! Help put a STOP to PHILS LIES AND BULLING
THREATS! He is so LOW that he threatens the CHILDREN of men and
women who dare to call him out!! PHIL YOU CAN RUN ON FOR A LONG
TIME RUN ON FOR A LONG TIME RUN ON FOR A LONG TIME BUT GOD
WILL CUT YOU DOWN!!    👁 6.7K 5:28 PM

🔥 72    ❤️ 9    😂 5    😁 3

**DianeHedricks66** 19 hours ago

This is absolutely GREAT, with pure facts and the words out of his own
filthy mouth to prove the facts! Absolutely AWESOME JOB, Nick!
👁 6.7K 5:34 PM

🔥 59    ❤️ 13    😂 8

**Mandjane22** 1 day ago

"Phantastic" Job calling out this "creep" 😎
You're an Amazing filmmaker Nick... I Love to watch your work.
God Bless America 🇺🇸
God Bless You 🙏
Love and Prayers from England ➕    👁 6.6K 5:44 PM
Thank God for President Trump!!!

❤️‍🔥 64    😂 8    🔥 5    ❤️ 3

Mute



10:56    TELEGRAM

< Back    **Good Lion Films**
41,882 subscribers

Pinned Message #7
Photo

AWESOME film! By far the best and most truthful movie I've seen in a long February 10 il, Nick is handsome and TALENTED!!

0 replies    Reply

❤️ 76    😂 13    🔥 10    👀 1

**Jonswife1**  1 day ago

I hope his wife see this. She needs to know the truth. Her children should be put first and out of potential harms way of this man as well as his own children. The Mother and Father of these children need to fight for FULL CUSTODY to protect them. I hope Phil can't sleep after this show and all the receipts he can not hide from. You can't run from the TRUTH Phildo. Gods watching you and so are the people. Good job Nick, nothing is better than bring truth to light. God Bless.

❤️ 66    👍 14    🔥 9    😂 9    ⚡ 2

💋 2

**June1122**  14 hours ago

Same here. Last year a friend told me about him. Never heard of him. So she sent me one of his videos. As soon as I saw him and heard his BS, he made my skin crawl and I knew he was a fraud. So glad Nick and his team made this film. Phil was guilty of more things than I even knew about! But he's gonna be spending the rest of his life behind prison walls.

❤️ 71    🔥 12    👅 10    😂 9    💯 4

**trisha17**  1 day ago

Nick, you are so awesome! So creative and so gifted.... I enjoy every creative story you tell... Keep up your hard work. Keep that beautiful creative mind.. Peace out. God

Mute



10:40

TELEGRAM

**Good Lion Films**
41,884 subscribers

‹ Back

Pinned Message #7
Photo

spread lies – are in fact attempting to
defame a product made for children.
February 12
Speaks volumes doesn't it?

The reviews from parents speak
volumes as well.

Arii after being used for 1-2 weeks in
children has shown to bring better
focus, mood, and expression to
children who have been vaccine
injured & adults who sit on the
spectrum.

I'd say it's safe to say the guy who
created the fake Trump bucks, sold
fake venom water filters & buys his
telegram and rumble followings has
no space to say a product that helps
children is fake...

Remember, that guy is Phil
Godlewski and he went to jail for
having sex with a child. 🧠 Just use
logic.

Try it out today, see all the reviews.

www.ariibrand.com

Mute



9:47

< Back

**Good Lion Films**
41,884 subscribers

**Good Lion Films**
Voice Message

1X    ✕

**Pinned Message #7**
Photo

**True thoughts:**    February 18

I worry about the children that live under his roof. Whether they are actually his or not... I wouldn't put it past Phil touch them inappropriately, molest them, and corrupt their morals.

*Answer: Once a Pedo, Always a Pedo. What we do now can help those kids. Keep spreading awareness of that sick fuck.*

👍 110    💯 72    🔥 15    ❤️ 4

👀 4    😁 3

👁 10.4K edited 7:14 PM

UNE SÉRIE DOCUMENTAIRE NETFLIX

**RAËL**

Mute



9:41    ◀ TELEGRAM

**Good Lion Films**
41,884 subscribers

Pinned Message #7
Photo

😂 9    🔥 8    ⟨ February 20  1.4K 6:18 PM

*In response to a Phillis in the Lions Den who asked "Why are you doing this" and a response from Lion Anon:*

Oh I can think of several reasons!

1. To get justice for Brie.
2. To protect other vulnerable minors (Keri does have two young daughters....)
3. To stop his destroying the lives of his pham both in the constant hamster wheel of hope, but more importantly to put an end to his defrauding them of their pension funds and life savings. (A quick read of Phil Fraud Stories will reveal some of that.)
4. To teach people to think and use their critical thinking skills and not just trust every Tom, Dick and Harry with a mic and mesmerizing voice.

🔥 223    💯 104    👍 19    👏 14
😂 11    ❤️ 10    👀 2    🤮 1

👁 12K edited 6:27 PM

Mute



9:13    TELEGRAM

**Good Lion Films**
41,884 subscribers

‹ Back

Pinned Message #8
GOOD LION FILMS PRESENTS: THE GRE...

