# EXHIBIT
## "L"

**Nick Alvear** ✓ @GoodLionTV · Dec 31, 2023

Phil Godlewski pleading guilty to corruption of a minor... sexual intercourse... many times.

He makes millions from selling fear porn and getting people to carry their 401ks into silver. He also says he's part of the Q team, eludes he's Mr Pool, and his followers are waking up!

♡ 59       ↻ 234       ♡ 566       ‖ 28K

**Nick Alvear** ✔ @GoodLionTV · Jan 1

Exhibit S: one more recent testimony from Brie admitting Phil had sex with her when she was 15... from the Scranton times defamation suit.

Has he conquered his addiction and attraction to children? Who knows. I wouldn't take his word for it.



○ 11    ↻ 39    ♡ 190    ⊪ 20K



**Nick Alvear**
@GoodLionTV

Exhibit C: Dori, Phil's X, in her deposition admits that the minor Brie had confessed to her the truth of their sexual relationship. At the time, Dori didn't believe her but later apologized. Brie had a voicemail to prove it. Likely Phil incriminating himself.

| | | | |
|---|---|---|---|
| 3 | MR. BOWERS: Objection. Spousal | 3 | were there o... |
| 4 | privilege depending on time frame. | 4 | with? |
| 5 | BY MR. HINTON: | 5 | A. As f |
| 6 | Q. Did Phil ever admit to you that he had a | 6 | pictures on h |
| 7 | sexual relationship with Brie before you became married | 7 | far as I know |
| 8 | to Phil on September 21st of 2012? | 8 | Q. Did |
| 9 | A. No. | 9 | Melissa, who |
| 10 | Q. After your divorce from Phil in May of 2023, | 10 | A. I ne... |
| 11 | did Phil ever admit that he had a sexual relationship | 11 | Melissa. I ju |
| 12 | with Brie? | 12 | saw, like, wh |
| 13 | A. No. | 13 | Q. Wha |
| 14 | Q. He just always denied it; didn't he? | 14 | photos aroun |
| 15 | A. Yes. | 15 | A. 200... |
| 16 | Q. Deny, deny, deny, right? | 16 | probably -- I |
| 17 | A. Yes. | 17 | that was. |
| 18 | Q. Dori, didn't you have about a two-hour phone | 18 | Q. Wha |
| 19 | conversation with Brie a couple years back on the phone? | 19 | A. Hon |
| 20 | A. I did, yes. | 20 | reputation. I |
| 21 | Q. And didn't you apologizes to Brie for not | 21 | trying to bas |
| 22 | believing her? | 22 | you know, th |
| 23 | A. I did. | 23 | And I don't k |
| 24 | Q. And she had told you -- she came to your | 24 | Q. Oka |
| 25 | workplace when she was a minor with one of her friends | 25 | He went to j... |

**Page 31**

| | | | |
|---|---|---|---|
| 1 | and told you at that time that she was involved in a | 1 | then? |
| 2 | romantic relationship with Phil; didn't she? | 2 | A. Not |
| 3 | A. Yeah, she did. | 3 | Q. Oka |
| 4 | Q. She wanted to play a voicemail message on her | 4 | the sexual cl |
| 5 | phone to you; didn't she? | 5 | reputation th |
| 6 | A. At that time, no. | 6 | A. Bac |
| 7 | Q. At a later time? | 7 | Q. Bac |
| 8 | A. At a later time, she did, yes. | 8 | A. Hor |
| 9 | Q. This was before Phil was charged, right? | 9 | myself out f |
| 10 | A. Correct. | 10 | wasn't good, |
| 11 | Q. He was charged in July of 2010 -- | 11 | I believed hi |
| 12 | A. Actually, no. When she came to me at my | 12 | people thou... |
| 13 | workplace, it was after he was charged. | 13 | Q. Did |

2:28 AM · Jan 1, 2024 · 44.1K Views

6    69    318    20



**Nick Alvear** ✓ @GoodLionTV · Jan 1     •••

EXHIBIT H: STATEMENT OF CHARGES

"To wit: the defendant GODLEWSKI did engage in sexual intercourse with a minor child victim under the age of 18"



💬 2      🔁 45      ♡ 229      📊 25K       

 **Nick Alvear** ✓ @GoodLionTV · Jan 1                    ···
Exhibit L: SEX ADDICT

Phil admits to having 5 sexual partners during his marriage.

| de some very | 13 | A. | I was married, I was separated. I was |
| ging with Brie, | 14 | separated. | |
| | 15 | Q. | In 2017? |
| xdly with | 16 | A. | Yeah. I was kicked out. Dori testified to |
| with her? | 17 | that last week. |
| | 18 | Q. | How long were you kicked out for? |
| | 19 | A. | Period of weeks. Probably three weeks. |
| 't say | 20 | Q. | Did you have sex with Melissa, Jason Thoma |
| · to that if I | 21 | girlfriend? |
| for loss. I | 22 | A. | Melissa -- Jason Thomas, the Realtor? |
| | 23 | Q. | Yeah. |
| th Brie when | 24 | A. | Melissa Graziano? |
| | 25 | Q. | Yes. |

| Page 119 | | | Page 121 |
| They were | 1 | A. | No. |
| th probably | 2 | Q. | How many other sex partners did you have |
| rtain and her | 3 | while you were still married to Dori? |
| r drugs as well. | 4 | MR. KOLMAN: Objection. |
| isn't a | 5 | BY MR. HINTON: |
| re you have to | 6 | Q. | You can answer. |
| e other party. | 7 | A. | While I was separated from Dori? |
| thing. | 8 | Q. | Yes. |
| lunatic? | 9 | A. | Under five. |
| u know, I | 10 | Q. | Okay. So you had five sexual partners up |
| ut I think Brie, | 11 | until the time she filed for divorce in March of 2021, |
| case and up | 12 | correct? During the marriage. |
| hat Brie is | 13 | A. | Yes. |
| | 14 | Q. | Let's go to ST1580. |
| hroughout the | 15 | A. | 1580? |

○ 1          ⟲ 36          ♡ 197          ᎙ 19K          ⬚          ↑



**Nick Alvear** ✔ @GoodLionTV · Jan 1

Exhibit K: LIES IN COURT DURING SCRANTON CASE

Phil lies and gets caught often in court. He tells his followers he went to Harvard, is a member of Mensa, and gets called out for lying about being a college grad.

| 234 | | | Page 236 |
|---|---|---|---|

```
 1   Q.      And you said yes.  And it says, "How old are
 2   you," correct?
 3   A.      Correct.
 4   Q.      You put your age 27.
 5   A.      Yes.
 6   Q.      Next question, "How far did you go in
 7   school," and it says, "College grad."
 8   A.      Yes.
 9   Q.      Now, that's not true; is it?
10   A.      No.
11   Q.      Did you -- did you -- you reviewed this page,
12   right?
13   A.      I did.  I don't know why Joe wrote that.
14   Q.      Well, you reviewed it after he wrote it,
15   right?
16   A.      I reviewed it while we were viewing it.  So
17   when we would get to the end of the page, I initialed it
18   and we moved on.  I don't know if -- I don't know why
19   Joe wrote that.  I acknowledged, though, that by
20   initialling it, I agreed to it.  But at that time, I had
21   no graduation criteria from any college.
22   Q.      Right.
23   A.      So I don't know why that's in there.
24   Q.      It's a falsehood to the court, right?
25           MR. KOLMAN:  Objection.  It speaks for
```

| 235 | | | Page 237 |
|---|---|---|---|

 2     35    ♡ 204    ıl¡ı 20K    



**Nick Alvear** ✓ @GoodLionTV · Jan 1

Exhibit M: Phil admits in Scranton case to having sex with Brie

Phil: "I made some very poor decisions and on of them was engaging with Brie, the lunatic."

