IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| PHILIP GODLEWSKI,<br>　　　　　**Plaintiff** | : | No. 3:24cv344 |
| | : | |
| | : | **(Judge Munley)** |
| v. | : | |
| | : | |
| EDUARDO NICOLAS ALVEAR<br>GONZALEZ a/k/a ALVEAR<br>GONZALEZ EDUARDO NICOLAS<br>a/k/a NICOLAS ALVEAR, GOOD<br>LION FILMS, LLC, and GOOD LION<br>TV, LLC, | : | |
| 　　　　　**Defendants** | : | |

## ORDER

On April 4, 2024, defendants filed a motion to dismiss plaintiff's complaint for failure to state a claim and for lack of jurisdiction pursuant to Federal Rule of Civil Procedure 12(b)(2) and 12(b)(6). (Doc. 16). The Federal Rules of Civil Procedure permit a party to amend its pleading once as a matter of course no later than twenty-one (21) days after service of a motion pursuant to Rule 12(b). FED. R. CIV. P. 15(a)(1)(B). Plaintiff filed an amended complaint on April 25, 2024. (Doc. 22). Generally, the filing of an amended complaint renders motions to dismiss moot. Merritt v. Fogel, 349 F.App'x. 742, 745 (3d Cir. 2009)(citation omitted). Accordingly, defendants' motion to dismiss (Doc. 16) is **DENIED** without prejudice as moot.

Date: 4/29/24

BY THE COURT:

JUDGE JULIA K. MUNLEY
United States District Court