IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PHILIP GODLEWSKI,<br><br>                                 Plaintiff,<br>v.<br><br>EDUARDO NICOLAS ALVEAR<br>GONZALEZ, *AKA* ALVEAR GONZALEZ<br>EDUARDO NICOLAS, *AKA*<br>NICOLAS ALVEAR; and<br>GOOD LION TV, LLC,<br>                                Defendants | CIVIL ACTION—LAW & EQUITY<br>*(HON. JULIA K. MUNLEY)*<br><br>JURY TRIAL DEMANDED<br><br>No.: 3:24—CV—00344—JKM |

## ORDER

AND NOW, this \_\_\_\_\_ day of **MAY, 2024**, upon consideration of Defendants' Motion for Authorization to File Brief Not to Exceed 8,500 Words Pursuant to Local Rule 7.8(b)(3), unopposed by Plaintiff, it is hereby **ORDERED** and **DECREED** that Defendants' Motion is **GRANTED**.

**IT IS HEREBY ORDERED** that Defendants shall be authorized to file their Brief in Support of Motion to Dismiss First Amended Complaint, in Whole or in Part, and, If Granted in Part, Motion to Dismiss Remaining Claims exceeding the maximum word limits outlined in Local Rule 7.8(b), but not to exceed 8,500 words.

                                                                          **BY THE COURT:**

                                                    _____J.
                                                    HON. JULIA K. MUNLEY, J.