GODLEWSKI V. ALVEAR, NO. 3:24-CV-00344 (JKM)
DEFS.' MOT. TO DISMS.

# EXHIBIT "A"

# EXHIBIT "A"

### DEMONSTRATIVE COMPILATION OF ALL ALLEGEDLY WRONGFUL "DISCURSIVE ACTS"

I. *CRIMEN FALSI* – "FRAUD/THIEF/GRIFTER/LIAR/STEALING MONEY"

1. **Exhibit A #1** — "…you'll absolutely see how Phil is the greatest fraud in this movement."
2. **Exhibit A #3** — "SkriptkeeperElect references song Fraudlewski, Nick shares it"
3. **Exhibit H #1** — SEC regarding Phil…report violations to FBI
4. **Exhibit H #2** — "(Copy and paste this complaint to the SEC & FBI to finally get Phil Godlewski behind bars)…
5. **Exhibit H #3** — …People have committed suicide because of his lies…
6. **Exhibit H #4** — "If you have been fed up, its time to call the feds down." …
7. **Exhibit H #5** — "Operation Phuck around and Phind Out" (links to SEC and FBI)
8. **Exhibit H #6** — "…if you have been damaged by Phils crimes…" links to SEC and FBI
9. **Exhibit H #7** — Template for how to report Phil Godlewski to the SEC
10. **Exhibit H #8** — SEC Complaint Form (8 pages)
11. **Exhibit I** — "Phil G. writes bad check… (pg 4 of 67)
12. **Exhibit I** — "November 13, 2019: Phil G writes $21,789.84 bad check." (12 of 67)
13. **Exhibit I** — "Late 2021: Phil, being closed to broke, starts to sell silver, and gold, as rollover 401k programs-based on lies that silver would increase dramatically in price." (15 of 67)
14. **Exhibit I** — Verification that Phil G is not a member of Mensa (26,27 of 67)
15. **Exhibit I** — "Phil Godlewski is a Liar/Fraud/P…" (28 of 67)
16. **Exhibit I** — "Lie 4: Inflated numbers, no receipts" (44 of 67)
17. **Exhibit I** — "Lie 7: Law Degrees" (48 of 67)
18. **Exhibit I** — "Lie 8: High IQ" (49 of 67)
19. **Exhibit I** — "Lie 11: Rumble Live Views" (53,55-56 of 67)
20. **Exhibit K** — "Phil promised and lied to his first wave of 7k metals referrals…" (4 of 63)
21. **Exhibit K** — "Once upon a time someone who followed Phil's words & financial advice committed suicide." (6 of 63)
22. **Exhibit K** — "I'd say its safe to say the guy who created the fake Trump bucks, sold fake venom water & buys his telegram and rumble followings has no space to say a product that helps children is fake…" (21 of 63)
23. **Exhibit K** — "They feared and defrauded people into converting their retirement into their company" (26 of 63)
24. **Exhibit K** — "Many of his followers have lost thousands on these schemes." (33 of 63)



| | | |
|---|---|---|
| 25. | **Exhibit K** | "Godlewski has a criminal history of check fraud, lying on gun applications, and corruption of a minor. The fact that he is getting away with conning the life savings of hard working Americans is mind boggling." (34 of 63) |
| 26. | **Exhibit K** | "…he's written on paper to the judge in the Scranton Times care that he hasn't filed taxes since 2017." (38 of 63) |
| 27. | **Exhibit K** | "Phil Godlewski conducts multiple fraudulent investment schemes." (39 of 63) |
| 28. | **Exhibit K** | (40 of 63) |
| 29. | **Exhibit K** | "If Phil has defrauded you through GoldCo, Trump Bucks, Cue Streaming, etc., reach out to the following authorities: SEC..FBI.." (49 of 63) |
| 30. | **Exhibit L** | "He tells followers he went to Harvard, is a member of Mensa, and gets called out for lying about being a college grad." (7 of 92) |
| 31. | **Exhibit L** | "Exhibit Z: we have learned of someone who committed suicide because of Phil." (29 of 92) |
| 32. | **Exhibit L** | "…Don't let this guy sell you gold, silver, lies, or patches. @kellyfelix is the guy who designed Phils scam with Goldquiz." (87 of 92) |

