<u>Godlewski v. Alvear</u>, No. 3:24—CV—00344 (JKM)
Defs.' Mot. to Disms.

# Exhibit "F"

# Magisterial District Judge 11-3-08

## DOCKET

Docket Number: MJ-11308-CR-0000098-2022

## Criminal Docket

Commonwealth of Pennsylvania
v.
Philip John Godlewski

Page 1 of 3

### CASE INFORMATION

| | | | |
|---|---|---|---|
| Judge Assigned: | Magisterial District Judge Joseph D. Spagnuolo Jr. | Issue Date: | 06/22/2022 |
| OTN: | R 310571-2 | File Date: | 06/22/2022 |
| Arresting Agency: | Luzerne County, Detectives | Arrest Date: | |
| Complaint No.: | PA0405500-C000000806 | Incident No.: | 20220622M0386 |
| Disposition: | Guilty Plea | Disposition Date: | 08/10/2022 |
| County: | Luzerne | Township: | Plains Township |
| Case Status: | Closed | | |

### STATUS INFORMATION

| Case Status | Status Date | Processing Status |
|---|---|---|
| Closed | 08/11/2022 | Completed |
| | 08/10/2022 | Case Balance Due |
| | 08/10/2022 | Case Disposed/Penalty Imposed |
| | 08/10/2022 | Awaiting Sentencing |
| | 06/22/2022 | Awaiting Preliminary Hearing |

### CALENDAR EVENTS

| Case Calendar Event Type | Schedule Start Date | Start Time | Room | Judge Name | Schedule Status |
|---|---|---|---|---|---|
| Preliminary Hearing | 08/10/2022 | 9:45 am | | Luzerne County Central Court | Scheduled |

### DEFENDANT INFORMATION

| | | | |
|---|---|---|---|
| Name: | Godlewski, Philip John | Sex: | Male |
| Date of Birth: | 06/26/1983 | Race: | White |

Address(es):
**Home**
Duryea, PA 18642

| | |
|---|---|
| Advised of His Right to Apply for Assignment of Counsel? | Yes |
| Public Defender Requested by the Defendant? | No |
| Application Provided for Appointment of Public Defender? | Yes |
| Has the Defendant Been Fingerprinted? | No |

### CASE PARTICIPANTS

| Participant Type | Participant Name |
|---|---|
| Defendant | Godlewski, Philip John |
| Arresting Officer | Patton, William A. |

### CHARGES

| # Charge | Grade | Description | Offense Dt. | Disposition |
|---|---|---|---|---|
| 1  18 § 4904 §§ B | M3 | Statement Under Penalty | 02/17/2021 | Guilty Plea |
| 2  18 § 4904 §§ B | M3 | Statement Under Penalty | 02/17/2021 | Guilty Plea |

MDJS 1200                                                                                                                 Printed: 04/03/2024  3:20 pm

Recent entries made in the court filing offices may not be immediately reflected on these docket sheets . Neither the courts of the Unified Ju[dicial system of the] Commonwealth of Pennsylvania nor the Administrative Office of Pennsylvania Courts assumes any liability for inaccurate or delayed data , e[rrors or omissions] on these docket sheets. Docket sheet information should not be used in place of a criminal history background check, which can only be [provided by the] Pennsylvania State Police. Employers who do not comply with the provisions of the Criminal History Record Information Act (18 Pa.C.S. Se[ction 9101 et seq.] may be subject to civil liability as set forth in 18 Pa.C.S. Section 9183.

EXHIBIT F



# Magisterial District Judge 11-3-08

## DOCKET

Docket Number: MJ-11308-CR-0000098-2022

## Criminal Docket



Commonwealth of Pennsylvania
v.
Philip John Godlewski

Page 2 of 3

### DISPOSITION / SENTENCING DETAILS

| Case Disposition | Disposition Date | Was Defendant Present? |
|---|---|---|
| Guilty Plea | 08/10/2022 | Yes |

| Offense Seq./Description | Offense Disposition |
|---|---|
| 1 Statement Under Penalty | Guilty Plea |
| 2 Statement Under Penalty | Guilty Plea |

### ATTORNEY INFORMATION

**District Attorney**

Name: Luzerne County District Attorney's Office
Representing: Commonwealth of Pennsylvania
Counsel Status: Active
Supreme Court No.:
Phone No.: 570-825-1674
Address: Luzerne County Courthouse
1st Floor Main Courthouse
200 North River Street
Wilkes-Barre, PA 18711

**Private**

Name: Joseph R. D'Andrea, Esq.
Representing: Godlewski, Philip John
Counsel Status: Active
Supreme Court No.: 043105
Phone No.: 570-207-7100
Address: 320 N Blakely St
Dunmore, PA 18512-1906

