<u>GODLEWSKI V. ALVEAR</u>, NO. 3:24—CV—00344 (JKM)
DEFS.' MOT. TO DISMS.

# EXHIBIT "J"

| | |
|---|---|
| PHILIP GODLEWSKI,<br>Plaintiff | IN THE COURT OF COMMON PLEAS<br>OF LACKAWANNA COUNTY |
| v. | CIVIL DIVISION |
| CHRIS KELLY, TIMES SHAMROCK<br>COMMUNICATIONS, THE SCRANTON<br>TIMES-TRIBUNE, LARRY HOLEVA<br>Defendants. | JURY TRIAL DEMANDED<br><br>No.: 2021-CV-2195 |

## AFFIDAVIT

STATE OF PENNSYLVANIA          : ss.
COUNTY OF LACKAWWANA

I, Brienna L. DuBorgel, an adult individual who resides at 1101 Claire Drive, Taylor, PA 18517, being duly sworn according to law hereby swears and affirms as follows:

1. My date of birth is 9/8/1993. A copy of my driver's license is attached to this Affidavit.

2. I was the minor victim in the criminal case brought against Philip Godlewski in July 2010.

3. In September of 2008 I began ninth (9th) grade at Riverside High School at the age of 15 years old.

4. On November 10, 2008, my boyfriend, Joseph Strok, III, committed suicide. I was very upset by his death.

5. Shortly before Joseph Strok's death I met Philip Godlewski. I began communicating with him after Joseph's death. Philip Godlewski was 10 years older than me.

6. Within a couple of months after Joseph Strok's death I began having a sexual relationship with Philip Godlewski. I was fifteen (15) years old when we started our sexual relationship.

7. Philip Godlewski bought me gifts including jewelry, a hat and other items during the first few months of our relationship.

1


EXHIBIT J

8. Philip Godlewski and I had sex multiple times while I was a nineth (9th) grade and tenth (10th) grade student at Riverside High School.

9. Philip Godlewski was charged with crimes relating to our sexual relationship in July of 2010.

10. Philip Godlewski and I continued to communicate with each other while the criminal case was pending against him.

11. After Philip Godlewski was arrested, he pleaded with me not to testify against him and said he would commit suicide if I testified against him.

12. In response to Philip Godlewski's pleas and just wanting the situation to end, I stopped cooperating with the District Attorney's office during the criminal case against him and I refused to testify against Philip Godlewski at the preliminary hearing in the criminal case.

13. Philip Godlewski and I continued our sexual relationship in the 2014-16 time period after his criminal case was over.

I, Brienna L. DuBorgel, do hereby swear and affirm that the statements made in this affidavit are true and correct to the best of my personal knowledge, information, and/or belief. I am of sound mind and I make this Affidavit of my own free will. I understand that false statements herein are made subject to the penalties of 18 Pa.C.S.A. § 4904 relating to unsworn falsification to authorities.

_____
Brienna L. DuBorgel

Sworn to and Subscribed

before me this 31st day

of October, 2022.

_____
Notary Public

Commonwealth of Pennsylvania - Notary Seal
Jennifer Smolley, Notary Public
Lackawanna County
My commission expires September 4, 2024
Commission number 1377297
Member, Pennsylvania Association of Notaries

2