<u>GODLEWSKI V. ALVEAR,</u> NO. **3:24**-CV-**00344 (JKM)**
DEFS.' MOT. TO DISMS.

# EXHIBIT "P"

# EXHIBIT "P"



