INFORMATION
IN THE COURT OF COMMON PLEAS OF LACKAWANNA COUNTY, PENNSYLVANIA
CRIMINAL DIVISION

Criminal Action No. **10 CR 2613**

COMMONWEALTH OF PENNSYLVANIA

VS.

**PHILIP GODLEWSKI**

The District Attorney of Lackawanna County, by this Information charges that Between Tuesday, the 1st day of January, 2008, and Wednesday, the 7th day of July, 2010 in said County of Lackawanna, **Philip Godlewski** did commit the crime or crimes herein,

**COUNT I: CORRUPTION OF MINORS**
**(18 C.P.S.A. Sec. 6301(a-1);Grade:Misdemeanor 1;$10,000.00;5 years;**
unlawfully, being of the age of 18 years and upwards, corrupt or tend to corrupt the morals of any minor less than 18 years of age, or did aid, abet, entice or encourage any such minor in the commission of any crime, or did knowingly assist or encourage such minor in violating his or her parole or any order of court, to wit; the defendant did repeatedly have inappropriate text naessages and contact with a minor.

All of which is against the Acts of Assembly and the peace and dignity of the Commonwealth of Pennsylvania.

_____
District Attorney

Exhibit 3

ST 0588