IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| PHILIP GODLEWSKI,<br>**Plaintiff**<br><br>v.<br><br>EDUARDO NICOLAS ALVEAR GONZALEZ a/k/a ALVEAR GONZALEZ EDUARDO NICOLAS a/k/a NICOLAS ALVEAR, GOOD LION FILMS, LLC, and GOOD LION TV, LLC,<br>**Defendants** | : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : | No. 3:24cv344<br><br>(Judge Munley) |

## ORDER

**AND NOW**, to wit, this 30th day of September 2024, upon consideration of the defendants' motion for leave of court to file a supplemental brief in support of their motion to dismiss plaintiff's first amended complaint, it is hereby **ORDERED** that:

1) Defendants' motion (Doc. 31) is **GRANTED**;

2) The Clerk of Court is directed to docket defendants' proposed brief as a supplemental brief; and

3) Plaintiff may file any supplemental brief in opposition on or before **October 21, 2024**.

Date: 9/30/24

BY THE COURT:

_____
JUDGE JULIA K. MUNLEY
United States District Court