# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| PHILIP GODLEWSKI,<br>**Plaintiff** | : | No. 3:24cv344 |
| | : | |
| | : | (Judge Munley) |
| v. | : | |
| | : | |
| EDUARDO NICOLAS ALVEAR | : | |
| GONZALEZ a/k/a ALVEAR | : | |
| GONZALEZ EDUARDO NICOLAS | : | |
| a/k/a NICOLAS ALVEAR, and GOOD | : | |
| LION TV, LLC, | : | |
| **Defendants** | : | |

## ORDER

**AND NOW** this 10th day of December 2024, I hereby recuse myself from the above matter. The Clerk of Court is directed to reassign this case to another judge.

BY THE COURT:

_____
JUDGE JULIA K. MUNLEY
United States District Court