IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| PHILIP GODLEWSKI, | : | CIVIL NO. 3:24-CV-0344 |
| Plaintiff | : | JUDGE SAPORITO |
| v. | : | |
| EDUARDO NICOLAS ALVEAR GONZALEZ, et al., | : | |
| Defendants | : | |

FILED
WILKES BARRE
DEC 11 2024
PER MG
DEPUTY CLERK

### ORDER

AND NOW, this 11th day of December, 2024, IT IS HEREBY ORDERED THAT:

1. The unopposed motion for an order scheduling oral argument (Doc. 30) is **GRANTED**.

2. The Court shall hear argument on the Doc. 26 second motion to dismiss for failure to state a claim on **January 15, 2025, at 2:00 p.m. in Courtroom 3, Max Rosenn United States Courthouse, 197 South Main Street, Wilkes-Barre, PA 18701.**

*Joseph F. Saporito, Jr.*
JOSEPH F. SAPORITO, JR.
**United States District Judge**