IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PHILIP GODLEWSKI,<br><br>                                 PLAINTIFF,<br>v.<br><br>EDUARDO NICOLAS ALVEAR GONZALEZ, *AKA* ALVEAR GONZALEZ EDUARDO NICOLAS, *AKA* NICOLAS ALVEAR; AND GOOD LION TV, LLC,<br><br>                                DEFENDANTS | CIVIL ACTION—LAW<br>*(HON. JOSEPH F. SAPORITO, JR.)*<br><br>JURY TRIAL DEMANDED<br><br>NO.: 3:24—CV—00344—JFS |

## ORDER

**AND NOW**, this \_\_\_\_ day of _____, 2024, upon consideration of Defendants' Motion for Leave to Permit Parties' Remote Participation at Oral Argument *via* ACT, which is uncontested by all parties of record, it is hereby **ORDERED** and **DECREED** that Defendants' Motion is **GRANTED**.

**IT IS HEREBY ORDERED** that the Oral Argument on Defendants' Second Motion to Dismiss Plaintiff's First Amended Complaint now scheduled for January 15, 2025 at the Max Rosenn United States Courthouse in Wilkes-Barre, PA shall be digitally broadcasted *via* ACT, accessible only to the parties of record and shall not be recorded or otherwise published without prior leave of Court.

**BY THE COURT:**

_____J.
HON. JOSEPH F. SAPORITO, JR., J.