IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| PHILIP GODLEWSKI, | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | 3:24-CV-344- JFS |
| | : | Judge Joseph F. Saporito, Jr. |
| EDUARDO NICOLAS ALVEAR | : | |
| GONZALEZ, a/k/a ALVEAR GONZALEZ | : | |
| EDUARDO NICOLAS, a/k/a | : | |
| NICOLAS ALVEAR, and | : | |
| GOOD LION TV, LLC, | : | |
| Defendant. | : | JURY TRIAL DEMANDED |

**PLAINTIFF'S UNOPPOSED MOTION FOR
CONTINUANCE OF ARGUMENT DATE**

COMES NOW Plaintiff Philip Godlewski by and through his counsel, Kolman Law, PC, and makes the following Motion:

1. By docket entry on December 11, 2024 the Court scheduled oral argument on Defendants' Motion to Dismiss [Doc. 26] on January 14, 2025 at 2:00 PM.

2. Plaintiff's counsel, Timothy A. Bowers, who will argue the motion, has a prepaid trip scheduled to New Mexico from January 10-19, 2025 to move his son to college and his army reserve posting.

3. Plaintiff respectfully requests a continuance of the oral argument to enable counsel to make the planned trip.

4. Defendant's counsel, Ryan P. Campbell, Esquire has been kind enough to indicate that he does not oppose this request.

WHEREFORE, Plaintiff Philip Godlewski respectfully requests that the Honorable Court continue the oral argument set for January 15, 2025 to a later date.

Respectfully submitted,

**KOLMAN LAW, P.C.**

/s/ Timothy M. Kolman
Timothy M. Kolman, PA51982

_____
Timothy A. Bowers, PA77980
414 Hulmeville Avenue
Penndel, PA 19047
(215) 750-3134
Attorneys for Plaintiff.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I have this 15th day of December 2024 served a true and correct copy of the foregoing document via the Middle District of Pennsylvania CM/ECF system upon the following:

Ryan P. Campbell, Esquire
Dave W. Rothenberg, Esquire
Counsel for Defendants.

                                            Timothy A. Bowers, PA77980

This document has also been filed electronically and is available for viewing and downloading from the ECF system.