IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| PHILIP GODLEWSKI, | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | 3:24-CV-344- JFS |
| | : | Judge Joseph F. Saporito, Jr. |
| EDUARDO NICOLAS ALVEAR | : | |
| GONZALEZ, a/k/a ALVEAR GONZALEZ | : | |
| EDUARDO NICOLAS, a/k/a | : | |
| NICOLAS ALVEAR, and | : | |
| GOOD LION TV, LLC, | : | |
| Defendant. | : | JURY TRIAL DEMANDED |

**ORDER**

Upon consideration of Plaintiff's Motion for Continuance of Argument Date, it is hereby ORDERED that oral argument on Defendants' motion to dismiss [Doc. 26] is continued to the _____ day of _____, 2025 at _____ o'clock \_\_\_\_\_.M.

DATE:_____          _____
                                          JOSEPH F. SAPORITO, JR.
                                          UNITED STATES DISTRICT JUDGE