UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PHILIP GODLEWSKI, | |
| Plaintiff, | NO. 3:24-cv-00344 |
| v. | (JUDGE SAPORITO.) |
| EDUARDO NICOLAS ALVEAR GONZALEZ, et al, | |
| Defendants. | |

## ORDER

AND NOW, this 16th day of December, 2024, upon consideration of the motion for leave to permit parties' remote participation at oral argument via advanced communications technology (Doc. 37), **IT IS HEREBY ORDERED THAT** the motion is **DENIED**. *See* LR 83.1.1.

JOSEPH F. SAPORITO, JR.
United States District Judge