IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PHILIP GODLEWSKI, | CIVIL NO. 3:24-CV-0344 |
| Plaintiff | JUDGE SAPORITO |
| v. | |
| EDUARDO NICOLAS ALVEAR GONZALEZ, et al., | |
| Defendants | |

FILED
WILKES BARRE
DEC 17 2024
PER _____
DEPUTY CLERK

## ORDER

AND NOW, this 17th day of December, 2024, IT IS HEREBY ORDERED THAT:

1. Plaintiff's unopposed motion to continue the January 15, 2025, oral argument (Doc. 38) is **GRANTED**.

2. Oral argument on the Doc. 26 second motion to dismiss for failure to state a claim, currently scheduled for January 15, 2025, is **RESCHEDULED TO January 23, 2025, at 10:00 a.m. in Courtroom 3, Max Rosenn United States Courthouse, 197 South Main Street, Wilkes-Barre, PA 18701.**

*Joseph F. Saporito, Jr.*
JOSEPH F. SAPORITO, JR.
**United States District Judge**