IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| PHILIP GODLEWSKI, | : | CIVIL NO. 3:24-CV-0344 |
| Plaintiff | : | JUDGE SAPORITO |
| v. | : | |
| EDUARDO NICOLAS ALVEAR GONZALEZ, et al., | : | |
| Defendants | : | |

## ORDER

AND NOW, this 4th day of February, 2025, IT IS HEREBY ORDERED THAT the above case is referred to Chief Magistrate Judge Bloom for assignment of a Magistrate Judge for settlement purposes.

JOSEPH F. SAPORITO, JR.
**United States District Judge**