👁 11.9K edited 10:08 AM
March 6

www.ariibrand.com

So when you have a con artist like Phil telling you we hurt children, just know he's more interested in hurting them for his own pleasure than helping them get better. (7 charges & more for sexual assault toward a minor)

That's what www.AriiBrand.com is for - helping children - not corrupting minors. I think we are about to send a free sample to Phil's house. He seems like he needs some help with those highs and lows... obviously money hasn't fixed his personality. 😉

❤️ 106    👍 34    🔥 11    🥰 11

😱 2    🙏 1

👁 8K edited 10:09 AM

Current study:

Mute



2:48

**Good Lion Films**
41,622 subscribers

< Back

Pinned Message #18
Rochelle: No ear covering, flapping of ar...

March 7

♥ 92    👍 8    😂 5

For the filing y'all may need Phil's information:
Phil Godlewski DOB 6/26/1983

I'll have an in depth packet of information for everyone to continue their efforts regarding filing and we have found more sites to file complaints to.

👏 113    👍 18    ♥ 15    🔥 4
😂 3    👀 1

Did you know?

When a ColdGo customer decides

Mute

2:43

  TELEGRAM

‹ Back    **Good Lion Films**
41,626 subscribers    

 **Pinned Message #18**
Rochelle: No ear covering, flapping of ar...

negative reviews from Google.

*March 8*

All the people that have been scammed by Phil should head to Goldco's reviews on Google and post their grievances along with Phil Godlewski and Kelly Felix as names attached.

They feared & defrauded people into converting their retirement into their company. Phil used fraud by saying he was a secret military agent, NSA, works for and controls Trump, the list goes on....

Let's flood their page with 1 star reviews if you were affected by this scam. *This will not only send a message to Goldco that we're onto their scam, but also to anyone doing their due diligence.

Leave a review here (if you or a loved one were affected by the scam):
https://g.co/kgs/PwoFNWo

Lastly if you filter to see the worst reviews you'll see the bad reviews

Mute

2:44    

 TELEGRAM

< Back    **Good Lion Films**    
41,626 subscribers

 **Pinned Message #18**
Rochelle: No ear covering, flapping of ar...

works for and controls Trump, the list goes on....

March 8

Let's flood their page with 1 star reviews if you were affected by this scam. *This will not only send a message to Goldco that we're onto their scam, but also to anyone doing their due diligence.

Leave a review here (if you or a loved one were affected by the scam): https://g.co/kgs/PwoFNWo

Lastly if you filter to see the worst reviews you'll see the bad reviews they haven't paid others to remove. It's dirty.

Save the Children & Protect the Elderly

🔥 92    💯 58    ❤️ 15    👍 12

😅 2    🤯 2    🙏 2    👀 1

⊘ 7.8K edited 11:43 AM



Mute



2:41

◀ TELEGRAM

**Good Lion Films**
41,630 subscribers

**Pinned Message #18**
Rochelle: No ear covering, flapping of ar...

March 8

Read the contract with CUE! Looks like to me HE HAD BROKEN THREE OF THEIR RULES for termination!

Yall want to see him fired from CUE? We start calling and referencing the terms and termination contract they have - and bring to their attention the misrepresentation Phil has made regarding CUE working with star link.

Get his ass fired for breaking their agreement. Says it right there... termination immediately.

Screenshot_2024030
8-092656...Notes.jpg
746.4 KB

Screenshot_2024030
8-092622...Notes.jpg
759 KB

💯 130   👍 24   🔥 15   ❤️ 11

😄 4   👀 3

8.5K edited 11:53 AM



Mute



2:31



< Back    **Good Lion Films**
41,634 subscribers



Pinned Message #18
Rochelle: No ear covering, flapping of ar...

March 8



Template for how to report Phil
Godlewski to the SEC.

Mute



2:36

◁ Back    **Good Lion Films**
41,630 subscribers

📌 **Pinned Message #18**
Rochelle: No ear covering, flapping of ar...

Suite 120
Carmel, IN 46032

**March 8**

Email Us
For technical issues please contact
support@cuestreaming.com

If you have billing questions please
contact
billing@cuestreaming.com

Call Us
855.569.1891

Customer Service Hours:
Monday - Sunday
9am - 10pm EST

Enter your Name

This is the form to contact cue and
ask about their terms and starlink
and reference Phil.

https://mycuestreaming.com/
landing_pages/cue0102/Contact-
Us.html

Send them this link to download the
video proof of his fraud sales tactic:

https://www.dropbox.com/scl/fi/
icwgv1aaas8hd2cxxwjl4/
FALSE_ADVERTISEMENT.MP4?
rlkey=qq3etrg0kp9xznddn7k2ne4f1
&dl=0

🔥 81    👍 15    😊 7    ❤️ 5

🕐 8K edited 12:49 PM

Mute



2:29   ◀ TELEGRAM

‹ Back    **Good Lion Films**
         41,634 subscribers

📌 **Pinned Message #18**
   Rochelle: No ear covering, flapping of ar...