Blames his alcoholism for his cheating.

| | Page 118 | | |
|---|---|---|---|
| 1 | I tried very hard to gain it back. And every attempt | 1 | Brie was |
| 2 | that I made in trying to save the marriage was thwarted | 2 | BY MR. |
| 3 | with aggressiveness by my ex-wife, Dori. So probably, I | 3 | Q. |
| 4 | would say, out of frustration, sadness, aggravation, in | 4 | A. |
| 5 | fear of loss is why I started having sex with different | 5 | Q. |
| 6 | women. I used sex at the time, I believe, as a crutch. | 6 | A. |
| 7 | Q.   Did you reach out to Brie to have sex with | 7 | Q. |
| 8 | her? | 8 | A. |
| 9 | A.   No. I believe Brie reached out to me because | 9 | |
| 10 | she had heard Dori was leaving me. And around that time | 10 | BY MR. |
| 11 | that Dori decided to leave, I was — other than trying | 11 | Q. |
| 12 | unsuccessfully to get Dori to come back, I was | 12 | with othe |
| 13 | influenced by alcohol quite a bit, so I made some very | 13 | A. |
| 14 | poor decisions and one of them was engaging with Brie, | 14 | separatec |
| 15 | the lunatic. | 15 | Q. |
| 16 | Q.   Okay. Why did it happen repeatedly with | 16 | A. |
| 17 | Brie? Why did you repeatedly have sex with her? | 17 | that last |
| 18 | A.   It was good sex. | 18 | Q. |
| 19 | Q.   Were you using her for sex? | 19 | A. |
| 20 | A.   Yes -- not just for sex. I wouldn't say | 20 | Q. |
| 21 | using her for sex. So I'm going to say no to that if I | 21 | girlfrien |
| 22 | can correct. I was using it as a medicine for loss. I | 22 | A. |
| 23 | was really messed-up then. | 23 | Q. |
| 24 | Q.   And how did you break it off with Brie when | 24 | A. |
| 25 | you were having sex with her in 2017? | 25 | Q. |
| | Page 119 | | |
| 1 | A.   There was nothing to break off. They were | 1 | A. |

 6         ⟲ 34         ♡ 192         ılıl 19K         🔖   



**Nick Alvear** ✓ @GoodLionTV · Jan 1

Replying to @GoodLionTV

Exhibit Q: more texts between Phil and Brie

(To be continued)

We'll finish the next exhibits all the way to Z in a few more days. It will highlight the grift, scams, lies he uses to steal money.





♡ 5    ⟲ 29    ♡ 159    ▥ 16K





**Nick Alvear** ✓
@GoodLionTV

· · ·

Exhibit E: The commonwealth of PA furthered their investigation into Phil's crime for sexual acts with a minor.

Detective Levi seized phone records by search warrant. The deleted texts were recovered and carried detail of sexual acts and a fake story for law enforcement.



COUNTY OF LACKAWANNA

Docket Number ___

Issuing Authority: ___

Police Incident Number: 10-8397

**PROBABLE CAUSE**

Warrant Control Number: 10-8397

PROBABLE CAUSE BELIEF IS BASED UPON THE FOLLOWING FACTS AND CIRCUMSTANCES:

On June 15, 2010, during an ongoing criminal investigation into unlawful sexual contact with a minor, the cell phone and computer of Tom NEZLO were seized by this detective and Detective Leri. We were given information by NEZLO regarding Philip GODLEWSKI and texts he was sending to NEZLO from unknown cell phone number (570)637-6050. Nezlo revealed these texts to contain orders by GODLEWSKI to not talk to law enforcement before contacting GODLEWSKI and the sexual assault victim regarding this investigation. GODLEWSKI stated if he did talk to the police to "Lawyer up". GODLEWSKI was going to check and see if his attorney would represent both of them.

NEZLO stated he got very nervous about the texts being sent by Philip GODLEWSKI so NEZLO deleted the text messages. Verizon will be able to retrieve such text content sent by GODLEWSKI from Verizon Wireless cell phone number (570)637-6050.

On June 17, 2010 a search warrant signed by The Honorable Margaret Moyle, Judge of the Court of Common Pleas of Lackawanna County was faxed to Verizon Wireless for text message content.

On June 25, 2010 Verizon Wireless responded to the search warrant and mailed a CD containing the requested content to Detective Leri.

Detective Leri reviewed the text message and call history content and noted multiple items of interest, including text messages to from GODLEWSKI to NEZLO and text messages to the victim, regarding creating a fake story to law enforcement.

[ ... ] 2010 Detective Mancuso re-interviewed the female victim. The victim stated that prior to coming [ ... ] Lackawanna County District Attorney's Office she had been receiving text messages from the above number, who she identified as belonging to GODLEWSKI. She stated that the text message content [ ... ] lating to the ongoing investigation from GOD[...]WSKI. She stated that the fact [...] [ ... ] as per instructions by GOD[...]

*On JUNE 25, 2010 Verizon Responded* **TO A SEARCH WARRANT AND MAILED A CD CONTAINING** *the requested content to Detective Leri.*

2:39 AM · Jan 1, 2024 · **36.2K** Views

💬 2        ↻ 51        ♡ 245        🔖 18        ↑

Nick Alvear ✓

Phil Godlewsky: Plead Guilty for Corrupting a Minor. In this case found on text record from his victims phone - Phil was incredibly filthy and nasty and fucked her in many vacant homes for sale (he was doing real estate back then).

Pedophile Definition: Someone sexually attracted to minors/children.

Phil plead guilty to: CORRUPTING A MINOR.

Phil Godlewski is a Pedophile. I repeat - the grifter Q anon wannabe Phil Godlewski is a PEDO.

Prove me wrong. I'll wait.

Join: 🦁 The Netflix of Redpills: GoodLion.tv

For conspiracy, xrp, and good lion news follow 📲 Telegram: t.me/GoodLionNews



He was missing teeth. Top and bottom.

2:20 AM · Jan 1, 2024 · 671.5K views

💬 484        🔁 1.2K        ♡ 2.7K        🔖 485        ⬆️



**Nick Alvear** ✔ @GoodLionTV · Jan 10

The poll is in... 401,317 people unanimously agree... Phil is the only Pedo in the truther movement.

Case closed.

Phil is absolutely dying right now I think we have a livestream coming in... yes here it is...



Nick Alvear reposted

Dr. Z 🔵 @Zilosophy_4all · Jan 13

Nick @GoodLionTV is a good dude.  Anyone who would believe Pedo Phildo over him is more retarded than a quintuple boosted Biden supporter.  Fact.

We have not yet begun to mock!!!!!

Nick Alvear 🔵 @GoodLionTV · Jan 12

Listen to this song about Pedo Phil 🎶

rumble.com/v46oj4f-pedo-b...

11        6        ♡ 80        3.5K



**Nick Alvear** ✔ @GoodLionTV · Jan 13

Anyone who, as an adult, takes advantage of a minor for sex, needs to get their balls chopped off. Something tells me Phil had that happen already.

 Erica @MissBadu · Jan 12

#flashbackfriday to when I was recovering from being sick and did a very random voice chat with #exposePhilGodlewski

He claimed in a video he could speak mandarin.

...

Show more



Nick Alvear reposted

Dr. Z 🔵 🔵 @Zilosophy_4aLL · Jan 13

To @PhilGodlewski_ and all his phaggy phollower brainwashed retahds, this will live on the interwebs for ever.

You can stick you're ensuing cease and desist right up your poop shoot.

We have not yet begun to mock!

rumble.com/v46pzwr-wicked...

...

Show more



**Nick Alvear** · @GoodLionTV · Jan 14

One of these is legitimate evidence in a defamation case against Phil Godlewski for lying about the minor he fucked.

Which one do you think was submitted as actual evidence from Phil's cell phone records?

Here's a clue... It's the one that says:

"Brie (15): we just pulled off...

Show more



○ 14     ⇄ 30     ♡ 112     ılıl 5.9K     📷 ↰

**Nick Alvear** ✔
@GoodLionTV

Used as cell phone text evidence in the Brie vs Phil case

(She is suing him for defamation for calling her a liar, saying she lied under-oath, and that they never had a sexual relationship)

Brie (15): I love having sex with you.
Phil (26): I wanted you so bad because of the last few days
Phil: Did I do something wrong to hurt your hip?
Brie: No, we always have crazy sex, I just don't know what I did.

Phil has gone on record to say they never had sex at all, and then his lawyer adjusted that claim saying they started a sexual relationship when she was 18 and Phil was in his 30's.