## II.   SEX WITH MINOR – "Pedophile/Pedo/Sex with Minor/Groomer"

| | | |
|---|---|---|
| 33. | **Exhibit B #1** | "Welcome back home Pedo Phuck" |
| 34. | **Exhibit C #1** | "Phildo is phinished" |
| 35. | **Exhibit E #1** | "Phildo Night Live" |
| 36. | **Exhibit I** | Nick shares article titled "Qanon Leader Inadvertently Outs Himself as a Groomer" (16 0f 67) |
| 37. | **Exhibit I** | "One thing that's annoying is people are hitting up my lady bitching at her because I support a pedophile." (18 of 67) |
| 38. | **Exhibit I** | Shared Text Messages taken from case between Phil G and Brianna D (20 of 67) |
| 39. | **Exhibit I** | "Phil Godlewski is a Liar/Fraud/P…" (28 of 67) |
| 40. | **Exhibit I** | "Phil's past of pedophilia has him in court." (34 of 67) |
| 41. | **Exhibit I** | "GoodLionTV: Phil Godlewski: Plead Guilty for Corruption of Minor. In This case found on text record from the victims phone-Phil was incredibily filthy and nasty and fucked her in many vacant homes for sale (he was doing real estate back then)" (39 of 67) |
| 42. | **Exhibit K** | "Phil is the only Pedo in the truther movement." (2 of 63) |
| 43. | **Exhibit K** | "Hey Phil, if you didn't want to be called a Pedo, ya definitely shouldn't have fucked a minor and admitted it on texts… (3 of 63) |

| | | |
|---|---|---|
| 44. | **Exhibit K** | "Don't be afraid to call Phillip Godlewski a pedo....He's a fucking child molesting pedo..." (10 of 63) |
| 45. | **Exhibit K** | (11 of 63: whole page) |
| 46. | **Exhibit K** | "Phil Godlewski invited Brie to the school carwash when she was 14. That would be normal behavior if he hadn't fucked her months later." (13 of 63) |
| 47. | **Exhibit K** | "PUH PUH PUH PEDO!!!" (14 of 63) |
| 48. | **Exhibit K** | "Happy to report ~ the Lions den has moved on from talking about low life loser Pedo Phil...That pedo doesn't matter." (15 of 63) |
| 49. | **Exhibit K** | "Wow we are dealing with a serious evil kid grooming pedophile here." (17 of 63) |
| 50. | **Exhibit K** | "Remember, that guy is Phil Godlewski and he went to jail for having sex with a child." (21 of 63) |
| 51. | **Exhibit K** | "I worry about the children that live under his roof. Whether they are actually his or not...I wouldn't put it past Phil touch them inappropriately, molest them, and corrupt their morals. Answer: Once a Pedo, Always a Pedo." (22 of 63) |
| 52. | **Exhibit K** | "So when you have a con artist like Phil telling you we hurt children, just know he's more interested in hurting them for his own pleasure than helping them get better. (7 charges & more for sexual assault toward a minor)" (24 of 63) |
| 53. | **Exhibit K** | "Almost 20k have been equipped with action to take against Phildophile Fraudlewski." (31 of 63) |
| 54. | **Exhibit K** | "Phil doesn't care for children-he grooms them. Stay clear of the grifting pedo freak." (44 of 63) |
| 55. | **Exhibit K** | "Phil does exactly the opposite of that – he screws young girls and rips off the elderly." (46 of 63) |
| 56. | **Exhibit K** | "There is a reason Phil doesn't live with his kids. It has become very evident that if he did - he'd be sexually assaulting them out of the frustration of getting called out for being a pedo. Thank God those kids are safe and thank God Kerri's kids live with their grandpa. God is working overtime protecting those kids from the satanic pedo parents they have." (47 of 63) |
| 57. | **Exhibit K** | "Differences between Phil and I: I allow freedom of speech in my chats; I don't groom or fuck children; I only sell what I create; I don't look at his chats, while he studies mine; I'm not a phag; The list goes on and on..." (50 of 63) |
| 58. | **Exhibit K** | "Anyone who, at this point, doesn't believe Phil the Pedo Fraudlewski had sex with a minor, is just gullible and lying to themselves in the face |