### DOCKET ENTRY INFORMATION

| Filed Date | Entry | Filer | Applies To |
|---|---|---|---|
| 08/10/2022 | Guilty Plea | Magisterial District Judge Joseph D. Spagnuolo Jr. | Philip John Godlewski, Defendant |
| 07/19/2022 | First Class Summons Accepted | Magisterial District Court 11-3-08 | Philip John Godlewski, Defendant |
| 07/11/2022 | Certified Summons Accepted | Magisterial District Court 11-3-08 | Philip John Godlewski, Defendant |
| 07/11/2022 | Certified Fingerprint Order Accepted | Magisterial District Court 11-3-08 | Philip John Godlewski, Defendant |
| 06/27/2022 | First Class Fingerprint Order Issued | Magisterial District Court 11-3-08 | Philip John Godlewski, Defendant |
| 06/27/2022 | Fingerprint Order Issued | Magisterial District Court 11-3-08 | Philip John Godlewski, Defendant |
| 06/27/2022 | Certified Fingerprint Order Issued | Magisterial District Court 11-3-08 | Philip John Godlewski, Defendant |
| 06/27/2022 | Summons Issued | Magisterial District Court 11-3-08 | Philip John Godlewski, Defendant |
| 06/27/2022 | Certified Summons Issued | Magisterial District Court 11-3-08 | Philip John Godlewski, Defendant |
| 06/27/2022 | First Class Summons Issued | Magisterial District Court 11-3-08 | Philip John Godlewski, Defendant |
| 06/22/2022 | Criminal Complaint Filed | Magisterial District Court 11-3-08 | |

Recent entries made in the court filing offices may not be immediately reflected on these docket sheets. Neither the courts of the Unified Judicial System of the Commonwealth of Pennsylvania nor the Administrative Office of Pennsylvania Courts assumes any liability for inaccurate or delayed data, errors or omissions on these docket sheets. Docket sheet information should not be used in place of a criminal history background check, which can only be provided by the Pennsylvania State Police. Employers who do not comply with the provisions of the Criminal History Record Information Act (18 Pa.C.S. Section 9101 et seq.) may be subject to civil liability as set forth in 18 Pa.C.S. Section 9183.



# Magisterial District Judge 11-3-08

## DOCKET

Docket Number: MJ-11308-CR-0000098-2022

## Criminal Docket

Commonwealth of Pennsylvania
v.
Philip John Godlewski

Page 3 of 3

### PAYMENT PLAN SUMMARY

| Payment Plan No. | Payment Plan Freq. | Next Due Date | Active | Next Due Amt. | Overdue Amt. |
|---|---|---|---|---|---|
| 11308-2022-P0000574 | Single Payment | | No | $0.00 | $0.00 |

**Responsible Participant**
Godlewski, Philip John

| Payment Plan History: Payment Dt. | Applied Dt. | Transaction Type | Payor | Participant Role | Amount |
|---|---|---|---|---|---|
| 08/10/2022 | 08/11/2022 | Payment | godlewski, phil | Remitter | $226.75 |

### CASE FINANCIAL INFORMATION

Case Balance:  $0.00    Next Payment Amt:
Last Payment Amt:       Next Payment Due Date:

| | Assessment Amt | Adjustment Amt | Non-Monetary Payment Amt | Payment Amt | Balance |
|---|---|---|---|---|---|
| Crime Victims Compensation (Act 96 of 1984) | $35.00 | $0.00 | $0.00 | ($35.00) | $0.00 |
| Criminal Justice Enhancement (Act 30 of 2007) | $25.00 | $0.00 | $0.00 | ($25.00) | $0.00 |
| Criminal Justice Enhancement (Act 30 of 2007) | $25.00 | $0.00 | $0.00 | ($25.00) | $0.00 |
| Firearm Education and Training Fund | $5.00 | $0.00 | $0.00 | ($5.00) | $0.00 |
| Victim Witness Service (Act 111 of 1998) | $25.00 | $0.00 | $0.00 | ($25.00) | $0.00 |
| ATJ | $6.00 | $0.00 | $0.00 | ($6.00) | $0.00 |
| CJES | $2.50 | $0.00 | $0.00 | ($2.50) | $0.00 |
| Commonwealth Cost - HB627 (Act 167 of 1992) | $11.35 | $0.00 | $0.00 | ($11.35) | $0.00 |
| County Court Cost (Act 204 of 1976) | $36.90 | $0.00 | $0.00 | ($36.90) | $0.00 |
| JCPS | $21.25 | $0.00 | $0.00 | ($21.25) | $0.00 |
| Judicial Computer Project | $8.00 | $0.00 | $0.00 | ($8.00) | $0.00 |
| OAG - JCP | $2.50 | $0.00 | $0.00 | ($2.50) | $0.00 |
| State Court Costs (Act 204 of 1976) | $13.25 | $0.00 | $0.00 | ($13.25) | $0.00 |
| Domestic Violence Compensation (Act 44 of 198 | $10.00 | $0.00 | $0.00 | ($10.00) | $0.00 |

MDJS 1200    Page 3 of 3    Printed: 04/03/2024  3:20 pm

Recent entries made in the court filing offices may not be immediately reflected on these docket sheets. Neither the courts of the Unified Judicial System of the Commonwealth of Pennsylvania nor the Administrative Office of Pennsylvania Courts assumes any liability for inaccurate or delayed data, errors or omissions on these docket sheets. Docket sheet information should not be used in place of a criminal history background check, which can only be provided by the Pennsylvania State Police. Employers who do not comply with the provisions of the Criminal History Record Information Act (18 Pa.C.S. Section 9101 et seq.) may be subject to civil liability as set forth in 18 Pa.C.S. Section 9183.