Protection Agency.

🔥 89    🙏 20    March 8  6    😀 4

💋 3    ❤️ 2    ❤️ 2              👁 9K 5:03 PM

---

**Nick Alvear** ✓ @GoodLionTV · 2d

If you've been fed up, it's time to call the feds down.

Lock up Phil Godlewski - a rally of the people.

(Copy and paste this complaint to the SEC & FBI)

Dear FBI,

I am writing to alert you to a matter of grave concern regarding potential criminal activities involving... Show more

💬 60    ↻ 121    ♡ 342    📊 5K

---

Almost 20k have been equipped with action to take against Phildophile Fraudlewski. Good work everyone. This is how you oust the demons out of the movement. Stay vigilant. Believe you can make change happen. I believe in us.

💯 163    👍 24    🔥 15    🙏 13

😀 8    ❤️ 7    💋 3    ❤️ 2    🤷 2

😅 1                          🕐 4:29 5:15 PM

Mute

2:22     TELEGRAM    .ul 🛜 🔋

 ‹ Back    **Good Lion Films**    
41,634 subscribers

 **Pinned Message #18**
Rochelle: No ear covering, flapping of ar...  

Good Lion Films
Forwarded From
Good Lion Films

Template 2 for submitting to FBI & SEC regarding Phil Godlewski's crimes.

"Phil Godlewski conducts multiple fraudulent investment schemes. He gains the trust of his older followers by purporting to be a government/military insider with secret connections to Trump and various three-letter agencies. It sounds outlandish, but I assure you tens of thousands of people trust him and he has been able to scam at least fifty million dollars from them.  One is through an affiliate marketing scheme with GoldCo called GoldQuiz.com with Kelly Felix. People who roll over their 401k or IRAs lose thirty to forty percent of the value of their retirement in fees and outrageously overpriced metals.

Another is 7k Metals, which also sells uneducated victims exorbitantly overpriced collectible silver in a multilevel marketing scheme. When victims complain he bans them from



Mute





2:23    ..ıll ᯤ 🔋

< Back        **Good Lion Films**        
                41,634 subscribers

 **Pinned Message #18**
        Rochelle: No ear covering, flapping of ar...



multilevel marketing scheme. When
victims complain h........em from
his Telegram and deletes their
comments so his other followers are
not dissuaded from investing. The
worst part is he convinces them by
assuring them that the US financial
system is imminently going to crash
and they will lose all their money if they
leave it in the bank or market. I
understand this sounds unreasonable,
but many many people buy into it.

He also sells Trump Coins and Trump
Bucks that have no value and uses AI
generated voices of Trump and his
sons to endorse these fraudulent
schemes. Many of his followers have
lost thousands on these schemes.

The icing on the cake is that Godlewski
shelters the money he grifts by
purchasing multimillion dollar
properties in the names of various
LLCs and he has not filed taxes in
years. This is verified in his pending
litigation in Lackawanna County
against the Scranton Times.

Mute

 2:24  TELEGRAM 

< Back    **Good Lion Films**    
41,634 subscribers

 **Pinned Message #18**
Rochelle: No ear covering, flapping of ar...

against the Scranton Times.

March 10

Godlewski has a criminal history of check fraud, lying on gun applications, and corruption of a minor. The fact he is getting away with conning the life savings of hard working Americans is mind boggling. Please look into this."

SEC: Contact the Securities and Exchange Commission at 1-800-SEC-0330, or online at www.sec.gov or www.sec.gov/complaint/select.shtml

FBI: Report organized crime
Submit a tip online to the FBI. https://tips.fbi.gov/home
Call 1-800-CALL-FBI
(1-800-225-5324).

If you really have had it with this phildophile, report him, we have all the receipts. Whether you were a victim or not. Start the movement and watch what you can make happen.

www.sec.gov

Mute

2:19    



‹ Back    **Good Lion Films**
41,634 subscribers    

 **Pinned Message #18**
Rochelle: No ear covering, flapping of ar...

👀 58    👍 28    🔥 8    😐 2

March 10    9.9K 4:34 PM

ATTENTION PHIL GODLEWSKI VICTIMS: We
need your help to stop him from
destroying more lives! Please CALL and
FILE COMPLAINTS with the following:

1) The Federal Trade Commission - 1-877-
382-4357

2) National Elder Fraud Hotline - 1-833-372-
8311

3) Your State Attorney General's office.

4)Your State's Consumer Protection
Agency.

Find your Attorney General by state or
territory:

https://www.naag.org/find-my-ag/

🔥 125    👏 29    ❤️ 15    😊 8    👎 4

😭 3



Mute

2:17       TELEGRAM     

‹ Back         **Good Lion Films**           
                  41,634 subscribers

  📌 Pinned Message #18
         Rochelle: No ear covering, flapping of ar...