These texts from 2010 state otherwise. Phil, you are a fucking pedo you sick nasty fuck. Get the hell out of our movement.

ST 2806

1:08 AM · Jan 14, 2024 · **3,962** Views

◯ 8     ↻ 21     ♡ 92     ▢ 4     ↑

## Post



**Nick Alvear**
@GoodLionTV

YOU CANT SPELL PEDOPHILE WITHOUT SPELLING PHIL.

2:29 AM · Jan 14, 2024 · 5,906 Views

30          22           201          2

 **Nick Alvear** ✔
@GoodLionTV

Phil is a PEDO. That's not defamation because its TRUE. Read his text messages to a MINOR – its literally months worth of convo between them.

This evidence is 100% genuine cell phone records of Phil. He is shown as manipulative, obsessed, a scumbag & a narcissist in them. There are multiple times they discuss the sex they had, and he has a drug like addiction to her. He even hits on her friend who is a minor and gets caught doing so.

You know why Phil hasn't sued me? Because when I call him a PEDOPHILE PIECE OF SHIT he will have to prove to the court he isn't, he threatens all day and night and hasn't done anything of action. He just talks. These text messages are VERY telling. He's a fucking pedophile and unlike some weak CHAS folk out there – I don't buckle to a lawsuit threat. Especially when Phil has threatened 30 truthers with the same lawsuit.

If he sues me, his past will come out even more in that case. This is why he hasn't done shit, and won't do a thing but bark like a chihuahua.

READ THE COURT DOCS HERE: virtusvincit.com/community/blog...

2:23 AM · Jan 14, 2024 · **19.2K** Views

 65           64          ♡ 316           12          

**Nick Alvear** ✓ @GoodLionTV · Jan 16

Let's go

**Dr. Z** ✓ @Zilosophy_4all · Jan 16

Going through all the pedo and con man evidence again with @GoodLionTV and @Skriptkeeper17 to get ready for the show tonight. I'll use Phildo's words... "It's way worse than I thought"

Mark my words. He'll never recover from this. ...

Show more



○ 16        ↑↓ 30        ♡ 120        ▉ 6.9K

**Nick Alvear** 
@GoodLionTV

YES. An Open Secret takes a stand!

**An Open Secret** @AnOpenSecret · Jan 13

CONVICTED PEDOPHILE PHIL GODLEWSKI x.com/2022_Karma/sta...

9:40 AM · Jan 16, 2024 · 8,175 Views

7          25          90          5

Nick Alvear ✅ @GoodLionTV · Jan 17

We absolutely destroyed every lame stream narrative from that pedo grifting maniac… way to go guys!



Dr. Z ✅ @Zilosophy_4alL · Jan 16

This was a masterclass in how to dismantle a pedophile piece of trash. It was an honor to be a part of it. Thank you to all those who came before us who have been calling him out for years. His game is finished. He'll never recover. x.com/Skriptkeeper17…

💬 6          ⟲ 18          ♡ 125          III 3.7K

@GoodLionTV

When Pedo Phil's defamation case goes against his favor,... what lie will he make up then?

The cabal has it out for him?

When Brie wins her case against him what will he say?

Nick paid off the courts?

Phil... you are being investigated for fraudulent crimes which violates your probation. Guess what's around the corner for Phil everyone... Serious jail time.

2024 will be remembered as the year we watched the pedo get what he deserved.



11:20 PM · Jan 17, 2024 · 11.2K Views

 33     58    247    6

 **Nick Alvear** ✔ @GoodLionTV · Jan 17

The entire truther community can't ignore this anymore... when people are committing suicide based on his lies... that's when we no longer allow it.

>  **Nick Alvear** ✔ @GoodLionTV · Jan 1
>
> Phil Godlewsky: Plead Guilty for Corrupting a Minor. In this case found on text record from his victims phone – Phil was incredibly filthy and nasty and fucked her in many vacant homes for sale (he was doing real estate back then).
>
> ...
>
> Show more



💬 20        🔁 50        ♡ 155        📊 8.4K        🔖        ⬆

Nick Alvear reposted

Dr. Z 🔵 @Zilosophy_4all · Jan 17

Phildo Phaggins is the Hunter Biden of truthers. Pass it on.

☾ ✨ special free @freethetatazorg · Jan 17

Replying to @Zilosophy_4all

Pedo phil is threatening lol he will have to sue all of us! Pedo phil is panicking like hunter

◯ 3        ↱ 10        ♡ 51        ıl¦ıl 2.3K



Nick Alvear ✔ @GoodLionTV · Jan 18
Replying to @GoodLionTV

New Exhibit 2: Phil pleads guilty to 8 charges including sexual assault. He convinces minor to not testify. Phil then retracts guilty plea.

He's given corruption of minor charge to plea to. Megans Law passes just shortly after so he didn't have to register.



○ 1        ⇄ 6        ♡ 18        ılıl 1.2K



**Nick Alvear** ✓
@GoodLionTV

···

This just dropped tonight. Scranton times delivers their evidence in the case against Pedo Phil. 121 pages and a motion for summary judgement.

In it shows Phil admitting why he had sex with her on multiple occasions.

His answer: "it was good sex"

Get it here: dropbox.com/scl/fi/c5hdbxt...



12:13 AM · Jan 18, 2024 · **10.9K** Views

 13      92      246      20     



Nick Alvear ✓ @GoodLionTV · Jan 18
Replying to @GoodLionTV

New Exhibit: defendants motion for summary judgement is in. Scranton times delivers its evidence and it's not looking good for Phil.

I predict in a few weeks time the judge will dismiss this case meaning Phil just wasted 2 years. We can call him pedo because that's what he is.



○ 1          ⇄ 7          ♡ 33          ၊၊၊ 1.6K



Nick Alvear ✅ @GoodLionTV · Jan 18

Replying to @GoodLionTV

Exhibit Z: we have learned of someone who committed suicide because of Phil.

The emails will be shared in the film I'm making.

It will premiere early February.

This thread is dedicated to him.

○ 4          ⟲ 14          ♡ 61          ⊪ 2.4K

 **Nick Alvear** ✔ @GoodLionTV · Jan 19    ···
They say on a full moon he comes out thirsty for minors. @PhilGodlewski_



○ 19        ⇄ 9        ♡ 120        ⅰⅼⅰ 7.1K

@GoodLionTV

Want to know what a grifter looks like?

Either we are doing a really good job at exposing him.... Or he's fallen behind on ordering more paid followers from igtake.com/telegram-group ...

Phil Godlewski drops 40k followers in one day!

Come on guys... it's either everyone is becoming aware he's a grifting pedo or he failed to buy followers again because he's been so caught up in drama these days.

Shoutout to Erica Freedom! @MissBadu



Last edited 5:35 PM · Jan 22, 2024 · 23.7K Views

◯ 53          ⇄ 85          ♡ 422          🔖 12          ⬆

 **Nick Alvear** ✓ @GoodLionTV · Jan 23 ···

One things for sure... money can't erase your past.

Happy to keep exposing you. Nothing you do scares me Phildo. 
@PhilGodlewski_ (aka the grifting pedo maniac)



💬 45          ⇄ 52          ♡ 299          📊 9.6K          🔖  ⬆

⇄ Nick Alvear reposted

**Dr. Z** ✔
@Zilosophy_4all

· · ·

The Boys are back!  Phildo Night Live this Saturday at 7pm.  The mocking will continue until morale improves. Direct links will be posted Fri night or Sat. morn.
rumble.com/user/zilosophy...

We're going to do this every Saturday until he stops scamming old ladies and abusing young ones.

Unlawful lawsuits filed in the wrong jurisdiction by limp dick phaggots will not stop us.  So I say again, @PhilGodlewski_ sue ME you phucking pussy.
I dare you. 😘

#PedoHunters
#ExposePhilGodlewski
@GoodLionTV
@Skriptkeeper17



Last edited 7:24 AM · Jan 24, 2024 · 5,935 Views

 7      24      108      4     



Nick Alvear 🔵 @GoodLionTV · Jan 25



**Good Lion Films**

For the record:

Phil fucked a 15 year old.

Kimberly was asking.