|     |           |                                                                                                                                                                                                                                                                                      |
|-----|-----------|--------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
|     |           | of all evidence. Fuck that scamming pedo fuck – he craved a 14 year old in his mid 20's." (51 of 63)                                                                                                                                                                                 |
| 59. | Exhibit K | "The most hated pedo fauxtruther keeps getting exposed." (52 of 63)                                                                                                                                                                                                                  |
| 60. | Exhibit K | (54 of 63)                                                                                                                                                                                                                                                                           |
| 61. | Exhibit K | "He's a pedo and we all know it." (55 of 63)                                                                                                                                                                                                                                         |
| 62. | Exhibit K | "When a crazed bully pedo tries to take advantage of people's hope and intelligence-a Lion eventually comes around to piss on his face." (60 of 63)                                                                                                                                  |
| 63. | Exhibit K | "Phildophile just got denied Anit-SLAPP." (63 of 63)                                                                                                                                                                                                                                 |
| 64. | Exhibit L | "Exhibit S: one more testimony from Brie admitting Phil had sex with her when she was 15…from the Scranton times defamation suit. Has he conquered his addiction and attraction to children? Who knows. I wouldn't take his word for it." (3 of 92)                                  |
| 65. | Exhibit L | "Exhibit C: Dori, Phil's X, in her deposition admits the minor Brie had confessed to her the truth of their sexual relationship." (4 of 92)                                                                                                                                          |
| 66. | Exhibit L | "Exhibit M: Phil admits to having sex with Brie" (8 of 92)                                                                                                                                                                                                                           |
| 67. | Exhibit L | "Pedophile Definition: someone attracted to minors/minor children. Phil plead guilty to: CORRUPTING A MINOR. Phil Godlewski is a Pedophile. I repeat-the grifter Qanon wannabe Phil Godlewski is a PEDO. (11 of 92)                                                                   |
| 68. | Exhibit L | "Listen to this song about Pedo Phil (13 of 92)                                                                                                                                                                                                                                      |
| 69. | Exhibit L | "Anyone, as an adult, takes advantage of a minor for sex, needs to get their balls chopped off. Something tells me Phil had that happen already." (14 of 92)                                                                                                                         |
| 70. | Exhibit L | "One of these is legitimate evidence in a defamation case against Phil Godlewski for lying about the minor he fucked." (16 of 92)                                                                                                                                                    |
| 71. | Exhibit L | "Phil, you are a fucking pedo you sick nasty fuck." (17 of 92)                                                                                                                                                                                                                       |
| 72. | Exhibit L | "YOU CAN'T SPELL PEDOPHILE WITHOUT SPELLING PHIL" (18 of 92)                                                                                                                                                                                                                         |
| 73. | Exhibit L | "Phil is a PEDO. That's not defamation because its TRUE…(19 of 92)                                                                                                                                                                                                                   |
| 74. | Exhibit L | "We absolutely destroyed every lame stream narrative from that pedo grifting maniac…way to go guys!" (22 of 92)                                                                                                                                                                      |
| 75. | Exhibit L | "When Pedo Phil's defamation case goes against his favor…what lie will he make up then? (23 of 92)                                                                                                                                                                                   |
| 76. | Exhibit L | "Nick Alvear reposted "Dr. Z (twitter/X) "Phildo Phaggins is the Hunter Biden of truthers. Pass it on." (25 of 92)                                                                                                                                                                   |
| 77. | Exhibit L | "Scranton times delivers their evidence in the case against Pedo Phil…" (27 of 92)                                                                                                                                                                                                   |