~~shittier~~ things to fear about. Catch
my drift. He might March 11 ough. SEC &
FBI & Attorney Generals continue to
contact them – we have a person
arriving to DC to complain in person as
well.

One last note:

To get the full attention of law
enforcement, all who file claims need
to also emphasize that despite loss in
value ( on paper), you have reason to
believe your money was laundered in
its entirety.

This is where contacting goldco, &
requesting access to your metals
produces an end result- if it's ignored,
denied, etc. you can report this to
federal law enforcement (FBI)

You might say "I have seen no
evidence to date suggesting in any
way my metals exist and are secured."

 88    40    21    9
 5    1          edited 12:01 AM



Mute

2:17      TELEGRAM     

‹ Back     **Good Lion Films**     
41,634 subscribers

 Pinned Message #18
Rochelle: No ear covering, flapping of ar...

shittier" things to fear about. Catch my drift. He might [March 11] ugh. SEC & FBI & Attorney Generals continue to contact them – we have a person arriving to DC to complain in person as well.

One last note:

To get the full attention of law enforcement, all who file claims need to also emphasize that despite loss in value ( on paper), you have reason to believe your money was laundered in its entirety.

This is where contacting goldco, & requesting access to your metals produces an end result- if it's ignored, denied, etc. you can report this to federal law enforcement (FBI)

You might say "I have seen no evidence to date suggesting in any way my metals exist and are secured."

 88      40      21      9

 5      1

Mute

2:15      TELEGRAM

 Back    **Good Lion Films**
41,634 subscribers    

 Pinned Message #18
Rochelle: No ear covering, flapping of ar...

March 11

Don't believe anything he says -
he's written on paper to the judge in
the Scranton Times case that he
hasn't filed taxes since 2017. Can
you imagine how much money that
is.

Help him lose more sleep. File
anonymously or do it with your name
and get 15%-30% commission.

https://www.irs.gov/individuals/
how-do-you-report-suspected-
tax-fraud-
activity#:~:text=Use%20the%20F
orm%203949%2DA,complying%2
0with%20the%20tax%20laws. 💥

So, how tired are you of the grifter
conman? You ready to take him
down? Remember to act, take
action, save the children and protect
the elderly.

🔥 76    💯 38    👍 18    ❤️ 12
😊 6    ❤️ 2    😭 2    💋 1

Mute

2:11      TELEGRAM    .ull 🔋

 ‹ Back    **Good Lion Films**    
41,634 subscribers

 Pinned Message #18 
Rochelle: No ear covering, flapping of ar...

**court system.**



Gen. David H. Berger
Commandant of the Marine Corps
Headquarters, U.S. Marine Corps
3000 Marine Corps, Pentagon
Washington, DC 20350-3000

David.Berger@usmc.mil

Dear Gen. Berger,

Thank you in advance for your time.
I'm writing on behalf of "We The
People" of United States of America.

I am reporting a situation that I believe
Navy JAG needs to investigate as it
appears "Crimes Against Humanity"
have occurred.

"Phil Godlewski conducts multiple
fraudulent investment schemes. He
gains the trust of his older followers by
purporting to be a government/military
insider with secret connections to
Trump and various three-letter
agencies. It sounds outlandish, but I
assure you tens of thousands of

Mute

2:12      ·ıll 🛜 🔋

‹ Back    **Good Lion Films**    
41,634 subscribers

 **Pinned Message #18**    
Rochelle: No ear covering, flapping of ar...

people trust him and he has been able to scam at least fifty million dollars from them. One is through an affiliate marketing scheme with GoldCo called GoldQuiz.com with Kelly Felix. People who roll over their 401k or IRAs lose thirty to forty percent of the value of their retirement in fees and outrageously overpriced metals.

Another is 7k Metals, which also sells uneducated victims exorbitantly overpriced collectible silver in a multilevel marketing scheme. When victims complain he bans them from his Telegram and deletes their comments, so his other followers are not dissuaded from investing. The worst part is he convinces them by assuring them that the US financial system is imminently going to crash, and they will lose all their money if they leave it in the bank or market. I understand this sounds unreasonable, but many people buy into it.

He also sells Trump Coins and Trump Bucks that have no value and uses AI

Mute

2:12   TELEGRAM  

‹ Back          **Good Lion Films**              
                41,634 subscribers

  **Pinned Message #18**                   
       Rochelle: No ear covering, flapping of ar...

generated voices of Trump and his sons to endorse these fraudulent schemes. Many of his followers have lost thousands on these schemes.

The icing on the cake is that Godlewski shelters the money he grifts by purchasing multimillion dollar properties in the names of various LLCs and he has not filed taxes in years. This is verified in his pending litigation in Lackawanna County against the Scranton Times.

Godlewski has a criminal history of check fraud, lying on gun applications, and corruption of a minor. The fact he is getting away with conning the life savings of hard-working Americans is mind boggling. Please investigate this."

Thank you for your continued service to our country and people.

We the People.



Mute

2:09

 

‹ Back    **Good Lion Films**    
41,635 subscribers

 Pinned Message #18
Rochelle: No ear covering, flapping of ar...