🔥 6    😂 1    🕊 1

◎ 235 edited 11:49 PM

○ 14    ↻ 5    ♡ 52    ⊪ 1.8K

**Nick Alvear** ✓
@GoodLionTV

Does that Pedo-Phil think he's actually good in court.

-He's threatened to sue 30 truthers (for telling the truth)
-He's managed to only sue Scranton and Brie
-He exposed himself by doing so and unleashing the text messages he sent
-He lies about the text but the court stands by them as they are from Verizon
-Verizon was court ordered to give them up, they did.
-Phil was court ordered to give up his phone, he didn't.

That's enough to tell you this sick pig 🐷 is a deranged mentally ill pedo-saurus-rex. Preying on the innocent.



1:21 PM · Jan 28, 2024 · **16.9K** Views

 51       76       311       10



Nick Alvear ✔ @GoodLionTV · Jan 28

Phil is literally the most disgusting pedo piece of shit to have ever touched the firmament.

Shack2daFuture ✔ @shack2daFuture · Jan 28

#ExposePhilGodlewski sexting his once minor victim while LIEstreaming & Grifting like NBD

🟥 4/1/21 Phil LS after msg'ng BD a pic of his erect mini the night b4

...

Show more



April 9, 2021

1:30

💬 26        🔁 44        ♡ 156        📊 6.8K

 Nick Alvear reposted

 Dr. Z ✓ @Zilosophy_4all · Jan 28

He's phinished. We will continue to emotional beat the shit out of his lying, retarded (bowel) "movement" until he quits.

He has 2 options remaining. Go to jail or run. We know that pussies always run. 🫳

> Nick Alvear ✓ @GoodLionTV · Jan 28
>
> Does that Pedo-Phil think he's actually good in court.
>
> -He's threatened to sue 30 truthers (for telling the truth)
> -He's managed to only sue Scranton and Brie
> -He exposed himself by doing so and unleashing the text messages h...
> Show more



 

💬 13        ↻ 25        ♡ 111        📊 4.4K

↑↓ Nick Alvear reposted



Dr. Z ✅ @Zilosophy_4all · Jan 28                              ···
I bet Phildo uses this from all the emotional damage Pedo Hunters have
delivered... and for the physical damage from his pervert swinger parties.
You know Keri pegs him, allegedly.



💬 15          �integer 9          ♡ 82          ᯤ 3.2K          🔖  ⬆



Nick Alvear reposted

Dr. Z  @Zilosophy_4all · Jan 29

Wait till Phildo sees the billboard campaign we're working on for Scranton.

🤣🤣🤣

SkriptkeeperElect 🔵 @Skriptkeeper17 · Jan 28

We do a little trolling. @GoodLionTV @Zilosophy_4all I figured I'd bring it to Tik tok 😂 This guy doesn't want to spell my name right because I'm still waiting to be served!



♡ 17          t⃝ 27          ♡ 153          ‖ 5.4K          🔖          ⬆

...

lls are closing in.

eak peak of the first 28 minutes of Nick's film.
do is Phinished.

c and mobile billboards, cable TV and radio
s-Barre next week to promote the premier.

JLionTV · Jan 30
d.

e called PhilHub where it's just Phil fucking himself
se that's really all he's doing.



9K Views

 192      10     

**Nick Alvear** ✔
@GoodLionTV

We are about 70% to our goal for marketing the Phil Godlewski
Billboards we plan on having in his neighborhood.

We also have a mobile billboard that will drive around his town.

Donate to help us get there. I'm throwing in $2.5k of my own to get this
started.

givesendgo.com/PhilboardPhund...



10:23 PM · Jan 31, 2024 · **21.4K** Views

💬 62        🔁 79        ♡ 281        🔖 9        

 **Nick Alvear** ✔ @GoodLionTV · Jan 31
The film comes out on 2/9/24 and we are taking up billboard space where Phil lives. Want to donate? I'm putting in $2.5k. Check out the campaign for more details.

givesendgo.com/PhilboardPhund...



 **Dr. Z** ✔ @Zilosophy_4all · Jan 31

You asked for it so we gave it to you!

*DO NOT DONATE IF YOU CANNOT AFFORD IT*
There are other ways to help. But we had so many requests that we had to let ya'll participate if you are willing and able. Read the ...

○ 11          ⟲ 50          ♡ 158          ⅲ 9.3K

Nick Alvear ⬤ @GoodLionTV · Feb 1

Godlewski is a fucking pedo

I haven't been served

He's all a show

He's the biggest pussy on Earth

Scranton Times OWNED Him




○ 10    ⟲ 19    ♡ 71    ⅰⅼⅼ 5.9K





**(Exhibit "I")**

There is no dispute that Godlewski pled guilty to the corruption charge and the detectives said Godlewski had sex with the girl in cars and houses which were up for sale. (A true and correct copy Plaintiff's Response to Defendants' Interrogatories (Set III) No. 1 is included in the *Exhibit List* and marked as **Exhibit "1F"**, see also **Exhibit "2"**, pp. 216 and 219.) Godlewski admits he did in fact corrupt the morals of the minor victim. (**Exhibit "2"**, p. 108.) No liability can attach for true statements. See *Americana Future Systems, Inc. v. Better Business Bureau of Eastern Pennsylvania*, 592 Pa. 66, 77-78 (PA. 2007). The only issues here are whether Godlewski can prove he did not have sex with the minor victim and he did not admit to having a sexual relationship with a 15-year-old girl as part of his guilty plea. (**Exhibit "1"**, ¶¶ 21 and 26.)

10

 **Nick Alvear** ✔ @GoodLionTV · Feb 1

We are almost there :)

Thanks everyone! Let's rub this film in Phil's Phace!

givesendgo.com/PhilboardPhund...



Campaign Created by: Dr. Z

Goal: USD $3,000

Raised: USD $ 2,750

Because there was overwhelming interest in contributing to a Philboard campaign we have created a Phundraiser for those who can and wish to participate. Here are the details/ rules:

💬 19          ⟲ 44          ♡ 152          📊 5.1K          🔖     

 **Nick Alvear** ✔
@GoodLionTV

···

Phil Godlewski invited Brie to the school carwash when she was 14. This would be normal behavior for a coach if he hadn't fucked her months later.

Note from anonymous: "They say a sexual offender has more than 100 victims before they are caught. I should know, I am a therapist who works with kiddos!"

Ciara O'Malley was Brienna's best friend in high school. (A true and correct copy of select pages from Ciara O'Malley's deposition transcript are included in the *Exhibit List* and marked as Exhibit "22", p. 9.) Brienna first met Godlewski at a car wash fundraiser in the summer before Brienna entered 9th grade. (Exhibit "22", pp. 10-11.) Brienna was 14 years old. (Exhibit "22", p. 14.) Godlewski admits he invited Brienna to the car wash fundraiser. (Exhibit "2", pp. 60.) Ciara saw Brienna and Godlewski together about 20 times when Brienna was in 9th and 10th grade. (Exhibit "22", pp. 21.) Ciara and her friends would secretly follow Godlewski and Brienna after he picked her up in his car. (Exhibit "22", p. 65.) Godlewski would take Brienna into houses. (Exhibit "22", p. 66.) This happened maybe 10 times. (Exhibit "22", p. 65.) Brienna's friends were coming down on Brienna in 10th grade about Godlewski. (Exhibit "22", pp. 22-23.) They were at a sleepover and they took Brienna's phone to her mother. (Exhibit "22", p. 23.)

11:15 PM · Feb 2, 2024 · 36.6K Views

💬 35        ↻ 88        ♡ 323        🔖 15        ⬆️

 **Nick Alvear** ✓ @GoodLionTV · Feb 2                                    ···

Thank you everyone who has donated! This will be known as the ultimately troll of the century. Radio & Billboard ads for the film... in Phil's hometown!

LOL He'll be seeing it on his lie-stream drives! LOL

Donate link in Dr. Z's post... our new goal is $5,000

>  **Dr. Z** ✓ @Zilosophy_4all · Feb 2
>
> On last night's show I promise I would donate the entire $300 Rumble rant I received to the Philboard campaign.  I'll keep proving that I am a man of my word while the haters keep proving they are nothing more than whiny children who care more about drama than taking Phildo down.....
>
> Show more





💬 14          ⟲ 25          ♡ 130          �ᴸᴵ 6.8K          🔖   ⬆

Nick Alvear · @GoodLionTV · Feb 3

Head on over to philthepedo.com and subscribe to our newsletter for updates on the philm release date details!

philthepedo.com
philthepedo.com
philthepedo.com





**Nick Alvear** ✔
@GoodLionTV

This guy is the biggest lying sack of shit on earth.