| | | |
|---|---|---|
| 78. | **Exhibit L** | "They say on a full moon he comes out thirsty for minors. @PhilGodlewski" (30 of 92) |
| 79. | **Exhibit L** | "Nothing you do scares me Phildo @PhilGodlewski (aka the grifting pedo maniac)" (32 of 92) |
| 80. | **Exhibit L** | "For the record: Phil fucked a 15 year old. (34 of 92) |
| 81. | **Exhibit L** | "Does that Pedo-Phil think he's actually good in court." (35 of 92) |
| | **Exhibit L** | "Phil is literally the most disgusting pedo piece of shit to have ever touched the firmament." (36 of 92) |
| 82. | **Exhibit L** | "Godlewski is a fucking pedo" (43 of 92) |
| 83. | **Exhibit L** | "I bet some serious money he's tied to child sex trafficking rings in Lahaina and Lake Havasu...Phil is a corrupt pedo.." (48 of 92) |
| 84. | **Exhibit L** | "This is a badass rap song calling out the PEDO PHIL! (51 of 92) |
| 85. | **Exhibit L** | "He's a pedophile" (57 of 92) |
| 86. | **Exhibit L** | "Promotes a pedophile that has been caught lying about his Harvard degree and Mensa certificate..." (58 of 92) |
| 87. | **Exhibit L** | Shared "Phil Godlewski is a nasty pedophile. Pass it on" (65 of 92) |
| 88. | **Exhibit L** | "Neighborhood Watch and Exposure of Pedos." (79 of 92) |
| 89. | **Exhibit L** | "Phil celebrates my wins so when I expose him as a pedo-he'll celebrate it outwardly." (90 of 92) |

### III.    "CONVICTED / TRIED"

**A.    Exhibit I**

90. "Extraordinary Claims Require Extra Ordinary Receipts"
91. "2008-2010 Phil G. and Brie D. begin a sexual relationship." (pg 3 of 67)
92. "Phil sues Brie, the minor he had sexual relations with..." (5 of 67)
93. "Phil committed sexual assaults on a minor in 2008 into 2010." (6 of 67)
94. "2008-2010: Phil G and Brie D. begin a sexual relationship." (7 of 67)
95. "July 11th 2011: Phil pleads guilty." Highlights original charges (10 of 67)
96. "February 14th, 2021: Chris Kelly writes Scranton Times article highlighting Phil's grift as a Qanon leader, and his crimes of corrupting a minor." (13 of 67)
97. "May 3rd 2023: Phil sues Brie, the minor he had sexual relations with, claiming her words were lies to the Scranton times." (17 of 67)
98. "Lie 1: They have had sex." (42 of 67)
99. "His criminal record shows Statutory Sexual Assault" (46 of 67)
100. "The best thing about my history is that I've never been so desperate for sex that I had to start going to children." (5 of 63)

101. "He claims to be in our movement fighting for children, yet has actually been caught and tried for molesting one. Yet if you listen to his side – the cell phone text messages were doctored, and his victim made it all up. He's not a member of Mensa, and the Trump administration didn't ask him to work for them. Yes, he actually says this! (Paragraph 27 Doc. 22).

**B. Exhibit K**

102. "I pray Phil does not harm any more children..." (8 of 63)
103. "Phil you defamed yourself. lying so much and sexually assaulting a child." (12 of 63)
104. "Remember, that guy is Phil Godlewski and he went to jail for having sex with a child." (21 of 63)
105. "He's a greedy, toothless, nasty man who pled guilty to sexually corrupting a minor – that is- having sex with one multiple times-greedy and nasty and more importantly noticeable...poor and desperate." (56 of 63)
106. "Team Phil continues to learn you cant reverse a guilty plea for his sex crimes against children with present day defamation suits." (62 of 63)

**C. Exhibit L**

107. "Phil Godlewski pleading to corruption of a minor...sexual intercourse...many times." (2 of 92)
108. "Exhibit H: Statement of Charges "To wit: The defendant GODLEWSKI did engage in sexual intercourse with a minor child victim under the age of 18" (5 of 92)
109. "New Exhibit 2: Phil pleads guilty to 8 charges including sexual assault. He convinces minor not to testify. Phil then retracts guilty plea. He's given the corruption of minor charge to plea to. Megans Law passes just shortly after so he didn't have to register. (26 of 92)
110. "You know why Phil is going to lose all his cases...because he's already signed a plea and agreed to a plea deal that stated "to wit: the defendant GODLEWSKI did engage in sexual intercourse with a minor child victim under the age of 16" (49 of 92)