March 11

ATTENTION PHIL GODLEWSKI VICTIMS: We
need your help to stop him from
destroying more lives! Please CALL and
FILE COMPLAINTS with the following:

1) The Federal Trade Commission - 1-877-
382-4357

2) National Elder Fraud Hotline - 1-833-372-
8311

3) Your State Attorney General's office.

4)Your State's Consumer Protection
Agency.

Find your Attorney General by state or
territory:

https://www.naag.org/find-my-ag/

👍 69   🔥 18   ❤️ 6   😄 4   👇 4

0:17 WILL PHIL EVER RETRACT HIS FALSE
CLAIMS OF BEING IN THE MILITARY?

" IM NOT REALLY A
LIVE
STREAMER, JUST A

Mute



2:07



 **< Back**  **Good Lion Films**
41,635 subscribers   

 **Pinned Message #18**
Rochelle: No ear covering, flapping of ar... 

**THE DOOR"**
**-PHIL GODLEWSKI**   March 12

Phil's deceptive tactics remain unchanged. Despite how old this video is, its message remains relevant as Phil PERSISTS in deceiving his followers daily to lure them in. It's evident in his continuous lies.

If Phil has defrauded you through GoldCo, Trump Bucks, Cue Streaming, etc., reach out to the following authorities:

SEC: Contact the Securities and Exchange Commission at 1-800-SEC-0330, or online at www.sec.gov or www.sec.gov/complaint/select.shtml

FBI: Report organized crime
Submit a tip online to the FBI. https://tips.fbi.gov/home
Call 1-800-CALL-FBI
(1-800-225-5324)



Mute



3:41     TELEGRAM     5G

< Back     **Good Lion Films**
41,893 subscribers

📌 Pinned Message #9
Rochelle: No ear covering, flapping of ar...

🔥 205    💛 43    March 14    ⚡ 12

👍 11    ❤️ 8    😄 3    😱 3    🤕 1

👁 10K edited 12:03 AM

**The Michelle Moore Show** ✓ @She... ·15h
A 15-year-old is still a child.

It's shocking
to watch people
who say they're in
a movement
that's about
the children not
care about children.

Michelle Moore

💬 8    🔁 24    ❤️ 102    📊 2.6K    🔖    ⬆️

Phil doesn't care for children - he
grooms them. Stay clear of the
grifting pedo freak.

💯 193    ❤️ 40    👍 21    🔥 19

⚡ 2    😄 2

👁 11.2K 12:51 AM

⬇️ 1:43
20.6 MB

Mute

2:00    ✈ TELEGRAM    .ıll 🛜 🔋

‹ Back    **Good Lion Films**
            41,636 subscribers

Pinned Message #18
Rochelle: No ear covering, flapping of ar...

creativity, and unity can do.

March 16

❤️ 171    🔥 52    👍 23    🙏 20

✋ 11    😄 9    💯 9    😆 1

👁 9.7K 2:02 PM

Nick Alvear ✓
@GoodLionTV

@PhilGodlewski_ has been so exposed he's in
pure self destruct mode.

He went from not paying taxes to selling tax
software in a month because of us.

Keep exposing him, and other pedos who think
about trying to take advantage of this movement
will be frightened to try.

No doubt the pedos flock together - so keep an
eye out on Pebbles, Cold Beer, and the nasty
flock of seagulls that roam around together.

Keep an eye on the flock of pedos
👁

❤️ 98    💯 49    👍 35    🔥 11

😄 6    💋 2    ⚡ 1

👁 9.4K 2:15 PM

Mute

2:02    ▲ TELEGRAM    .ıll 🛜 🔋

‹ Back    **Good Lion Films**
41,635 subscribers

📌 **Pinned Message #18**
Rochelle: No ear covering, flapping of ar...

March 16

This is a movement meant to help the children, and protect the elderly. Phil does exactly the opposite of that - he screws young girls, and rips off the elderly. What we have done has single-handedly destroyed his entire operation.

Be proud of what the power of God, creativity, and unity can do.

❤️ 171    🔥 52    👍 23    🙏 20

👏 11    😐 9    💯 9    😂 1

👁 9.7K 2:02 PM



Nick Alvear ✓
@GoodLionTV

@PhilGodlewski has been so exposed he's in pure self destruct mode.

He went from not paying taxes to selling tax software in a month because of us.

Keep exposing him, and other pedos who think about trying to take advantage of this movement will be frightened to try.

No doubt the pedos flock together - so keep an eye out on Pebbles, Cold Beer, and the nasty flock of seagulls that roam around together

Mute



3:39



.ıll 5G⁵ 🔋

< Back        **Good Lion Films**
              41,893 subscribers



 **Pinned Message #9**
Rochelle: No ear covering, flapping of ar...

Good Lion Films        March 16

There is a reason Phil doesn't live with his kids. It's become very evident that if he did – he'd be sexually assaulting them out of the frustration of getting called out for being a pedo.