I bet some serious amount of money he's tied to child sex trafficking rings in Lahaina and Lake Havasu. The more you learn about the child sex trafficking in those two spots the more dots connect.

Remember Phil text Brie he would kill a puppy for 10 million dollars. 

This is the type of sick person Phil is.

The Philm is coming along, I haven't been served, Phil is a corrupt pedo, and he's probably sucking a dick right now and liking it.

🙏 🍿 🙏 excuse my language.



2:49 AM · Feb 3, 2024 · **172.1K** Views

💬 136          ⟲ 163          ♡ 586          🔖 73          ⬆

**Nick Alvear** ✓
@GoodLionTV

···

From the Lions Den: "You know why Phil is going to lose all his cases... because he's already signed and agreed to a plea deal that stated "to wit: the defendant GODLEWSKI did engage in sexual intercourse with a minor child victim under the age of 16"

The dude is so fucked trying to sue Scranton times or anyone for calling him a pedophile. He's lied so much he forgot what he signed off on. LOL"

The Greatest Fraud on Earth
2/9/24

Catch the updates for the movie release on goodlion.tv/philthepedo



1:21 PM · Feb 5, 2024 · **15.2K** Views

Nick Alvear ✓ @GoodLionTV · Feb 5

Ok! Dr Z @Zilosophy_4all & @Skriptkeeper17 have been working their ass off making this happen....

Dr. Z ✓ @Zilosophy_4all · Feb 5

$3,000 radio campaign with this :30 spot will run on 2 scranton stations starting tomorrow and run for 2 weeks.

We are phinalizing Philboard contracts and will share those schedules soon. As promised we will share all accounting of what was spent ...

Show more



○ 16            ⇅ 36            ♡ 138            ‖ 5.7K            ⬆



Nick Alvear ✔ @GoodLionTV · Feb 6

The full track is phinished! This is a badass rap song calling out the PEDO PHILl @Skriptkeeper17



Dr. Z ✔ @Zilosophy_4alL · Feb 6

"Fraudlewski" by @Skriptkeeper17 phull track is now available! Check it out with this sick new philm trailer for The Greatest Fraud On Earth (premiers 2/9/24) on GoodLion.TV @GoodLionTV

#ExposePhilGodlewski



2:52

◯ 29       ↻ 74       ♡ 208       �oᴵᴵ 14K

 **Nick Alvear** ✔ @GoodLionTV · Feb 7

A close circle of friends have viewed the new film... they are stunned and impressed. To see all the evidence so clearly, and back to back... you'll absolutely see how Phil is the greatest fraud in this movement.

Releases Friday at 8pm EST on GoodLion.tv



0:04

💬 28          🔁 68          ♡ 277          📊 7.1K          🔖     

Nick Alvear ✔ @GoodLionTV · Feb 7

Want to have your name at the end of The Greatest Fraud on Earth?"

The cut off point to get your name in the film is tonight at midnight CT.

Join GoodLion.TV and get access to 58 more of my films and get a new film every 4-8 weeks.

(THE FILM IS FREE TO WATCH)...
Show more



○ 16          ⟲ 20          ♡ 105          ılı 6.3K

 **Nick Alvear** ✓ @GoodLionTV · Feb 7    ...
Well well well

This Friday GoodLion.tv



>  **Dr. Z** ✓ @Zilosophy_4all · Feb 7
> The Philboards are up!! We found out Phildo and his minions called Lamar and threatened legal action so we already had another company booked before they said they couldn't run the ads.
>
> Pedo Hunters are always one step ahead. Phuck Lamar. ...
> Show more

○ 14        ⟲ 47        ♡ 173        �ᵢₗ 6.8K        🔖  

 **Nick Alvear** ✔ @GoodLionTV · Feb 7    ···
Best team ever.

 **Dr. Z** ✔ @Zilosophy_4all · Feb 7
Phildo advertising campaign is phinalized and zeroed out. Had to up
the ante to make the surprise happen. Thanks to a very generous
$1,000 donation and @GoodLionTV throwing in some more cash, we
were able to make it happen.

···

Show more

### THE GREATEST FRAUD ON EARTH AD CAMPAIGN

Total Expenses

| | | |
|---|---|---|
| Radio | 99 :30 spots across 3 stations over 2 weeks | $3,000.00 |
| Mobile Philboard | One day covering the entire WB/ Scranton Mkt | $1,800.00 |
| Static Philboards | Two digital Philboards for 30 days | $2,100.00 |
| Phlyers | 2,000 5x7 postcards to be distributed in WB/Sc incl. shipping | $283.00 |
| | | |
| Surprise | A special surprise for Phildo on 3/9 | $1,000.00 |

| Total Spent | $8,983.00 |
|---|---|

Total Revenue

| | | |
|---|---|---|
| Philboard Phundraiser | GiveSendGo campaign | $5,884.00 |
| Good Lion Films | | $3,099.00 |

| Total Raised | $8,983.00 |
|---|---|

| Remaining to Spend | $0.00 |
|---|---|

 **Dr. Z** ✔
@Zilosophy_4all

···

Hey guys this is Dr. Z and @Skriptkeeper17 . We're really worried about @GoodLionTV . He's saying he's tired and broken and can't phinish the Philm.

Just kidding.  Pedo Hunters are not phucking pussies. The Philm is phinished and so is Phildo.

A few of us got treated to a screening last night and wow it's better than I thought it would be. Phildo Phaggins will never recover. Tick Tock Phildo!

The Greatest Fraud on Earth premiers on 2/9/24 at 8pm ET on GoodLion.TV

#ExposePhilGodlewski



9:55 AM · Feb 8, 2024 · **14.1K** Views

 28     56    ♡ 243    🔖 18    ⬆

 **Nick Alvear** ✔ @GoodLionTV · Feb 8 · · ·

Grift attracts Grift... if they knew Godlewski paid for bot followers and views would George magazine have considered this? He's a pedophile. If you can't research enough to learn that – a magazine should be the last thing you are running.



❤ 10    ↻ 14    ♡ 69    ᵘ 3.4K    

 **Nick Alvear** ✔ @GoodLionTV · Feb 8    ···

Promotes a pedophile that has been caught lying about his Harvard degree and Mensa certificate and used Gold Co and fear to make himself millions of dollars. The reviews are heartbreaking.

GoodLion.TV you can watch the film for free tomorrow to learn all about Phil.



61 likes

georgeonlinellc From a few hundred listeners tuning in to his live shows to now millions, we sat down with Phil Godlewski to hear his thoughts on the state of America and what he thinks will happen next.

https://georgemagazine.com/love-hate-mystery-who-is-phil-

💬 3          ⇄ 18          ♡ 70          ᴵᴵᴵ 4.1K          🔖    ↥



Nick Alvear ✔ @GoodLionTV · Feb 8

OH DAYYYMM!!

SkriptkeeperElect ✔ @Skriptkeeper17 · Feb 8

Well well. I came all the way to Pennsylvania to see the head Of the Top 5, and look what we found a #philBoard World Premier tomorrow Night 8pm EST. goodlion.tv @Zilosophy_4all @GoodLionTV so I decided to get some footage for my new song "Fraudlewski" but make sure...

Show more



0:37

○ 18          ⟲ 34          ♡ 207          ılı 7.8K



**Nick Alvear** ✔ @GoodLionTV · Feb 9

We don't mess around with our trolling skills.



The Phil Godlewski Story - GoodLion.tv

💬 68    🔁 125    ♡ 448    ılıl 13K



Nick Alvear ✔ @GoodLionTV · Feb 9
Yall Phil Haters are gonna wanna see this!



Dr. Z ✔ @Zilosophy_4all · Feb 9
AND NOW FOR THE BIG SURPRISE REVEAL!

If you are in the Willkes-Barre Scranton area look up just aphter 12:30 and you might see this beauty phlying by!