Thank God those kids are safe, and thank God Kerri's kids live with their grandpa.

God is working overtime protecting those kids from the satanic pedo parents they have.



❤️ 135    💯 88    🙏 32    👍 24

🔥 7    😱 7    🧐 4    😀 3    💋 1

👁 10.6k edited 2:00 PM

This is a movement meant to help the children, and protect the elderly. Phil does exactly the opposite of that – he screws young girls, and rips off the elderly. What we have done has single-handedly destroyed his entire operation.

Be proud of what the power of God, creativity, and unity can do.

 Mute



1:58    TELEGRAM

‹ Back        **Good Lion Films**
              41,636 subscribers

 **Pinned Message #18**
Rochelle: No ear covering, flapping of ar...

the widespread chatter on social
media)

Either cancel your account with Cue.
Or at least ask to take Phil off as your
sponsor. He doesn't deserve a penny
of commission.
Phil is a liar. He told you to sign up
because you'd be able to stream him
when all communications go out.. 🤡

Phil loves scrutinizing everything
shared on this channel. However, he
won't be able to refute posts like
these. He won't even touch it. How will
he debunk this when we've personally
consulted with Cue?

🔥 162    👍 37    ❤️ 13    👏 11

😂 6    💯 3    🤪 1          👁 9.5k 12:45 PM

Forwarded From
Good Lion Films



WHEN THE
INTERNET GOES
OUT, CUE GOES
OUT. CANCEL YOUR

Mute

1:55     TELEGRAM

 Back    **Good Lion Films**    
41,636 subscribers

 Pinned Message #18
Rochelle: No ear covering, flapping of ar...    

**PHIL GODLEWSKI**

March 18

Phil's deceptive tactics remain unchanged. Despite how old this video is, its message remains relevant as Phil PERSISTS in deceiving his followers daily to lure them in. It's evident in his continuous lies.

If Phil has defrauded you through GoldCo, Trump Bucks, Cue Streaming, etc., reach out to the following authorities:

SEC: Contact the Securities and Exchange Commission at 1-800-SEC-0330, or online at www.sec.gov or www.sec.gov/complaint/select.shtml

FBI: Report organized crime
Submit a tip online to the FBI. https://tips.fbi.gov/home
Call 1-800-CALL-FBI
(1-800-225-5354)

 140     31     11     11

Mute

1:53

TELEGRAM

< Back        **Good Lion Films**
             41,636 subscribers

Pinned Message #18
Rochelle: No ear covering, flapping of ar...

Good Lion Films
Forwarded From
Nick Alvear

Differences between Phil and I:

I allow freedom of speech in my chats

I don't groom or fuck children

I only sell what I create

I don't look at his chats, while he studies mine

I'm not a phag

The list goes on and on...

🔥 255    👍 64    💯 56    😀 32
❤️ 14    👏 13    👀 6    🧸 5    🐻 4

👁 10.7K 5:20 PM

AJ Roberts
@ajrobertsshow

Interesting mate, I work with a lot of esoteric
people around the world and they all say spirit
shows them a pandemic style attack end of
March, early April, which is between the lunar
and solar eclipse. It involves 2 timelines whic
could shift humanity. 1. People follow the BS
and lockdown and end up in another 10 year
cycle after taking their 'medicine' again, or 2.
The ones on the ascension timeline so

Mute

3:33     TELEGRAM    .ıll 5G⁑ ▮

 ‹ Back    **Good Lion Films**
41,893 subscribers    

 **Pinned Message #9**
Rochelle: No ear covering, flapping of ar...    



Nailed it.

Anyone who, at this point, doesn't believe Phil the Pedo Fraudlewski had sex with a minor, is just gullible and lying to themselves in the face of all evidence.

Fuck that scamming pedo fuck – he craved a 14 year old in his mid 20's. When they find that out when he's in prison ... 😂 he'll get the beating we've all been praying for.

 143     30     14     9

 2     2     1

⊙ 13K edited 8:50 AM

Mute

1:50        ••••  🛜 🔋

**Good Lion Films**
41,636 subscribers

‹ Back    

 **Pinned Message #18**
Rochelle: No ear covering, flapping of ar... 

March 21

Justice feels great 🙂 keep at it fellas.
The most hated pedo fauxtruther
keeps getting exposed. He went from
rolling over your 401ks to selling you
tax software 🙂 and to listing another
property for sale reducing the price by
$100,000.

Celebrate all the wins. Never forget we
derailed this fuckhead & now all he has
is patriot prince on speed dial to
gematria him to sleep.



👍 173    😂 65    👍 28    🔥 27
❤️ 12    💯 8    😀 7    💋 3    👀 2
🙏 1

Good Lion Films
https://rumble.com/v4knoeo-flip-the-
skript-episode-2-w-joka-q-army-and-
friends.html

Rumble
**Flip The Skript Episode #2 w/ Joka Q
Army & Friends**
Joka Q Army and Skriptkeeper Discuss
various topics. Hip Hop, Politics, President
Trump, Joey Bribes & More!! 8PM Eastern

Mute

1:49 ✈ TELEGRAM    📶 📶 🔋

‹ Back     **Good Lion Films**
41,636 subscribers

📌 **Pinned Message #18**
Rochelle: No ear covering, flapping of ar...