···

Show more



0:24

7        24        113        4.3K

 **Nick Alvear** ✓ @GoodLionTV · Feb 9    ···

Oh yeah, phlyers, airphlane banners, and a mobile philboard all on release day.

 **Dr. Z** ✓ @Zilosophy_4all · Feb 9

2,000 phlyers have arrived and will be distributed in the Wilkes-Barre Scranton area.

Phildo is phinished.

···

Show more



⬚ 11          ⇄ 33          ♡ 162          ᐧᐧᐧ 6.3K          🔖    ⬆

Nick Alvear ✓ @GoodLionTV · Feb 9
Someone better check up on Phil's kids.

Shack2daFuture ✓ @shack2daFuture · Feb 8

#ExposeaphilGodlewski

Some #Riverside High School yearbook predictions about phildo's future criminal life as a pedophile.

@1LovedPuppers @DesertRose4321 @deanna_hodson ...
Show more



♡ 10        ⟲ 18        ♡ 60        ᵢₗₗ 4K        ⬆



Nick Alvear  @GoodLionTV · Feb 12

Update on PhilBoards

Dr. Z  @Zilosophy_4all · Feb 12

Lots of questions about PhilBoards. Before I get to that, 2 weeks of radio, Mobile Philboard, Airplane banner, phlyers all ran with no interruption.

Phildo is grandstanding because he got 1 out of 5 vendors to suspend ...

Show more

◯ 7          ⇄ 3          ♡ 63          �ۏ 4.6K          

Mick Alvear reposted

Sparkle Lady @LISAAGEORGE2 · Feb 12

Phil Godlewski is a nasty pedophile. Pass it on





7.9K

183

91

8

0:13

 **Nick Alvear** ✔ @GoodLionTV · Feb 13
I dig it!

>  **Dr. Z** ✔ @Zilosophy_4all · Feb 13
>
> We did a 5 week onslaught on Phildo via podcasts, parodies and @Skriptkeeper17 's battle rap all to set the table for the kill shot of The Greatest Fraud on Earth by @GoodLionTV which has now been seen by hundreds of thousands if not millions.
>
> ...
>
> Show more

who is allowed to trash phildo. That makes him a hypocrite y'all stole his platform so he's pissed should I say made his platform better than it was . I use to watch will but he got boring it was the same old shit everyday he trashed some of the ones that were telling the truth maybe a parody of will and Phil with the music endless

love will break the book

💬 9    🔁 5    ♥ 66    📊 4.5K

⇅ **Nick Alvear reposted**

 **Dr. Z** ✓ @Zilosophy_4all · Feb 15                                        · · ·

\*PHILBOARD PHUNDRAISER UPDATE\*

Although the small phamily run Philbaord company in Scranton we used
watched the philm and agrees with us that Phildo is an awphul person and
our campaign is legally promoting a phantastic philm, their lawyers pheel
it's best to not be terrorized...

Show more



36          ⇅ 51          ♡ 264          📊 15K          🔖          ⬆ 

Nick Alvear reposted

Dr. Z 🔵 @Zilosophy_4alL · Feb 17

Philco Phlyers being distributed in Maui in his neighborhood.  It's important that the locals know who this creepy outsider really is.  The best way to do that is to get them to see the Phlim.

We have attached the 5x7 post card phlies in case you want to print some out and...

Show more





Nick Alveal reposted

**SkriptkeeperElect** ✓
@Skriptkeeper17                                          ···

Phil is so corny. It's no wonder the entire community is picking sides and taking a stance against you!!! We want you outta here with your weak threats. Oh by the way the Whale comm you said trump was referring to you but in reality you saw a whale in Hawaii for the first time 🥴. You're not blocked my DMs are open @philgodkewski_



10:42 PM · Feb 18, 2024 · **15.8K** Views

 37         56         336         12        



Nick Alvear 🔵 @GoodLionTV · Feb 19

The Greatest Fraud on Earth – The @PhilGodlewski_ story

Welcome back home Pedo Phuck



 **Nick Alvear** ✓ @GoodLionTV · Feb 19

Look what Phildo is going to see when he arrives home...

#ExposePhilGodlewski

@Zilosophy_4all
@Skriptkeeper17
@shack2daFuture
@MissBadu



0:04 / 0:10

 75     89     379     16K    

Nick Alvear ✓ @GoodLionTV · Feb 20

Little silver bird tells me Phil is losing some important gigs.... I wonder if it's true. People are talking in the Den about it.

This means a domino effect will happen and this fuck will stop grifting them 401ks away.

Justice smells good this Tuesday evening.

○ 24          ⇄ 45          ♡ 311          ‖ 7.6K

Nick Alvear reposted

**SkriptkeeperElect** ✓ @Skriptkeeper17 · Feb 20

You seem to be really happy Phil, for claiming Defamation. Well you are a public figure. And you made the boards. I love shit posting



4 years of being #1

From hundreds of followers to millions

From flat broke to mega rich

A) he's a public figure, learn to deal with it
B) wasn't he just smiling in front of it? Now he's trying to remove it?
C) freedom of speech, and movie promotion ... you call it

Trump your attempt to take down the Baggage Claim billboards was

**DENIED** 🚫



○ 13          ⇄ 18          ♡ 124          ‖ 3.2K

Nick Alvear reposted



Dr. Z @Zilosophy_4all · Feb 28

We The People broke him. He'll never recover.

Erica @MissBadu · Feb 28

#exposePhilGodlewski does this person seem well???

#Luke817



0:04

18K

216

30

64

Nick Alvear reposted

Dr. Z 🟦 @Zilosophy_4all · Mar 2

Phildo is phinished.  We broke him and he'll never recover.  More advertising surprises start tomorrow!

@GoodLionTV
@shack2daFuture
@MissBadu

SkriptkeeperElect 🟦 @Skriptkeeper17 · Mar 2

Grand Risings



Nick Alvear 🔵 @GoodLionTV · Mar 3

Anyone who supports Phil is as brainwashed as the liberals pushing masks and vaccination. Ignoring all the evidence, screaming in anger at those who don't support their distorted view.



DAVE @DPeters123 · Mar 3

Replying to @LionessMamma @Skriptkeeper17 and 4 others

I have many emails Phil sent my best friend Mike. He stole everything from him. And Mike felt he had no other way out other than to kill himself. So if you want to stand up for a fucken pedo go for it. But that makes you just as bad. Ohio has mikes blood on his hands. 100%



💬 13        ↻ 54        ♡ 179        ılıl 7.4K

Nick Alvear ✓ @GoodLionTV · Mar 3

Awww yeah

Dr. Z ✓ @Zilosophy_4all · Mar 3

Check out the 1/2 page ad that ran in @havasunews today!

We have more advertising surprises coming from rephunded ad spends. EVERYTHING Phildo does backfires spectacularly. Everything.

Show more





19        33        167        5.9K

Nick Alvear reposted

**Mike Gill** @MikeGil21446788 · Mar 4

When you see them they lose their con.  The same person who had sex with a child will steal the life savings of the elderly.  There's a bunch of Phil's in this patriot podcast network. The same evil that I came to expose again was here before me.  @GoodLionTV @elonmusk

**Maga45Patriot** @Maga45_Patriot · Mar 4

Replying to @blanket_orange_ @Live2Win4Life and 3 others

Is this the phil you are talking about?



0:15

26    121    308    14K

 **Nick Alvear** ✔ @GoodLionTV · Mar 4    •••
Neighborhood Watch and Exposure of Pedos.

When Good People do nothing in response to bad people, the world turns to shit.

To all those who continually rise - keep going strong. You are a shining example of courage that inspires others daily.



**I live here. Think he has 4 houses in Havasu. Disgusting. I will make sure everyone in my circle knows about this.**

1:12 PM · 3/3/24 From Earth · 50 Views

Watch the film
www.GoodLion.tv
The Greatest Fraud on Earth :
The Phil Godlewski Story

**Thank you** 🙏

💬    🔁    ♡ 2    ılıl 13    🔖    ⬆️

**Thank you for sharing with the community! This should go on every mom's club and next-door site. Every mom needs to be aware of this Pedo!**

💬 13        🔁 72        ♡ 230        ılıl 5.1K        🔖  

 **Nick Alvear** ✔ @GoodLionTV · Mar 5 · · ·

**With all the reports to the SEC regarding Phil,** know that if you copy that with reports to the FBI, then action can and most likely will be taken swiftly.