SOOO ....

March 22

If you are under Brad or Phil and don't want Phil making any money off of you, make a quick call to Cue. Just takes a couple of minutes.

Here's the direct line of the person you need to talk to.
574 253 9338

LET'S GO !!!

👍 171   ❤️ 49   🤙 16   😃 14

👀 4   🤣 3   ⚡ 2   😱 2   💯 2

🤙 2   ❤️ 1

👁 10.7k edited 9.26 PM

Join GoodLion.TV instead - it's not $50 a month- it's $7.77 a month.

🔥 113   👍 21   🤣 19   😃 4

😱 4   👀 3   🤙 1   👄 1

👁 9.5K edited 9.27 PM

March 23

Good Lion Films
Daaaaaaamn Ariel calls out FCB...

Mute



3:30    ◀ TELEGRAM    ••III 5G⁵ ▮

‹ Back    **Good Lion Films**
41,892 subscribers

Pinned Message #9
Rochelle: No ear covering, flapping of ar...



**March 23**

**Janus Pamphleteer** · 13m
I 100% believe he should pay for his previous sex crimes, yes

But that is a pretty INSANE thing to throw around just because you feel it in your soul. Gonna need more than that to go on before saying shit like that outloud

**Nick Alvear** ✓
@GoodLionTV

Insane? It's called statistics.

Most adolescent sex offenders (61%) abuse more than one victim. The average adolescent sex offender abuses seven victims, with some juveniles disclosing as many as 30 or more victims. Many perpetrators abuse the same victim more than once.

https://ncasa.org · docs · se
**SEXUAL OFFENDERS**

All eyes on Phil, hide yo kids, hide yo wife, hide yo husband...

Follow my work at www.GoodLion.tv

🔥 114    👍 20    🤣 18    💯 8

👀 6    ❤️ 2    😬 2

⊘ 9.1K edited 3.13 PM

Mute



2:38



Good Lion Films
36,317 subscribers

Pinned Message
👍 Now that we have a good direction in our de...



Wait what? Why would they want to spend it now when it's going to increase in value by 1000% according to him?

He's a greedy, toothless, nasty man who pled guilty to sexually corrupting a minor - that is - having sex with one multiple times - greedy nasty and more importantly noticeable ... poor and desperate.

Mute

2:38    ◀ TELEGRAM    ⊪ 🛜 ▮

< 6    **Good Lion Films**    🖼️
36,317 subscribers

Pinned Message
👍 Now that we have a good direction in our de...



Wait what? Why would they want to spend it now when it's going to increase in value by 1000% according to him?

He's a greedy, toothless, nasty man who pled guilty to sexually corrupting a minor - that is - having sex with one multiple times - greedy nasty and more importantly noticeable ... poor and desperate.

Good work everyone.



🪙 170   🔥 52   💯 36   🤣 20
❤️ 17   👍 12   👀 7   😭 3
💋 1

👁 /9P edited 10:1∠ ⊡

🔁   13 ⌄

Mute



2:40

TELEGRAM

**Good Lion Films**
36,317 subscribers

Pinned Message
👍 Now that we have a good direction in our de...

**Good Lion Films**    April 11
Forwarded From
Phil Godlewski Info
907 BELLA VISTA  - Another price
drop. -$222,000 this time for a total
price reduction of $500K

👍 79    😂 50    😊 20    🔥 8

⚡ 5    ❤️ 5    👀 1
                        👁 6.6K 2:10 PM

😂 HES HURTING FOR MONEY

👍 90    😂 81    💯 12    ❤️ 6

👍 5    🔥 4    🙏 2    👀 2
                        👁 7.1K 2:10 PM

**Good Lion Films**
Skript live and calling out the Phildo

https://twitter.com/i/broadcasts/
1DXxyjEXPjbKM

🔥 73    🤣 32    👍 20    👍 4

⚡ 2
                        👁 7.4K 3:18 PM

**Good Lion Films**
One of the Jams

https://youtu.be/c9GW1ROYUwo?

Mute

2:41

# Good Lion Films
36,317 subscribers

**Pinned Message**
👍 Now that we have a good direction in our de...

❤️ 16    👍 7    April 12    ⊙ 5.3K 3:55 PM

Today



**clif** ✓
@clif_high

So Nick Alvear's movie (which was well structured, tight, concise, and informative) has definitely impacted Phil (phildo) godlewski whose language has significantly changed over the last 10 videos.

IMO, based on these language changes, phil's income has been very reduced. Maybe by 50% or so.
IMO, given my assessment of Phil's personality, he will be compelled in his next few videos to puffery about how this is NOT the case, that everything is just fine with him.