Report suspected violations of Federal law to the Federal Bureau of Investigation.

🗣️ Submit a tip at...
**Show more**



VIGILANCE AND REPORTING CRIME AND WRONGDOING

## Report a Crime

Published: 09/02/21 | Updated: 09/02/21

If this is an emergency, call 911. To report criminal activity, contact your local police or sheriff's department first as they can best determine if a report of criminal activity needs attention. The USAGov website offers additional tips and resources for reporting local or state law violations as well as violations of Federal law.

You may also report suspected violations of Federal law to the Federal Bureau of Investigation. Submit a tip at https://www.fbi.gov/tips or call 1-800-CALL-FBI (1-800-225-5324).



scam    fraud    crime

💬 23        🔁 82        ♡ 213        ılıl 9.5K        🔖 ⬆️

Nick Alvear
@Goodboi5v9

(Copy and paste this complaint to the SEC & FBI to finally get Phil Godlewski behind bars)

Dear FBI,

I am writing to alert you to a matter of grave concern regarding potential criminal activities involving individuals named Phil Godlewski and Kelly Felix. Through a chat platform, I have become aware of potential illicit activities orchestrated by Phil Godlewski, possibly in collaboration with Kelly Felix of Goldco.

The information suggests that Phil Godlewski may be involved in criminal endeavors, with suspicions that his actions could be linked to Kelly Felix. Phil's rapid acquisition of properties and expensive homes worldwide, despite his previous financial struggles, raises significant questions.

He has used fraud, deceit and fear to encourage his audience to roll over their 401ks into gold without exposing the fees - to which hundred have complained about 40% or more loss when rolled over.

There are even cases of suicide that we suspect are connected because of the massive loss of savings and shock.

Given the gravity of these allegations, I urge the FBI to initiate an investigation into Phil Godlewski and any further ties he may have with Kelly Felix through their joint website GoldQuiz which was under the companies Underestimated LLC & Dedicated Services LLC as this is vital to ensure the safety and security of our community by swiftly addressing and apprehending individuals engaged in criminal activities.

I implore the FBI to take prompt and decisive action to thoroughly investigate these claims and bring those responsible to justice. Your swift intervention and diligent investigation are essential in upholding law and order within our society.

Thank you for your attention to this urgent matter.

Sincerely,
[Your Name]

Send to both - SEC & FBI

SEC: Contact the Securities and Exchange Commission at 1-800-SEC-0330, or online at sec.gov or sec.gov/complaint/sele...

FBI: Report organized crime
Submit a tip online to the FBI. tips.fbi.gov/home or
Call 1-800-CALL-FBI (1-800-225-5324)

12:07 PM · Mar 6, 2024 · **16.8K** Views

17          72          178          2·



**Nick Alvear** ✓
@GoodLionTV

···

We have all the ammo/receipts for federal law enforcement intervention with Phil Godlewski. People have committed suicide because of his lies. It's time to show the power of the people and what WE can do together.

Please share the attached post for instructions on how to empower those who have been wronged, cheated, & defrauded by Phil Godlewski to file a report to the SEC & FBI.

We are powerful beings. Witnessing a crime is valid enough to report it.

@Prolotario1 @ALPASONI17 @Zilosophy_4all  @Skriptkeeper17 @MikeGil21446788 @SheShedTruther @clif_high @Thekeksociety

> **Nick Alvear** ✓  @GoodLionTV · Mar 6
>
> (Copy and paste this complaint to the SEC & FBI to finally get Phil Godlewski behind bars)
>
> Dear FBI,
> ...
> Show more

12:33 PM · Mar 6, 2024 · 8,765 Views

💬 21          ⟲ 69          ♡ 181          🔖 5          ↑



Nick Alvear reposted

Shack2daFuture @shack2daFuture · Mar 6

#ExposePhilGodlewski is trying to threaten & intimidate ppl from reporting him to the @SECGov @FBI @FTC and law enforcement for his many financial schemes & scams.

🚫 Not Smart @PhilGodlewski_

🚫 This is AMERICA & ppl can report tips, concerns, complaints & and WHATEVER THE HELL....

Show more

How do I make a report to the SEC?

We strongly encourage the public (including whistleblowers) to submit any tips, complaints, and referrals (TCRs) using the SEC's online TCR system and complaint form at https://www.sec.gov/tcr

● https://www.sec.gov/submit-a-tip

Office of the Whistleblower · SEC.gov

What is the Whistleblower rule for the SEC?

The Rule states: [n]o person may take any action to impede an individual from communicating directly with the Commission staff about a possible securities law violation, including enforcing, or threatening to enforce, a confidentiality agreement... with respect to such communications."



...the secret or schemes that I have chosen to use to pay under Federal Lawsuit for.

Again, file against me if I've harmed you. But if you file and we're not harmed, you have created an actionable case for me, and trust me, I fully intend to take action.

Contact info for SEC and FBI:

hat happens when you report fraud to the deral Trade Commission?

ur report is shared with more than 2,600 law forcers. We can't resolve your individual report but e use reports to investigate and bring cases agains rud, scams, and bad business practices





○ 13     �10 38     ♡ 18     ili 2.3K

Post

Nick Alvear ✔
@GoodLionTv

If you've been fed up, it's time to call the feds down.

Look up Phil Godlewski - a rally of the people.

(Copy and paste this complaint to the SEC & FBI)

Dear FBI,

I am writing to alert you to a matter of grave concern regarding potential criminal activities involving individuals named Phil Godlewski and Kelly Felix. Through a chat platform, I have become aware of potential illicit activities orchestrated by Phil Godlewski, possibly in collaboration with Kelly Felix of Goldco.

Phil Godlewski conducts multiple fraudulent investment schemes. He gains the trust of his older followers by purporting to be a government/military insider with secret connections to Trump and various three-letter agencies. It sounds outlandish, but I assure you tens of thousands of people trust him and he has been able to scam at least fifty million dollars from them. One is through an affiliate marketing scheme with GoldCo called GoldQuiz.com with Kelly Felix. People who roll over their 401k or IRAs lose thirty to forty percent of the value of their retirement in fees and outrageously overpriced metals.

Another is 7k Metals, which also sells uneducated victims exorbitantly overpriced collectible silver in a multilevel marketing scheme. When victims complain he bans them from his Telegram and deletes their comments so his other followers are not dissuaded from investing. The worst part is he convinces them by assuring them that the US financial system is imminently going to crash and they will lose all their money if they leave it in the bank or market. I understand this sounds unreasonable, but many many people buy into it.

He also sells Trump Coins and Trump Bucks that have no value and uses AI generated voices of Trump and his sons to endorse these fraudulent schemes. Many of his followers have lost thousands on these schemes.

The icing on the cake is that Godlewski shelters the money he grifts by purchasing multimillion dollar properties in the names of various LLCs and he has not filed taxes in years. This is verified in his pending litigation in Lackawanna County against the Scranton Times.

Godlewski has a criminal history of check fraud, lying on gun applications, and corruption of a minor. The fact he is getting away with conning the life savings of hard working Americans is mind boggling. Please look into this.

He has used fraud, deceit and fear to encourage his audience to roll over their 401ks into gold without exposing the fees - to which hundred have complained about 40% or more loss when rolled over.

There are even cases of suicide that we suspect are connected because of the massive loss of savings and shock. All this is covered in GoodLion.tv film "the greatest fraud on earth".

Given the gravity of these allegations, I urge the FBI to initiate an investigation into Phil Godlewski and any further ties he may have with Kelly Felix through their joint website GoldQuiz which was under the companies Underestimated LLC & Dedicated Services LLC as this is vital to ensure the safety and security of our community by swiftly addressing and apprehending individuals engaged in criminal activities.

I implore the FBI to take prompt and decisive action to thoroughly investigate these claims and bring those responsible to justice. Your swift intervention and diligent investigation are essential in upholding law and order within our society.

Thank you for your attention to this urgent matter.