8:10 AM · 4/13/24 from Earth  **9.6K** Views

**22** Reposts  **4** Quotes  **135** Likes  **4** Bookmarks

See Similar Posts

**Tara369** @Tara30963 · 43m
He said the USA just joined the brics 👀 👀

**Clif High dropping it down proper**

🔥 20    👍 3    😄 3    ⊙ 426 2:30 PM

Pull up to go to the next unread channel

10:25



◀ **7**



### Good Lion Films
36,104 subscribers



| Pinned Message
| 👍 Now that we have a good direction in our de...

April 14

**Good Lion Films**

When a crazed bully pedo tries to take advantage of people's hope and intelligence - a Lion eventually comes around to piss on his face.

https://rumble.com/v4mb6fl-the-greatest-fraud-on-earth.html

**Rumble**
**The Greatest Fraud On Earth!**
Check out goodlion.tv for more great films and become a member for exclusive movies & more. Thank you for watching. 🎥🍿



 144     35     21     7

 4

👁 7.6K edited 10:45 AM

**Good Lion Films**
Forwarded From
Nick Alvear

Mute

12:15      TELEGRAM     5G

 **Good Lion Films** 
36,034 subscribers

**Pinned Message**
👆 Now that we have a good direction in our de... 

April 15

Good Lion Films

Happy to report ~ the Lions den has moved on from talking about low life loser Pedo Phil. We did enough damage - and he's already over.

The films out, half his people are gone, his income has completely shattered. We did well. Mainly we understand focusing on his lies and grifts doesn't serve us. At some point - you need to choose how you want to spend your precious time in this realm - for me, and the Den, we've chosen to focus where it matters.

That pedo doesn't matter. There is more in store for his fate and punishment ~ when that time comes we will celebrate again.



👍 267   😂 47   ❤️ 31   👏 24
🔥 10   💯 10   💜 8   🙏 7   🙂 6
🎉 3   📣 2

👁 6.3k 1 39 AM

Washington Examiner

Mute



Team Phil continues to learn you can't reverse a guilty plea for his sex crimes against children with present day defamation suits.

Watch ad the snowball continues – and soak up the misery he has – you've earned it.

Follow me www.goodlion.tv

11:06

 TELEGRAM

 **Good Lion Films**
35,653 subscribers



6.4K 3:49 PM

April 23



DEPARTMENT P LAW AND MOTION RULINGS

Case Number: 23TRCV02343   Hearing Date: April 23, 2024   Dept: P

Moving Parties: Defendant Philip Godlewski

Responding Party: Plaintiff Christine McCaslin

Motion to Strike Plaintiff's First Cause of Action for Intentional Infliction of Emotional Distress pursuant
to Code of Civil Procedure §425.16

The court considered the moving papers, opposition and reply.

RULING

Defendant's Motion to Strike Plaintiff's First Cause of Action for Intentional Infliction of Emotional
Distress pursuant to Code of Civil Procedure §425.16 is DENIED.

BACKGROUND

Plaintiff Christine McCaslin is a hair stylist who owns a business in Los Angeles County known as Salon
Touché. Plaintiff alleges Defendant Philip Godlewski posted her contact information and her business
information to his over 300,000 Telegram social media followers and encouraged them to leave negative
reviews about Salon Touché and harass Plaintiff personally. As a result of Defendant Godlewski's
Telegram posts, Plaintiff has received more than 1,000 negative reviews on Yelp! and Google. Plaintiff
alleges Godlewski's followers also

made negative posts on her Facebook and Instagram business accounts. Plaintiff alleges her business phone
number has become essentially unusable due to the number of non-customers using the number to harass
her instead of booking an appointment. Plaintiff has also personally received handwritten threats to her
person at her place of business.

On July 19, 2023, Plaintiff filed a complaint against Godlewski alleging a single cause of action for
intentional infliction of emotional distress. On September 6, 2023, Godlewski filed the Special Motion to
Strike ("anti-SLAPP motion") currently before this Court. On April 10, 2024, Plaintiff filed an opposition
to the anti-SLAPP motion. On April 16, 2024, Defendant filed a reply to Plaintiff's Opposition.

LEGAL AUTHORITY

"A cause of action against a person arising from any act of that person in furtherance of the person's right
of petition or free speech under the United States Constitution or the California Constitution in connection
with a public issue shall be subject to a special motion to strike, unless the court determines that the
plaintiff has established that there is a probability that the plaintiff will prevail on the claim" (CCP
§425.16(b)(1).

"As used in this section, 'act in furtherance of a person's right of petition or free speech under the United
States or California Constitution in connection with a public issue' includes: (1) any written or oral
statement or writing made before a legislative, executive, or judicial proceeding, or any other official
proceeding authorized by law; (2) any written or oral statement or writing made in connection with an issue

## McCaslin v Fraudlewski

Phildophile just got denied Anti-SLAPP. This is an update that fits into the message I relayed earlier. The imbecile has already lost. Remember to celebrate each little step along the way of his slow motion crumble.

❤️ 129    🔥 52    👏 33    👍 12

👀 5    🤩 4    🚚 3    ⚡ 2

6.4K 3:53 PM

Mute