Sincerely,
[Your Name]

Send to both - SEC & FBI - if you've been fed up, it's time to call feds down.

SEC: Contact the Securities and Exchange Commission at 1-800-SEC-0330, or online at sec.gov or sec.gov/complaint/sele...

FBI: Report organized crime
Submit a tip online to the FBI tips.fbi.gov/home or
Call 1-800-CALL-FBI (1-800-225-5324)

@SheShedThuther @Protestario1 @ALPASION17 @Zilosophy.Aali
@Skriptkeeper17 @MikeGld14446758 @FBI @clif_high

12:50 PM · Mar 6, 2024 · 19.9K Views

 **Nick Alvear** ✔
@GoodLionTV

#exposePhilGodlewski
Operation Phuck Around & Phind Out

Document to upload to the SEC & FBI complaint about Phil Godlewski.

There is so much fraud on this guy – and he's panicking that we are doing this. Why panic if you are in the clear?

Connect the dots.

Download it here: dropbox.com/scl/fi/fjnbcus...

Report it here:

SEC: Contact the Securities and Exchange Commission at 1-800-SEC-0330, or online at sec.gov or sec.gov/complaint/sele...

FBI: Report organized crime
Submit a tip online to the FBI. tips.fbi.gov/home
Call 1-800-CALL-FBI 📞(1-800-225-5324).



6:08 PM · Mar 6, 2024 · **8,147** Views

Nick Alvear

ITS TIME TO TAKE ACTION.

The FBI headquarters is in Washington D.C. and for those paying attention we have now taken our exposure of Phil Godlewski to the next stage.

I am reaching out to invite 1-10 people to embark on a journey to the FBI and SEC HEADQUARTERS where you can make a complaint in person.

It will take these online complaints to the next level.

If you've been damaged by Phils crimes, if you were tricked into GoldQuiz/GoldCo, if you bought the snake venom filters, if you were sold Trump bucks, if you witnessed any of the above and live near the DC area...

Email me nick@goodlion.tv and I'll have everything you need to make a successful trip and complaint. I will pay for gas, food, and lodging if necessary.

This is how we take down the cabal.



7:07 PM · Mar 6, 2024 · **9,279** Views



♡ 24          ⇄ 86          ♡ 255          🔖 8          ⬆

**Nick Alvear**  @GoodLionTV · Mar 8

Phil Godlewski @PhilGodlewski_ arrested for having sex with a minor child.

Don't be gullible. Don't let this guy sell you gold, silver, lies, or patches.

@kellyfelix is the guy who designed Phils scam with Goldquiz. When you have more greed than heart... you are destined to...

Show more



○ 41          ⟲ 131          ♡ 368          📊 12K

⇅ Nick Alvear reposted

 **The Michelle Moore Show** ✔ @SheShedTruther · Mar 13
A 15-year-old is still a child.

It's shocking
to watch people
who say they're in
a movement
that's about
the children not
care about children.



💬 15          ⇅ 37          ♡ 155          ᴥ 5.4K          🔖          ⤴



Nick Alvear ✔ @GoodLionTV · Mar 18
Receipts from our campaign 🙌

Dr. Z ✔ 🔹 @Zilosophy_4all · Mar 18

As promised here are the receipts and accounting for The Greatest
Fraud On Earth advertising supported by The Phillboard Phundraiser.

Contracts for static Phillboards and Airport Boards are not included as
we got phull rephunds phor both meaning we got thousands of ....

Show more





**Nick Alvear** ✔ @GoodLionTV · Mar 29 ···

Phil celebrates my wins so when I expose him as a pedo - he'll celebrate it outwardly. He thought just two days ago I didn't have a lawyer. Said he won the case already. 😂 Oh he was wrong. Broke Back Peddling all day for Phildo Phaggins.

 **Dr. Z** ✔ @Zilosophy_4all · Mar 29

Poor Phildo just can't get a win. Especially against @GoodLionTV

Phildo is more finished than Diddy getting jizzed on by 10 dudes. #NoDiddy

...

Show more



Entry of Appearance for
NA - 3-27-24.pdf
1.2 MB

NA - Request for 10 day
extensions.pdf
3 MB

**Godlewski v. Alvear et al**

After waiting 23 days to file a defense, Nick Alvear has finally hired a defense attorney, and they are now asking the court to extend the response deadline by 10 days.

The allotted period for response was 21 days.

The court could allow the extension, or they may not.

Waiting on Judge Munley's ruling.

9.1K 8:50 AM

Today

PG Legal Battles

 24    34    154    7.6K

# THE GREATEST FRAUD ON EARTH AD CAMPAIGN

**Total Expenses**

| | | |
|---|---|---|
| Radio | 99 :30 spots across 3 stations over 2 weeks | $3,000.00 |
| Mobile Philboard | One day covering the entire WB/ Scranton Mkt | $1,800.00 |
| Static Philboards | Two digital Philboards for 30 days | $2,100.00 |
| Phlyers | 2,000 5x7 poscards to be distributed in WB/Sc | $283.00 |
| | inc. shipping | |
| Surprise | A special surprise for Phildo on 2/9 | $1,800.00 |

| | |
|---|---|
| **Total Spent** | **$8,983.00** |

**Total Revenue**

| | | |
|---|---|---|
| Philboard Phundraiser | GiveSendGo campaign | $5,884.00 |
| Good Lion Films | | $3,099.00 |

| | |
|---|---|
| **Total Raised** | **$8,983.00** |

| |
|---|
| **$0.00** |

**Remaining to Spend**

 **Nick Alvear** ✓ @GoodLionTV · Apr 23

Phildophile losing his motion for Anti-SLAPP against McCaslin... 

Enjoying the slow motion crumble of this imbecile? I am! 🍿

---

DEPARTMENT F LAW AND MOTION RULINGS

Case Number: 21TRCV01543   Hearing Date: April 23, 2024   Dept: P

Moving Party: Defendant Philip Gadbois

Responding Party: Plaintiff Christine McCaslin

Motion to Strike Plaintiff's First Cause of Action for Intentional Infliction of Emotional Distress pursuant to Code of Civil Procedure §425.16.

The court considered the moving papers, opposition and reply.

RULING:

Defendant's Motion to Strike Plaintiff's First Cause of Action for Intentional Infliction of Emotional Distress pursuant to Code of Civil Procedure §425.16 is DENIED.

BACKGROUND:

Plaintiff Christine McCaslin is a hair stylist who owns a business in Los Angeles County known as Salon Touche. Plaintiff alleges Defendant Philip Gadbois posted her contact information and her business information to his over 300,000 Telegram social media followers and encouraged them to leave negative reviews about Salon Touche and harass Plaintiff personally. As a result of Defendant Gadbois's Telegram posts, Plaintiff has received more than 1,000 negative reviews on Yelp and Google. Plaintiff alleges Gadbois is a follower, also

made negative posts on her Facebook and Instagram business accounts. Plaintiff alleges her business phone number has become inordinately unusable due to the number of non-customers using the number to harass her instead of booking an appointment. Plaintiff has also personally received handwritten threats to her person at her place of business.

On July 19, 2021, Plaintiff filed a complaint against Gadbois alleging a single cause of action for intentional infliction of emotional distress. On September 6, 2021, Gadbois filed the Special Motion to Strike (Code SLAPP motion) currently before this Court. On April 16, 2024, Plaintiff filed an opposition to the anti-SLAPP motion. On April 18, 2024, Defendant filed a reply to Plaintiff's Opposition.

LEGAL AUTHORITY

A cause of action against a person arising from any act of that person in furtherance of the person's right of petition or free speech under the United States Constitution or the California Constitution in connection with a public issue shall be subject to a special motion to strike, unless the court determines that the plaintiff has established that there is a probability that the plaintiff will prevail on the claim. (C.C.P. §425.16(b)(1).

As used in this section, "act in furtherance of a person's right of petition or free speech under the United States or California Constitution in connection with a public issue" includes: (1) any written or oral statement or writing made before a legislative, executive, or judicial proceeding, or any other official proceeding authorized by law; (2) any written or oral statement or writing made in connection with an issue

---

 51          ♻ 89          ♡ 410          📊 10K          🔖    ⬆